```
 1  LARRY L. DEBUS, State Bar #002037
    LAWRENCE I. KAZAN, State Bar #005456
 2  Debus, Kazan & Westerhausen, Ltd.
    335 East Palm Lane
 3  Phoenix, AZ 85004
    Telephone: (602) 257-8900
 4  Facsimile: (602) 257-0723
    E-Mail: lld@dkwlawyers.com
 5  E-Mail: lik@dkwlawyers.com
    Attorneys for Defendant Lacey
```

FILED ___ LODGED
RECEIVED ___ COPY

APR - 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States Of America, | Case No. CR-18-00422-01-PHX-SPL |
|---|---|
| Plaintiff, | **SEALED** |
| vs. | Notice of Appearance |
| Michael Lacey, | |
| Defendant. | |

I hereby enter my appearance in the above-captioned matter on behalf of the Defendant, Michael Lacey, for all further proceedings. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted this 6th day of April 2018.

DEBUS, KAZAN & WESTERHAUSEN, LTD

By _____
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

cc: AUSA, Dft's Cnsl

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that on the 6th day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System, which will send a filing notification to all counsel of record.

3

4

5

6

By _____

7

Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28