ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, Kevin.Rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, Dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, Margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.<br><br>　　　　Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through counsel undersigned, moves this Court to unseal the indictment and this case.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion and order based thereon.

Respectfully submitted this 6th day of April, 2018.

　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　First Assistant United States Attorney
　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　KEVIN M. RAPP
　　　　　　　　　　　　　　　　DOMINIC LANZA
　　　　　　　　　　　　　　　　MARGARET PERLMETER
　　　　　　　　　　　　　　　　Assistant U.S. Attorneys