UNITED STATES FIRE INSURANCE COMPANY
11490 Westheimer Rd., Suite 300 • Houston, TX 77077
P.O. Box 2807 • Houston, Texas 77252-2807
(713) 954-8100 • (713) 954-8389 FAX

APR 13 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

A-Affordable Bail Bonds
1740 Grand Ave
Phoenix AZ 85007
602-252-0111

**(PLACE BAIL AGENT'S ADDRESS STAMP HERE)**

## UNITED STATES DISTRICT COURT

FOR THE _United States Federal_   DISTRICT OF _Arizona_

UNITED STATES OF AMERICA,
Plaintiff
vs.

_Michael G Lacey_

Magistrate Docket # _18-CR-00422-SPL_

Criminal No. _18-CR-00422-SPL_

The above-named defendant having been charged with violation(s) of Title _18-1952a-3-A  18-USC 1956H  18-USC 1956a1Bi  18-USC 1956a-2-A_, United States Code Section(s) _18-USC-371 18-1957A_, and bail having been set in the sum of $ _1,000,000_ herein, we, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to the United States of America on this appearance bond in the sum of _One million_ Dollars ($ _1,000,000_ ) subject to the conditions below.

The conditions of this bond are that the above defendant is to appear on _____, _____, at _____ m. before a United States Magistrate/Judge for the above-named court, and at such other places as the defendant may be required to appear in the above-referenced case as may be ordered by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the case transferred. It is agreed and understood that this is a continuing bond guaranteeing defendant's appearance in court when required, through and including sentencing, should same occur.

If the defendant appears at all times as ordered, then this bond is to be void and exonerated, but if the defendant fails to appear in court or at such other places as may be ordered by the court, forfeiture of the bond may be declared by any United States District Court having cognizance of the above-entitled matter at the time of or after such nonappearance. If this bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the above-stated amount together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

This bond form must be accompanied by a Power of Attorney of the UNITED STATES FIRE INSURANCE COMPANY, which must reflect a power amount minimally the sum of this undertaking. The terms and conditions appearing on said power of attorney are incorporated herein by this reference.

This bond is executed this _13_ day of _April_, _2018_ at _____.

**BOND APPROVED, DEFENDANT ORDERED RELEASED**

DATE: _____

_____
U.S. DISTRICT JUDGE/MAGISTRATE

_____
Signature of Defendant
_3300 E. Stella Lane_
Address of Defendant
_Paradise Valley AZ 85253_
City, State & Zip Code
_(602) 237 5579_
Telephone

Signature of surety acknowledged before me this _13_
day of _April_, _2018_

_____
Deputy Clerk

UNITED STATES FIRE INSURANCE COMPANY

_____
Attorney-In-Fact

S-0038US (05/15)

FILED
APR 13 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

United States Fire Insurance Company
10350 Richmond Ave., Suite 300, Houston, TX 77042
P.O. Box 2807 - Houston, Texas 77252-2807
(713) 954-8100    (713) 954-8389 FAX

# FEDERAL POWER OF ATTORNEY

POWER NO. ***A1M-20673259***

POWER AMOUNT $ ***1,000,000.00***

This Power of Attorney is granted pursuant to Article IV of the By-Laws of UNTIED STATES FIRE INSURANCE COMPANY as now in full force and effect. Article IV, Execution of Instruments - Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation: (a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements; (b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.

**The obligation of the company shall not exceed the sum of** ***One Million Dollars and Zero Cents***

and provided this Power-of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, THE UNITED STATES FIRE INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this **13** of **April** **2018**
                                                                                                  DAY       MONTH      YEAR

Bond Amount $ **4,000,000**

Defendant **Michael G Lacey**

Charges **18-USC 1956 a-2-A   18-USC 1956 a 1 Bi   18 USC - 371   18 USC 1956 H   18 USC 1952 a-3-A   18 USC 1957 A**

Court **United States District Court**

Case No. **18-CR-00422**

City **Phoenix** State **AZ**

If rewrite, original No. _____

Executing agent **Eugene Ponn**
                    NAME

By **Robert Crawford**
     Robert Crawford
     Vice President

10/31/2018

**VOID IF NOT ISSUED BY:**

**FOR FEDERAL USE ONLY**
NOT VALID IF USED IN STATE COURT

S-0035US REV (3/10)

COPY FOR COURT