PAUL J. CAMBRIA, JR. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com

ERIN. E. MCCAMPBELL (NY 4480166, *pro hac vice* application pending)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
emccampbell@lglaw.com

James C. Grant (WA 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone:  (206)662-3150
Facsimile:  (206)757-7700
Email:  jamesgrant@dwt.com

Robert Corn-Revere (DC 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Telephone:  (202)973-4200
Facsimile:  (202)973-4499
Email:  bobcornrevere@dwt.com

Attorneys for Defendant
MICHAEL LACEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | **AMENDED MOTION TO** |
| vs. | **FILE UNDER SEAL** |
| MICHAEL LACEY, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the annexed Affidavit of Erin E. McCampbell, Esq., the undersigned will move this Court, for an order sealing certain documents filed on the public docket in this matter in connection with Defendant Michael Lacey's Opposition to the Government's Motion for Pretrial Detention (Doc. 23), and Defendant Michael Lacey's Notice of Errata (Doc. 57), including:

| | | |
|---|---|---|
| Doc 23-1 | Ex. E | Pages 74-96 (a Washington decision) |
| Doc 23-1 | Ex. F | Pages 98-100 (a Washington order) |
| Doc 57-1 | Ex. D | Pages [unknown] (a Pretrial Services Report) |

A proposed form of Order is filed herewith.

DATED:   April 16, 2018   Respectfully Submitted,
LIPSITZ GREEN SCIME CAMBRIA LLP

*/s/   Erin E. McCampbell*
ERIN E. MCCAMPBELL
Attorneys for Defendant MICHAEL LACEY

PAUL J. CAMBRIA, JR. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

ERIN. E. MCCAMPBELL (NY 4480166, *pro hac vice* application pending)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
emccampbell@lglaw.com

James C. Grant (WA 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone:  (206)662-3150
Facsimile:  (206)757-7700
Email:  jamesgrant@dwt.com

Robert Corn-Revere (DC 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Telephone:  (202)973-4200
Facsimile:  (202)973-4499
Email:  bobcornrevere@dwt.com

Attorneys for Defendant
MICHAEL LACEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL LACEY, *et al.*,<br><br>        Defendants. | CASE NO.   CR-18-00422-PHX-SPL (BSB)<br><br>**AFFIDAVIT OF ERIN E. MCCAMPBELL, ESQ. IN FURTHER SUPPORT OF AMENDED MOTION TO FILE UNDER SEAL** |

STATE OF NEW YORK   )
COUNTY OF ERIE       ) ss.:
CITY OF BUFFALO     )

Erin E. McCampbell, Esq., being duly sworn, deposes and says:

    1)    I am an attorney at law duly licensed to practice in the State of New York and am a partner in the law firm of Lipsitz Green Scime Cambria LLP, located at 42 Delaware Avenue, Suite 300, Buffalo, New York, attorneys for Defendant Michael Lacey.

    2)    My application for admission *pro hac vice* in this case is pending.

    3)    As part of my representation of Mr. Lacey, I prepared Mr. Lacey's Opposition to the Government's Motion for Pretrial Detention. (*See* Def.'s Opp'n, Doc. 23.) In support of Mr. Lacey's Opposition, I intended to attach the following exhibits to the memorandum of law:

        Ex. A.    Seizure Notice

        Ex. B.    California Court Decision on Initial Demurrer

        Ex. C.    California Court Decision on Second Demurrer

    Ex. D.  Pretrial Services Report

    Ex. E.  Character References

4) Because the docket sheet for this prosecution remained under seal on the date that Mr. Lacey's Opposition was to be filed, my firm made arrangements with a firm located in Phoenix, Arizona, Perkins Coie LLP, to handle the filing and service of Mr. Lacey's Opposition and exhibits.

5) My firm emailed electronic versions of the memorandum of law in Opposition and Exhibits A through E (as identified above in ¶ 3) to the legal assistant from Perkins Coie LLP who had offered to submit them under seal and serve them on the government.

6) On April 9, 2018, Mr. Lacey's Opposition was filed under seal and served on the government.

7) Subsequently, I noticed that a different set of exhibits than those intended to be submitted (and identified above in ¶ 3) had been attached as the exhibits to Mr. Lacey's Opposition.

