# UNITED STATES DISTRICT COURT
for the
## District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**   **Office of Legal Affairs, Passport Services**     **FROM:**     United States Pretrial Services
U.S. Department of State           Sandra Day O'Connor Courthouse, Suite 260
CA/PPT/L/LA                 401 W. Washington Street, SPC 8
44132 Mercure Circle #1227           Phoenix, Arizona 85003-2119
Sterling, VA 20166-1227             (602) 322-7350
Fax: (602) 322-7380

### Original Notice

**Date:**   April 16, 2018

**By:**   JML

---

Defendant:   Michael Lacey                Case Number:    0970 2:18CR00422

Date of Birth: _____       Place of Birth:    Binghamton, New York

SSN: _____

---

**Notice of Court Order** (Order Date: April 13, 2018)

☒   The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒   The above-named defendant surrendered Passport number _____ to the custody of the U.S. Pretrial Services on April 16, 2018.

---

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐   The above order of the court is no longer in effect.

☐   Defendant not convicted – Document returned to defendant.

☐   Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐   Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court