# EXHIBIT E

April 9, 2018

Steve Udall
Post Office Box 1080
St. Johns, Arizona 85936

Your Honor:

My name is Steve Udall and before my retirement I served as Apache County Attorney for 25 years. During that time I also served as President of the Arizona County Attorneys and Sheriffs Association and sat on the board of the National District Attorneys Association. I also served as a Federal Magistrate in Flagstaff for over five years. With my family I operate a cattle ranching operation in northeastern Arizona today.

Michael Lacey has been my friend for many years and I know him as a journalist of great skill and character. His body of work over many decades speaks for itself and his commitment to making a positive difference in his community has characterized his career as a journalist and as a fighter for the interests of people who could not fight their own battles.

I am given to understand that the question before you is the conditions of Mr. Lacey's release as he prepares to defend against a grand jury indictment. Please permit me the observation that I do not believe Mr. Lacey needed to be incarcerated in this matter—I believe he would have surrendered had he been asked—and that a release on his own recognizance would be a sound decision based on Mr. Lacey's long ties to the community, the absence of a criminal record, and his long history as a man of character who honors his commitments.

The Michael Lacey I hold in high regard will appear at court appearances. Indeed, I think it is safe to say that I have met few people in my life less likely to duck a fight than Mr. Lacey. He will be there as ordered because it is not in his character not to be there. I most appreciate your time in giving consideration to my comments.

Yours very truly,

*Steve Udall*

Steve Udall

Scanned with CamScanner

DALE A. BAICH
PRESIDENT

 

April 9, 2018

**AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION OF
ARIZONA**

American Civil Liberties
Union (ACLU) of Arizona
P.O. Box 17148
Phoenix, AZ 85011

Tel: 602-773-6006
Fax: 602-650-1376

Visit: www.acluaz.org

The Honorable Bridget S. Bade
United States District Court
 For the District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 324
401 West Washington Street
Phoenix, Arizona 85003

Dear Magistrate Judge Bade:

This is a letter of reference on behalf of Michael G. Lacey in connection with his upcoming bail hearing. I am an attorney and writing this letter on behalf of the American Civil Liberties Union (ACLU) of Arizona.

I've known Mr. Lacey since I joined the Board of Directors of the ACLU of Arizona. He is a committed advocate and supporter of the ACLU and its principles. In the early 70s, the ACLU of Arizona offices were located in the same small building as the Phoenix *New Times*. He was a close friend of our first executive director and has maintained a strong connection to our affiliate as an advocate and supporter since then.

As a journalist, he stood up in defense of some of the most vulnerable members of our society – prisoners, immigrants, people suffering from mental illness, LGBT people – ACLU clients whose rights were most often violated by government because they were among the voiceless and powerless. His articles shed light on government injustices particularly those carried out by former Maricopa County Sheriff Joe Arpaio.

Mr. Lacey was featured along with eight other civil libertarians in an oral history project of the ACLU of Arizona entitled *Speak The Truth*, which shared the stories of committed civil libertarians who stood up to defend the civil rights and liberties of *all* Arizonans. In 2008, we honored him with the "Civil Libertarian of the Year Award," the ACLU's highest honor bestowed annually to individuals who make outstanding contributions to the advancement of civil liberties.

In his role as a prominent member of the community, Mr. Lacey instituted a minority internship program that trained dozens of young journalists about

**Michael G. Lacey
Support Letter
Page 2 of 2**

what it means to be an honest, hard-working and ethical reporter. He is widely respected by former staff members who saw him as a mentor and role model.

Mr. Lacey has written extensively about justice throughout his 40-year career as a writer and editor, and understands that the rule of law must be respected. I have no doubt that he is taking the charges seriously. This is not a man who will simply ignore his responsibility or obligation to appear in court, especially when so much is on the line.

Mr. Lacey and the ACLU of Arizona have for decades been co-workers in the fields of the First Amendment. We admire the courage of his journalism. But that is not why I am writing this letter. I am writing because he has been an honorable, contributing member of our community for decades, and he has posed and now poses no threat to public safety. He understands the consequences to himself and others of not appearing in court. His commitment to his family, his two sons and his longtime friends ensures that he is not a flight risk. He will show the same courage facing the charges against him that he has shown in his journalism. He is a consistent, principled and vocal supporter of what is right and wrong and that, above all else, will guide his actions in this situation.

I would respectfully urge you to consider these factors when making a determination about whether he should be deprived of his liberty.

Respectfully yours,

*Dale A Baich*

Dale A. Baich,
President, ACLU of Arizona Board of Directors

**KATHLEEN FERRIS**
ATTORNEY
6144 N. Camelback Manor Drive
Paradise Valley, Arizona 85253
kathleen.ferris@azbar.org
602.615.4255

April 8, 2018

RE:   LETTER OF REFERENCE ON BEHALF OF MICHAEL G. LACEY

Dear Your Honor:

I am a lawyer in private practice in Phoenix, Arizona. I am also a Senior Fellow at the Morrison Institute for Public Policy at Arizona State University. I have held several executive positions, including Director of Arizona Department of Water Resources, a state agency, and Executive Director of the Arizona Municipal Water Users Association, a non-profit association. I have also served as a member of the Board of Directors of the Arizona Center for Law in the Public Interest and as President of the Board of Trustees of the Tesseract School.

I understand that Michael is facing federal criminal charges and that a decision is being made on whether he will be released or detained pending trial. I write to unconditionally recommend that he be released pending trial.

Michael and I met in 1980 when he was the owner/editor of the *Phoenix New Times*. We married in 1985 and subsequently had two sons. While our marriage ended in 2005, we remain friends.

For most of his adult life, Michael was a dedicated journalist. Beginning in 1970 with his coverage of protests at Arizona State University following the Kent State massacre, he never shied away from reporting on important or controversial stories. As he and his partner, Jim Larkin, expanded their publications, they attracted talented staff writers and national recognition. Michael set the standard for courageous writing and won numerous awards, including the Clarion Award from the Association of Women in Communications for his story about a diabetic woman who died in jail custody. In 2011, he led a Village Voice Media series on immigration that won the James Aronson Award for Social Justice Journalism.

Along the way, Michael refused to be intimidated by those who would have preferred that he remain quiet. He was fearless and absolutely committed to telling the truth.

Michael's personal life reflects a man who cares deeply about important issues, family and friends. He honored every commitment he made to me when we divorced, takes care of family members and friends in need, and contributes to worthy philanthropic causes. Above all, he is devoted to his children, as they are to him.

Michael poses no danger to any person or the community. He is honest and keeps his commitments. He is a man of integrity who would never cut and run. That is not in his nature. Instead, he will remain to fight valiantly for what is right.

Thank you for your consideration of my recommendation.

Respectfully,

*Kathleen Ferris*

Kathleen Ferris