IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, et al.<br><br>　　　　　Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Having reviewed the Government's Unopposed Motion to Designate Case Complex, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion to Designate Case Complex (Doc. 64) is **granted.**

**IT IS FURTHER ORDERED** setting a status conference for **Monday, April 30, 2018 at 9:00 a.m. in Courtroom 501.**

**IT IS FURTHER ORDERED** that the parties shall submit a Joint Proposed Case Management Order no later than **April 26, 2018 at 12:00 p.m.**

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)_____ from_____ to _____.

Dated this 19th day of April, 2018.

Honorable Steven P. Logan
United States District Judge