# **Exhibit D**

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Senate Permanent Subcommittee on Investigations )
    *Plaintiff* )
    v. )    Case No.   16-mc-00621-RMC
Carl Ferrer )
    *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carl Ferrer

Date:    04/26/2016

*Attorney's signature*

Robert Corn-Revere (DC Bar # 375415)
*Printed name and bar number*

DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
*Address*

bobcornrevere@dwt.com
*E-mail address*

(202) 973-4225
*Telephone number*

(202) 973-4499
*FAX number*