# Exhibit H

Brendan Charney (CA State Bar No. 293378)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6824; Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-01264-MWF-FFM |
| v. | |
| Medalist Holdings, Inc., et al | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Grant, James C. | of | Davis Wright Tremaine LLP |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 1201 Third Ave., Ste 2200 |
| (206) 757-8096 — (206) 757-7096 | | Seattle, WA 98101 |
| *Telephone Number — Fax Number* | | |
| jamesgrant@dwt.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendants Medalist Holdings, Inc.; Leeward Holdings, LLC; Camarillo Holdings, LLC; Dartmoor Holdings, LLC; IC Holdings, LLC; Backpage.com LLC; UGC Tech Group CV; Carl Ferrar; James Larkin; Michael Lacey; And Atlantische Bedrijven CV

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| Charney, Brendan | of | Davis Wright Tremaine LLP |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 865 S. Figueroa Street, Suite 2400 |
| 293378 — (213) 633-6800 — (213) 633-6899 | | Los Angeles, CA 90017 |
| *Designee's Cal. Bar No. — Telephone Number — Fax Number* | | |
| brendancharney@dwt.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 30, 2017**

_____
**U.S. District Judge**

G-64 Order (05/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1