ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>   vs.<br><br> Michael Lacey, et al.,<br><br>              Defendants. | CR-18-00422-PHX-SPL (BSB)<br><br>**NOTICE OF FILING OF PARTIES' PROPOSED SCHEDULING ORDER** |

The Court has granted the Government's Motion to Designate the Case Complex. (Doc. 107) The Court has further ordered the parties to submit a case management schedule

by April 26, 2018. *Id.* Accordingly, the parties, through counsel undersigned, submit the following proposed scheduling order for the Court's consideration.

## I. DISCOVERY AND DISCLOSURE DEADLINES

| | | | |
|---|---|---|---|
| A. | | Superseding Indictment Deadline[1] | 07/30/2018 |
| B. | | Government's Deadlines | |
| | 1. | Initial Compliance with Rule 16 discovery[2] (except initial expert disclosures) | 12/03/2018 |
| | 2. | Initial expert disclosures | 12/14/2019 |
| | 3. | Rule 404(b) notification, if any | 02/04/2019 |
| | 4. | Rebuttal expert disclosures, if any | 06/17/2019 |
| | 5. | Production of Jencks material and witness impeachment material, if not produced sooner[3] | 02/25/2019 |
| C. | | Defendant's Deadlines | |
| | 1. | Close of reciprocal Rule 16 discovery | 03/04/2019 |
| | 2. | Rebuttal and/or initial expert disclosures, if any | 03/14/2019 |
| | 3. | Production of Rule 26.2 material as to intended witnesses, if any | 05/27/2019 |

---

[1] Defendants reserve the right to request modification of this scheduling order depending on the contents of the superseding indictment or if any of the current attorneys are disqualified.

[2] The United States represents that it intends to provide the majority of the discovery within 60 days from the courts' issuance order. This deadline pertains to discovery within the government's possession and control as of the date set for compliance. If additional records are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

[3] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

## II. FILING AND OTHER COURT DEADLINES

| | | |
|---|---|---|
| A. | Government Disclosure of Preliminary Exhibit and Witness List | 04/01/2019 |
| B. | Defense Disclosure of Preliminary Exhibit and Witness List | 07/01/2019 |
| C. | Substantive Motions Deadline | 07/15/2019 |
| D. | Government's Rebuttal Exhibit and Witness List | 07/15/2019 |
| E. | Motions *in Limine* and Court Imposed Plea Offer Expiration Deadline | 08/05/2019 |
| F. | Jury Questionnaire and Screening for Length of Trial | 08/13/2019 |
| G. | Responses to Motions *in Limine* | 08/19/2019 |
| H. | Government's Disclosure of Final Exhibit and Witness List | 09/07/2019 |
| I. | Defendant's Final Exhibit and Witness List | 09/16/2019 |
| J. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | 09/09/2019 |
| K. | Final Pretrial Conference | 09/16/2019 |
| L. | Trial | 10/07/2019[4] |

## III. STATUS CONFERENCES

The parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | | |
|---|---|---|
| A. | First Status Conference | 10/22/2018 |
| B. | Second Status Conference | 04/22/2019 |

---

[4] The Defendants believe a more reasonable date would be January 15, 2020. If the Court agrees with this alternative date the deadlines could in the Court's discretion be moved 30 days.

Respectfully submitted this 26th day of April, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s Kevin Rapp*
KEVIN M. RAPP
DOMINIC LANZA
MARGARET PERLMETER
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**Certificate of Service:**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Paul Cambria, James Grant, Robert Corn-Revere, Ronald London, Bruce Feder, Michael Kimerer, KC Maxwell, Michael Piccarreta, Stephen Weiss.

*s/Sally Hawley*
U.S. Attorney's Office