Lee Stein (#12368)
lee@mscclaw.com
Anne M. Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 358-0292
Facsimile:   (602) 358-0291
Attorneys for Henze Cook Murphy, PLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-18-00422-PHX-SPL (BSB) |
| | ) |
| Plaintiff, | ) |
| | ) **UNOPPOSED MOTION FOR** |
| v. | ) **EXTENSION OF TIME** |
| | ) |
| 1. Michael Lacey, and | ) **(FIRST REQUEST)** |
| 2. James Larkin, | ) |
| | ) (Expedited Ruling Requested) |
| Defendants. | ) |

Henze Cook Murphy, PLC ("HCM") hereby moves for an extension of its deadline to respond to the United States' pending Motion to Disqualify Counsel filed on April 25, 2015 (Doc. 118).  The current deadline is May 23, 2018.  HCM requests that the Court extend the response deadline by two weeks, to June 6, 2018.  HCM makes this request because its counsel has been in discussions with the United States Attorney's Office regarding resolution of the Motion.  Counsel for HCM has consulted with the assigned AUSAs, who do not oppose the requested extension of the response time.

//

//

//

RESPECTFULLY SUBMITTED on May 18, 2018.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Lee Stein*
    Lee Stein
    Anne Chapman
    Attorneys for Henze Cook Murphy, PLC

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of May, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ B. Wolcott*

1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF ARIZONA

6
7  United States of America,               )  CR-18-00422-PHX-SPL (BSB)
                                           )
8              Plaintiff,                  )
                                           )
9  v.                                      )
                                           )  **[PROPOSED] ORDER**
10 1.  Michael Lacey, and                  )
                                           )
11 2.  James Larkin,                       )
                                           )
12             Defendants.                 )
                                           )
13 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

14     Upon review of Henze Cook Murphy, PLC's Motion for Extension of Time, there being no objection from the Government, and good cause appearing,

15

16     IT IS HEREBY ORDERED extending the deadline for Henze Cook Murphy, PLC to respond to the United States' pending Motion to Disqualify Counsel (Doc. 118) from May 23, 2018 to June 6, 2018.

17
18

19     The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

20
21
22
23
24
25
26
27
28