Tom Henze (Bar No. 003262)
Janey Henze Cook (Bar No. 022496)
**HENZE COOK MURPHY, PLLC**
722 East Osborn Road, Suite 120
Phoenix, Arizona 85014
(602) 956-1730
tom@henzecookmurphy.com
janey@henzecookmurphy.com
*Attorneys for Michael Lacey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>Michael G. Lacey, *et al.*,<br><br>Defendants. | CASE NO.  CR-18-00422-PHX-SPL(BSB)<br><br>**NOTICE OF WITHDRAW OF MOTION FOR DISCLOSURE (141)** |

   Undersigned Counsel, on behalf of each of the Defendants[1], hereby notifies the Court of its withdrawal of its Motion for Disclosure, document 141. After the Court ordered a Response to the Motion for Disclosure from the Government and set an Oral Argument date, the Government agreed to provide the materials requested in the Motion. The Government began making the disclosures on Friday afternoon and while some are still missing, the Government has informed counsel that the remainder of the disclosures requested are forthcoming. Thus, the Motion for Disclosure is now moot and the parties request that the Court vacate Oral Argument currently set for Wednesday May, 23rd, 2018 at 9:00 a.m. Earlier today, undersigned counsel informed the courtroom deputy and the Government that it would file this Notice today.

   RESPECTFULLY SUBMITTED this 21st day of May, 2018.

---

[1] Undersigned counsel confirmed with each of the Defendant's Counsel that this Notice could be filed.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HENZE COOK MURPHY, PLLC


By: _____
Janey Henze Cook
722 East Osborn Rd, Suite 120
Phoenix, Arizona 85014
*Attorney for Michael G. Lacey*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21st, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record, including the following CM/ECF registrants:

Kevin Rapp
Assistant United States Attorney
District of Arizona
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004-4408
Kevin.rapp@usdoj.gov

Margaret Perlmeter
margaret.perlmeter@usdoj.gov

Reginald E. Jones
Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Washington, DC 20530
Reginald.jones4@usdoj.gov

Peter Shawn Kozinets
Peter.Kozinets@usdoj.gov

By: */s/ Jackie Beavers*