ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Defendants Michael Lacey and James Larkin have filed a motion seeking a two-week extension of time to file a response to the United States' motion to disqualify the law firm of Davis Wright Tremaine ("DWT") from this case. *See* CR 149. Upon further reflection, the United States withdraws its opposition to the extension request.

Nevertheless, the United States asks that the Court make clear, in any order granting the current request, that no future extension requests from the defense will be granted.

As background, the disqualification motion concerning the DWT firm (*see* CR 118) has been pending for a month. Moreover, before filing the motion, the United States engaged in extensive efforts to meet and confer with defense counsel. Among other things, the United States outlined its concerns during an initial teleconference with defense counsel, sent an email to defense counsel on April 24 identifying an array of case citations and ethical rules supporting the United States' position, and participated in another teleconference with defense counsel on April 25. During the April 25 call, defense counsel suggested they had already evaluated the conflict-of-interest issues raised by DWT's participation and assured themselves that DWT's continued participation was permissible. (Defense counsel conspicuously declined, however, to share this supposed analysis with the United States, either during the April 25 call or at any point thereafter.) Given this backdrop, it is surprising that the defendants, who have already obtained a prior two-week extension, contend they are still unable to respond to the United States' conflict-of-interest concerns and need more time to formulate a response.[1]

The extensions are particularly concerning due to the nature of the underlying motion. As explained in CR 118, the relevant case law and ethical rules suggest the DWT firm should not be participating in the litigation of this case. Nevertheless, the multiple extension requests have effectively created a six-week window for the DWT firm to continue litigating on the defendants' behalf.

---

[1] In contrast, the other law firm subject to disqualification (Henze Cook Murphy, or "HCM") has engaged in meaningful efforts to meet-and-confer with the United States. Soon after the disqualification motion was filed, the HCM firm hired independent counsel to address the conflict issues, and the HCM firm's counsel has had several meetings and phone calls with undersigned counsel in an attempt to reach a resolution. For those reasons, the United States had no problem with the HCM firm's recent request for two-week extension.

1  For all of these reasons, the Court should make clear, to the extent it is inclined to grant the current extension request, that no future requests from the defense will be considered.

Respectfully submitted this 24th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s Kevin Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, Gregory Zamora, James Grant, Larry Debus, Lawrence Kazan, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.


*s/Zachry Stoebe*
U.S. Attorney's Office