1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-SPL (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Upon the motion of the United States, and good cause showing, **IT IS HEREBY ORDERED** granting the United States' motion to transfer cases.

**IT IS FURTHER ORDERED** that *United States v. Carl Ferrer*, No. CR 18-464-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Carl Ferrer*, No. CR 18-464-PHX-SPL (BSB).

**IT IS FURTHER ORDERED** that *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-SPL (BSB).

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

SO ORDERED this _____ day of _____, 2018.

_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HON. STEVEN P. LOGAN
UNITED STATES DISTRICT JUDGE