Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: 602-279-5900
Facsimile: 602-264-5566
mdk@kimerer.com
rneff@kimerer.com
*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:18-cr-00422-004-PHX-SPL |
| Plaintiff, | **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANTS' OPPOSITIONS TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL** |
| vs. | |
| **JOHN "JED" BRUNST**, | "Defendant Not in Custody" |
| Defendant. | (Honorable Bridget Bade) |

Defendant John "Jed" Brunst, by and through undersigned counsel, and to the extent it involves representation of Mr. Brunst or Backpage.com (or related entity) or Mr. Brunst's interest in the same, Mr. Brunst joins in Defendant Lacey's Opposition to Government's Motion to Disqualify Henze Cook Murphy, PLLC filed on June 6, 2018 (Doc. 174) and Henze Cook Murphy's Response to the United States' Motion to Disqualify Counsel filed June 6, 2018 (Doc. 176).

Most relevant to Defendant Brunst, he joins in the opposition to the disqualification of Davis Wright Tremaine that was filed on June 6, 2018 (Doc. 180). Defendant Brunst hereby joins in Defendant Padilla's Opposition to Government's Motion to Disqualify Counsel filed June 6, 2018 (Doc. 177). Defendant Brunst is

similarly situated to Defendant Padilla and adopts his positions set forth in said Response as if fully set forth therein.

Defendant Brunst is in agreement with the arguments made in the respective responses and those responses sufficiently state Defendant Brunst's position on the issue of disqualification of both Henze Cook Murphy and, separately, the law firm of Davis Wright Tremaine, LLP.

Therefore, Defendant Brunst respectfully requests this Court deny the Government's Motion to Disqualify.

Respectfully submitted this 6th day of June, 2018.

KIMERER & DERRICK, P.C.

/s/ Michael D. Kimerer
Michael D. Kimerer
Rhonda Elaine Neff
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
*Attorneys for Defendant John "Jed" Brunst*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendants' Oppositions to Government's Motion to Disqualify Counsel to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Bridget Bade: bade_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov

Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
Adam C. Page: apage@karpweiss.com
*Attorney for Defendant Joye Vaught*

By: /s/ Rhonda Elaine Neff