PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
| Plaintiff, | DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANTS' OPPOSITIONS TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL (DOC. 118) |
| vs. | |
| 6.  Andrew Padilla,<br>     (Counts 1-51) | |
| Defendants. | |

Defendant Andrew Padilla, by and through his undersigned attorney, hereby joins in Defendant Lacey's Opposition to Government's Motion to Disqualify Henze Cook Murphy PLLC, (Doc. 174), Henze Cook Murphy's Response to the United States' Motion to Disqualify Counsel, (Doc. 176), and Defendants Lacey and Larkin's Opposition to United States' Motion to Disqualify Counsel, (Doc. 180). Mr. Padilla adopts the positions set forth in these oppositions as if fully set forth herein.

RESPECTFULLY SUBMITTED this 7th day of June, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:     /s/     Michael L. Piccarreta
        Michael L. Piccarreta
        Attorney for Andrew Padilla

On June 7, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov