# **Exhibit F**

1   ELIZABETH A. STRANGE
    Acting United States Attorney
2   District of Arizona

3   KEVIN M. RAPP, AUSA (Arizona Bar No. 14249, kevin.rapp@usdoj.gov)
    DOMINIC LANZA, AUSA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4   Two Renaissance Square
    40 N. Central Avenue, Suite 1200
5   Phoenix, Arizona 85004-4408
    Telephone (602) 514-7500
6
    REGINALD E. JONES, Trial Attorney (Miss. No. 102806, reginald.jones4@usdoj.gov)
7   U.S. Department of Justice
    Child Exploitation and Obscenity Section
8   1400 New York Avenue NW Suite 600
    Washington, DC 20530
9   Telephone (202) 616-2807
    Attorneys for Plaintiff
10

11              IN THE UNITED STATES DISTRICT COURT

12               FOR THE DISTRICT OF ARIZONA

13   In re Grand Jury Subpoena No. 16-04-108      |      GJ No. 16-4

14                                                        **PARTIES' JOINT NOTICE RE:**
                                                          **SUBPOENA COMPLIANCE**
15
                                                         **(Filed Under Seal)**
16
                                                  **Assigned to Hon. David G. Campbell**
17

18          The parties wish to provide a status update to the Court in this matter.  On June 29,

19   2017, the Ninth Circuit affirmed this Court's order requiring Mr. Ferrer and Backpage to

20   comply with subpoena number 16-04-108. On September 7, 2017, the Ninth Circuit issued

21   its mandate.  On September 15, 2017—well before the 14-day deadline imposed by this

22   Court's compliance order—Mr. Ferrer and Backpage produced a hard drive to the United

23   States containing documents responsive to subpoena number 16-04-108.

24          The United States is currently reviewing the hard drive, and working with

25   Backpage's counsel on some logistical issues, to ensure that compliance is complete.

26

27

28

1   Respectfully submitted this 21st day of September, 2017.

2                                          ELIZABETH A. STRANGE
                                           Acting United States Attorney
3                                          District of Arizona

4

5                                          KEVIN RAPP
                                           DOMINIC LANZA
6                                          Assistant U.S. Attorneys

7                                          REGINALD E. JONES
                                           Trial Attorney, CEOS
8

9   I hereby certify that on this date, I hand-delivered an original of the foregoing under-seal
    document to the Clerk of the U.S. District Court and sent copies via electronic mail to:
10

11  James C. Grant
    DAVIS WRIGHT TREMAINE LLP
12  1201 Third Avenue, Suite 2200
    Seattle, WA 98101
13  jamesgrant@dwt.com

14

15  Robert Corn-Revere
    DAVIS WRIGHT TREMAINE LLP
16  1919 Pennsylvania Avenue, NW, Suite 800
    Washington, D.C. 20006
17  bobcornrevere@dwt.com

18

19  Tom Henze
    Janey Henze Cook
20  HENZE COOK MURPHY, PLLC
    4645 North 32nd Street
21  Phoenix, Arizona 85018
    tom@henzecookmurphy.com
22  janey@henzecookmurphy.com

23

24

25

26

27

28

- 2 -