ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
Andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN COCONINO COUNTY, ARIZONA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on May 10, 2018 it recorded the attached *Lis Pendens* with the Coconino County Recorder of Deeds under Doc. # 3814854, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 13, 2018          ELIZABETH A. STRANGE
                              First Assistant United States
                              Attorney
                              District of Arizona

                              JOHN P. CRONAN
                              Acting Assistant Attorney General
                              Criminal Division, U.S. Department
                              of Justice


                              /s/*John J. Kucera*
                              _____
                              KEVIN RAPP
                              MARGARET PERLMETER
                              PETER S. KOZINETS
                              ANDREW C. STONE
                              JOHN J. KUCERA
                              Assistant U.S. Attorneys

                              REGINALD JONES
                              Senior Trial Attorney


**CERTIFICATION**

I certify that on  July 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.


By: *s/Shannen Beckman*
 U.S. Attorney's Office

2

Official Records of Coconino County 3814854
Patty Hansen - Recorder   05/10/2018 02:37:04 PM   Pgs: 7
SIMPLIFILE LC E-RECORDING   LP   $11.00

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name: Shannen Beckman
  Senior Paralegal

MAILING ADDRESS: Shannen.beckman@usdoj.gov
312 N. Spring St., 14th Floor
CITY, STATE, ZIP CODE: Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

## Recording of Lis Pendens

███████████████████ Sedona, AZ 86336
Coconino County

## APN: 405-06-001B

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona

 3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
    DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
 4  MARGARET PERLMETER (Ariz. Bar No. 024805,
    margaret.perlmeter@usdoj.gov)
 5  Assistant U.S. Attorneys
    Two Renaissance Square
 6  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 7  Telephone (602) 514-7500

 8
    JOHN P. CRONAN
 9  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
10
    REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
12  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
13  Telephone (202) 616-280

14  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
15
                     UNITED STATES DISTRICT COURT
16
                      FOR THE DISTRICT OF ARIZONA
17
18  UNITED STATES OF AMERICA,        No. CR 18-00422-PHX-SPL (BSB)

19         Plaintiff,                         LIS PENDENS

20         v.                                   As to:
                                       ████████████████████████,
21  MICHAEL LACEY                             Sedona, Arizona

22         Defendant.              Titled Owners: Creek Hideaway, LLC

23
24      NOTICE IS HEREBY GIVEN that the foregoing action has been
25  commenced and is now pending in the United States District Court for
26  the District of Arizona.  This action may affect the title to
27  property situated in Coconino County, Arizona known as and located at
28  ████████████████████████ Sedona, Arizona with Coconino County
```

EXHIBIT A

1 | Assessor parcel number 405-06-001B, and is more particularly
2 | described as follows:

3 |     That portion of Lot 12, Section 34, Township 19 North,
4 |     Range 6 East of the Gila and Salt River Base and Meridian,
      Coconino County, Arizona, more particularly described as
5 |     follows:

6 |     BEGINNING at a point on the Northerly right of way line of
7 |     Alternate U.S. Highway 89, Westerly and opposite Engineers
      Station 361 + 31.8, said right of way being recorded in
8 |     Book 6 of Promiscuous Records, Page 101, records of
      Coconino County, Arizona, and said point bearing South 50
9 |     degrees, 49 minutes West, a distance of 735.67 feet from
10|     the Northeast corner of said Lot 12;

11|     Thence Northeasterly along said Northerly right of way
      line, a distance of 100 feet;
12|
13|     Thence North 36 degrees, 40 minutes West, a distance of 200
      feet;
14|
15|     Thence South 53 degrees, 20 minutes West, a distance of 250
      feet;
16|
17|     Thence South 36 degrees, 40 minutes East, a distance of 205
      feet to said Northerly right of way line of U.S. Highway
      89A;
18|
19|     Thence Northeasterly along said right of way line, a
      distance of 150.50 feet to the POINT OF BEGINNING.
20|
21|     EXCEPTING THEREFROM that portion of said land conveyed to
      the State of Arizona by instrument recorded in Docket 1543,
22|     Page 441, records of Coconino County, Arizona,
      described as follows:
23|
24|     BEGINNING at the intersection of the East line of the above
      described property with the existing Northwesterly right of
25|     way line of said U.S. Highway 89A (Prescott-Flagstaff
      Highway);
26|
27|     Thence along said East line, North 36 degrees, 40 minutes,
      00 seconds West (record North 36 degrees, 41 minutes, 00
28|     seconds West), a distance of 20.00 feet;

2

EXHIBIT A

```
 1        Thence South 53 degrees, 20 minutes, 00 seconds West, a
          distance of 15.00 feet;
 2
 3        Thence South 36 degrees, 40 minutes, 00 seconds East, a
          distance of 20.00 feet to the Northwesterly right of way
 4        line of U.S. Highway 89A;

 5        Thence along said right of way line, to the POINT OF
          BEGINNING.
 6
 7   titled to Creek Hideaway, LLC, as evidenced by the Special Warranty
 8   Deed signed on March 29, 2017, and recorded on April 17, 2017, with
 9   sequence number 3781948 in the records of the Coconino County
10   Recorder, Arizona.
11        That this action is to forfeit this property for violations of
12   Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and
13   981, as against all other persons known or unknown claiming any
14   right, title, estate, lien or interest in said real property
15   / / /
16   / / /
17
18
...
28
```

3

EXHIBIT A

including more particularly the interest, if any, of Creek Hideaway, LLC. This property is forfeitable pursuant to Title 18, United States Code, Sections 981 and 982.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

4

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May /0, 2018**, I served a copy of: **LIS PENDENS** ▓▓▓▓ ▓▓▓▓▓▓▓ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May /0, 2018** at Los Angeles, California.

/s/ Beckman
/SHANNEN BECKMAN

EXHIBIT A

## SERVICE LIST

Creek Hideaway, LLC
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Creek Hideaway, LLC
19647 N SR 89A
Sedona, AZ 86336

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 13, 2018**, I served a copy of: **NOTICE OF FILING OF LIS PENDENS** (███████████████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 13, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN
SHANNEN BECKMAN

SERVICE LIST

Creek Hideaway, LLC
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Creek Hideaway, LLC
19647 N SR 89A
Sedona, AZ 86336