OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180358688   05/10/2018   02:22
ELECTRONIC RECORDING

1525986540955-7-1-1--
Yorkm

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
        Senior Paralegal

MAILING       Shannen.beckman@usdoj.gov
ADDRESS:     312 N. Spring St., 14th Floor
CITY, STATE,   Los Angeles, CA
ZIP CODE:    90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

## TITLE(S)

### Recording of Lis Pendens

████████████████████ **Paradise Valley, AZ 85253**
**Maricopa County**

### APN: 173-11-006C

EXHIBIT A

1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
   DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4  MARGARET PERLMETER (Ariz. Bar No. 024805,
   margaret.perlmeter@usdoj.gov)
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
7  Telephone (602) 514-7500

8  JOHN P. CRONAN
9  Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
10
   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
12 950 Pennsylvania Ave N.W., Room 2116
   Washington, D.C. 20530
13 Telephone (202) 616-280

14 Attorneys for Plaintiff
15 UNITED STATES OF AMERICA

16            UNITED STATES DISTRICT COURT

17            FOR THE DISTRICT OF ARIZONA

18 UNITED STATES OF AMERICA,        No. CR 18-00422-PHX-SPL (BSB)

19            Plaintiff,                    LIS PENDENS

20              v.                           As to:
                                   ████████████████████,
21 JAMES LARKIN                     Paradise Valley, AZ 85253

22            Defendant.            Titled Owners: James A Larkin and
                                    Margaret G. Larkin, Trustees of
23                                  the Ocotillo Family Trust dated
                                    June 2, 2008
24

25     NOTICE IS HEREBY GIVEN that the foregoing action has been

26 commenced and is now pending in the United States District Court for

27 the District of Arizona.  This action may affect the title to

28 property situated in Maricopa County, Arizona known as and located at

                                              EXHIBIT A

1 ▬▬▬▬▬▬▬▬▬▬., Paradise Valley, Arizona with Maricopa

2 County Assessor parcel number 173-11-006C, and is more particularly

3 described as follows:

4     The North Half Southwest Quarter of the Northwest Quarter
    of Section 15 Township 2 North, Range 4 East of the Gila

5     and Salt River Base and Meridian, Maricopa County, Arizona;

6
    EXCEPT the East 285.90 feet of the South 80 feet; and

7

8     EXCEPT the West 372.05 feet of the South 84 feet thereof;
    and

9
    EXCEPT that portion described as follows:

10

11     Commencing at the Northwest corner of said North Half;

12     Thence North 88 degrees 08 minutes 24 seconds East, along
    the North Line of said North Half, 30.00 feet to the East

13     Line of that certain roadway known as Casa Blanca Road,
    being also the true point of beginning;

14

15     Thence continuing North 88 degrees 08 minutes 24 seconds
    East, along said North Line, 627.68 feet to the Northeast

16     corner of said North Half;

17     Thence South 0 degrees 00 minutes 53 seconds East, along

18     the East Line of said North Half, 251.63 feet;

19     Thence South 88 degrees 08 minutes 37 seconds West 285.82
    feet (Plat 285.90 feet);

20

21     Thence North 4.00 feet;

22     Thence South 88 degrees 08 minutes 37 seconds West 8.28
    feet;

23

24     Thence North 0 degrees 00 minutes 53 seconds West 227.61
    feet to a point 20 feet Southerly from the said North Line;

25

26     Thence South 88 degrees 08 minutes 24 seconds West,
    parallel to and 20.00 feet from said North Line, 333.58 to

27     the East Line of said Blanca Road;

28     Thence North (assumed bearing), along said East Line, 20.00
    feet to the true point of beginning; and

EXHIBIT A

1  EXCEPT that portion described as follows:

2  Commencing at the Northwest corner of said North Half;

3
   Thence North 88 degrees 08 minutes 24 seconds East, along
4  the North Line of said North Half, 15.00 feet to the true
   point of beginning;
5

