ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
Andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on July 2, 2018, it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635052, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 17, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/*John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on  July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.


By: *s/Shannen Beckman*
 U.S. Attorney's Office

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:  Shannen Beckman
       Senior Paralegal

MAILING         Shannen.beckman@usdoj.gov
ADDRESS:        312 N. Spring St., 14th Floor
CITY, STATE,    Los Angeles, CA
ZIP CODE:       90012

COPY

CONFORMED COPY of document recorded
07/02/2018, 2018K635052
on _____ with document no. ___
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

**Recording of Lis Pendens**

███████████████ **San Francisco, CA 94123**
**County of San Francisco**

**APN: Lot 029, Block 0563**

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff

16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ▇▇▇▇▇▇ |
| MICHAEL LACEY | San Francisco, California |
| Defendant. | Titled Owners: Casa Bahia for San Francisco, LLC |

EXHIBIT A

1 | NOTICE IS HEREBY GIVEN that the foregoing action has been
2 | commenced and is now pending in the United States District Court for
3 | the District of Arizona. The real property that is the subject of
4 | this action is located in San Francisco, California and is more
5 | particularly described as follows:
6 |     LOT 29, AS SHOWN ON THE MAP ENTITLED, "PARCEL MAP BEING A
    RESUBDIVISION OF ASSESSOR'S LOTS NO. 2 AND 3, BLOCK 563,
7 |     ALSO BEING A PORTION OF WESTERN ADDITION BLOCK 347, SAN
    FRANCISCO", RECORDED SEPTEMBER 8, 1981, IN THE OFFICE OF
8 |     THE COUNTY RECORDER OF THE CITY AND COUNTY OF SAN
9 |     FRANCISCO, STATE OF CALIFORNIA, IN BOOK 21 OF PARCEL MAPS,
    AT PAGE 51.
10 |
11 | Lot 029, Block 0563
12 | For further information concerning the forfeiture, reference may
13 | be had to the records of the Clerk of the Court for the United States
14 | / / /
15 | / / /

2

EXHIBIT A

1  District Court at Phoenix, Arizona.  Title to the defendant property
2  is held in the name of Casa Bahia for San Francisco, LLC, a Delaware
3  limited liability company.
4  Dated: May 10, 2018          Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of
Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY MAILING** |
| 2 | I am over the age of 18 and not a party to the within |
| 3 | action.  I am employed by the Office of the United States |
| 4 | Attorney, Central District of California.  My business address |
| 5 | is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012. |
| 6 | On May 24, 2018, I served a copy of: LIS PENDENS |
| 7 | ▮ upon each person or entity named below by |
| 8 | enclosing a copy in an envelope addressed as shown below and |
| 9 | placing the envelope for collection and mailing on the date and |
| 10 | at the place shown below following our ordinary office |
| 11 | practices. |
| 12 | TO:   SEE SERVICE LIST |
| 13 | _X_  I am readily familiar with the practice of this office for |
| 14 | collection and processing correspondence for mailing.  On the |
| 15 | same day that correspondence is placed for collection and |
| 16 | mailing, it is deposited in the ordinary course of business with |
| 17 | the United States Postal Service in a sealed envelope with |
| 18 | postage fully prepaid. |
| 19 | I declare under penalty of perjury under the laws of the |
| 20 | United States of America that the foregoing is true and correct. |
| 21 | I declare that I am employed in the office of a member of |
| 22 | the bar of this court at whose direction the service was made. |
| 23 | Executed on: May 24, 2018 at Los Angeles, California. |
| 24 | |
| 25 | /s/ Beckman<br>SHANNEN BECKMAN |

EXHIBIT A

SERVICE LIST

CASA BAHIA FOR SAN FRANCISCO, LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CASA BAHIA FOR SAN FRANCISCO, LLC
2755 Fillmore St.
San Francisco, CA 94123

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS** (████████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN
SHANNEN BECKMAN

SERVICE LIST

1

2  CASA BAHIA FOR SAN FRANCISCO, LLC
   Corporation Service Company
3  Registered Agent
   251 Little Falls Drive
4  Wilmington, DE 19808

5

6  CASA BAHIA FOR SAN FRANCISCO, LLC
   2755 Fillmore St.
7  San Francisco, CA 94123

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28