RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:  Shannen Beckman
          Senior Paralegal

MAILING ADDRESS:  Shannen.beckman@usdoj.gov
                    312 N. Spring St., 14th Floor
CITY, STATE:  Los Angeles, CA
ZIP CODE:  90012

**COPY**

CONFORMED COPY of document recorded
**07/02/2018, 2018K635052**
on_____with document no_____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

### Recording of Lis Pendens

### ▮▮▮▮▮▮▮▮▮▮▮▮ San Francisco, CA 94123
### County of San Francisco

### APN: Lot 029, Block 0563

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ▓▓▓▓▓▓▓▓ |
| MICHAEL LACEY | San Francisco, California |
| Defendant. | Titled Owners: Casa Bahia for San Francisco, LLC |

EXHIBIT A

1     NOTICE IS HEREBY GIVEN that the foregoing action has been
2 commenced and is now pending in the United States District Court for
3 the District of Arizona. The real property that is the subject of
4 this action is located in San Francisco, California and is more
5 particularly described as follows:

    LOT 29, AS SHOWN ON THE MAP ENTITLED, "PARCEL MAP BEING A RESUBDIVISION OF ASSESSOR'S LOTS NO. 2 AND 3, BLOCK 563, ALSO BEING A PORTION OF WESTERN ADDITION BLOCK 347, SAN FRANCISCO", RECORDED SEPTEMBER 8, 1981, IN THE OFFICE OF THE COUNTY RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, IN BOOK 21 OF PARCEL MAPS, AT PAGE 51.

    Lot 029, Block 0563

    For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States

/ / /

/ / /

District Court at Phoenix, Arizona. Title to the defendant property is held in the name of Casa Bahia for San Francisco, LLC, a Delaware limited liability company.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On May 24, 2018, I served a copy of: LIS PENDENS ▆▆▆▆▆▆▆ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

__X__ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: May 24, 2018 at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN

EXHIBIT A

**SERVICE LIST**

CASA BAHIA FOR SAN FRANCISCO, LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CASA BAHIA FOR SAN FRANCISCO, LLC
2755 Fillmore St.
San Francisco, CA 94123

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS** (███████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN

SERVICE LIST

CASA BAHIA FOR SAN FRANCISCO, LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CASA BAHIA FOR SAN FRANCISCO, LLC
2755 Fillmore St.
San Francisco, CA 94123