1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   KEVIN M. RAPP (Ariz. Bar No. 14249),
3  kevin.rapp@usdoj.gov
   MARGARET PERLMETER (Ariz. Bar No. 024805),
4  margaret.perlmeter@usdoj.gov
   PETER S. KOZINETS (Ariz. Bar No. 019856),
5  Peter.kozinets@usdoj.gov
   ANDREW C. STONE (Ariz. Bar No. 026543),
6  Andrew.stone@usdoj.gov
   Assistant U.S. Attorneys
7  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
8  Telephone (602) 514-7500

9  JOHN J. KUCERA (Cal. Bar No. 274184),
   john.kucera@usdoj.gov
10 Special Assistant U.S. Attorney
   312 N. Spring Street, Suite 1400
11 Los Angeles, CA 90012
   Telephone (213) 894-3391

12
   JOHN P. CRONAN
13 Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
14
   REGINALD E. JONES (Miss. Bar No. 102806),
15 reginald.jones4@usdoj.gov
   Senior Trial Attorney, U.S. Department of Justice
16 Child Exploitation and Obscenity Section
   950 Pennsylvania Ave N.W., Room 2116
17 Washington, D.C. 20530
   Telephone (202) 616-2807
18 Attorneys for Plaintiff

19              UNITED STATES DISTRICT COURT

20          FOR THE CENTRAL DISTRICT OF ARIZONA

21

22  United States of America,        No. CR 18-422-PHX-SPL (BSB)

23              Plaintiff,           NOTICE OF GOVERNMENT'S FILING
                                     OF RECORDED LIS PENDENS AS TO
24          v.                       REAL PROPERTY LOCATED IN
                                     PARADISE VALLEY, ARIZONA
25  Michael Lacey, et al.,

26

27              Defendants.

28

1      Plaintiff United States of America gives notice that on May

2   10, 2018, it recorded the attached *Lis Pendens* with the Maricopa

3   County Recorder under Doc. # 20180358680, and sent copies of the

4   recorded *Lis Pendens* to the titled owners and any known

5   lienholders.  A copy of the Lis Pendens is attached hereto as

6   Exhibit "A".

7   DATED: July 17, 2018          ELIZABETH A. STRANGE
                                   First Assistant United States
8                                  Attorney
                                   District of Arizona
9

10                                 JOHN P. CRONAN
                                   Acting Assistant Attorney General
11                                 Criminal Division, U.S. Department
                                   of Justice
12

13                                 /s/*John J. Kucera*
                                   KEVIN RAPP
14                                 MARGARET PERLMETER
                                   PETER S. KOZINETS
15                                 ANDREW C. STONE
                                   JOHN J. KUCERA
16                                 Assistant U.S. Attorneys

17                                 REGINALD JONES
                                   Senior Trial Attorney
18

19
                              **CERTIFICATION**
20

21      I certify that on  July 17, 2018, I electronically transmitted
    the attached document to the Clerk's Office using the CM/ECF System
22  for filing and transmittal of a Notice of Electronic Filing to the
23  following CM/ECF registrants: Anne Chapman, Erin McCampbell, James
    Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London,
24  Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart,
25  Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David
    Wakukawa, Michael Piccarreta, Stephen Weiss.
26

27

28  By: *s/Shannen Beckman*
     U.S. Attorney's Office

                                   2

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180358680   05/10/2018   02:21
ELECTRONIC RECORDING

1525986469090-6-1-1--
henrya

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
        Senior Paralegal

MAILING        Shannen.beckman@usdoj.gov
ADDRESS:       312 N. Spring St., 14th Floor
CITY, STATE,   Los Angeles, CA
ZIP CODE:      90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

## TITLE(S)

### **Recording of Lis Pendens**

█████████████ **Paradise Valley, AZ 85253**

### **APN: 164-05-122**

EXHIBIT A

1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
   DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4  MARGARET PERLMETER (Ariz. Bar No. 024805,
   margaret.perlmeter@usdoj.gov)
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
7  Telephone (602) 514-7500

8
   JOHN P. CRONAN
9  Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
10
   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
12 950 Pennsylvania Ave N.W., Room 2116
   Washington, D.C. 20530
13 Telephone (202) 616-280

