IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**ORDER** |

　　　Upon the motion of the United States, and good cause showing,

　　　**IT IS HEREBY ORDERED** granting the United States' motion to extend time to file its reply to the Defendant's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues (Doc. 226) to **August 10, 2018**.

　　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

　　　DATED this _____ day of _____, 2018.