IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court has considered Defendants Lacey's and Larkin's unopposed Motion for Leave to File Over Length Opposition to United States' Motion to Resolve Privilege Issues and Cross Motion to Obtain and Address Privilege Issues (Doc. 225), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. The Clerk of Court shall file Defendants Lacey's and Larkin's over-length response to government's motion to resolve privilege issues and cross motion to obtain discovery and address privilege issues (lodged at Doc. 226) and supporting exhibits (lodged at Doc. 227).

The Court finds excludable delay under 18 U.S.C. § 3161(h) ____ from ____ to ____.

Dated this 25th day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge