**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SPL |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT SCOTT SPEAR'S JOINDER IN [235] DEFENDANTS LACEY'S AND LARKIN'S' OPPOSITION TO UNITED STATES' MOTION TO RESOLVE PRIVILEGE ISSUES AND CROSS-MOTION TO OBTAIN DISCOVERY AND ADDRESS PRIVILEGE ISSUES [195]** |
| Scott Spear. | ) | |
| Defendant. | ) | |

The Defendant, Scott Spear, by and through his attorneys undersigned, in an abundance of caution and to the extent it involves Defendant Spear, Mr. Spear joins in the filing of Defendant Lacey's and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues filed on July 26th, 2018 **[DE 235]**.

On August 8th, 2018, Defendant Spear filed his Joinder in Defendant Lacey's and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues filed on July 20th, 2018 **[DE 226]**.

Defendant Spear is in agreement with the arguments made in Defendants Lacey's and Larkin's Opposition and those responses sufficiently state Defendant Spear's position on the issues.

RESPECTFULLY SUBMITTED this 9th day of August, 2018.

                    **FEDER LAW OFFICE, P.A.**
                    /s/ Bruce Feder
                    Attorney for Defendant, Scott Spear

### CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of August, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Rever:**   bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Michael Piccarreta:**   mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com
**Ariel Neuman:**   aneuman@birdmarella.com
**KC Maxwell:**   kcm@kcmaxlaw.com
**David Wakukawa:**   dsw@kcmaxlaw.com
*Attorneys for the Defense*

By: /s/   A. Jones