# Exhibit H

**Name**
Lizmcd4
(Mary w/3 Alt)
Dayanim
(Hadley w/3 Mary)
Dorsi
Lyon
Cooley
"Cooley.com"
(Sam w/3 Neel)
(Hay w/3 John)
Lorentz
Lindau
(Bok w/3 Jasper)
Bogaard
"Jian-Cheng"
(Joel w/3 Cox)
(Bryan w/3 Wee)
Schaik
Sayre
Sibley
Wheeler
Brammer
(Stephen w/3 Ross)
(Steven w/3 Ross)
(Steve w/3 Ross)
Greer
Luskin
(Morton w/3 Keith)
(Chip w/3 Peters)
Zondag
Merks
Fitch
Fugal
Moll
Hemu
(Jason w/3 Elliott)
Painter
Kulpa
"Mwe.com"
McDermott
(Stephen w/3 Ryan)
(Steven w/3 Ryan)

(Steve w/3 Ryan)
Ditlevson
(Harry /3 Schneider)
Weinkauf
Burgin
Bugaighis
Bugagis
Breena
Roos
Ruedisulj
DiEsposti
Bornhoft
"Jtlaw.com"
Tobey
"Corn-Revere"
(Rusing w/3 lopez)
"Rllaz.com"
Greenbacker
Rawson
Gianni
Sachs
(Labar w/3 (Kerr or Wagstaffe))
(Perkins w/3 Coie)
(Preston w/3 (Gates or Ellis or Rouvelas or Meeds))
Suskin
Stahl
Shosid
Sabo
Rosen
Rohrbacher
Pyle
Perkins
Pera
Meredith
Meehan
McDougall
Manning
Maio
Liz
Labar
Kattan
Henze
Grant

Fogel
Farrimond
Doran
Ambika
Corrado
Coie
Cardozo
Boswell
Blume
Bertsche
â€œK&Lâ€
"paulhastings.com"
(Paul w/3 Hastings)
(Gust w/3 Rosenfeld)
(Steve w/3 Suskin)
(Robert w/3 Bertsche)
(Ambika w/3 Doran)
(Williams w/3 Rohrbacher)
(Elizabeth w/3 McDougall)
(Stinson w/3 (Morrison or Hecker))
"henzecookmurphy"
"beckerandhouse.com"
"Whiteandwilliams.com"
"Akingump.com"
â€œjohn@beckerandhouse.comâ€
â€œconnie@beckerandhouse.comâ€
â€œlizmcd4@gmail.comâ€
â€œdon.moon@azbar.comâ€
â€œliz@backpage.comâ€
â€œchristine.ogsbury@villagevoicemedia.comâ€
â€œchristine.ogsbury@voicemediagroup.comâ€
â€œmdyment@bdo.comâ€
â€œdonbmoon@yahoo.comâ€
â€œteh@gknet.com"
â€œjaney.henze@gknet.comâ€
â€œlmcdougall@backpage.comâ€
â€œJimGrant@dwt.comâ€
â€œAmbikaDoran@dwt.comâ€
â€œdonbennettmoon@gmail.comâ€
(Matthew w/3 Dyment)
(White w/3 Williams)
(Frank w/3 Adam)
(Dickinson w/3 Wright)

3

(Lees w/3 Mayfield)
(Meade w/3 Schrag)
(Becker w/3 House)
(Jennings w/3 (Haug OR Cunningham))
(Jackson w/3 Pyle)
(Jim w/3 Grant)
(Stahl w/3 Doran)
(Fogel w/3 Maio)
(Bennett w/3 Moon)
(Davis w/3 Tremaine)
"Stinson.com"
Pellar
Schiff
Kupiszewski
Kile
Kasowitz
Akin
Ogsbury
Hinckley
Fennemore
Dyment
SNR
Fifer
Gates
Quarles
Preston
Stinson
Mayer
McCusker
Wagstaffe
Kerr
Gibson
Denton
Bennett
Moon
counsel
lawyer
attorney
deliberativ*
(work w/3 product)
"work product"
Privileg*
(Larry w/3 Shosid)

Mail(john@beckerandhouse.com)
Mail(connie@beckerandhouse.com)
mail(lizmcd4@gmail.com)
mail(don.moon@azbar.com)
mail(liz@backpage.com)
mail(christine.ogsbury@villagevoicemedia.com)
mail(christine.ogsbury@voicemediagroup.com)
Mail(mdyment@bdo.com)
mail(donbmoon@yahoo.com)
mail(teh@gknet.com")
mail(janey.henze@gknet.com)
mail(lmcdougall@backpage.com)
mail(JimGrant@dwt.com)
mail(AmbikaDoran@dwt.com)
â€œgknet.com"
"thompsoncoburn.com"
"stinsonleonard.com"
"snrdenton.com"
"schiffhardin.com"
"rlf.com"
"reedsmith.com"
"quarles.com"
"princelobel.com"
"perkinscoie.com"
"pellarlaw.com"
"meehanlawoffice.com"
"meadeschrag.com"
"mayerbrown.com"
"marc-law.com"
"leesmayfield.com"
"klgates.com"
"kilekuplaw.com"
"kerrwagstaffe.com"
"kasowitz.com"
"hinckleyallen.com"
"Gustlaw.com"
"gibsondunn.com"
"frankadam.com"
"federlawpa.com"
"fclaw.com"
"farrimondlaw.com"
"dwt.com"
"dlapiper.com"

"Dickinson-wright.com"
"dickinsonwright.com"
"dentons.com"
"cwwpc.comâ€
"bellnunnally.com"
"azestatelaw.com"
"azbar.org"
"jhc-law.com"
(Jeffrey w/3 (Jackson or Pyle))
(James w/3 Grant)
(Susan w/3 Boswell)
(Samuel w/3 Fifer)
(Grant w/3 (Stahl OR Doran))
(Cardozo w/3 (Fogel or Maio))
(Richards w/3 (Layton or Finger))
(Prince w/3 (Lobel or Tye))
(McCusker w/4 (Anselmi or Rosen or Carvelli))
(Kerr w/3 Wagstaffe)
(Don w/3 (Bennett or Moon))
(Davis w/3 (Wright or Tremain))
(fennemore w/3 craig)
"Williams Rohrbacherâ€
â€œThompson Coburnâ€
â€œSusan Boswellâ€
â€œSNR Dentonâ€
â€œSamuel Fiferâ€
"Sam Fifer"
â€œRobert Bertscheâ€
â€œReed Smithâ€
â€œQuarles & Bradyâ€
â€œPreston Gates Ellis & Rouvelas Meedsâ€
"Perkins Coie"
â€œMcCusker, Anselmi, Rosen & Carvelliâ€
â€œLarry Shosidâ€
â€œLaw Office of Michael Meehanâ€
â€œKerr & Wagstaffeâ€
â€œKattan Blumeâ€
â€œJeffrey Jackson Pyleâ€
â€œJames Grantâ€
â€œGrant, Stahl, Doranâ€
â€œGibson, Dunn & Crutcherâ€
â€œFarrimond Law Officesâ€
â€œElizabeth McDougallâ€

6

"Don Bennett Moon"
"dentons us llp"
(Bell w/3 (Nunnally or Martin))
"capelegal.com"
"Barry, Corrado, Grassi & Gibson"
"adamsandreese.com"
mail(donbennettmoon@gmail.com)
"Adams and Reese"

7