ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
Assistant U.S. Attorneys
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 North Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone: 213-894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave. N.W., Room 2116
Washington, D.C. 20530
Telephone: 202-616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | |
| v. | BILL OF PARTICULARS RE: FORFEITURE OF PROPERTY |
| MICHAEL LACEY, ET AL., | |
| Defendant. | |

The United States hereby submits the following Bill of Particulars for Forfeiture of Property.

The Forfeiture Allegations of the Superseding Indictment notified defendants pursuant to Rule 32.2 of the Federal Rule of Criminal Procedure that the government, in the event of the conviction of any of the defendants, will seek forfeiture of property pursuant to Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 18, United States Code, Section 982(a)(7). The United States hereby gives further notice that, with respect to the Forfeiture Allegations of the Superseding Indictment, it also intends to seek forfeiture of the following specific property: $8,778,802.96 held in Bank of America IOLTA Account #50033414.

Dated: August 23, 2018  Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney, District of Arizona
KEVIN M. RAPP
MARGARET PERLMETER
ANDREW C. STONE
PETER S. KOZINETS
Assistant United States Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division,
U.S. Department of Justice

　/s/*John Kucera*
JOHN KUCERA
Special Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America