Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey<br><br>                    Defendants. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LACEY'S NOTICE OF JOINDER IN DEFENDANT LARKIN'S OPPOSITION TO GIVERNMENT'S APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY<br><br>"Defendant Not in Custody"<br><br>(Honorable Steven P. Logan) |

  Defendant Michael Lacey by and through his undersigned counsel, joins in defendant James Larkin's Opposition to Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody filed on August 28, 2018 (Doc. 285).

  Defendant Lacey agrees with the arguments made in Defendant Larkin's Opposition. Defendant Lacey adopts the positions set forth in said Opposition as if fully set forth herein. The issues raised in the Opposition apply with equal force to Mr. Lacey.

Respectfully submitted this 31st day of August, 2018

                         LIPSITZ GREEN SCIME CAMBRIA LLP

                         */s/*    *Paul J. Cambria, Jr.*
                                Attorneys for Defendant
                                Michael Lacey

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ April Kelly