ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | No. CR 18-422-PHX-SPL (BSB)<br><br>NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |

Plaintiff United States of America gives notice that on July 2, 2018 it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635051, and sent

copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/John J. Kucera
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DOMINIC LANZA
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name: Shannen Beckman
      Senior Paralegal

MAILING ADDRESS: Shannen.beckman@usdoj.gov
CITY, STATE, ZIP CODE: 312 N. Spring St., 14th Floor
Los Angeles, CA
90012

COPY

**CONFORMED COPY of document recorded**

**07/02/2018, 2018K635051**

on_____ with document no_____
This document has not been compared with the original
**SAN FRANCISCO ASSESSOR-RECORDER**

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## Recording of Lis Pendens

■■■■■■■■ San Francisco, CA 94115
San Francisco County

## Assessor's Lot 057; Block: 1008

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500

 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff

16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ███████ |
| MICHAEL LACEY | San Francisco, California |
| Defendant. | Titled Owners: Michael G. Lacey and Alyson Talley |

EXHIBIT A

1     NOTICE IS HEREBY GIVEN that the foregoing action has been
2 commenced and is now pending in the United States District Court for
3 the District of Arizona. The real property that is the subject of
4 this action is located in San Francisco, California and is more
5 particularly described as follows:

6     Parcel A:

7     Condominium Unit No. 343, Lot No. 57, as shown upon the
Condominium Map and diagrammatic floor plan
8 entitled, "Parcel Map of 339-341-343 Presidio Avenue, A
Residential Condominium Project" which was filed for
9 record on January 31, 2002, in Condominium Map Book 72, at
10 Pages 115 through 117, inclusive, in the office of
the Recorder of the City and County of San Francisco, State
11 of California (referred to herein as "the Map") and as
further defined in the Declaration of Covenants, Conditions
12 and Restrictions of 339-341-343 Presidio Avenue, a
13 Condominium Project, recorded on April 22, 2002 as
Instrument/Series No. 2002-H152375-00, Official Records of
14 the City and County of San Francisco, State of California
(referred to herein as "the Declaration").
15

16 Excepting therefrom any portion of the common area lying
within said Unit.
17

18 Parcel B:

19 An undivided 48.15% interest in and to the Common Area as
shown on the Map and defined in the Declaration,
20 reserving therefrom the following:

21 (a) Exclusive easements, other than those shown in Parcel
"C" herein, as shown on the Map and reserved by
22 Grantor to Units for use as defined in the Declaration; and

23
(b) Nonexclusive easements appurtenant to all units for
24 ingress and egress, support, repair and maintenance.

25 Parcel C:

26   (a)   The exclusive easement to use the Parking Area(s)
27        designated as P-2 on the Map.

28   (b) The exclusive easement to use the Planter Area(s)
designated as None on the Map.

2

EXHIBIT A

(c) The exclusive easement to use the Storage Area(s) designated as on the Map.

(d) The exclusive easement to use the Landing Area(s) designated as None on the Map.

Parcel D:

A nonexclusive easement appurtenant to Parcel A above for support repair and maintenance, and for ingress and egress through the Common Area in accordance with California Civil Code Section 1361 (a).

Parcel E:
Encroachment easements appurtenant to the Unit in accordance with the provisions of the Declaration.

APN: 07-1008-057-01

/ / /
/ / /

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Phoenix, Arizona. Title to the defendant property is held in the name of Michael G. Lacey, a single man and Alyson Talley, a single woman, as joint tenants with right of survivorship.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May 24, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  MICHAEL G. LACEY
     ALYSON TALLEY
     ▮▮▮▮▮▮▮▮▮▮▮
     SAN FRANCISCO, CA 94115-2045

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 24, 2018** at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices, or forwarding a copy via e-mail as approved by recipient.

**TO:   SEE SERVICE LIST**

 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

_____
KRYSTIE SOR

SERVICE LIST

Michael G. Lacey
Alyson Talley
[redacted]
San Francisco, CA 94115-2045

Alyson Talley
c/o Martha Boersch
Boersch Shirpiro LLP
[redacted]
Oakland, CA 94612
MBoersch@boerschshapiro.com