ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN NAPA COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on June 26, 2018 it recorded the attached *Lis Pendens* with the Napa County Recorder under Doc. # 2018-0012621, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018       ELIZABETH A. STRANGE
                                First Assistant United States
                                Attorney
                                District of Arizona

                                BRIAN BENCZKOWSKI
                                Acting Assistant Attorney General
                                Criminal Division, U.S. Department
                                of Justice

                                */s/John J. Kucera*
                                KEVIN RAPP
                                MARGARET PERLMETER
                                PETER S. KOZINETS
                                DOMINIC LANZA
                                JOHN J. KUCERA
                                Assistant U.S. Attorneys

                                REGINALD JONES
                                Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

    By: *s/Krystie Sor*
    U.S. Attorney's Office

```
                                    2018-0012621
                           Recorded          | REC FEE       27.00
RECORDING REQUEST BY       Official Records  |
                           County of         | HOUSING TAX   75.00
    UNITED STATES          Napa              |
                           JOHN TUTEUR       |
WHEN RECORDED MAIL TO      Assessor-Recorder-Co.|
                                             |
Name:   Shannen Beckman                      | LS
        Senior Paralegal   11:55AM 26-Jun-2018 | Page 1 of 5
```

MAILING   Shannen.beckman@usdoj.gov
ADDRESS:  312 N. Spring St., 14th Floor
CITY, STATE,  Los Angeles, CA
ZIP CODE: 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

### Lis Pendens

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | <u>LIS PENDENS</u> |
| v. | As To: |
| | ▬▬▬▬▬▬▬▬▬ |
| JAMES LARKIN | St. Helena, California |
| Defendant. | Titled Owners: James A. Larkin and Margaret G. Larkin (or their successors in trust), as Trustees of Ocotillo Family Trust dated June 2, 2008 |

EXHIBIT A

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. Plaintiff is the United States of America and the Defendant is James Larkin. The real property that is the subject of this action is located in St. Helena, California and is more particularly described as follows:

> PARCEL ONE:
> Lot 1 as shown on the "Parcel Map of the Land of L. George Lambert," filed November 2, 1973 in Book 5 of Parcel Maps, page 70, Office of the Recorder of said Napa County.
>
> PARCEL TWO:
> A portion of Lot 4 as shown on Map Number 2450 entitled, "Parcel Map of the Lands of L. George Lambert" recorded November 2, 1973 and filed in Book 5 of Parcel Maps at page 70 in the Office of the Napa County Recorder described as follows:
>
> Beginning at a 3/4" iron pipe marking on the most Westerly corner of said Lot 4; thence along the Northwest line of said Lot 4 North 48°37'53" East 400.06 feet to a 3/4" iron pipe; thence South 44°19'00" East 113.23 feet to a 3/4" iron pipe; thence South 45°05'28" West 399.06 feet to a point on the Southwest line of said Lot 4, said point being marked by a 3/4" iron pipe; thence along said Southwest line, North 44°31'16" West 137.93 feet to the point of beginning.
>
> APN: 030-050-028-000

/ / /
/ / /

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Phoenix, Arizona. Title to the property is held in the name of James A. Larkin and Margaret G. Larkin (or their successors in trust), as Trustees of Ocotillo Family Trust dated June 2, 2008.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 26, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮▮▮▮▮▮▮) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   James A. Larkin and Margaret G. Larkin
      Trustees of The Ocotillo Family Trust
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      Saint Helena, CA 94574-1637

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 26, 2018** at Los Angeles, California.

/s/ *Shannen Beckman*
SHANNEN BECKMAN

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: James A. Larkin and Margaret G. Larkin
Trustees of The Ocotillo Family Trust
~~[redacted]~~
Saint Helena, CA 94574-1637

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

_____
KRYSTE SOR