1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

           v.

LACEY, ET AL.,

       Defendants.

No. CR 18-422-PHX-SPL (BSB)

<u>ORDER GRANTING LEAVE TO LATE FILE</u>
<u>REPLY ON DEFENDANT JAMES LARKIN'S</u>
<u>OPPOSITION IN RESPONSE TO UNITED</u>
<u>STATES' APPLICATION FOR ORDER</u>
<u>REGARDING CRIMINAL FORFEITURE OF</u>
<u>PROPERTY IN GOVERNMENT CUSTODY</u>
<u>(First Request)</u>

    Having considered Plaintiff's Motion for Leave to Late File Reply on Defendant James Larkin's Opposition in Response to United States' Application for Order Regarding Criminal Forfeiture of Property in Government Custody (First Request), and good cause appearing:

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

DATED this _____ day of _____, 20 ____.

_____
**HON. STEVEN P. LOGAN**
UNITED STATES DISTRICT JUDGE