# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | No. CR-18-00422-001-PHX-SPL<br><br>**ORDER** |

**IT IS ORDERED** vacating the referral to Magistrate Judge Bridget S. Bade for ruling on the Government's Motion to Disqualify Counsel (Doc. 118), the Motion to Resolve Attorney-Client Privilege (Doc. 195), the Motion for Discovery (Doc. 202) and the Cross-Motion to Obtain Discovery and Address Privilege Issues (Doc. 235).

**IT IS FURTHER ORDERED** vacating the hearing on pending motions set for October 4, 2018 and resetting same for October 5, 2018 at 9:00 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan. The time allotted for hearing is four hours.

Dated this 14th day of September, 2018.

Honorable Steven P. Logan
United States District Judge