IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-18-00422-PHX-SPL |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Before the Court is Government's Motion to Appear Telephonically (Doc. 329). Having considered this request,

**IT IS ORDERED** that the Motion (Doc. 329) is **granted**. Assistant U.S. Attorneys Kevin M. Rapp, John J. Kucera, and Reginald E. Jones may appear telephonically for the motions hearing taking place on October 5, 2018 at 9:00 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

Counsel who have been granted leave to appear telephonically shall conference together on one line and then call the Court at (602) 322-7550 no later than five minutes prior to the start of the hearing.

Dated this 3rd day of October, 2018.

Honorable Steven P. Logan
United States District Judge