Anne Chapman (#025969)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 388-1232

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) No. CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | ) **EMERGENCY MOTION TO STAY** |
| vs. | ) **SEIZURE OF ATTORNEYS' FEES** |
| | ) **AND JOINDER IN DEFENDANT** |
| Michael Lacey, et al., | ) **PADILLA AND VAUGHT'S** |
| | ) **EMERGENCY MOTION TO STAY** |
| | ) **SEIZURE OF ATTORNEYS' FEES** |
| Defendants. | ) **AND REQUEST FOR IMMEDIATE** |
| | ) **HEARING** |

Undersigned counsel hereby request this Court issue a stay of seizure warrants directed to funds held in counsel's trust account for the payment of attorneys' fees in connection with the representation of witnesses in the above-captioned criminal case and to determine the issues raised in Defendants' Padilla and Vaughts' Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing ("Padilla and Vaught Motion") currently set for hearing by this Court on November 16, 2018.

On November 8, 2018 counsel was notified by an attorney from the United States Department of Justice's Money Laundering and Asset Recovery Section that a warrant had been issued (but not yet served) for the seizure of funds being held in counsel's IOLTA bank account to secure the payment of fees not yet earned in connection with the representation of various current and former Backpage employee witnesses in this case.

See Seizure Warrant attached hereto as Exhibit A. Counsel was directed to wire funds to the United States by no later than Tuesday, November 13, 2018. See Email from Patrick Reid attached hereto as Exhibit B. The government advised that unless the funds were received by November 13, 2018, the seizure warrants would be served, which may result in the freezing of counsel's entire IOLTA account.

Counsel, having just received the communication yesterday, realizing Monday November 12 is a bank holiday and that the November 13 date would require immediate action to comply, requested a two-week continuance to permit contact with the eight clients impacted by the Warrant and to permit this Court to conduct the hearing set on November 16, 2018. See November 9, 2018 Letter from Anne Chapman attached hereto as Exhibit C. Undersigned counsel represented that the law firm would not move or otherwise access the funds sitting in its IOLTA account that are subject to the Warrant during the period of any stay. Counsel did not receive a response to the letter and attempted to contact Mr. Reid and Mr. Kucera by phone. Reached by phone, Mr. Kucera refused the request for a brief continuance but deferred to his Department of Justice colleagues. Mr. Kucera followed up by email, copying yet another Department of Justice attorney, Ms. Wick, who likewise confirmed that no extension of time would be provided. See attached email chain with Ms. Wick and Mr. Kucera, attached hereto as Exhibit D.

Counsel now requests an emergency stay of the seizure of these funds because counsel needs time to contact clients impacted by the Warrant and this Court needs time to determine the important issues raised in the Padilla and Vaught Motion. That Motion raises significant legal issues regarding the seizure of these assets and this Court is set to hear those issues on November 16. If the Court determines that the government's novel theory of forfeiture, which has never been accepted on the merits by any court, is incorrect, the seizure of these funds is illegal and would be premature. A brief continuance to permit the Court to resolve these issues is appropriate and will permit

undersigned counsel to contact the several impacted clients while the Court determines the legality of the seizure.

Granting relief creates no harm to the government because counsel has agreed to maintain and not access the funds subject to the Warrant.  A stay of brief duration will permit this Court to determine the validity of the Warrant and for counsel to contact impacted clients.

RESPECTFULLY SUBMITTED this 9th day of November, 2018.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Anne M. Chapman*

Anne M. Chapman
Attorneys for Witnesses

## CERTIFICATE OF SERVICE

I certify that on November 9th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*/s/ Julie Greenwood*

**EXHIBIT A**

Case 2:18-cr-00422-SPL   Document 365-1   Filed 11/09/18   Page 2 of 3
Case 2:18-mj-02883-DUTY *SEALED*   Document 2-1 *SEALED*   Filed 10/31/18   Page 1 of 2
Page ID #:421

# United States District Court

_____CENTRAL_____   DISTRICT OF   _____CALIFORNIA_____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**AMENDED
SEIZURE WARRANT**

UP TO AND INCLUDING $100,000.00 IN
BANK FUNDS HELD IN ALLIANCE BANK
OF ARIZONA ACCOUNT #8010597402; AND
UP TO AND INCLUDING $100,000.00 IN
BANK FUNDS HELD IN ALLIANCE BANK
OF ARIZONA ACCOUNT #8010596206

**CASE NUMBER:** 2:18-MJ-2883

TO:   United States Postal Service  (USPIS)  and any Authorized Officer of the United States, Affidavit(s) having been made before me by  POSTAL INSPECTOR LYNDON A. VERSOZA  who has reason to believe that in the District of Arizona there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up To and Including $100,000.00 in Bank Funds Held in Alliance Bank Of Arizona Account #8010597402; and
Up To and Including $100,000.00 in Bank Funds Held in Alliance Bank Of Arizona Account #8010596206

