IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Before the Court is Counsel's [1] Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing. (Doc. 365)  Counsel requests a stay of one seizure warrant directed at funds in two accounts held in Alliance Bank of Arizona. (Doc. 365-1 at 2)  For good cause appearing,

**IT IS ORDERED** that the relief requested in Counsel's Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 365) is temporarily granted pending a hearing on the motion which is scheduled for **November 16, 2018 at 9:00 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan;

---

[1] The Emergency Motion was submitted by attorney Anne Chapman, but the Emergency Motion does not identify the defendants or parties on behalf of which the Emergency Motion was filed.

**IT IS FURTHER ORDERED** that the Plaintiff shall have until **4:00 p.m. PST on November 14, 2018** to file its Response Brief, and the unnamed defendants, parties or witnesses shall have until **12:00 p.m. PST on November 15, 2018** to file his Reply Brief.

Dated this 13th day of November, 2018.

Honorable Steven P. Logan
United States District Judge