IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>Michael Lacey, et al.,            )<br>                                  )<br>            Defendants.           )<br>                                  ) | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear (the "Defendants") filed a joinder (the "Joinder") to Defendants Andrew Padilla and Joye Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360) (the "Emergency Motion"). (Doc. 366)  In the Joinder, the Defendants request additional relief outside of the scope of the Emergency Motion. Specifically, the Defendants request for the Court to extend its Order temporarily granting the Emergency Motion to include "all counsel trust accounts being held for representation of Defendants." (Doc. 366 at 4)  The Court finds that the new and additional relief requested by the Joinder is improper as incompliant with Rule 47 and Rule 12 of the Federal Rules of Criminal Procedure. Fed. R. Crim. P. 47; Fed. R. Crim. P. 12. For this reason,

**IT IS ORDERED** that Defendants' Joinder In Emergency Motion To Stay Seizure Of Attorneys' Fees And Request To Extend Temporary Relief (Doc. 366) is permitted solely to the extent of allowing the Defendants to join in the limited relief requested in

Defendants Andrew Padilla and Joye Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360);

**IT IS FURTHER ORDERED** that the remainder of Defendants' Joinder In Emergency Motion To Stay Seizure Of Attorneys' Fees And Request To Extend Temporary Relief (Doc. 366) is **stricken**.

Dated this 13th day of November, 2018.

Honorable Steven P. Logan
United States District Judge