**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** November 16, 2018 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SPL |

**Assistant U.S. Attorneys:** Peter Kozinets, Kevin Rapp and John Kucera

**Defendant-1: Michael Lacey**

**Attorneys for Defendant:** James Grant and Paul Cambria, retained
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-2: James Larkin**

**Attorneys for Defendant:** James Grant, Whitney Bernstein, Thomas Bienert, Jr. (telephonically) and Seetha Ramachandran (telephonically), retained
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-3: Scott Spear**

**Attorney for Defendant:** Bruce Feder, retained
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-4: John Brunst**

**Attorneys for Defendant:** Ariel Neuman and Michael Kimerer, retained
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-6: Andrew Padilla**

**Attorney for Defendant:** Michael Piccarreta, retained
**Defendant:** ☐ **Present** ☒ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

| | |
|---|---|
| USA v. Lacey et al | **Date:** November 16, 2018 |
| **Case Number:** CR-18-00422-PHX-SPL | Page 2 of 2 |

**Defendant-7:  Joye Vaught**

**Attorney for Defendant:** Stephen Weiss, retained

**Defendant:**   ☐ Present   ☒ Not Present     ☒ Released     ☐ Custody  ☐ Summons   ☐ Writ

**Attorney for Movants:**  Anne Chapman, retained

**HEARING ON PENDING MOTIONS:**

Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees (Doc. 360) and Movants' Emergency Motion to Stay Seizure of Attorneys' Fees (Doc. 365) are argued to the Court.

Recess taken.

Defendant Lacey and Larkin's Motion to Stay Seizure of Attorneys' Fees (Doc. 376) is argued to the Court.

For the reasons stated on the record, Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees (Doc. 360) is **denied**.  The temporary stay (Doc. 361) is lifted.  The government may move forward with the execution of the seizure warrants at issue.

For the reasons stated on the record, Movants' Emergency Motion to Stay Seizure of Attorneys' Fees (Doc. 365) is **denied**.  The temporary stay (Doc. 369) is lifted.  The government may move forward with the execution of the seizure warrants at issue.

For the reasons stated on the record, Defendant Lacey and Larkin's Motion to Stay Seizure of Attorneys' Fees (Doc. 376) is **denied**.  The temporary stay (Doc. 384) is lifted.  The government may move forward with the execution of the seizure warrants at issue.

Counsel for Defendant Padilla's oral motion to stay these orders for a period of seven days is **denied.**

Start:  9:05 AM
Stop:   10:53 AM

Court Reporter Elva Cruz-Lauer
Deputy Clerk Lisa Richter

Total court time: 1 hour, 34 minutes