Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S NON-OPPOSITION TO DEFENDANT MICHAEL LACEY'S MOTION FOR RELEASE OF FUNDS (DOC. 385) |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant Michael Lacey, by and through his counsel, filed a Notice of Motion and Motion for Release of Funds on November 16, 2018 ("Motion), which challenged the government's seizure of certain bank accounts on the basis that those bank accounts held funds untraceable to Backpage.com, LLC ("Backpage") and the accidental transfer of Backpage-related funds into those accounts was the result of a clerical error by the transferor about which Mr. Lacey had no knowledge until his accounts were seized. (*See* Doc. 385.) In light of Mr. Lacey's inability to pay for his defense or fulfill his financial obligations, Mr. Lacey requested an expedited hearing of his Motion. (*See id.*)

1  Based on the date the Motion was filed, the Government should have filed its
2  opposition no later than November 30, 2018.  The Government has not filed any opposition
3  to the Motion.  Further, the Government has not sought any extension of its deadline to
4  respond to the Motion.  Because the time for submitting an opposition or a request for an
5  extension has passed, the Motion is unopposed.
6  Consequently, Mr. Lacey respectfully requests that this Court grant all relief sought
7  in the Motion.

RESPECTFULLY SUBMITTED this 3rd day of December, 2018,

/s/    Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | |
| 2 | On December 3, 2018, a PDF version |
| 3 | of this document was filed with |
| | Clerk of the Court using the CM/ECF |
| 4 | System for filing and for Transmittal |
| 5 | Of a Notice of Electronic Filing to the |
| 6 | Following CM/ECF registrants: |
| 7 | Kevin Rapp, kevin.rapp@usdoj.gov |
| 8 | Reginald Jones, reginald.jones4@usdoj.gov |
| | Peter Kozinets, peter.kozinets@usdoj.gov |
| 9 | John Kucera, john.kucera@usdoj.gov |
| 10 | Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 11 | Patrick Reid, Patrick.Reid@usdoj.gov |
| | Andrew Stone, andrew.stone@usdoj.gov |
| 12 | Amanda Wick, Amanda.Wick@usdoj.gov |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |