1   **feder law office, p.a.**
    2930 e. camelback road, suite 160
2   phoenix, arizona 85016
    (602) 257-0135
3   bf@federlawpa.com
    fl@federlawpa.com
4
    Bruce Feder - State Bar No. 004832
5   Attorney for Defendant, Scott Spear

6                   UNITED STATES DISTRICT COURT

7                       DISTRICT OF ARIZONA

8

9   United States of America,          )   NO. CR18-00422 PHX SPL
                                        )
10              Plaintiff,              )
                                        )   **DEFENDANT SCOTT SPEAR'S**
11        vs.                           )   **JOINDER IN DEFENDANTS LACEY'S**
                                        )   **AND LARKIN'S OPPOSITION TO**
12  Scott Spear.                        )   **GOVERNMENT'S MOTION FOR**
                                        )   **CLARIFICATION RE ORDER ON**
13              Defendant.              )   **ATTORNEY-CLIENT PRIVILEGE**
                                        )   **ISSUES**
14                                      )
                                        )
15  _____

16        The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office.,

17  P.A., hereby joins in Defendants Lacey's and Larkin's Opposition to Government's Motion for

18  Clarification re Order on Attorney-Client Privilege Issues [409] in all respects as said Opposition

19  applies to him.

20        RESPECTFULLY SUBMITTED this 11th day of December, 2018.

21                                      **FEDER LAW OFFICE, P.A.**

22

23                                      /s/ Bruce Feder_____
                                        Attorney for Defendant, Scott Spear
24

25  .  .  .

26  .  .  .

                                        1

1

**CERTIFICATE OF SERVICE**

2

3      I hereby certify that on the 11th day of December, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

4      of Electronic Filing to the following CM/ECF registrants:

5

6      **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
       **Andrew Stone:**   Andrew.Stone@usdoj.gov

7      **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
       **John Kucera:**   John.Kucera@usdoj.gov

8      **Reginald Jones:**   Reginald.Jones@usdoj.gov
       **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov

9      *Attorneys for the United States*

10
       **Paul Cambria:**   pcambira@lglaw.com

11     **James Grant:**   jimgrant@dwt.com
       **Erin McCampbell:**   emccampbell@lglaw.com

12     **Robert Corn-Rever:** bobcornrevere@dwt.com
       **Ronald London:**   ronnielondon@dwt.com

13     **Janey Henze Cook:**   janey@henzecookemurphy.com

14     **John Littrell:**   jlittrell@bmkattorneys.com
       **Kenneth Miller:**   kmiller@bmkattorneys.com

15     **Michael Piccarreta:** mlp@pd-law.com
       **Stephen M. Weiss:**   sweiss@karpweiss.com

16     **Michael Kimerer:**   mdk@kimerer.com

17     **Tom Bienert:**   tbienert@bmkattorneys.com
       **Gary Lincenberg:**   gsl@birdmarella.com

18     **Ariel Neuman:**   aneuman@birdmarella.com
       **KC Maxwell:**   kcm@kcmaxlaw.com

19     **David Wakukawa:** dsw@kcmaxlaw.com
       *Attorneys for the Defense*

20

21
       *By: /s/   A. Jones*

22

23

24

25

26