PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>6.  Andrew Padilla,<br>　　(Counts 1-51)<br><br>　　　　　　Defendant. | NO. CR-18-00422-06-PHX-SPL<br><br>DEFENDANT PADILLA'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION (DOC. 408) TO GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS (DOC. 354) |
|---|---|

Defendant Andrew Padilla, by and through his undersigned attorney, hereby joins in Defendants Lacey's and Larkin's Opposition (Doc. 408) to Government's Motion for Access to the Joint Representation and Joint Defense Agreements (Doc. 354). Mr. Padilla adopts the positions set forth in the opposition as if fully set forth herein as in all respects said opposition applies to him.

RESPECTFULLY SUBMITTED this 12th day of December, 2018.

　　　　　　　　　　　PICCARRETA DAVIS KEENAN FIDEL PC

　　　　　　　　　　　By:    /s/    Michael L. Piccarreta
　　　　　　　　　　　　　　　Michael L. Piccarreta
　　　　　　　　　　　　　　　Attorney for Andrew Padilla

| | |
|---|---|
| 1 | On December 12, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Reginald Jones, reginald.jones4@usdoj.gov<br>Peter Kozinets, peter.kozinets@usdoj.gov<br>John Kucera, john.kucera@usdoj.gov<br>Margaret Perlmeter, margaret.perlmeter@usdoj.gov<br>Kevin Rapp, kevin.rapp@usdoj.gov<br>Patrick Reid, Patrick.Reid@usdoj.gov><br>Andrew Stone, andrew.stone@usdoj.gov<br>Amanda Wick, Amanda.Wick@usdoj.gov<br>Paul Cambria, pcambria@lglaw.com<br>Tom Bienert, tbienert@bmkattorneys.com<br>Bruce Feder, bf@federlawpa.com<br>Michael Kimerer, mdk@kimerer.com<br>Stephen Weiss, sweiss@karpweiss.com |