# **Exhibit B**

# CURRICULUM VITAE
FBI Information Technology Specialist – Forensic Examiner

Matthew Frost
(208) 238-5000
matthew.frost@ic.fbi.gov

| | | |
|---|---|---|
| **Education**: | *Idaho State University, Pocatello ID* | *Graduated: May 2010* |

**Masters of Business Administration**
- Computer Information Systems emphasis.
- Studies in information assurance.
- GPA: 3.61
- Related course work: Information assurance, computer security, network defense, and ethical hacking.

*Idaho State University, Pocatello ID* — *Graduated: May 2008*

**Bachelor of Science**, Economics
- Major: Applied Economics
- Minors: Political Science
- GPA: 3.49
- Related course work: Information assurance, business management/law, computer information systems, statistics, calculus, and programming.

**Second Language/Foreign Travel** — *March 2001 – April 2003*
- Two years immersed in Russian culture living in several cities throughout eastern Ukraine.
- Speak, read, and write Russian at an advanced intermediate level.

**Employment**: *Federal Bureau of Investigation, Pocatello, ID* — *May 09 – Present*

**Information Technology Specialist- Forensic Examiner**
- Follow rules of evidence and agency policies
- Collect digital evidence for forensic examinations and created forensic images of hard drives, removable media, CDs/DVDs, tapes, floppy disks and other digital storage devices.
- Examine physical evidence with adherence to: documented quality assurance guidelines, technical and administrative reviews, and standard operating procedures.
- Ensure data integrity and maintain chain of custody.
- Conduct both laboratory and field work in cooperation with case agents and professional staff.
- Generate reports to present findings of examinations.
- Certified as a Forensic Examiner 6/15/2011.
    - Current FBI certifications:
        - Wintel - 6/15/2011
        - Linux - 9/6/2011
        - Cell Phone/GPS/Mobile devices - 5/02/2013
        - Mac Basic - 4/15/2015

*Idaho State University, Pocatello ID*  *Aug 08 - May 2009*
**Information Assurance Research Analyst**
- Operate a penetration attack and network defense operations research analyzer.
- Developing policies and compliance procedures to standards such as CNSS, NIST, and FIPS.
- Researching and developing training materials for information assurance topics.
- Evaluate government protocols, and regulations to maintain system integrity.
- Studied methods to harden networks against intrusion.
- Researching FISMA compliance, NIST risk management framework, Certification and Accreditation, as well as Plan of Action and Milestone Reporting.
- Develop training materials to assist government agencies communicate, manage, and supervise IT workers and organizations in the integration and development of Information Assurance programs.

*Federal Bureau of Investigation, Pocatello, ID*  *Aug 2008 – May 2009*
**Internship**
- Work alongside Computer Analysis and Response Team.
- Assist with administrative tasks, archiving, labeling, and clerical.

*Federal Bureau of Investigation, Pocatello, ID*  *Feb 2007 – Aug 2008*
**Office Automation Assistant; Team Leader**
- Prepared verbatim transcripts to be used in court proceedings.
- Led a team of ten members by: assigning work, setting standards of performance, assisting with questions, proofing work, and reporting case status to supervisor**.**
- Trained new employees.
- Received "On the Spot Performance Award"

## Other Certifications and training:

| | |
|---|---|
| A+ Essentials Certification | *October  2009* |
| AccessData Boot Camp | *November 2009* |
| A+ It Technician Designation Certification | *November  2009* |
| Security + Certification | *December  2009* |
| AccessData Internet Forensics | *March 2010* |
| AccessData Windows Forensics | *May 2010* |
| Linux Command Line | *October 2010* |
| Network+ Certification | *November  2010* |
| Certified Ethical Hacker Certification | *February 2011* |

- Certified Penetration Tester    Certification — *March 2011*
- Intermediate Linux — *August 2012*
- Unix Live Capture and Servers — *September 2012*
- SANS 560 Network Penetration Testing and
    - Ethical Hacking — *August 2014*
    - Certification received November 2014
- SANS 408 Windows Forensic Analysis — *October 2014*
- Mac Basic Certification — *April 2015*
- SANS 508 Advanced Digital Forensics and
    - Incident Response — *May 2015*
- Senior/Master Examiner Certification — *September 2015*
- Industrial Control Systems Cyber Security 301 — *July 2016*
- Certified Linux Forensic Practitioner — *September 2016*
- JTAG Competency Exam — *July 2017*
- ISP Certification — *July 2017*