# Exhibit F

## Dominique E. Roe-Sepowitz, M.S.W., Ph.D.
**Associate Professor**
**School of Social Work, College of Public Programs**
**Arizona State University**
**MC 3920, 411 N. Central Ave Ste. 800, Phoenix, AZ 85004-0689**
**phone (602)-496-0093   email:  Dominique.Roe@asu.edu**

<u>EDUCATION</u>

| | |
|---|---|
| Ph.D., 2005 | College of Social Work, Florida State University, Tallahassee, Florida<br>Field of Study: Direct Practice<br>Dissertation: Indicators and Predictors of Self-Mutilation: Youth in Custody. |
| M.S.W., 2000 | School of Social Work, Arizona State University, Tucson, Arizona<br>Field of Study: Direct Practice.<br>Area of Concentration: Sexual Violence, Victims of Crime, Abuse and Trauma. |
| B.S., 1993 | Springfield College, Springfield, Massachusetts<br>Field of Study: Therapeutic Recreation |

<u>ACADEMIC POSITIONS</u>

| | |
|---|---|
| 1/2013-present | Director of the ASU Office of Sex Trafficking Intervention Research (STIR). |
| 8/2011-present | Associate Professor with Tenure; School of Social Work, College of Public Programs, Arizona State University, Phoenix, Arizona. |
| 8/2005- 8/2011 | Assistant Professor: School of Social Work, College of Public Programs, Arizona State University, Phoenix, Arizona. |

*Courses Taught:*
 ***MSW:*** *Foundations of Practice I and II (Clinical Practice), Bridge Seminar I, Forensic Social Work, Clinical Trauma Treatment, Prostitution and Human Sex Trafficking in the United States.*
***BSW:*** *Social Work Practice with Individuals, Groups and Families, Introduction to Social Work.*

| | |
|---|---|
| 1/2012- 5/2012 | Distinguished Research Fellow at the Ruth V. McGregor Family Protection Clinic as an expert on sex trafficking, School of Law, Arizona State University, Tempe, Arizona. |
| 8/2005 – 8/2011 | Assistant Professor; School of Social Work, College of Public Programs, Arizona State University, Phoenix, AZ |
| 8/2010-present | Honors Faculty Advisor, School of Social Work |
| 8/2005- present | Faculty Affiliate of Women and Gender Studies Program, Arizona State University. |

| 8/2003-5/2005 | Adjunct Instructor, School of Criminology and Criminal Justice, Florida State University, Tallahassee, FL
Course taught: Victimology (5 semesters). |
|---|---|
| 8/2001-12/2003 | Instructor, College of Social Work, Florida State University, Tallahassee, FL
Courses taught: **BSW:** Human Behavior and the Social Environment (I and II), Interviewing and Recording, Introduction to Social Work. (5 semesters) |

## RESEARCH AND CREATIVE ACTIVITIES

*Italics denotes an Arizona State University graduate student co-author.*
\* Indicates major contribution, all other co-authored work assume equal distribution of workload.

## PEER REVIEWED PUBLICATIONS

Hickle, K., & **Roe-Sepowitz, D.** (in press). Curiosity and a pimp.  *Journal of Women and Criminal Justice.*

**Roe-Sepowitz, D. E.,** Bontrager Ryon, S., Hickle, K.E., Gallagher, J., & Hedberg, E. (in press).Invisible Offenders: Estimating Online Sex Customer. *International Journal of Human Trafficking.*

**Roe-Sepowitz, D. E.,** Gallagher, J., Risinger, M., & Hickle, K. (2015).  The sexual exploitation of girls in the United States: The role of female pimps. *Journal of Interpersonal Violence, 30*, 2814-2830.

**Roe-Sepowitz, D.E.**, *Hickle, K*., Dahlstedt, J., & Gallagher, J. (2014). Victim or whore: The similarities and differences between victim's experiences of domestic violence and sex trafficking. *Journal of Human Behavior and the Social Environment.* 24:8,883-898, DOI: 10.1080/10911359.2013.840552

*Hickle,K. E.,* & **Roe-Sepowitz, D.E**.  (2014) Putting the pieces back together: A group intervention for sexually exploited adolescent girls. *Social Work with Groups, 2*, 99-114. DOI 10.1080/01609513.2013.82338

**Roe-Sepowitz, D**., Gallagher, J., *Hickle, K*., Pérez Loubert, M., & Tutelman, J. (2014) Project ROSE: An arrest-alternative for victims of sex trafficking and prostitution.  *Journal of Offender Rehabilitation, 53*, 57-74.

**Roe-Sepowitz, D.E.\*,** Bedard, L.B., Pate, K.A., & Hedberg, E. (2014).  Esuba: The effectiveness of a psychoeducation group for incarcerated female survivors of abuse. *International Journal of Offender Therapy and Comparative Criminology. 58,* (2),190-208.  Doi: 10.1177/0306624X12465410

Connolly, S. M., **Roe-Sepowitz, D**., Sakai, C.E., & Edwards, J. (2013). Utilizing community resources to treat PTSD: A randomized controlled trial using Thought Field Therapy. *The African Journal of Traumatic Stress.*82-90.

**Roe-Sepowitz, D. E.** (2012) Juvenile entry into prostitution: The role of emotional abuse. *Violence Against Women, 18*, 562-579.

*Clarke, R., Clarke, E.*, **Roe-Sepowitz, D.,** & Fey, R. (2012).  Age of entry into prostitution: Relationship to drug use, race, suicide, education level, childhood abuse and family experiences.  *Journal of Human Behavior and the Social Environment. 22,* 3, 270-289.

**Roe-Sepowitz, D.E.,** *Hickle, K.E., & Cimeno, A*. (2012). The impact of abuse history and trauma symptoms on successful completion of a prostitution-exiting program. *Journal of Human Behavior and the Social Environment. 22*,1, 65-77. Doi: 10.1080/10911359.2011.598830

**Roe-Sepowitz, D. E.,** *Hickle, K.,* Perez-Loubert, M., & Egan, T. (2011) Adult prostitution recidivism: Risk factors and impact of a diversion program. *Journal of Offender Rehabilitation, 50*, 272-285.  Doi: 10.1080/10509674.2011.574205

Heide, K.M., **Roe-Sepowitz, D.E.,** Solomon, E.P., & Chan, H. (2011) Male and female juveniles arrested for murder: A comprehensive analysis of U.S. data by offender gender.  *International Journal of Offender Therapy and Comparative Criminology, 56,* 356–384.  doi: 10:1177/0306624x11406418

**Roe-Sepowitz, D.E.** & *Hickle, K.* (2010). Comparing boy and girl arsonists: Crisis, family, and crime scene characteristics. *Journal of Legal and Criminological Psychology, 15*, 385-399. doi: 10:1348/135532509X473913.

**Roe-Sepowitz, D.E.\*,** Pate, K.N. & Bedard, L.A., & Greenwald, M. (2009).  A trauma-based group intervention for incarcerated girls.  *Social Work with Groups, 32*, 330-341. doi:10.1080/01609510903092972

*Miller-Clevenger, B.* & **Roe-Sepowitz, D.E.** (2009). Shelter service utilization of domestic violence victims.  *Journal of Human Behavior and the Social Environment, 19*, 359-375.  doi:10.1080/10911350902787429

*Ward, A.* & **Roe-Sepowitz, D.E** (2009). Assessing the effectiveness of a trauma-oriented approach to treating prostituted women in a prison and a community exiting program. *The Journal of Aggression, Maltreatment & Trauma, 18,* 293-313. doi: 10.1080/10926770902809837

*Sharp, A.,* **Roe-Sepowitz, D.E.**\*, & Boberg, J (2009).  The interaction of juvenile school firesetting and bullying: An exploratory study. *School Social Work Journal, 33*, 86-97.

