IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

vs.

Michael Lacey, et al.,

               Defendants.

No.  CR-18-00422-PHX-SPL

**ORDER**

     Having reviewed Defendant Andrew Padilla's Request For Status Conference (Doc. 425),

     **IT IS ORDERED** that the Request For Status Conference (Doc. 425) is **granted**. The status hearing is set for **January, 25 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

     Dated this 7th day of January, 2019.

Honorable Steven P. Logan
United States District Judge