1 | **feder law office, p.a.**
2930 e. camelback road, suite 160
2 | phoenix, arizona 85016
(602) 257-0135
3 | bf@federlawpa.com
fl@federlawpa.com
4 |
Bruce Feder - State Bar No. 004832
5 | Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR18-00422 PHX SPL-003 |
| Plaintiff, | |
| vs. | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT LACEY'S AND LARKIN'S (FIRST) MOTION FOR FURTHER CLARIFICATION RE ORDER ALLOWING GOVERNMENT TO CONTINUE REVIEW OF PRIVILEGED DOCUMENTS** |
| Scott Spear. | |
| Defendant. | |

The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendant Lacey's and Larkin's First Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications [452] in all respects as said Motion applies to him and fully adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 6th day of February, 2019.

**FEDER LAW OFFICE, P.A.**


/s/ Bruce Feder
Attorney for Defendant, Scott Spear

. . .

. . .

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Chapman:** anne@mscclaw.com
**Lee Stein:** lee@mscclaw.com
**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Whitney Bernstein:** wbernstein@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**     sweiss@karpweiss.com
**Michael Kimerer:**     mdk@kimerer.com
**Rhonda Neff:**     rneff@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
**Ariel Neuman:**     aneuman@birdmarella.com
**KC Maxwell:**     kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
**Seetha Ramachandran:** Seetha.Ramachandran@srz.com
*Attorneys for the Defense*

*By: /s/   A. Jones*