Thomas H. Bienert, Jr (Cal. Bar No. 135311, *admitted pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304917, *admitted pro hac vice*)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Facsimile:   (949) 369-3701
Email:         tbienert@bmkattorneys.com
                   wbernstein@bmkattorneys.com

Attorneys for James Larkin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | Case No. CR-18-00422-PHX-SPL-02<br><br>Hon. Steven P. Logan<br><br>**MR. LARKIN'S JOINDER IN MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL (DOC. NO. 456)** |

Defendant James Larkin hereby joins in Sections I and II of Defendants Andrew Padilla's and Joye Vaught's Motion to Dismiss Due To Government Interference With Right To Counsel And Request For Disclosure, Or, In The Alternative, Motion to Withdraw (Doc. 456) ("Motion to Dismiss").  Mr. Larkin adopts the legal positions and bases set forth in those sections of the motion as if fully set forth herein, and seeks dismissal of the matter.

Counsel for Mr. Larkin does not, at this time, join the alternative request to withdraw that is set forth in Section III of the Motion to Dismiss.  The unconstitutionality and infirmity of one batch of government's seizures is the subject of pending litigation in the Central District of California,[1] and of another batch of government seizures is pending in the Ninth

---

[1] *See* 18-MJ-2872, 18-MJ-2873, 18-MJ-2874, 18-MJ-2875, 18-MJ-2876, 18-MJ-2878, 18-MJ-2880, and 18-MJ-2883 (C.D. Cal. 2018).

Circuit Court of Appeals.[2] The rulings of these other courts could free up significant amounts of improperly seized assets and attorneys' fees and obviate the need to consider withdrawing, despite the government's improper actions in seizing attorneys' fees. Consequently, Mr. Larkin submits that providing appropriate time for those courts to render substantive rulings before considering withdrawal is appropriate.

Respectfully submitted,

Dated:  February 19, 2019            */s/ Thomas H. Bienert, Jr.*
                                     Thomas H. Bienert, Jr.
                                     Whitney Z. Bernstein
                                     Bienert, Miller & Katzman, PLC
                                     Attorneys for James Larkin

---

[2] *See United States v. Larkin et al.*, No. 18-56455 (9th Cir.).

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of February 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov