# EXHIBIT A

| From: | Rapp, Kevin (USAAZ) |
|---|---|
| To: | Paul Cambria; Tom Bienert; Grant, James; Gary S. Lincenberg; Ariel A. Neuman; Michael Kimerer; Feder Law; Bruce Feder; Michael Piccarreta; sweiss@karpweiss.com |
| Cc: | Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ) |
| Subject: | Doc. 449 |
| Date: | Thursday, January 31, 2019 6:03:56 PM |
| Attachments: | Doc. 449 Order Government"s Motion to Compel (Doc. 352).pdf |
| | 39 inadvertently disclosed documents ordered destroyed.pdf |
| | Letter re confirming destruction of docs.docx |

Counsel:

As you the know the Court has granted the Government's Motion to Destroy Inadvertently Disclosed Material. (*See* Doc. 449 attached)  The Order requires that the subject documents should be destroyed within five days of the Order (we just received it today in the mail as it was sealed).  Attached is a list identifying the 39 documents that must be destroyed.  Lastly, we have attached a letter that confirms that you have complied with the Order.  We would like to file a notice advising the Court of compliance. If you have any questions please do not  hesitate to contact me.

All the best,

**Kevin M. Rapp| Assistant U.S. Attorney**
**Senior Litigation Counsel**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**

# EXHIBIT B

| | |
|---|---|
| 1) | DOJ-BP-0004570792 |
| 2) | DOJ-BP-0004570819 |
| 3) | DOJ-BP-0004571598 |
| 4) | DOJ-BP-0004572533 |
| 5) | DOJ-BP-0004572535 |
| 6) | DOJ-BP-0004572557 |
| 7) | DOJ-BP-0004572563 |
| 8) | DOJ-BP-0004572576 |
| 9) | DOJ-BP-0004572579 |
| 10) | DOJ-BP-0004572581 |
| 11) | DOJ-BP-0004572587 |
| 12) | DOJ-BP-0004572588 |
| 13) | DOJ-BP-0004572601 |
| 14) | DOJ-BP-0004572620 |
| 15) | DOJ-BP-0004572639 |
| 16) | DOJ-BP-0004572652 |
| 17) | DOJ-BP-0004572655 |
| 18) | DOJ-BP-0004572660 |
| 19) | DOJ-BP-0004572663 |
| 20) | DOJ-BP-0004572672 |
| 21) | DOJ-BP-0004572678 |
| 22) | DOJ-BP-0004572681 |
| 23) | DOJ-BP-0004572687 |
| 24) | DOJ-BP-0004572690 |
| 25) | DOJ-BP-0004572696 |
| 26) | DOJ-BP-0004572699 |
| 27) | DOJ-BP-0004572704 |
| 28) | DOJ-BP-0004572709 |
| 29) | DOJ-BP-0004573464 |
| 30) | DOJ-BP-0004573529 |
| 31) | DOJ-BP-0004573657 |
| 32) | DOJ-BP-0004573681 |
| 33) | DOJ-BP-0004573703 |
| 34) | DOJ-BP-0004573917 |
| 35) | DOJ-BP-0004574192 |
| 36) | DOJ-BP-0004574258 |
| 37) | DOJ-BP-0004574372 |
| 38) | DOJ-BP-0004574436 |
| 39) | DOJ-BP-0004574654 |

# EXHIBIT C



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4408 | Main:  (602) 514-7500<br>Main Fax:  (602) 514-7693 |

January 31, 2019

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria
42 Delaware Ave | Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Jim Grant
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200,
Seattle, WA 98101
(attorney for Lacey and Larkin)

Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW,
Suite 800
Washington, DC 20006
(attorney for Lacey and Larkin)

Thomas H. Bienart, Jr., Esq.
Beinart, Miller & Katzman,
PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorney for James Larkin)

Michael D. Kimerer, Esq.
1313 E. Osborn Road
Phoenix, AZ 85014
(attorney for Jed Brunst)

Bruce Feder, Esq.
2930 East Camelback Road, Suite
160
Phoenix, Arizona 85016
(attorney for Scott Spear)

Gary Lincenberg,Esq.
Ariel A. Neuman, Esq.
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg &
Rhow, P.C.
1875 Century Park East, 23rd
Floor
Los Angeles, California
90067-2561
(attorney for Jed Brunst)

Mike Piccarreta, Esq.
Piccarreta Davis Keenan Fidel PC
2 East Congress Street, Suite 1000
Tucson, AZ 85701
(attorney for Andrew Padilla)

Steve Weiss
Attorney at Law
Karp & Weiss, P.C.
3060 North Swan Rd.
Tucson, Arizona 85712
(attorney for Joye Vaught)

