**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Scott Spear.  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>  )<br>  ) | NO. CR18-00422 PHX SPL-003<br><br>**DEFENDANT SCOTT SPEAR'S REPLY TO UNITED STATES' RESPONSE [466] TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION [453]** |

The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby replies to the United States' Response [466] to Defendants' Joint Motion for Designation of 39 Documents Subject To This Court's Destruction Order To Be Preserved As Part of the *In Camera* Record in This Prosecution [453]. Defendants' Joint Motion stated that "Defendants are in the process of destroying the 39 documents." [Doc 453, P. 2]. **Undersigned counsel's email to the government dated February 7th, 2019, [Doc 466-1/Exhibit D] was sufficient notice to the government of Mr. Spear's compliance with the Court's order to destroy the documents.**

Mr. Spear hereby provides notice to this Court that the documents have been destroyed. However, as it is constitutional error for the government to withhold Brady materials from the

1

Defendants, the destroyed documents must be preserved as part of the record for later review in this case or appellate review, if necessary, since they clearly contain a large amount of Brady material.

RESPECTFULLY SUBMITTED this 22nd day of February, 2019.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Chapman:** anne@mscclaw.com
**Lee Stein:** lee@mscclaw.com
**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Whitney Bernstein:** wbernstein@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Rhonda Neff:**   rneff@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com

1  **Ariel Neuman:**  aneuman@birdmarella.com
   **KC Maxwell:**  kcm@kcmaxlaw.com
2  **David Wakukawa:** dsw@kcmaxlaw.com
   **Seetha Ramachandran:** Seetha.Ramachandran@srz.com
3  *Attorneys for the Defense*

4

5  *By: /s/   A. Jones*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26