ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-SPL (BSB) |
| Plaintiff, | **NOTICE OF ERRATA RE DOC. 476** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The government files this Notice of Errata with respect to its response to Defendants' motion to dismiss due to government interference (Doc. 476). The government corrects the following points:

- The government's response refers to an "Exhibit 6" described as "Correspondence between the Government and Counsel for Larkin." (Doc. 476 at 16, n.4.) That reference was an error and no such exhibit was included.

1    Rather, the Versoza Declaration, referenced as Exhibit 7 in the response, is

2    the actual Exhibit 6.

3    -    Exhibit 2 does not include all the relevant emails exchanged between the

4    government and Brunst's counsel with respect to the proposed sale of real

5    property.  Rather, the attached two emails exchanged on August 23, 2018,

6    between John Kucera and Gary Lincenberg complete the exhibit.

7    -    Finally, the government wrote in its response, "Upon information and belief,

8    Defendant Brunst still owns the property . . ." (Doc. 476 at 4.)  Counsel for

9    Brunst has since informed the government that Defendant Brunst has sold

10   the property.[1]

11   Respectfully submitted this 28th day of February, 2019.

12   ELIZABETH A. STRANGE
     First Assistant United States Attorney
13   District of Arizona

14   BRIAN BENCZKOWSKI
     Assistant Attorney General
15   Criminal Division, U.S. Department of Justice

16   *s/ John J. Kucera*
     KEVIN M. RAPP
17   MARGARET PERLMETER
     PETER S. KOZINETS
18   JOHN J. KUCERA
     ANDREW C. STONE
19   Assistant U.S. Attorneys

20

21   REGINALD E. JONES
     Senior Trial Attorney
22   U.S. Department of Justice, Criminal Division
     Child Exploitation and Obscenity Section

23

24

25

26

27   _____
     [1] Before filing its response, the government checked the public record and could
28   not find any evidence of the sale, which informed its "upon information and belief"
     conclusion that no sale had occurred.

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on this date, February 28, 2019, I transmitted the foregoing
3 under-seal document for filing to the Clerk of the United States District Court and sent a
copy via electronic mail to: Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz
Green Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202,
4 **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq.,
Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart,
5 Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673,
**tbienert@bmkattorneys.com,                     tbisconti@bmkattorneys.com,**
6 **kmiller@bmkattorneys.com, wbernstein@bmkattorneys.com**; Mike Piccarreta, Esq.,
Piccarreta Davis Keenan Fidel, PC, 2 East Congress Street, Suite 1000, Tucson, AZ 85701,
7 **mlp@pd-law.com**; Jim Grant Esq., Davis Wright Termaine, LLP, 1201 Third Avenue,
Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**; Michael D. Kimerer, Esq. and
8 Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100, Phoenix, AZ 85014,
**MDK@kimerer.com** and **rneff@kimerer.com**; Steve Weiss Esq., Karp & Weiss, PC,
9 3060 North Swan Rd., Tucson, AZ 85712, **sweiss@karpweiss.com;** Robert Corn-Revere
Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800,
10 Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East
Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg,
11 Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los
12 Angeles, CA 90067, **glincenberg@birdmarella.com, aan@birdmarella.com,**
**gkp@birdmarella.com.**

13

14 *s/ Angela Schuetta*
Angela Schuetta
15 U.S. Attorney's Office

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 2

**From:** Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Sent:** Thursday, August 23, 2018 9:47 AM
**To:** Gary S. Lincenberg <gsl@birdmarella.com>; Ariel A. Neuman <aan@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** RE: Brunst Real Property

Gary,

I'll discuss with my colleagues and get back to you ASAP.

Thanks,
John

_____

**John Kucera | AUSA**
(213) 894-3391

---

**From:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Sent:** Thursday, August 23, 2018 9:40 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>; Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>
**Subject:** RE: Brunst Real Property

John,

I am writing to advise that a sales contract was signed yesterday for Mr. Brunst's Del Media property for $1.925M.  I am guessing that net proceeds will be ~$1.815m.

The only contingency is inspection, which should be done in about 15 days. Closing is set for Oct 22. The buyer is an unknown, arm's length person/trust named Esser Family Trust.  Obviously if you contact Esser there is a risk of scaring them off, so please use your discretion in checking them out.  Please confirm that you have no objection with our going forward with this sale.

Thank you,

**Gary S. Lincenberg** | *Principal*
**O**: 310.201.2100, Ext. 224  |  **E**:  glincenberg@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

---

**From:** Gary S. Lincenberg
**Sent:** Wednesday, August 8, 2018 8:32 PM
**To:** 'Kucera, John (USACAC)' <John.Kucera@usdoj.gov>; Ariel A. Neuman <aan@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** RE: Brunst Real Property

John,

Your proposal is accepted.  Thank you for your professional courtesy in dealing with this issue.

Sincerely,

**Gary S. Lincenberg** | *Principal*
**O**: 310.201.2100, Ext. 224  |  **E**:  glincenberg@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

---

**From:** Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Sent:** Wednesday, August 8, 2018 1:25 PM
**To:** Ariel A. Neuman <aan@birdmarella.com>; Gary S. Lincenberg <gsl@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** Brunst Real Property

Gary and Ariel,

Regarding your client's real property located at 5830 E. Calle Del Media, Phoenix, AZ, the government will agree to recognize the full amount of your recorded lien on condition that the government be allowed to approve the sale of the property (which approval will not be unreasonably withheld) and any proceeds in excess of your recorded lean will then be deposited into a government account to be treated as substitute *res* in the criminal forfeiture proceeding.  Please let us know your position.

Thank you,
John

_____
John Kucera | AUSA
(213) 894-3391