8) Instead of Exhibits A through E identified above in Paragraph 3, the following exhibits were attached:

    Ex. A.  A newspaper article

    Ex. B.  A newspaper article

    Ex. C.  Defendant's Response to Briefs of *Amici Curiae*

    Ex. D.  Certificate of Recognition

    Ex. E.  Washington Court Order, dated January 17, 2013

    Ex. F.   Washington Court Order, dated February 13, 2013

    Ex. G.   California Court Trial Order

    Ex. H.   California Court Decision Dismissal

    Ex. I.   Hearing Transcript

    Ex. J.   Correspondence, dated July 30, 2014

    Ex. K.   Correspondence, dated February 27, 2018

  9)  Critically, two of those exhibits (Exs. E and F), were subject to sealing orders of another court.

  10)  I spoke with the legal assistant, who acknowledged the mistake and explained that it had occurred because Perkins Coie LLP had handled prior filings for Mr. Lacey and the exhibits that were accidentally uploaded and attached to Mr. Lacey's Opposition were part of a prior filing.

  11)  On April 11, 2018, Mr. Lacey lodged a Notice of Errata asking this Court to strike the incorrectly attached exhibits to Mr. Lacey's Opposition, and to accept the intended exhibits, Exhibits A-E (identified above at ¶ 23).  (*See* Notice of Errata, Doc. 57.) Mr. Lacey asked that this submission be filed under seal because the original submission was filed under seal.  (*See* Notice of Mot. to file under Seal, Doc. 56.)

  12)  In light of the fact that the docket sheet in this matter has been unsealed, it is my understanding that this Court seeks clarification as to which exhibits must remain under seal.  Mr. Lacey respectfully requests that this Court enter an Order:

    1. Entering the exhibits attached to the Notice of Errata (Doc. 57) as the exhibits for Mr. Lacey's Opposition (Doc. 23);

2. Striking the exhibits erroneously attached to Mr. Lacey's Opposition (Doc. 23-1)

3. Sealing the following documents:

   a. Doc. 23-1, Ex. E, pages 74-96 (Washington Court Order, dated January 17, 2013);

   b. Doc 23-1, Ex. F, pages 98-100 (Washington Court Order, dated February 13, 2013); and

   c. Doc. 57, Ex. D pages [unknown] (Pretrial Services Report); and

4. Unsealing all other exhibits filed and attached to:

   a. Mr. Lacey's Opposition (Doc. 23); and

   b. Mr. Lacey's Notice of Errata (Doc. 57).

13) Granting this request will ensure that material subject to sealing remains under seal, and material that is not subject to sealing is made publicly available.

s/ Erin E. McCampbell, Esq.<br>ERIN E. MCCAMPBELL, ESQ.

Sworn to before me this
16th day of April, 2018.

s/ April Kelly
Commissioner of Deeds
In and For the City of Buffalo, N.Y.
My Commission expires December 31, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record, including the following CM/ECF registrants:

Kevin Rapp
Assistant United States Attorney
District of Arizona
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004-4408
Kevin.rapp@usdoj.gov

Dominc Lanza
Dominic.lanza@usjoj.gov

MARGARET PERLMETER
margaret.perlmeter@usdoj.gov)

Reginald E. Jones
Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Washington, DC 20530
Reginald.jones4@usdoj.gov

By:      April L. Kelly

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICHAEL LACEY, *et al.*,<br><br>　　　　　Defendants. | CASE NO.   CR-18-00422-PHX-SPL (BSB)<br><br>**[PROPOSED] ORDER GRANTING AMENDED MOTION TO FILE UNDER SEAL**<br><br>**(Assigned to the Hon. Steven P. Logan)** |

Having considered Defendant's Amended Motion to File Under Seal, and good cause appearing;

IT IS HEREBY ordered that Defendant's Amended Motion to File Under Seal is GRANTED;

The Clerk of the Court is HEREBY DIRECTED TO:

1. Enter the exhibits attached to the Notice of Errata (Doc. 57) as the exhibits for Mr. Lacey's Opposition (Doc. 23);

2. Strike the exhibits erroneously attached to Mr. Lacey's Opposition (Doc. 23-1)

3. Seal the following documents:

    a. Doc. 23-1, Ex. E, pages 74-96 (Washington Court Order, dated January 17, 2013);

    b. Doc 23-1, Ex. F, pages 98-100 (Washington Court Order, dated February 13, 2013); and

    c. Doc. 57, Ex. D pages [unknown] (Pretrial Services Report); and

  4. Unseal all other exhibits filed and attached to:

    a. Mr. Lacey's Opposition (Doc. 23); and

    b. Mr. Lacey's Notice of Errata (Doc. 57).

DATED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE
District of Arizona

2