6  Thence continuing North degrees 08 minutes 24 seconds East,
   along said North Line, 15.00 feet;
7

8  Thence South 0 degrees 00 minutes 53 seconds East 20.00
   feet;

9
   Thence South 88 degrees 08 minutes 24 seconds West 15.00
10 feet;

11 Thence North (assumed bearing) 20.00 feet to the true point
   of beginning.
12

13

14 titled to James A. Larkin and Margaret G. Larkin, Trustees of the

15 Ocotillo Family Trust dated June 2, 2008, as evidenced by the Special

16 Warranty Deed signed on March 9, 2017, and recorded on March 9, 2017,

17 with sequence number 20170169970 in the records of the Maricopa

18 County Recorder, Arizona.

19     That this action is to forfeit this property for violations of

20 Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and

21 981, as against all other persons known or unknown claiming any

22 right, title, estate, lien or interest in said real property

23 / / /

24 / / /

25

26

27

28

3

EXHIBIT A

1 | including more particularly the interest, if any, of Creek Hideaway,

2 | LLC.   This property is forfeitable pursuant to Title 18, United

3 | States Code, Sections 981 and 982.

4 | Dated: May 10, 2018                Respectfully submitted,

5 |                                    ELIZABETH A. STRANGE
6 |                                    First Assistant United States
                                       Attorney
7 |                                    District of Arizona

8 |                                    JOHN P. CRONAN
9 |                                    Acting Assistant Attorney General
                                       Criminal Division, U.S. Department
10 |                                   of Justice

11 |

12 |                                    _____
13 |                                    KEVIN RAPP
                                       DOMINIC LANZA
14 |                                    MARGARET PERLMETER
                                       JOHN J. KUCERA
15 |                                    Assistant U.S. Attorneys

16 |                                    REGINALD JONES
17 |                                    Senior Trial Attorney

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY MAILING</u>

   I am over the age of 18 and not a party to the within
action.  I am employed by the Office of the United States
Attorney, Central District of California.  My business address
is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

   On **May** <u>**/0**</u> **, 2018**, I served a copy of: <u>LIS PENDENS</u> ███████

████████████ upon each person or entity named below by
enclosing a copy in an envelope addressed as shown below and
placing the envelope for collection and mailing on the date and
at the place shown below following our ordinary office
practices.

TO:   **SEE SERVICE LIST**

 <u>X</u>   I am readily familiar with the practice of this office for
collection and processing correspondence for mailing.  On the
same day that correspondence is placed for collection and
mailing, it is deposited in the ordinary course of business with
the United States Postal Service in a sealed envelope with
postage fully prepaid.

   I declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct.

   I declare that I am employed in the office of a member of
the bar of this court at whose direction the service was made.

   Executed on: **May** <u>**/0**</u> **, 2018** at Los Angeles, California.

<u>                    </u>

SHANNEN BECKMAN

EXHIBIT A

**SERVICE LIST**

James A Larking, Margaret G. Larkin

████████████████████

Paradise Valley, AZ 85253

JP Morgan Chase
ATTN: Legal Department
270 Park Avenue
New York, NY 10017

EXHIBIT A

1

## PROOF OF SERVICE BY MAILING

2     I am over the age of 18 and not a party to the within

3  action.   I am employed by the Office of the United States

4  Attorney, Central District of California.   My business address

5  is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6     On **July 17, 2018**, I served a copy of: **NOTICE OF FILING OF**

7  **LIS PENDENS (**▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.**)** upon each person or entity

8  named below by enclosing a copy in an envelope addressed as

9  shown below and placing the envelope for collection and mailing

10  on the date and at the place shown below following our ordinary

11  office practices.

12  **TO:   SEE SERVICE LIST**

13   **X**   I am readily familiar with the practice of this office for

14  collection and processing correspondence for mailing.   On the

15  same day that correspondence is placed for collection and

16  mailing, it is deposited in the ordinary course of business with

17  the United States Postal Service in a sealed envelope with

18  postage fully prepaid.

19     I declare under penalty of perjury under the laws of the

20  United States of America that the foregoing is true and correct.

21     I declare that I am employed in the office of a member of

22  the bar of this court at whose direction the service was made.

23     Executed on: **July 17, 2018** at Los Angeles, California.

24

25                                     SHANNEN BECKMAN

26

27

28

**SERVICE LIST**

1

2 James A Larkin, Margaret G. Larkin

3 Paradise Valley, AZ 85253

4 JP Morgan Chase
  ATTN: Legal Department
5 270 Park Avenue

6 New York, NY 10017

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28