14
   Attorneys for Plaintiff
15 UNITED STATES OF AMERICA

16                  UNITED STATES DISTRICT COURT

17                  FOR THE DISTRICT OF ARIZONA

18 UNITED STATES OF AMERICA,          No. CR 18-00422-PHX-SPL (BSB)

19        Plaintiff,                        LIS PENDENS

20        v.                                   As to:
                                        ███████████████, Paradise
21 MICHAEL LACEY                        Valley, Arizona 85253

22        Defendants.                      Titled Owners:

23

24      NOTICE IS HEREBY GIVEN that the foregoing action has been

25 commenced and is now pending in the United States District Court for

26 the District of Arizona.  This action may affect the title to

27 property situated in Maricopa County, Arizona known as and located at

28 ███████████████, Paradise Valley, Arizona with Maricopa County

                                                        EXHIBIT A

1   Assessor parcel number 164-05-122, and is more particularly described

2   as follows:

3       LOT 3, THE PRESERVE AT LINCOLN, according to book 681 of
        Maps, page 10, records of Maricopa County, Arizona.
4

5   titled to Michael G. Lacy, as evidenced by the Special Warranty Deed

6   signed on November 18, 2005 and recorded on November 18, 2005 with

7   sequence number 20051754369 in the records of the Maricopa County

8   Recorder, Arlington, Arizona.

9       That this action is to forfeit this property for violations of

10  Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and

11  981, as against all other persons known or unknown claiming any

12  right, title, estate, lien or interest in said real property

13  / / /

14  / / /

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT A

1  including more particularly the interest, if any, of Michael G.

2  Lacey, a single man.  This property is forfeitable pursuant to Title

3  18, United States Code, Sections 981 and 982.

4  Dated: May 10 , 2018                    Respectfully submitted,

5                                          ELIZABETH A. STRANGE
                                           First Assistant United States
6                                          Attorney
                                           District of Arizona
7

8                                          JOHN P. CRONAN
                                           Acting Assistant Attorney General
9                                          Criminal Division, U.S. Department
                                           of Justice
10

11

12                                         _____
                                           KEVIN RAPP
13                                         DOMINIC LANZA
                                           MARGARET PERLMETER
14                                         JOHN J. KUCERA
                                           Assistant U.S. Attorneys
15

16                                         REGINALD JONES
                                           Senior Trial Attorney
17

18

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT A

1                     <u>**PROOF OF SERVICE BY MAILING**</u>

2       I am over the age of 18 and not a party to the within

3 action.  I am employed by the Office of the United States

4 Attorney, Central District of California.  My business address

5 is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6       On **May ▎0 , 2018**, I served a copy of: **LIS PENDENS** ███████

7 ██████▌  upon each person or entity named below by enclosing

8 a copy in an envelope addressed as shown below and placing the

9 envelope for collection and mailing on the date and at the place

10 shown below following our ordinary office practices.

11 **TO:   SEE SERVICE LIST**

12 **_X_**   I am readily familiar with the practice of this office for

13 collection and processing correspondence for mailing.  On the

14 same day that correspondence is placed for collection and

15 mailing, it is deposited in the ordinary course of business with

16 the United States Postal Service in a sealed envelope with

17 postage fully prepaid.

18       I declare under penalty of perjury under the laws of the

19 United States of America that the foregoing is true and correct.

20       I declare that I am employed in the office of a member of

21 the bar of this court at whose direction the service was made.

22       Executed on: **May▎0 , 2018** at Los Angeles, California.

23

24                               *SHANNEN BECKMAN*

25

26

27

28

**SERVICE LIST**

1

2  Michael G. Lacey
   ██████████████████████
3  Phoenix, AZ 85016

4  Michael G. Lacey
   ██████████████████████
5  Paradise Valley, AZ 85253

6  BMO Harris N.A.
   Legal Department
7  1200 E. Warrenville Rd
   Naperville, IL 60563

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**PROOF OF SERVICE BY MAILING**</u>

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On <u>**July 17, 2018**</u>, I served a copy of: <u>**NOTICE OF FILINS OF LIS PENDENS**</u> (~~████████████████~~) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

SHANNEN BECKMAN

1

2

**SERVICE LIST**

3   Michael G. Lacey
~~[redacted]~~
Phoenix, AZ 85016

4

5   Michael G. Lacey
~~[redacted]~~
Paradise Valley, AZ 85253

6

7   BMO Harris N.A.
Legal Department
1200 E. Warrenville Rd
8   Naperville, IL 60563

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28