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under  18 U.S.C. § 981 (a)(1)(A) and (C)

**concerning a violation of Title**  18   **United States Code, Sections**  1952, 1956, and 1957.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

   Alliance Bank of Arizona    is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Postal Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

10-31-18 @ 1:56 pm
**Date and Time Issued**

Los Angeles, California
**City and State**

**Hon. ROZELLA A. OLIVER, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

*[signature]*
**Signature of Judicial Officer**

JOHN J. KUCERA/smb

Case 2:18-cr-00422-SPL   Document 365-1   Filed 11/09/18   Page 3 of 3
Case 2:18-mj-02883-DUTY *SEALED*   Document 2-1 *SEALED*   Filed 10/31/18   Page 2 of 2
Page ID #:422

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| |

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

**EXHIBIT B**

# Julie Greenwood

| | |
|---|---|
| **From:** | Reid, Patrick (CRM) <Patrick.Reid@usdoj.gov> |
| **Sent:** | Thursday, November 8, 2018 2:56 PM |
| **To:** | Anne M. Chapman |
| **Subject:** | Wiring Information |
| **Attachments:** | 41A 41B Alliance.pdf |

Anne,

I'm sorry for the delay our phone tag has caused. Main Justice is getting involved in the Backpage case at this time only to the extent that we try to ensure that seizure warrants on IOLTA or operating accounts not be executed without first giving firms the opportunity to do a wire-in-lieu of execution of a seizure warrant so that we can minimize any impact to your firm's operations. The seizure warrant at issue here pertains to funds deposited by Backpage, its officers, or a Backpage-controlled entity. We have a seizure warrant (see attached) pertaining to Mitchell Stein Carey Chapman authorizing the seizure of up to $100,000.00 from the firm's account at Alliance Bank of America, account number ending in -7402, and up to $100,000 from the account ending in -9206. We would like to work with you to ensure that execution of this warrant has minimal impact on your firm's operation.

I know you said you do not think there are unbilled earned fees, but wanted to pass along that information just in case. We are not seeking to seize earned fees - if Mitchell Stein Carey Chapman has earned fees that have not yet been moved to its operating account, please submit copies of bills that substantiate those fees (with any attorney-client privileged information redacted). We will review any bills submitted and do our due diligence to confirm that those funds should be excluded from the seizure.

If Mitchell Stein Carey Chapman does not have any unpaid fees outstanding, we would propose wiring the total seizure amount pursuant to the wire instructions below.

## Wire Transfer Information

Below is the banking information to have funds wired to USPS. Prior to the wire transfer, provide the following information (1) expected amount; (2) date the wire is to occur; and (3) the name of the bank wiring the funds to the USPIS, Asset Forfeiture Unit. This information will be provided to USPS Corporate Treasury to identify and record the wire transfer.

1. Name of the Account: USPS Miscellaneous
2. Account Number: 323164455
3. Name of the Bank: JP Morgan Chase
4. ABA number: 021000021
5. Point of contact at the bank: Emma Ruggiero 585-797-0563
6. SWIFT Code: CHASUS33 – For International

You can send me the information requested in the instructions above and I will pass those on to USPIS. Any amounts not **received** by wire-in-lieu of execution or deducted based on received and approved billing statements by November 13th at 4pm EST will be seized pursuant to the warrant. If something comes up and

1

you are unable to provide billing information and/or a wire, we will of course make efforts to return untainted funds after execution, but will not extend the deadline. Again, we hope to avoid this potential disruption to your firm's operation.

If you have any questions or need additional information, please do not hesitate to call me. I appreciate your time and assistance in this matter.

Sincerely,

Patrick D. Reid
Trial Attorney, Money Laundering and Forfeiture Unit
Money Laundering and Asset Recovery Section (MLARS)
U.S. Department of Justice
1400 New York Avenue NW, 10th Floor
Washington, D.C.  20005
(202) 307-1390
(202) 616-2547 (fax)

**CONFIDENTIALITY NOTICE**:  This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure.  It is solely for the use of the intended recipient(s).  Unauthorized interception, review, use, or disclosure is prohibited.  If you believe that you have received this communication in error, please notify the sender immediately and permanently delete the email, any attachments, and all copies from your computer.