**Roe-Sepowitz, D. E.** (2009).Comparing male and female juveniles charged

with homicide: Child maltreatment, substance abuse and crime details. *The Journal of Interpersonal Violence, 24*, 601-617. doi: 10.1177/0886260508317201

*Hickle, K.* & **Roe-Sepowitz, D.E.** (2009).  Female juvenile arsonists: An exploratory look at characteristics and solo and group arson offenses. *Legal and Criminological Psychology.* doi: 10.1348/135532509X473913

*Brawn, K.* & **Roe-Sepowitz, D.E**. (2008). Female juvenile prostitution: Exploring the relationship to substance use. *Children and Youth Services Review, 30*, 1395-1402. doi: 10.1016/j.childyouth.2008.04.011

**Roe-Sepowitz, D.E., &** Krysik, J. (2008) Examining the sexual offenses of female juveniles: The relevance of childhood maltreatment. *The American Journal of Orthopsychiatry: Interdisciplinary Perspectives on Mental Health and Social Justice, 78*, 405-412. doi:10.1037/a0014310

Kleck, G., Tark, A., Bedard, L., & **Roe-Sepowitz, D.E.** (2008). Crime victimization And divorce.  *International Review of Victimology, 15*, 1-17.

Niles, M.D.*, Reynolds, A.J., & **Roe-Sepowitz, D. E.** (2008). Early childhood intervention and early adolescent social and emotional competence: Second generation evaluation evidence from the Chicago Longitudinal Study.  *Educational Research, 50*(1), 55-73. doi: 10.1080/0031880801920395

**Roe-Sepowitz, D. E.** (2007). Adolescent female murderers: Characteristics and treatment implications.  *American Journal of Orthopsychiatry: Interdisciplinary Perspectives on Mental Health and Social Justice, 77(3),* 489-496. doi:10.037/0002-9432.77.3.489

**Roe-Sepowitz, D. E.*,** Bedard, L. E., & Pate, K.N. (2007).  The impact of child abuse on dissociative symptoms: A study of incarcerated women.  *Journal of Trauma and Dissociation, 8* (3), 7-26.  doi:10.1300/J229v08n03_02

**Roe-Sepowitz, D. E.** (2007).Characteristics and predictors of self-mutilation: A study of incarcerated women. *Criminal Behaviour and Mental Health, 17*, 312-321.  doi:10.1002/cbm.665

Bedard, L.E., Pate, K.N., & **Roe-Sepowitz, D.E**. (2003). A program analysis of Esuba: Helping turn abuse around. *International Journal of Offender Therapy and Comparative Criminology, 47,* 579-607.

MANUSCRIPTS UNDER REVIEW
Roe-Sepowitz, D., Bedard, L., Bontrager Ryon, S., Richey, C., & Carroll, H. Pseudo-Families in Female Prisons: Exploring the Underlying Rationale and Formation of These Relationships.  *International Journal of Offender Therapy and Comparative Criminology. 20 pages. December 2015.*

(Revise and Resubmit) Roe-Sepowitz, D., Hickle, K., Bracy, K., Brockie, M., Mazerbo, L., & Hawman, A. Experiencing Sex Trafficking and Sexual Exploitation as Homeless Young People: An Exploration of Risk Factors and Support Needs. *Journal of Social Distress and the Homeless. December 2015.*

Van Kleeck, C., Roe-Sepowitz, D., & Hickle, K. The male victim: Sex trading and the commercial sexual exploitation male homeless young adults. 25 pages, submitted for review to the *Journal of Social Distress and the Homeless.*

BOOK CHAPTERS

Roe-Sepowitz, D. E., & Hickle, K.E. (in press).  Human Trafficking: A Spotlight on Sex Trafficking.  C.M. Renzetti, J.L. Edleson, R.K. Bergen (Eds.) *Sourcebook on Violence Against Women* (3rd edition).

Hickle, K., & Roe-Sepowitz, D., (in press) Group work with sex trafficking survivors. In (eds) G. Grief and C. Knight *Group work with populations at-risk,* (4th ed.). New York: Oxford University Press

**Roe-Sepowitz, D. E.** (2011).  Juvenile Prostitution.  In R.J. R. Levesque (Ed.). *Encyclopedia of Adolescence*.  Springer.

**Roe-Sepowitz, D.** & Katsulis, Y. (2011). U.S.-Mexico borderland female sex workers: Family responsibilities and risks for depression. In R. Dalla, J. DeFrain, L. Baker, and C. Williamson (Eds.). *The Prostitution of Women, Men, and Children: A Global Perspective.  Implications for Research, Policy, Education and Service.* Lexington Academic Press.

Salas, L.*, **Roe-Sepowitz, D. E.,** & LeCroy, C. W. (2008). Small group theory.  In Thyer, B. (Ed.), *Human Behavior and the Social Environment: The Comprehensive Handbook of Social Work and Social Welfare.* New York: Wiley.

**Roe-Sepowitz, D. E**.*, Bedard, L.E. & Thyer, B. (2005).  Anxiety prevention programs for adults.  In C.N. Dulmus (Ed.), *Handbook for Preventive Interventions for Adults*.  New York: Wiley.

**Roe-Sepowitz, D. E.*,** & Thyer, B. (2004). Empirically supported problem prevention programs for adolescent mental health. In L.A. Rapp-Paglicci, C.N. Dulmus, & J. S. Wodarski (Eds.). *Handbook of prevention interventions for children and adolescents.*  New York: Wiley.

**Research Documents and Reports**

Roe-Sepowitz, D., Bracy, K., Massengale, L., Cantelme, L., & Ward, T. (December 2015). Report on the Incidence of Sex Trafficking in Arizona's Juvenile Probation Departments. Arizona State University, Office of Sex Trafficking Intervention Research and the Arizona Administrative Office.

Roe-Sepowitz, D.E., Bracy, K., Gallagher, J., & Cimeno, M. (2015) Report on the incidence in sex trafficking in Maricopa County Adult Probation. McCain Institute and the Maricopa County Adult Probation.  ASU School of Social Work, College of Public Programs.

Exploring the Impact of the Super Bowl on Sex Trafficking 2015 (February 2015). ASU Office of Sex Trafficking Intervention Research and the McCain Institute for Global Leadership.

Offender Program for Persons who Solicit Evaluation (December 2014).  City of Phoenix, Catholic Charities DIGNITY Programs. ASU School of Social Work, College of Public Programs.

Roe-Sepowitz, D., Bracy, K., Cunningham, J., Beverly, J., Van Kleek, C., Hickle, K.,Cantelme, L., McKinley, K., Schuler, C., Atkins, P., Mazerbo, L., Hawman, A., & Cavaliere, S. (2014). YES Project: Youth Experiences Survey: Exploring the Sex Trafficking Experiences of Arizona's Homeless and Runaway Young Adults. Tumbleweed Youth Services and ASU School of Social Work, College of Public Programs.

Roe-Sepowitz, D., Bracy, K., Hickle, K., & Campbell, C. (2014). Arizona DMST Count Report: Assessing the Incidence of Domestic Minor Sex Trafficking in Delinquency Services in Arizona. McCain Institute and the Arizona Office of the Courts/Arizona Supreme Court.  ASU School of Social Work, College of Public Programs.

Exploring Sex Trafficking and Prostitution Demand during the Super Bowl in 2014 (March 2014). http://mccaininstitute.org/applications/Exploring_Sex_Trafficking_and_Prostitution_Demand_during_the_Super_Bowl_.pdf

Invisible Offenders: A Study Estimating Online Sex Customers.  (August 2013). https://copp.asu.edu/college-news/research-docs/invisible-offenders-a-study-estimating-online-sex-customers Thorn: Digital Defenders of Children and ASU School of Social Work, College of Public Programs.

One-Day Snapshot: Human Trafficking Activity on Adult Entertainment Website  (November 2012): https://copp.asu.edu/college-news/research docs/One_Day_Snapshot_Roe_Sepowitz.pdf/view

Published Conference Proceedings (Abstracts only)
Brockie, M., & **Roe-Sepowitz, D. E.** (2014, September).  Starfish Partnerships Mentoring Program. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D. E.,** & Bracy, K. (2014, September).  Exploring the Characteristics and Treatment Needs of Sex Trafficked Girls. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K., Smith, J., & Brockie, M.*  (2013, September).  Unique Outreach Projects to Combat Sexual Exploitation.  10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *& Kiehne, E.* (2013, September).  The Role of Hotels and Motels in the Facilitation of Sex Trafficking in the United States. 10th Annual Conference on

Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,* & Sabella, D.  (2012, September).  Project ROSE (Reaching Out to the Sexually Exploited): An Innovative Arrest-Alternative in Phoenix, Arizona.  9th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Rubio, E., Hyche, C., Gennaro, J., Seer, S.,& Brockie, M.* (2012, September).  Backpage.com: Adult Entertainment Ads, Detecting Minors and Unexpected Findings.9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K.,* (2011, September).  Esuba: Putting the Pieces Back Together with Sexually Exploited Women and Girls. 8th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K.* (2009).  Prediction of Dissociation Experiences among Prostituted Women. Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, October 1 & 2, 2009, Toledo, OH.