Re:   U.S. v. Michael Lacey, et.al.
        CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

As you know the Court has issued an Order granting the Government's Motion to Compel Destruction of Inadvertently Disclosed Documents. (Doc. 396) Through this letter, we ask you to confirm that you have destroyed the documents consistent with the Court order. For reference please see the spreadsheet attached to the email that details the documents that the Court has

February 18, 2019
Page 2

ordered destroyed.  To supply the requested verification, please insert the name of your client and
sign below and return this letter to me  by email with your signature:

COUNSEL FOR

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

s/ Kevin M. Rapp
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

# EXHIBIT D

| | |
|---|---|
| **From:** | Bruce Feder |
| **To:** | Paul Cambria; Michael Piccarreta |
| **Cc:** | Rapp, Kevin (USAAZ); Tom Bienert; Grant, James; Gary S. Lincenberg; Ariel A. Neuman; Michael Kimerer; Feder Law; sweiss@karpweiss.com; Erin McCampbell Paris; Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Barbara Polowetz; Whitney Bernstein |
| **Subject:** | Re: Doc. 449 |
| **Date:** | Thursday, February 7, 2019 9:02:56 PM |
| **Attachments:** | emailsignature_d62b426c-103f-4958-9e29-50e8f1ce530e111.png |

I join in Mr Piccarreta's email response below. I also believe the documents identified in DOC# 449 demonstrate that the government's Brady/Giglio/Bagley obligations have not been complied with, and request the immediate disclosure of all facts, statements, interview reports, notes, memos, recordings and other written and electronic information underlying the documents identified or otherwise discussed in DOC #449.

Bruce Feder
2930 East Camelback Road, Suite 160
Phoenix, Arizona 85016
(602) 257-0135
bf@federlawpa.com

Confidentiality Notice
This email or fax, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 1510 *et seq.* The information contained in this electronic mail or fax transmission, including any accompanying attachment, is intended solely for its authorized recipient, and may be confidential and/or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact me immediately by telephone at (602) 257-0135 or by electronic email at bf@federlawpa.com and delete the original and all copies of this transmission, including any attachments, without reading or saving them in any manner.

---

**From:** Paul Cambria <pcambria@lglaw.com>
**Sent:** Thursday, February 7, 2019 1:38 PM
**To:** Michael Piccarreta
**Cc:** Rapp, Kevin (USAAZ); Tom Bienert; Grant, James; Gary S. Lincenberg; Ariel A. Neuman; Michael Kimerer; Feder Law; Bruce Feder; sweiss@karpweiss.com; Erin McCampbell Paris; Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Barbara Polowetz
**Subject:** Re: Doc. 449

I agree with mike

Sent from my iPhone



**Paul J. Cambria Jr.**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x344 | **FAX** 716 855 1580
**email | profile | website | map | vCard**

---

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.

On Feb 7, 2019, at 3:09 PM, Michael Piccarreta <mlp@pd-law.com> wrote:

> We comply as does the Government with all Court orders. I believe this order is an error which is why I wanted to make sure the documents are preserved by the Government and are part of the record for later review. mlp
>
> Michael L. Piccarreta, Esq.
> **Piccarreta Davis Keenan Fidel PC** | 2 East Congress Street, Suite 1000, Tucson, AZ 85701
> **t** 520.622.6900, ext. 133 | **f** 520-622-0521 | www.pd-law.com
>
> **From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
> **Sent:** Thursday, January 31, 2019 4:03 PM
> **To:** Paul Cambria <pcambria@lglaw.com>; Tom Bienert <tbienert@bmkattorneys.com>; Grant, James <jimgrant@dwt.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Michael Kimerer <mdk@kimerer.com>; Feder Law <fl@federlawpa.com>; Bruce Feder <bf@federlawpa.com>; Michael Piccarreta <mlp@pd-law.com>; sweiss@karpweiss.com
> **Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>
> **Subject:** Doc. 449
>
>
> Counsel:
>
> As you the know the Court has granted the Government's Motion to Destroy

Inadvertently Disclosed Material. (*See* Doc. 449 attached)  The Order requires that the subject documents should be destroyed within five days of the Order (we just received it today in the mail as it was sealed).  Attached is a list identifying the 39 documents that must be destroyed.  Lastly, we have attached a letter that confirms that you have complied with the Order.  We would like to file a notice advising the Court of compliance. If you have any questions please do not hesitate to contact me.

All the best,

**Kevin M. Rapp| Assistant U.S. Attorney**
**Senior Litigation Counsel**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, <u>kevin.rapp@usdoj.gov</u>**