**EXHIBIT C**



**Anne M. Chapman**
P 602 388 1232 | M 602 501 0239 | F 602 358 0291
anne@MSCCLaw.com

One Renaissance Square
2 North Central Ave., Suite 1450
Phoenix, AZ 85004
MSCCLaw.com

November 9, 2018

**VIA EMAIL AND US MAIL**

| | |
|---|---|
| Patrick D. Reid | John J. Kucera |
| Trial Attorney, Money Laundering and | Assistant United States Attorney |
| Forfeiture Unit, MLARS | United States Attorney's Office |
| U.S. Department of Justice | Central District of California |
| 1400 New York Avenue NW, 10th Floor | 312 North Spring Street, Suite 1200 |
| Washington, D.C. 20005 | Los Angeles, CA 90012 |
| Patrick.reid@usdoj.gov | John.kucera@usdoj.gov |

Re:    In the Matter of the Seizure of: Up to and Including $100,000 in Bank Funds Held in Alliance Bank of Arizona Account #8010597402;
And Up to and Including $100,000 in Bank Funds Held in Alliance Bank of Arizona Account #8010596206

Dear Mr. Reid and Mr. Kucera:

As you know, we received the attached Seizure Warrant by email yesterday. As Monday is a banking holiday, without an extension, the timing would require us to act today to comply by the November 13 deadline.

We have several clients who may be impacted by this Warrant and need time to review the issues and contact the clients before responding. We are also aware an Order was entered yesterday granting a temporary stay and setting a hearing on the matter of Seizing Attorney's Fees for Mr. Padilla and Ms. Vaught. That Order is attached.

In light of the extremely short notice, the multiple client interests, and the temporary stay Order on related Seizure Warrants, we hereby request that you agree to stay enforcement of the Warrant we received by email yesterday, by two weeks so that we may review the issues and also understand the eventual decision of Judge Logan. We affirm that we will not move any money from either account, so there is no risk to the government with respect to the funds.

Please advise if you will agree to a brief stay of enforcement no later than 3:00 Arizona time today.

Very truly yours,

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *Anne Chapman*
Anne Chapman

AMC:jg/Encls.

**EXHIBIT D**

# Julie Greenwood

| | |
|---|---|
| **From:** | Wick, Amanda (CRM) <Amanda.Wick@usdoj.gov> |
| **Sent:** | Friday, November 9, 2018 2:35 PM |
| **To:** | Kucera, John (USACAC) |
| **Cc:** | Julie Greenwood; Anne M. Chapman; Michael Morrissey; Reid, Patrick (CRM) |
| **Subject:** | Re: United States v. Lacey - USDC AZ #2:18-cr-00422-SPL |

Apologies for the delayed response - I concur with John. Should you need anything further regarding wiring instructions or have additional questions, please do not hesitate to call my cell at 202-597-0435.

Sincerely,
ASW

On Nov 9, 2018, at 4:08 PM, Kucera, John (USACAC) <John.Kucera@usdoj.gov> wrote:

> Adding my DOJ colleague, Amanda Wick.
>
> Ms. Greenwood,
>
> Per our conversation, we do not at this time agree to any extension of time in this matter. That being said, Amanda Wick is taking point on this issue, and I will defer to her should she differ with this position.
>
> Sincerely,
> John Kucera
>
> _____
> **John Kucera | AUSA**
> (213) 894-3391

**From:** Julie Greenwood <julie@mscclaw.com>
**Sent:** Friday, November 09, 2018 9:11 AM
**To:** Reid, Patrick (CRM) <Patrick.Reid@usdoj.gov>; Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Anne M. Chapman <anne@mscclaw.com>; Michael Morrissey <michael@mscclaw.com>
**Subject:** United States v. Lacey - USDC AZ #2:18-cr-00422-SPL
**Importance:** High

Dear Mr. Reid and Mr. Kucera:

Please find attached correspondence with respect to the subject matter from attorney, Anne Chapman.

Please confirm receipt, as this is a time sensitive issue.

Thank you and have a great day.

**<image001.jpg>**

**Julie Greenwood**
Legal Assistant
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, **Suite 1450**
Phoenix, AZ  85004
Julie@mscclaw.com

Main:      602-358-0290
Fax:        602-358-0291
Direct:    602-388-8959

www.mscclaw.com

This message and any of the attached documents contain information from the law firm of Mitchell | Stein | Carey | Chapman, P.C. that may be confidential and privileged. If you are not the intended recipient, you may not read, copy, forward, distribute, or use this information in any way. No privilege has been waived by inadvertent receipt of this information. If you have received this transmission in error, please immediately notify the sender by reply e-mail and then delete this message. Please contact info@mscclaw.com or 602-358-0290  if you have any questions. Thank you.


<2018-11-09 Backpage Letter to USDOJ re IOLTA Funds.PDF>

<41A 41B Alliance.pdf>

<2018-11-08 United States v. Lacey (DE361) 2_18-cr-00422-SPL, Order.pdf>