**Roe-Sepowitz, D.E.** (2007).  The mental health needs of a sample of prostituted women.   Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, September 27-28, 2007, Toledo, OH.

Pate, K.N., **Roe-Sepowitz, D.E.,** & Bedard, L.E. (2004). Qualitative Exploration of Prostitution.  Conference Proceedings.  Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, September 23-24, 2004, Toledo, OH.

## JURIED NATIONAL CONFERENCE PRESENTATIONS
**Roe-Sepowitz, D.,** & Gallagher, J. (2015, July).  Sex Trafficking in the United States.
International Academy of Law and Mental Health Conference, Vienna, Austria.

**Roe-Sepowitz, D.,** & Bracy, K. (2015, September). Phoenix 1st Step Drop In Center. 12th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

Brockie, M., & **Roe-Sepowitz, D. E.** (2014, September).  Starfish Partnerships Mentoring Program. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D. E.,** & Bracy, K. (2014, September).  Exploring the Characteristics and Treatment Needs of Sex Trafficked Girls. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,Smith, J.* (2013, September)**.**  Putting the Pieces Back Together: Trauma Treatment with Sex Trafficking Victims.  National Center for Victims of Crime 2013 National Conference.  Phoenix, Arizona.

**Roe-Sepowitz, D.E.**, Gallagher, J., Bauer, C., & Tutelman, J. (2013, September)**.**  Project ROSE: An Arrest-Alternative for Sex Trafficking Victims.  National Center for Victims of Crime 2013 National Conference.  Phoenix, Arizona.

**Roe-Sepowitz, D.E.**, *Hickle, K., Smith, J., & Brockie, M.* (2013, September).  Unique Outreach Projects to Combat Sexual Exploitation.  10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *& Kiehne, E.* (2013, September).  The Role of Hotels and Motels in the Facilitation of Sex Trafficking in the United States. 10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,* & Sabella, D. (2012, September).  Project ROSE (Reaching Out to the Sexually Exploited): An Innovative Arrest-Alternative in Phoenix, Arizona.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.,** *Rubio, E., Hyche, C., Gennaro, J., Seer, S., Brockie, M.* (2012, September).  Backpage.com: Adult Entertainment Ads, Detecting Minors and Unexpected Findings.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.,** *& Hickle, K.,* (2011, September).  Esuba: Putting the Pieces Back Together with Sexually Exploited Women and Girls. 8th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *& Hickle, K.* (2011, January).  Prostitution Diversion: Survivor Analysis for Recidivism in Prostitution.  Presented at the Society for Social Work and Research Conference: Tampa, Florida.

**Roe-Sepowitz, D.E.**, *& Hickle, K.* (2009, November).  Exploring Family Issues, Substance Abuse, Life Experiences and Age of Entry into Prostitution among Prostituted Women.  Presented at the American Society of Criminology Conference: Philadelphia, PA.

*Hickle, K.* & **Roe-Sepowitz, D.E.** (2009, November). ADHD/ADD, Childhood Maltreatment And Juvenile Arsonists.  Presented at the American Society of Criminology Conference: Philadelphia, PA.

Heide, K., **Roe-Sepowitz, D.E.**, & Solomon, E. (2009, November) When Boys and Girls Kill: An Empirical Analysis of 30 Years of U.S. Data. Presented at the American Society of Criminology Conference: Philadelphia, PA.

**Roe-Sepowitz, D.E.**, *& Hickle, K.* (2009, October).  Prediction of Dissociation Experiences among Prostituted Women. Annual Conference on  Prostitution, Sex Work and the Commercial Sex Industry, Toledo, OH.

**Roe-Sepowitz, D.E**. & Krysik, J. (2008, June).  When a Child Batters a Parent: Domestic Violence, Child Maltreatment, and Substance Abuse.  American Professional Society on the Abuse of Children. Phoenix, AZ.

**Roe-Sepowitz, D.E**. (2008, January).  The Mental Health Needs of a Sample of Prostituted Women.  Presented at the Society for Social Work and Research Conference: Washington, DC.

Zaman, H., & **Roe-Sepowitz, D.E.** (2008, January). Working with Female Adolescent

Sex Offenders.  Prevent Child Abuse Arizona: 19th Child Abuse Prevention Conference.

**Roe-Sepowitz, D.E**. (2007, November).  Comparing Male and Female Juveniles Charged with Homicide: Child Maltreatment, Substance Abuse and Crime Details.  Presented at the American Society of Criminology Conference: Atlanta, GA.

*Frenzel, B.*, **Roe-Sepowitz, D.E**., Pate, K., & Bedard, L. (2007, November). Treating Traumatized Men: A Prison Sample.   Presented at the American Society of Criminology Conference: Atlanta, GA.

Pate, K., Bedard, L., & **Roe-Sepowitz, D.E**. (2007, November). Hidden Obstacles to Offender Reentry: The Florida Experience.  Presented at the American Society of Criminology Conference: Atlanta, GA.

*Langhoff, K.,* & **Roe-Sepowitz, D.E**. (2007, November).  Female Juvenile Arsonists.  A Presented at the American Society of Criminology Conference: Atlanta, GA.

*Kochis, C.,* & **Roe-Sepowitz, D.E**. (2007, November).   Domestic Violence and Witnessing Violence as Childhood.  Poster presented at the American Society of Criminology Conference: Atlanta, GA.

*Morris, T., &* **Roe-Sepowitz, D.E**. (2007, November). Male Juvenile Sex Offenders: Connecting ADHD/ADD and Impulsivity of Victim Choice.   Presented at the American Society of Criminology Conference: Atlanta, GA.

**Roe-Sepowitz, D.E**., (2007, September).   The Mental Health Needs of Prostituted Women: A Sample of Incarcerated Women.  4th Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E**. (2006, November).  Self-harm and Suicide Attempts: A Sample of Incarcerated Women.   Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

**Roe-Sepowitz, D.E**. (2006, November).  Juvenile Firesetters: Classification and Intervention. Presented at the American Society of Criminology Conference: Los Angeles, California.

*Brawn, K.,* & **Roe-Sepowitz, D.E**. (2006, November).  Female Juvenile Prostitution; Substance Abuse, Family Factors, and Neglect.  Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

*Ward, A.,* & **Roe-Sepowitz, D.E**. (2006, November).  Trauma and Abuse Intervention Program Effectiveness: Community and Corrections Based.  Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

*Villarreal, M.,* & **Roe-Sepowitz, D.E**. (2006, November). Female Juvenile Sex Offenders: Characteristics, Assessment and Treatment Recommendations.   Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

**Roe-Sepowitz, D.E**., & *Ward, A.*  (2006, September).   A Trauma and Abuse Intervention

Program for Female Prostitutes in Recovery: The Esuba Program.  3rd Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E.**  (2005, November)**.**  Adolescent Sex-Offenders in Juvenile Justice: Classification and Placement.  Presented at the American Society of Criminology Conference: Toronto, Canada.

Bedard, L.E., **Roe-Sepowitz, D.E.**, & Pate, K.N. (2005, November). The Impact of Child Abuse on Adult Criminal Behavior.  Presented at the American Society of Criminology Conference: Toronto, Canada.

**Roe-Sepowitz, D.E**. (2005, November).  A Statewide Profile of Florida's Adolescent Female Sex Offenders: Characteristics, Assessment, Treatment, and Outcomes.  Presented at the American Society of Criminology Conference: Toronto, Canada.

**Roe-Sepowitz, D.E**. (2004, September). Qualitative Exploration of Prostitution. 1st Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E**., Bedard, L.E., &Pate, K.N. (2004, November). A Qualitative Look at Prostitution: Motives, Contributing Factors and Consequences.  Presented at the American Society of Criminology Conference: Nashville, TN.

Pate, K.N., Bedard, L.E., & **Roe-Sepowitz, D.E**. (2003, November). Esuba: An Abuse Prevention Program for Girls in Custody.  Presented at the American Society for Criminology Conference: Denver, CO 11/2003.

Bedard, L.E., Pate, K.N., & **Roe-Sepowitz, D.E**. (2002, November).  A Program Analysis of Esuba: Helping Turn Abuse Around.  Presented at the American Society of Criminology Conference: Chicago, IL.

JURIED POSTER PRESENTATIONS
**Roe-Sepowitz, D.E.**, & *Brockie, M*. (2012, September). Online Outreach to Prostitution and Sex Trafficking Victims: Utilizing Email and the Internet to Provide Support and Exiting Resources.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Smith, J*. (2012, September). Motivation to Change among Prostituted Women in a Court Ordered Diversion Program.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.** & *Hickle, K.* (2010). Juvenile Entry into Prostitution: The Role of Emotional Abuse.  Presented at the Society for Social Work and Research  Conference: San Francisco, CA.

**Roe-Sepowitz, D. E**. (2007, July). Treating Traumatized Women: A Prostitution Sample.  Cape Cod Institute, Eastham, MA.


**Sex Trafficking-Specific Brochure Series:**

Roe-Sepowitz, D., Bayless, A., Sabella, D., Tate, R., & Whitney, J. (2015). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for EMS Providers*. Arizona State University.

Roe-Sepowitz, D., Bayless, A., Agliano, S., Hall, B., & Cimeno, M. (2015). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Adult Probation Officers.* Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., Bayless, A., Agliano, S., Hall, B. & Gay, A. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Child Protective Services*. Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., & Bayless, A. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation;  A Training Tool for Mental Health Providers.*  Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., Bayless, A., Christenson, R., Tate, R., Sabella, D., Garumba, M. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Health Care Providers.* Arizona State University.

## RECOGNITIONS AND AWARDS

| | |
|---|---|
| January 2016 | Nominated for AZ Coalition to End Domestic and Sexual Violence THRIVE award: The Desert Sunflower Award: Champion. |
| January 2016 | Keynote Speaker for the Southwestern Conference Against Trafficking. |
| October 2015 | Chosen to represent Arizona in New York City for the State Courts and Sex Trafficking Conference. |
| August 2015 | Nominated for Arizona State University Leadership Academy Cohort II. |
| July 2015 | Recipient of the Martin Luther King Jr. Servant Leadership Award. Arizona State University and the College of Public Service and Community Solutions. |
| June 2015 | Participation as an international Speaker for the U.S. Department of State to Canada (Montreal and Toronto). |
| April 2015 | STIR Office awarded the 2015 ASU Excellence in Diversity and Inclusion Award. |
| February 2015 | Invited to be an expert member of the Shared Hope International Expert Council. |
| September 2014 | Invited to be an expert on the US Department of Health and Human Services, Administration for Children, Youth and |

|  | Families workgroup discussion about prevalence studies in Washington D.C. on September 25, 2014. |
|---|---|
| April 2014 | Arizona State University, Commission on the Status of Women. 2014 Faculty Outstanding Achievement and Contribution Award. |
| March 2014 | Appointed to the Arizona Governor's Human Trafficking Council by executive order. |
| January 2014 | Appointed to the City of Phoenix Mayor's Taskforce on Human Trafficking. |
| January 2014 | Invited to be an expert on the US Department of Health and Human Services Expert Workgroup on Sex Trafficking and Health Systems, January 13, 2014. |
| November 2013 | Invited to be on the Research and Evaluation on Human Trafficking, Expert Working Group in Washington D.C. on April 23 and 24, 2014. |
| September 2013 | Award the Influential Scholar of 2013 from the 10th annual International Human Trafficking, Prostitution and Sex Work Conference in Toledo, Ohio. |
| May 2, 2013 | Invited as a Workgroup Member (expert) on Sex Trafficking to the Johns Hopkins/ACCT Symposium on Meeting the Needs of Child Trafficking Survivors. |
| May 2013 | Invited to be a member on the development of the Child Sexual Exploitation of Children guide for the U.S. Department of Education |
| April 2013 | **Nominated for ASU Professor of the Year 2012-2013,** Arizona State University Parents' Association. (1 of 24 nominees out of 3000 faculty). |
| April 9, 2013 | Invited to participate in the *White House Forum to Combat Human Trafficking* at the White House, Washington D.C. |
| March 2013 | Nominated for ASU Centennial Professor Award. |
| February 2013 | Nomination: Diversity Achievement Award; Faculty Google Award for Diversity and Inclusion. |
| December 10, 2012 | Invited to participate in the U.S. Department of Health and Human Services *Strengthening Victim Services for Survivors of Human Trafficking Stakeholders Meeting* at the **White House, Washington D.C.** |

| | |
|---|---|
| September 2012 | Nominated as a Pathfinder with Shared Hope International as a recognized national leader at the forefront of addressing child sex trafficking on a national platform, through prevention, restoration and justice initiatives. |
| April 2012 | **Nominated for ASU Professor of the Year 2011-2012,** Arizona State University Parents' Association. (1 of 29 nominees out of 3000 faculty). |
| Spring 2012-December 2012 | Faculty Spotlight, College of Public Programs http://copp.asu.edu/college-news/faculty-spotlight |
| March 2010 | Nominated for an Arizona Behavioral Health Legacy Award. |
| March 2009 | Nominated for the Arizona State University Outstanding Graduate Mentor Award. |
| December 2008 | Nominated for the Deborah K. Padgett Early Career Achievement Award: Society for Social Work Research. |
| January 2008 | Nominated for the 7th Annual Governors' Volunteer Service Awards for Esuba Arizona. |
| Fall 2005-present | Elected as a Women and Gender Studies Affiliate Faculty, Arizona State University. |
| 2002, 2003, 2005 | Nominated by students for a Florida State University Graduate Teaching Award. |
| 2001 | Co-Author, First Prize, Student Poster Presentation; American Correctional Association, New Orleans, LA |
| 1999-2000 | Full 1-year Graduate Academic Scholarship: Arizona State University. Tempe, AZ. |

## CURRENT RESEARCH COLLABORATIONS

**Demand Abolition: National Demand Prevalence Study and Demand Reduction Sites Research.** In collaboration with Dr. Stephanie Ryon from Colorado State University, Colorado Springs.

**Arizona Office of the Court: Sex Trafficking and Juvenile Probation Study.**

**Arizona DMST Counts: Juvenile Justice Service Provider Study**.  Funded by the McCain Institute.

**Super Bowl Research Project 2014 and 2015.**  Funded by the McCain Institute and in partnership with Praescient Analytics.

**Protected Innocence Challenge: Demanding Justice Multisite Comparison Study.**  Shared Hope International.

**Protected Innocence Challenge: Demanding Justice, Benchmark Assessment Report.** Shared Hope International

**Exploring Prostitution Demand.**  This study was funded by Thorn: Digital Defenders of Children.

**Project ROSE (Reaching Out to the Sexually Exploited).**

**Esuba: Putting the Pieces Back Together.**

**StreetlightUSA: Evaluating a Group Home Program for Sexually Exploited Girls**.

**Esuba: Women Helping Women Turn Abuse Around** *Research Partners with Dr. L.E. Bedard and through a Memorandum of Agreement, Florida Department of Corrections (Project Manager, K. Pate).*

**Prostitution Diversion Retention Study:**  In partnership with the City of Phoenix Prosecutor's Office and the Prostitution Diversion Provider (Catholic Charities).

**John School Attitudes and Beliefs Study:** In partnership with the City of Phoenix Prosecutor's Office and the Prostitution Diversion Provider (Catholic Charities).

**Domestic Violence and Juveniles**

**Prison Pseudo-Families:** In partnership with Dr. Laura Bedard.

RESEARCH FUNDING total $2,021,169

**November 2015: Received:** Sub-Award National Institute of Justice Grant, CODAC and Tucson Police Department, Southern Arizona Trafficking Response. 3-years.  **$23,022.**

**June 2015: Received:** Demand Abolition CEASE City Studies continued.

**June 2015: Received:** Sex Trafficking and Arizona Juvenile Probation, Arizona Office of the Courts. **$50,800.**

**January 2015: Received:** Demand Abolition CEASE City Studies.

**October 2014: Primary Investigator (co-Investigator Judy Krysik), Received**: Sex Trafficking and Arizona's Vulnerable Youth: Identification, Collaboration, and Intervention, 5-year grant. Total **$1,243,480.** *Awarded by the Federal Administration for Children, Youth and Families.*

**Summer 2014: Received: Adult Probation Training and Research Project: $20,000.** *Awarded by the McCain Institute.*

**Summer 2014: Received: Trafficker Research Initiative: $25,000** Seed Grant *Awarded by the McCain Institute.*

**Summer 2014: Received: National Prevalence Study, $125,000**. *Awarded by Demand Abolition through the McArthur Foundation.*

**Summer 2014: Received: Demand Dashboard Study**, **$25,000.** *Awarded by Demand Abolition.*

**Received: Project ROSE. $18,000** *Awarded by the Arizona Foundation for Women for 2014.* This grant will provide support for developing and evaluating services for sex trafficked women with children under the age of 18.

**Received: Starfish Partnerships. $4,000** *Awarded by the Arizona Foundation for Women for 2014.* This grant will provide support for developing a mentoring program for adult sex trafficking survivors.

**Received: Protected Innocence Challenge: Multisite Analysis. $22,000.** *Awarded for January – April 2014 from Shared Hope International.*

**Received: Super Bowl Research Grant: 2014-2015**
**$42,300.** *Awarded by the McCain Institute.* This grant is to implement a research study to determine the impact of the Super Bowl on sex trafficking.

**Received: Domestic Minor Sex Trafficking Victim Count: $25,000**. *Awarded for 2013/2014 from the McCain Institute.*

**Received: Protected Innocence Challenge: Benchmark Assessment Report.**
**$2,750** *Awarded for September 2013 from Shared Hope International.* This contract was to convert, analyze data from a large database on buyers of sex from minors in the United States during 2008-2013.

**Received: Identifying High Risk Minors**
*Awarded for 2013/2014 from Thorn: Digital Defenders of Children.* This grant is to explore the utility of a matrix and a digital reasoning program to identify high risk youth.

**Received: Exploring Demand.**
*Awarded for 2013/2014 from Thorn: Digital Defenders of Children.* This grant is to explore the demand for online sex ads in multiple U.S. Cities.

**Received: Promoting Awareness, Identification and Providing Interventions to Victims Impacted by Domestic Violence and Sex Trafficking.**
**$50,000** *Awarded for 2013/2014 from ASU Women and Philanthropy.* This grant is to provide training to 100 ASU graduate students on sex trafficking and domestic violence in a train-the-trainer model with the goal of them further training others. This grant also includes funding for apprentices for the Esuba project to train future clinicians to treat minors and adults impacted by sex trafficking experiences.

**Received: Evaluation and Training Project: StreetlightUSA,**
*Awarded for 2012-2014.* Provide semi-annual summaries of client files and outcomes and provide local trainings monthly for the community, law enforcement, social services, and the faith community.

**Received: Diversion Evaluation: City of Phoenix Prosecutor's Office Diversion Programs,**
**$18,000** *Awarded for 2012-2013.*  Provide a program evaluation for an underage drinking
diversion program with 1800 clients.

**Received: Esuba: Putting the Pieces Back Together.**
**$15,000** *Awarded for 2012.*   This grant is to provide psychoeducation groups to survivors of sex
trafficking at 6 locations, three groups for adult survivors of prostitution or sex trafficking and
three groups for commercially sexually exploited children.  The grant will provide assistance in
the continuation of an apprenticeship program for graduate social work students and sex
trafficking survivors.  This grant funded graduate students and sex trafficking survivors to
develop clinical skills in the administration of the Esuba: Putting the Pieces Back Together
Program.  This is a trauma-focused intervention group designed specifically for adult and juvenile
survivors of commercial sexual exploitation, sex trafficking and prostitution.

**Received: Statewide Training Program, Commercial Sexual Exploitation of Children and**
**Adults.  $15,000** *Awarded for 2012.*   This grant is to provide three trainings around Arizona
(Phoenix, Flagstaff and Tucson) to increase the awareness, responsive and intervention services
by law enforcement, court personnel, child welfare, faith community members, and social service
providers to child and adult victims of sex trafficking, prostitution and commercial sexual
exploitation.

**Received: Evaluation project for Catholic Charities**
**$10,000** *Awarded for 2010-2011,* $2,400 *Awarded for 2009/2010.*  Evaluation of a program
offered by Catholic Charities related to poverty and financial literacy.  Co-PI Dr. Joanna Lucio,
School of Public Administration ASU.

**Received: Pilot project design and evaluation:**
**$13,500** *Awarded for 2008/09 and 2010/11.*  Assist in the design of a multi-year trauma
intervention pilot study in Rwanda.  Database development, entry, management, analyses and
manuscript writing were conducted.

**Received: Fresh Start Women's Foundation, Phoenix, AZ.**  Re-entry Program for Women
Pilot Project.  **$24,000** *Awarded for January 2008-May 2009.*  To provide a weekly 2-hour
trauma and abuse intervention and provide clinical supervision and training for staff at Fresh
Start. Includes $3,000 for 2 graduate student stipends for their involvement in the project.

PROFESSIONAL EXPERIENCE/ CLINICAL TRAINING

- EMDR Level 1 Certified
- Certified Traumatologist (Completed all of the clinical courses at the
  Traumatology Institute).
- TR-CBT Online course

**Clinical Psychoeducation Group leader/supervisor, Esuba Arizona and Sex Trafficking**
**Awareness and Recovery groups, Phoenix, Arizona State University.     1/2006- present**
Provide weekly 90-minute trauma and abuse group psycho-education interventions for women
leaving prison (Fresh Start Women's Resource Center, *contract 2008-2009*) and women exiting
prostitution (Dignity House (2006-2010, Phoenix Dignity Diversion 2011-*present, Crossroads*
*for Women 3/2012-10/2012; Parc Place 2011-2013, Tumbleweed Youth Services 2013-2014*
*Florence Crittenden 2013-2014*).  Provide clinical trauma symptomology reduction training and

supervision to Apprentices (Masters level social work students and post-graduates) and survivor co-facilitators and multiple locations providing Esuba to adult and domestic minor sex trafficking victims.

**Clinical Researcher and Program Developer: Tallahassee, Florida        4/2004-8/2005**
**Florida Department of Juvenile Justice**
Developing, implementing and analyzing statewide research projects related to programs for youth in custody with an emphasis on mental health . Assisted in the creation of new statewide programs for day treatment, substance abuse, suicide prevention and aftercare in accordance with the "What Works" and evidence-based practices literature. Participated in writing and procurement activities for Federal and State grants and contracts. Directed and maintained the Institution Review Board for all research proposed and conducted within the Department.

**Trauma Therapist: Tallahassee, Florida**
**Private Practice                                               2/2001- 8/2005**
Provided clinical in-home therapy for children and families that have experienced abuse and traumatic experiences with problems such as limited attachment, trauma symptoms and posttraumatic stress disorder. Conducted child and family assessments using a biopsychosocial model, the Child Behavior Checklist, the Trauma Symptom Checklist for Children and the FAM III.

**Florida State University Victims' Advocacy Program**
**On-Call Victim Advocate                                       12/2000-8/2005**
Provider of crisis intervention services including; crisis and supportive counseling, referrals, and detailed information about Florida Sate University services for student victims and the criminal justice system. Regularly presented materials to college classes and student organizations at Florida State University regarding victimization issues such as; relationship violence, sexual assault/battery and sexual harassment and stress management.

**Trauma Therapist for Children: Woodville, Florida**
**Statewide Inpatient Psychiatric Program                        3/2002-9/2002**
Provider of individual and group trauma therapy for children with severe mental health problems and histories of sexual abuse, family violence, juvenile justice involvement and emotional disturbances in a residential treatment program. Treatment modalities include day and activity therapy, art therapy, and narrative therapy. Provided consultation to the treatment team and provided staff education related to trauma symptoms, self-mutilation, suicide prevention and intervention, substance abuse issues, symptoms of sexual abuse and mental health problems. Utilized trauma treatment techniques such as EMDR, narrative therapy and art interventions.

**Traumatology Institute: Florida State University: Tallahassee, Florida**
**Coordinator/Associate Director                                8/2000-8/2001**
Conducted and facilitated course development, marketing, recruitment and certification for national and international participants in traumatology courses. Certified Instructor for Systemic Traumatology and Children and Trauma courses.

**Travelers Aid Society of Tucson: Tucson, Arizona                 7/1999-8/2000**
**Contractor: Activity/Developmental Play Therapist for Children and Families in Crisis**
Provider of in-home developmental play for children ages four to eighteen years old in families affected by domestic violence, substance abuse and homelessness. Family support, stress management and parent training also provided.

**Tucson Rape Crisis Center**
**Sexual Assault Response Team; Hospital Advocate.**                    **11/1997-8/2000**
Provided crisis and supportive counseling, advocacy, referrals and medical information regarding sexual assault exam and investigation at the six hospitals in the Tucson, Arizona area.  Worked as a team member with a Forensic Nurse Examiner and Tucson Police Department, Pima County Sheriff's Department and the University of Arizona Police Department.  Assisted with the training of new volunteers for the response team and crisis hotline (two training cycles per year, 4 hours per training cycle).  An active member of the mentor team for new volunteers.

**Pima County Victim Witness Program**
**Victim Advocate/Driver/Trainer: Volunteer, 30-40 hours per month. 11/1997-8/2000**
Provided on-scene crisis intervention and advocacy to victims of crime including; sexual assault, domestic violence, robbery, automobile/motorcycle accidents, death, suicide, kidnapping, drowning and sexual abuse.


TEACHING AND INSTRUCTIONAL ACTIVITIES

**Unique Course Development**
Summer 2011/12       Prostitution and Sex Trafficking in the United States (Honors only and
                     graduate elective)
Summer 2010/11/12/13  Clinical Trauma Treatment (advanced clinical elective)
Summer 2009          Course: SWG 591: Forensic Social Work (14 graduate, 1 undergraduate)
Fall 2007            Thesis Discussion Group: Bi-monthly Graduate Seminar: M.S.W. (8
                     graduate students).
Fall 2006            Course: SWG 591: Forensic Social Work (21 graduate students)
Spring 2006          Course: SWG 591: Social Work and Criminology: Graduate Seminar
                     Program: M.S.W. (6 graduate students)

**Student Involvement**
**Student Groups: Faculty Advisor**
January 2010- 2014: Assisted in the formation and provide ongoing advisement of The Prostitution and Human Trafficking Action and Awareness Student Organization.
 August 2007-August 2009: Social Work Honors Society Phi Alpha.

**Thesis and Dissertations**
Doctoral Level:
Kristine Hickle, Social Work, Chair. Completed Spring 2014.
Elisa Kawam: Social Work, Committee Member, Completed Spring 2015.
Wendy Dutton, Justice Studies. Member. Completed 2011.

Masters Thesis:
2006-2007
Kara Brawn, Juvenile Prostitution and Substance Abuse, Committee Chair.
Allison Ward, Treating Traumatized Women, Committee Chair.
Brady Miller-Clevenger, Shelter Use and Domestic Violence Victims. Committee Chair.

2007-2008
Candice Kochis, Domestic Violence Offenders and Childhood Abuse and Violence,
Committee Chair.
Briana Frenzel, Trauma and Abuse Treatment: Comparing Male and Female Participants.
Committee Chair.
Kristi Langhoff, Female Juvenile Arsonists. Committee Chair.
Janice Lynch, Juvenile Offenders and Mental Health Assessment.  Reader.
Penny Miller, Traumatic Brain Injuries and Substance Use.  Reader.

2008-2009
Tina Stavros: Female Juvenile Sex Offenders. Committee Chair.
Harpreet Bahia: Exploring the Effects of Childhood, Adult and Cumulative Trauma on
Depression, Self-Worth and Coping Skills with Incarcerated Women. Reader.

2010-2011
Elizabeth Schepel: Transgendered Prostitution: A Profile. Committee Chair.
Whitney Johnson: Childhood Maltreatment and Male Juvenile Homicide Offenders.
Committee Chair.
Jennifer White: Babies First: Qualitative Assessment. Reader.

2011-2012
Leighanne Downing: Assessing the Treatment Needs of Female Juvenile Gang Members:
An Exploratory Study. Chair.

2013-2014
Cynthia Van Kleek: Young Males Experiences with Sexual Exploitation

**Undergraduate Honors Thesis**
2006-2007
Nicole Loeb, Juvenile Justice and Delinquency. Chair.

2009-2010
Emmalyn Corman, Transgendered Borderland Prostitution. Reader.

2010-2011
Multi-student project: Elizabeth Clarke, Prostitution and Substance Use. Reader.
Ross Clarke, Prostitution and Substance Use. Reader.

2011-2012
Caraline Jackson: Sexual Addiction and Men who Solicit Prostitutes. Chair.
Kamala Lan-Ette Vance. Domestic Violence and Sex Trafficking Project: Comparing the
Philippines and the United States.  Reader
Blake Heller: Reader.

2012-2013
Riley Figueroa: Domestic Minor Sex Trafficking and Risk Factors. Chair.
Shelby Doyle: Vice Unit Analysis. Chair.

2013-2014
Angela Warren: Interfaith Sex Trafficking Summit, Chair.
Emma Wille: Art Intervention and Sex Trafficking Clients, Chair.

2014
Kaitlin McFarlane: A Faith-Based Sex Trafficking Pilot Intervention. Chair.

2015
Felix Cervantes: Sexual Assault and ASU, committee member.
Tiana Ward: National Sex Trafficker Study
Eric Shulte and Jessica Hocken: Sex Trafficking Student Organization

**Research with Undergraduate Students**
Rena Morris, Juvenile Delinquency Projects. Fall 2006 and Spring 2007.
Valencia Johnson, Prostitution and Mental Health Services.  Fall 2007-Fall 2009. *This
student won the College of Public Programs Undergraduate Research Award.
Craig Vankorlaar, International Prostitution Exiting Resources. Fall 2009.
Taylor Heller, Male Juvenile Prostitution. Fall 2011.
Kristin D'Sousa, Female Pimp Research. Fall 2011.
Megan Reinikka, Research Assistant Fall 2011.
Melissa West: Research Assistant; Fall 2011-present.
Jennifer Lohss: Research Assistant; Fall 2011.
Emma Wille, Summer 2013-2014.

**Independent Study Projects**
Graduate Students
2006-2007
Monica Villarreal, Female Juvenile Sex Offenders. Fall 2006.
Valerie Flaherty, Forensic Social Work. Fall 2006.
Thomas Muir, Juvenile Stalkers. Fall 2006.
Zovig Boyajian, Female Adolescent Sex Offenders. Fall 2006.
Jeanne Larson, Male Sexual Offenders. Fall 2006.
Amy Sharp, School Firesetters and Bullying. Spring 2007.
Kacey McGitney, Eating Disorders and Female Adolescents. Spring 2007.

2007-2008
Travis Morris, Male Juvenile Sex Offenders and ADHD. Fall 2007.
Erika Galietta, Mental Health and Women in Prison. Spring 2008.
Terri Browning, Girls and Domestic Violence Against a Parent. Spring 2008.
Andrea Cimino, Program Completion and Prostitution Exiting Programs.  Summer 2008.

2008-2009

Lindsey Keiper. Male Juvenile Sex Offenders and Prior Sexual Victimization. Spring 2009.

2009- 2010
Hope Caroll: Pseudo Families in Women's Prison: Exploring Social Support Networks.
Sarah Grumbley: Male Juvenile Prostitution: A Literature Review.
Greg Dicharry: My Life. Evaluation of an Intervention for SMI and At-risk Youth.
Talia Delaurentis: Survival Sex of Juvenile Prostitution.
Lauren Jones: Domestic Violence against Parents by Girl Juvenile Offenders.

2010-2011
Diana Haymore: Juvenile Domestic Violence against a Grandparent.
Elizabeth Schepel: Transgendered Prostitution: A Profile.
Whitney Johnson: Childhood Maltreatment and Male Juvenile Homicide Offenders.
Jessica Crowell: Prostitution and Lifetime Experiences of Violence.


2011-2012
Erin Fritz: Grandparents and Domestic Violence of Juveniles
Melissa Fenrich: Self Esteem and Female Inmates: The Impact of a Group Intervention
Carrie McKinney: Male Juvenile Sex Offenders and Recidivism.

2012-2013
Jessica Smith: Motivation to Change with Sex Trafficking and Prostitution Survivors

2013-2014
Jaclyn Raymond: Applied Project. Exploring the Role of Medical Amnesty During Sexual Assault Response on College Campuses.
Kristen Bracy: Networking Sex Trafficking Ads.

2014-2015
Karina McCluskey: Mothering and Prostituted Women.
Lauren Albee: Housing Instability and Prostituted Adults.

MEDIA EXPOSURE (selected items)
**National Media:**
**Researchers Say Super Bowl Sex Trafficking Included Minors (March 6, 2014)**
http://hereandnow.wbur.org/2014/03/06/superbowl-sex-trafficking

**National/International Media:**
**Aljazeera America: America Today (November 14, 2013)**
http://america.aljazeera.com/watch/shows/america-tonight/america-tonight-blog/2013/11/14/project-rose-prostitutesjail.html

**Documentary Interview**

Sex+Money: A National Search for Human Worth. Taped Interview on juvenile and adult prostitution and johns. Interviewed October 22, 2009. Released.

<u>SERVICE</u>
**Hosting Trainings/Conferences**
**Sex Trafficking from Behind Bars, November 9, 2015. ASU Walter Cronkite School of Journalism.**  Partnered with the Arizona's Governor's Office of Youth, Faith and Family and the McCain Institute for International Leadership.

**Faith Forum on Sex Trafficking: November 3, 2015. Steele Indian School Park.**
Partnered with the City of Phoenix, the McCain Institute for International Leadership, the Governor's Office of Faith, Family, and Children and 10 faith community organizations.

**Sex Trafficking Summit: April 30/May 1, 2015. NAU Phoenix Campus.** In partnership with Tumbleweed Youth Services and TRUST, co-led a 2-day summit (training and demonstrations) on sex trafficking. Total: 140 attendees from 56 organizations.

**City of Phoenix Sex Trafficking Summit: A Focus on Prevention.  April 9, 2014. Phoenix Zoo.**  In partnership with Valley Leadership, this all-day summit brought experts from around the country and all corners of Arizona to discuss innovation and creative programming related to sex trafficking prevention.  The target audience was school personnel, child welfare workers and juvenile justice personnel.  Total: 300 attendees.

**Supervised: Sex Trafficking Interfaith Summit: October 14, 2013.**  The all-day summit had 214 attendees from the faith community around Arizona.  The attendees received a sex trafficking 101 training and break out groups discussed how to increase the faith community's involvement in sex trafficking service provision in Arizona.

**City of Phoenix Sex Trafficking Summit.  June 1, 2013.**
**Phoenix Children's Hospital.**  In partnership with the Phoenix Police Department and Phoenix Children's Hospital, this all-day summit brought experts from many different fields together to better understand and serve victims of sex trafficking.  The target audience was law enforcement, social service providers, child welfare workers and medical service providers for children.  Total: 180 attendees.

**Professional Service**
**Appointed Member and Training/Research and Data Committee Chair:** Arizona Governor's Human Trafficking Council, Spring 2014-present.

**Appointed Member,** City of Phoenix, Mayor's Human Trafficking Task Force Member, Chair, Training Committee. Spring 2014-present.

**Founding member The International Journal of Human Trafficking.** First issue January 2015.

**Editorial Board Member: The Journal of Violence Against Women** (2014 and 2015).

**Health and Wellness Technical Working Group Member, US Department of Health and Human Services, Administration for Children and Families, Office of Women's Health** (2014).   Contribution to the SOAR training modules related to the Federal Strategic Action Plan on Services to Victims of Human Trafficking in the United States.

**Partner: Project ROSE (Reaching out to the Sexually Exploited):** In conjunction with 15 community members, developed an arrest-alternative providing holistic and victim-centered services to prostituted adults in Phoenix, AZ in an 'event' style of service provision.  Organized meetings, coordinated partnerships and evaluating the program for 5 consecutive events serving 366 clients.

**National Board of Directors: Originating Board Member.** Development Board for the **National Research Consortium on Commercial Sexual Exploitation.** Developed June 2010-present. Working with national leaders on prostitution and sex trafficking research to develop a comprehensive research agenda, work together on major grant proposals and to develop a journal.

**Council Member: Arizona Human Trafficking Executive Council.**  March 2012-present.  Committee Member, Legislative Committee.

**Elected Officer, National Board of Directors, Treasurer: American Association of Orthopsychiatry. February 2006- January 2008.** Term Began February 2006 for 2 years. Managed all of the financial aspects of the national organization including investments, budget development, travel reimbursement and accountability.  Worked with the Board members to determine the direction of the association and the journal.

**Nationally selected Reviewer of Abstracts National Center for Victims of Crime: April 2010:** Abstract reviewer for the 2010 conference of the National Center for Victims of Crime entitled 'Victim-centered, Practice-based, and Research-Informed'.

**Reviewer of Abstracts Society for Social Work and Research: June 2007, 2008, 2009, 2010, 2011, 2012, 2014:** Abstract reviewer for the conferences of the Society for Social Work and Research to select presenters.

**Phoenix Prostitution Task Force Member (2008-2012):** Participate in quarterly meetings of city personnel, law enforcement and social service agencies to bring together knowledge and develop best-practices for services for addressing juvenile and adult prostitution in Arizona.

AD HOC PEER REVIEWER
Journal of Social Work
International Journal of Offender Therapy and Comparative Criminology
Women's Health Issues
Journal of Sociology and Social Welfare

Criminal Justice and Behavior
Violence against Women
Journal of Behavior Therapy and Experimental Psychiatry
Journal of the Society for Social Work Research
Psychiatry Research
Violence and Victims
The American Journal of Orthopsychiatry
The Journal of Violence against Women
The Criminal Justice Review
Social Service Review

<u>INVITED SERVICE PRESENTATIONS</u>
**Arizona Psychological Association: Keynote.** October 16, 2015. Sex trafficking: Detection and treatment. 246 attendees.

**Arizona Office of the Courts:** Series of six trainings from August-September 2015 with 547 juvenile probation, court staff, detention staff and related community members trained.  Funded by Arizona Governor's Office Grant.

**Arizona Department of Child Safety:** Series of 20 trainings from May 2015-August 2015 with 1100 DCS staff trained.  Funded by ACYF Grant.

**Arizona Court Appointed Special Advocates and Foster Care Review Board Conference:** August 28, 2015.  246 attendees.

**Arizona Prosecuting Attorney's Advisory Council:** August 28, 2015. Recognizing, identifying and treating sex trafficking victims.  22 attendees.

**Southwestern Schools for Behavioral Health Studies: Keynote.** August 27, 2015. Tucson, Arizona.  Identifying and treating sex trafficking victims. 202 attendees.

**Domestic Violence Conference, City of Glendale:**  August 20, 2015. Recognizing, identifying and treating sex trafficking victims.  45 attendees.

**Human Trafficking in Native Communities Seminar:** June 11, 2015. Speaker at training for tribal law enforcement, tribal leaders, and community stakeholders to address sex trafficking among American Indian people.

**Arizona Juvenile Justice Commission, Sex Trafficking Research Presentation.**  November 20, 2014. 16 attendees.

**21st Statewide Annual Conference on Ending Homelessness, Arizona Coalition to End Homelessness: Youth Experiences Survey.** October 22, 2014.  74 attendees.

**Human Trafficking Education for Professionals, Mesa Community College, Social Work Program.**  October 22, 2014.  145 attendees.

**Arizona Humanities, Community Conversations Series: Sex Trafficking in Arizona.  March 27, 2014.**  Rose and Thorn, Heritage Square.   24 attendees.

**Maricopa County Adult Probation: Manager's Forum.  Overview of Sex Trafficking and Treatment and Trauma Informed Approaches.   March 18, 2014**.  124 attendees.

**Maricopa Association of Governments (MAG).  2013 Domestic Violence Protocol Evaluation Project Webinar. December 16, 2013.** Domestic Violence and Sex Trafficking.

**NASW Webinar: December 12, 2013.** Sex Trafficking and Social Work.

Invited Presenter: **Committee on the Impact of Domestic Violence and the Courts,**  September 10, 2013.  Presentation to judges, advocates and domestic violence program staff.  Attendees: 22

Invited Presenter: **Arizona Governor's Commission to Prevent Violence Against Women** August 15, 2013. Invited presentation regarding domestic violence and sex trafficking in Arizona to members of law enforcement, social service agencies and victim advocacy groups. Attendees: 24

Invited Presenter; **Arizona Association of Police Chiefs (AACOP).** Sex Trafficking in Arizona. March 22, 2013. Grand Canyon University.  Attendees: 75.

Invited Presenter; **City of Phoenix Faces of Diversity Brown Bag**, Phoenix Human Relations Commission, In our own backyard: Child Prostitution and Sex Trafficking in Arizona. **March 15, 2013.**  Phoenix City Council Chambers, Phoenix, Arizona. Attendees: 48.

Invited Presenter; **ASU Future Scholar Program**: Guest Speaker. Sex Trafficking Training. **February 9, 2013.**  Halle Center. Phoenix, Arizona. Attendees: 22.

Invited Presenter; Arizona Hotel Child Protection Program: Guest Speaker. **January 11, 2013.** Sex Trafficking Interventions and Research. **Paradise Valley, Ascension Lutheran Church.** Attendees: 35.

Nationally Recognized Expert and Invited Presenter **April 9-13, 2012**: **Amber Alert Sex Trafficking Symposium, Salt Lake City, Utah.** Multiple Presentations: Academia and Sex Trafficking and Innovative Interventions for Sex Trafficking.  International and National attendees: 120.

Invited Presenter **April 27, 2012 for the International Law Society, Phoenix Law School**: Title: Sex Trafficking Services and Needs.7pm -10pm. Community Attendees: 25.

Invited Presenter **September 17, 2010 for Arizona Girls Roundtable**: Title: Research and Treatment of Self-Harm.10am-12pm. Community Attendees: 120.

Invited Presenter: **September 30, 2010** for the **City of Phoenix Prosecutor's Office:** Title: Evaluation of the Prostitution Diversion Program. 12-1pm.

Invited Presenter **May 1, 2010: Arizona Girls for a Change**: Simple Serenity. A high-school student organized event. Presented 'The link between depression and self-mutilation'.

Invited Presenter **January 28, 2010: Phoenix Prosecutors' Office:** Presentation to Prosecutors on the pilot evaluation project of the John's School (Solicitation Program).

Invited Presenter **August 4, 2009: Federal Public Defender's Office: National Training for Victim Advocates.**  Training on Trauma, PTSD, Victimization and Self Care.  Santa Clara, California.

Invited Presenter **June 2008-March 2012: City of Phoenix/Catholic Charities Prostitution Diversion Program:** Monthly 4-hour training/lecture as part of diversion program on violence against women and domestic violence.

Invited Presenter **February 2008: NASW Arizona Continuing Education Training**: Characteristics and predictors of self-harm. 3 hours.

Invited Presenter **March 2007: NASW Arizona Continuing Education Training**: Social Work Ethics and the Traumatized Client.  3 hours.

Invited Presenter **June 15, 2007:  Navajo Nation 24rd Annual Division of Social Services** Conference Presentation: *Juvenile Sex Offenders*. Albuquerque, NM. Two sessions.

Invited Presenter **July 2006: Arizona State University Summer Institute on the Community:** *Gender Issues in the Community* Panel Member.

Invited Presenter **June 2006: Navajo Nation 23rd Annual Division of Social Services** Conference: Presentation: *Adolescent Sex Offenders: Assessment and Treatment*. Fort McDowell, Two sessions.

Invited Presenter **April 2006: Panel presentation to the ASU School of Social Work Alumni Association. Arizona State University: Mercado, Phoenix, AZ.**  Roe-Sepowitz, D.E., Woods, K., & Waller, M. *Trauma and Trauma Recovery:Compassion Fatigue.*

Invited Presenter **July 2006: Arizona School Nurse Consortium.**   Presentation Title: *The Many Faces of Grief:Assessment and Intervention*.

Invited Presenter **March 2006**: University of Arizona, James E. Rogers College of Law, Juvenile Law Class. Presentation Title: *Youth Gang Membership and Consequences*.

PUBLIC/COMMUNITY SERVICE
**February 2011-present: Prostitution Diversion Program, Phoenix, Arizona.**
Developed a targeted treatment manual entitled "Esuba: Putting the Pieces Back Together" for adult men and women who are participating in a diversion program.  Co-lead the trauma and abuse focused psychoeducation groups with 4 MSW student apprentices (in training) and a survivor of sex trafficking/prostitution.  Provide supervision to students and leader of other groups.

**January 2011- present: Parc Place: Chandler, Arizona, StreetlightUSA, Glendale, Arizona.**
Co-developed a targeted treatment manual entitled "Esuba: Putting the Pieces Back Together for Sexually Exploited Girls".  Providing supervision to an advanced graduate student who is providing the intervention with commercially sexually exploited girls in a residential treatment program.

**January 2006- June 2010: Dignity/Sundance House, Catholic Social Services, Phoenix, Arizona.**  Co-led a trauma and abuse-focused psychoeducation group called Esuba for 3 years and provided supervision and fill-in group leader for 1.5 years.  I provide clinical apprenticeships for graduate students (8 total) to train students to work with traumatized clients in a group setting. We provided the group to women who are in a voluntary residential program for exiting prostitutes with extensive health, domestic violence and substance abuse problems.

**Fall Semester 2006: Distance learning Instructor** of two Bachelor's students at the Federal Bureau of Prisons, Phoenix, AZ.  Created an independent study plan and visited the prison to conduct discussion and give feedback on written assignments.

**June 2006 and June 2007: Clinical Services/Therapeutic Support, Camp Courage.** Foundation for Burns and Trauma Annual Summer Camp (1 week) for burned children and their siblings.  Provided clinical services to youth and clinical information to counselors and staff for two summers.

UNIVERSITY/COLLEGE/DEPARTMENT
**2010-present: Honors Faculty Advisor: School of Social Work.**  Recruiting, mentoring and supporting honors students.

**2008-Present:** Student Academic and Performance Standards Committee (all levels).

hair.

**2009-present: Appointed Member: Arizona State University Hearing Board:** Tasked with hearing appeals from students who have had disciplinary action taken against them by University administration.

**August 2009-2010: Obama Scholar Mentor.**

**2005-2011:** Advanced Direct Practice Committee, MSW Program.

**2007-2012:**  School of Social Work Ph.D. Committee.

**2006-2007:** School of Social Work Search Committee.

**May 2006:** Committee to Review applications for Alumni Association Scholarships.

**2005-2006:** Promotion and Tenure Committee, non-voting member.

**August 2007- present:** Associate Director of the Office of Forensic Social Work.

**Office of Forensic Social Work: Forum Speaker. April 19, 2010.** Provided a lecture and discussion forum on Treating Trauma with Forensic Clients for the Office of Forensic Social Work series with the Arizona State Hospital.  160 community members attended.

**Lecture Series Speaker: April 2, 2009.** Provided a lecture and a discussion forum on *John School Evaluation: Changing Beliefs and Attitudes* for the lecture series.  Sixteen student, community member and faculty attendees.

**Lecture Series Speaker: September 11, 2008.**  Provided a lecture and a discussion forum on the *Mental Health Needs of Prostituted Women* for a lecture series.  22 student, community member and faculty attendees.

**Lecture Series Speaker: August 30, 2007.**  Provided a lecture and a discussion forum on *Self Harm: Characteristics and Treatment* for the new lecture series.  32 student, community member and faculty attendees.

**August 2007- May 2009:** Coordinator of a bi-monthly School of Social Work multi-year Lecture series on topics related to forensic social work.

**March 2005, October 2006 and September 2007:** Co-Facilitator of a brown bag Discussion "How to Get a Job in an Academic Setting" for doctoral students.