Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:    (602) 257-0135
Email: bf@federlawpa.com
*Counsel for Defendant Scott Spear*

Paul J. Cambria, Jr. (NY State Bar No. 15873, *admitted Pro Hac Vice*)
pcambria@lglaw.com
Erin McCampbell, (NY State Bar No. 4480166, a*dmitted Pro Hac Vice)*
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone (716) 849-1333 / Facsimile (716) 855-1580
*Counsel for Defendant Michael Lacey*

*Additional counsel listed on next two pages*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff. | No. CR-18-00422-PHX-SMB |
| v. | **DEFENDANTS' JOINT EXPERT WITNESS DISCLOSURE** |
| Michael Lacey, *et al*., | |
| Defendants. | |

.   .   .

.   .   .

1

1  Thomas H. Bienert, Jr. (CA State Bar No. 135311, *admitted Pro Hac Vice*)
   Whitney Z. Bernstein (CA State Bar No. 304917, *admitted Pro Hac Vice*)
2  BIENERT, MILLER & KATZMAN, PLC
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone:     (949) 369-3700
   Facsimile:     (949) 369-3701
5  Email:         tbienert@bmkattorneys.com
6                 wbernstein@bmkattorneys.com
   *Attorneys for James Larkin*
7
8  James C. Grant (Wash. Bar No. 14358; *admitted Pro Hac Vice*)
   DAVIS WRIGHT TREMAINE LLP
9  1201 Third Ave, Suite 2200
   Seattle, Washington 98101
10 Telephone:     (206) 757-8096
11 Facsimile:     (206) 757-7096
   Email: jimgrant@dwt.com
12 *Counsel for Michael Lacey and James Larkin*
13
   Gary S. Lincenberg (CA State Bar No. 123058, *admitted Pro Hac Vice*)
14 Ariel A. Neuman (CA State Bar No. 241594, *admitted Pro Hac Vice*)
   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
15 DROOKS, LINCENBERG & RHOW, P.C.
16 1875 Century Park East, 23rd Floor
   Los Angeles, CA 90067-2561
17 Telephone:     (310) 201-2100
18 Facsimile:     (310) 201-2110
   Email:         glincenberg@birdmarella.com
19                aneuman@birdmarella.com
20 *Counsel for John Brunst*
21 Michael L. Piccarreta (AZ Bar No. 003962)
   PICCARRETA DAVIS KEENAN FIDEL PC
22 2 E Congress St., Suite 1000
23 Tucson, Arizona 85701
   Telephone:     (520) 622-6900
24 Facsimile:     (520) 622-0521
   Email:         mlp@pd-law.com
25 *Counsel for Andrew Padilla*
26 .   .   .

Steve Weiss (AZ Bar No. 002261)
KARP & WEISS PC
3060 N Swan Rd.
Tucson, Arizona 85712
Telephone:    (520) 325-4200
Facsimile:    (520) 325-4224
Email: sweiss@karpweiss.com
*Counsel for Joye Vaught*

This expert disclosure statement and its contents are preliminary in light of the facts that:    a) the government's expert disclosure does not comply with Rule 16, F.R.Crim.P.; b) the government has disclosed just a small fraction of the data it says it expects to disclose to the Defendants, with the government producing what the Defendants understand to be 60 terabytes (60,000 gigabytes) of data in the past week and representing that an additional 60 servers, comprising at least 440 terabytes of data (440,000 gigabytes), are yet to come;[1]  and c) the Defendants' ability to retain potential experts for the scheduled January 2020 trial date has been severely impaired by the government's sweeping and massive pre-trial seizures of the Defendants' assets and attorneys' retainers.    Accordingly, this disclosure statement does not represent the final names and opinions of the defense experts, but is a good-faith preliminary disclosure statement subject to supplementation once the government's disclosures

---

[1] One gigabyte of data is approximately 15,477 to 297,317 pages per gigabyte, depending on the type of data at issue. *See* How Many Pages in a Gigabyte?, Discovery Services Fact Sheet, LexisNexis, available at *https://www.lexisnexis.com/applieddiscovery/lawlibrary/whitePapers/ADI_FS_PagesInAGigabyte.pdf*. Defendants do not currently have the infrastructure to review the approximately 60 terabytes of hard drives received this past week in discovery to ascertain what type of data it contains or estimate the pages associated. Similarly, as Defendants only learned of the 60 outstanding servers, which are purportedly tied up in the MLAT process, in a letter from AUSA Jones' dated March 7, 2019 (*see* Defendants' First Joint Motion for Extension of Time to Disclose Anticipated Initial and Rebuttal Expert Testimony, Doc. 498, at Exhibit 4B). Consequently, Defendants do not know precisely how many pages of discovery are outstanding.

1   and discovery productions are complete, and as the Defendants are able to finance the

2   review of the disclosure, their investigation, and the engagement of experts.

3        The potential areas of expert testimony, names of potential experts and their

4   preliminary opinions are as follows:

5        1.      **Bates Butler, former acting United States Attorney in the District of**

6   **Arizona, Assistant United States Attorney, Defense Lawyer.**

7        The   Defendants   anticipate   presenting   expert   testimony   on

8   informant/cooperating witness testimony and sentencing.   Mr. Butler is anticipated

9   to testify about the prosecution's use of such witnesses, defense proffers, cooperation

10   agreements and the interpretation and application of such agreements, preparation of

11   informant cooperating witness testimony by the prosecution, plea agreements and

12   sentencing recommendations and expectations.   Mr. Butler's opinions will be based

13   on his experience as a former acting United States attorney in the District of Arizona,

14   assistant United States Attorney, defense lawyer, seminars he has presented and

15   attended, and his over four decades of practicing criminal law.   A copy of Mr.

16   Butler's CV is attached hereto as **Exhibit A**.

17        2.      **Roman L. Weil, Professor Emeritus of Accounting, The University**

18   **of Chicago Booth School of Business, Ph.D., CPA.**

19        The Defendants anticipate presenting expert testimony on the following topics:

20   (1) the functions that a Chief Financial Officer ("CFO") performs in a corporate

21   setting, including what is and is not required of a CFO in assessing allegations that a

22   company or one of its subsidiaries has engaged in unlawful conduct; and (2) the loan

23   covenants that are typically included in a seller-financed sale.

24        Professor Weil's opinions will be based on his education, extensive experience

25   teaching and writing about corporate governance and accounting matters, and service

26   on professional boards.   Professor Weil has previously testified as an expert on

1   corporate governance and accounting matters in state and federal court.   A copy of

2   Professor Weil's CV is attached hereto as **Exhibit B**.

3       3.      **Alexandra Levy, Adjunct Professor at Notre Dame Law School**

4       The Defendants anticipate presenting expert testimony on the effect of imposing

5   liability on Backpage for advertisements placed by third parties; the utility of online

6   commercial advertisements to law enforcement in identifying and rescuing victims of

7   sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

8   practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

9   such practices pertain to these issues, and rebuttal testimony of various plaintiff's

10  experts including but not limited to Professor Roe-Sepowitz.

11      Dr. Levy's anticipated testimony will be based on her quantitative and

12  qualitative research, training, academic and outside teaching, practical experience,

13  prior testimony, authorship of books, articles, and other academic or literary papers

14  published in her field of expertise, discussions with other experts and persons

15  responsible for editing and moderation at some of the subject internet providers, review

16  of the books, articles, studies, and seminars on these topics, and other related

17  experience.   A copy of Dr. Levy's CV is attached here to as **Exhibit C**.

18      4.      **Dr. Alexandra Lutnick, Ph.D.**

19      The Defendants anticipate presenting expert testimony on the effect of imposing

20  liability on Backpage for advertisements placed by third parties; the utility of online

21  commercial advertisements to law enforcement in identifying and rescuing victims of

22  sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

23  practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

24  such practices pertain to these issues, and rebuttal testimony of various plaintiff's

25  experts including but not limited to Professor Roe-Sepowitz.

26  .   .   .

1    The bases of Dr. Lutnick's anticipated testimony is her quantitative and

2    qualitative research, training, academic and outside teaching, practical experience,

3    prior testimony, authorship of books, articles, and other academic or literary papers

4    published in her field of expertise, discussions with other experts and persons

5    responsible for editing and moderation at some of the subject internet providers, review

6    of the books, articles, studies, and seminars on these topics, and other related

7    experience.    A copy of Dr. Lutnick's CV is attached hereto as **Exhibit D**.

8        5.    **Dr. Kimberly Mehlman-Orozco, Ph.D.**

9        The Defendants anticipate presenting expert testimony on the effect of imposing

10   liability on Backpage for advertisements placed by third parties; the utility of online

11   commercial advertisements to law enforcement in identifying and rescuing victims of

12   sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

13   practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

14   such practices pertain to these issues, and rebuttal testimony of various plaintiff's

15   experts including but not limited to Professor Roe-Sepowitz.

16       Dr. Mehlman-Orozco's anticipated testimony will be based on her quantitative

17   and qualitative research, training, academic and outside teaching, practical experience,

18   prior testimony, authorship of books, articles, and other academic or literary papers

19   published in their field of expertise, discussions with other experts and persons

20   responsible for editing and moderation at some of the subject internet providers, review

21   of the books, articles, studies, and seminars on these topics, and other related

22   experience.    A copy of Dr. Mehlman-Orozco's CV is attached hereto as **Exhibit E**.

23       6.    **William Norman, J.D., L.L.M., a partner at Ord & Norman, and**

24   **Senior Adjunct Professor at Golden Gate University.**

25       The Defendants anticipate presenting expert testimony on the lawful formation

26   of and lawful uses of offshore trusts.

6

1    Professor Norman's opinions will be based on his education, training, academic
2    teaching, practical experience, scholarship, presentations, and other related
3    experience.   A copy of Professor Norman's CV will be forthcoming.

4    7.    The Defendants anticipate presenting expert testimony on law
5    enforcement officers' investigation and prosecution of sex crimes, including but not
6    limited to prostitution, child prostitution, and other related crimes; how the assistance
7    of Internet site owners and employees render and impede assistance in these
8    investigations, the terminology used in the sex industry by legal escorts, strippers,
9    fetishists, and illegal prostitution.   The expert(s) in this field have not yet been
10   retained, but may include former and/or current FBI agents and state law enforcement
11   officers who worked with Backpage and publicly and privately commended Backpage
12   on its cooperation.   The correspondence, with the names, agencies and contact
13   information, relating to this cooperation is in the possession of the government, and
14   has not yet been fully disclosed, notwithstanding the government's Rule 16 and *Brady*
15   obligations;

16   8.    The Defendants anticipate presenting expert testimony on editing and
17   moderating Internet sites by the owners and employees of the sites, the challenges and
18   expense involved in editing and moderating, the evolving standards of editing and
19   moderating in the Internet provider community from 2004 to the present, the editing
20   and moderating practices of Backpage, Craigslist, Facebook, Google, and other
21   Internet providers and the reasonableness of Backpage practices, the state and federal
22   regulating standards relating to editing and moderating practices, impeachment of the
23   government's experts and other related topics.   The expert(s) in this field have not
24   yet been retained, but his/her/their anticipated testimony will be based on said experts'
25   training, academic teaching, practical experience, authorship of books, articles, and
26   other academic or literary papers published, discussions with other experts and persons

7

1   responsible for editing and moderation at many of the internet providers in the United

2   States, review of the books, articles, studies, and seminars on these topics,

3   impeachment of the government's experts, and other related experience.

4        9.     The Defendants anticipate presenting expert testimony on the marketing

5   aggregation strategies and techniques used by newspapers both for print and online

6   publications to boost readership and to generate advertising revenue.   The expert(s)

7   in this field have not yet been retained, but his/her/their anticipated testimony will be

8   based on said experts' training, academic teaching, practical experience, authorship of

9   books, articles, and other academic or literary papers published, discussions with other

10   experts and persons responsible for marketing and aggregation strategies and

11   techniques at some of the subject Internet providers, review of the books, articles,

12   studies, and seminars on these topics, impeachment of the government's experts, and

13   other related experience.

14        10.    The Defendants anticipate presenting expert testimony on the lawful

15   formation of and lawful uses of offshore trusts as a matter of United States and

16   European Union law.   The expert(s) in this field have not yet been retained, but

17   his/her/their anticipated testimony will be based on said experts' training, academic

18   teaching, practical experience, authorship of books, articles, and other academic or

19   literary papers published, review of the books, articles, studies, and seminars on these

20   topics, and other related experience.

21        Defendants reserve the right to elicit testimony from their anticipated experts

22   regarding other matters that may arise during the course of trial, including testimony

23   presented during the government's case-in-chief, matters raised during the

24   government's cross-examination of any defense witnesses, and any other evidence

25   introduced by the government.

26   .   .   .

8

1    RESPECTFULLY SUBMITTED this 14th day of March, 2019.

2                                    **FEDER LAW OFFICE, PA**

3                                    */s/ Bruce Feder*

     Bruce Feder
4                                    *Attorney for Scott Spear*

5
                                     **LIPSITZ GREEN SCIME**
6                                    **CAMBRIA, LLP**

7                                    */s/ Paul Cambria, Jr.*

     Paul Cambria
8    Erin McCampbell

9                                    *Attorney for Michael Lacey*

10                                   **BIENERT MILLER & KATZMAN, PLC**

                                     */s/ Thomas H. Bienert, Jr.*
11                                   Thomas H. Bienert, Jr.

12                                   Whitney Z. Bernstein

                                     *Attorney for James Larkin*
13

14                                   **DAVIS WRIGHT TREMAINE, LLP**

                                     /s/ James C. Grant
15                                   James C. Grant

16                                   Attorney for James Larkin

17                                   **BIRD MARELLA BOXER WOLPERT**
                                     **NESSIM     DROOKS     LINCENBERG**
18                                   **& RHOW, PC**

19                                   */s/ Gary Lincenberg*

     Gary Lincenberg
20                                   Ariel Newman

21                                   Gopi Panchapakesan

                                     *Attorneys for Jed Brunst*
22

23                                   **PICCARRETA DAVIS KEENAN**
                                     **FIDEL, PC**

24                                   */s/ Michael Piccarreta*

     Michael Piccarreta
25                                   *Attorney for Andrew Padilla*

26    ·    ·    ·

                                          9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**KARP & WEISS, PC**
*/s/ Stephen M. Weiss*
Stephen M. Weiss
*Attorney for Joye Vaught*

.   .   .
.   .   .

1        **CERTIFICATE OF SERVICE**

2

3           I hereby certify that on the 14th day of March, 2019, I electronically transmitted
the foregoing to the Clerk of the Court via the CM/ECF system for filing and
4     transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5     **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
6     **Andrew Stone:**   Andrew.Stone@usdoj.gov
      **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
7     **John Kucera:**   John.Kucera@usdoj.gov
8     **Reginald Jones:**   Reginald.Jones@usdoj.gov
      **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
9     *Attorneys for the United States*

10
      **Anne Chapman:** anne@mscclaw.com
11    **Lee Stein:** lee@mscclaw.com
      **Paul Cambria:**   pcambira@1glaw.com
12    **James Grant:**   jimgrant@dwt.com
13    **Erin McCampbell:**   emccampbell@1glaw.com
      **Robert Corn-Revere:** bobcornrevere@dwt.com
14    **Ronald London:**   ronnielondon@dwt.com
15    **Janey Henze Cook:**   janey@henzecookemurphy.com
      **John Littrell:**   jlittrell@bmkattorneys.com
16    **Kenneth Miller:**   kmiller@bmkattorneys.com
      **Whitney Bernstein:** wbernstein@bmkattorneys.com
17    **Michael Piccarreta:** mlp@pd-law.com
18    **Stephen M. Weiss:**   sweiss@karpweiss.com
      **Michael Kimerer:**   mdk@kimerer.com
19    **Rhonda Neff:**   rneff@kimerer.com
20    **Tom Bienert:**   tbienert@bmkattorneys.com
      **Gary Lincenberg:**   gsl@birdmarella.com
21    **Ariel Neuman:**   aneuman@birdmarella.com
22    **KC Maxwell:**   kcm@kcmaxlaw.com
      **David Wakukawa:** dsw@kcmaxlaw.com
23    **Seetha Ramachandran:** Seetha.Ramachandran@srz.com
24    *Attorneys for the Defense*

25

26    *By: /s/ A. Jones_____*

11

# EXHIBIT A

## A. BATES BUTLER III

A. Bates Butler III has lived in Tucson, Arizona, since 1956. A graduate of Trinity University in 1966 with a B.A. degree in political science with departmental honors, Mr. Butler obtained his Juris Doctor from The National Law Center, The George Washington University, in 1969. He was admitted to the Arizona State Bar, and the United States District Court for the District of Arizona in 1969. He is admitted to practice before the U.S. Court of Appeals, Ninth Circuit, and the United States Supreme Court. Mr. Butler has an AV Preeminent rating from Martindale-Hubbell.

From 1970 until 1977, Mr. Butler was a Deputy Pima County Attorney where he prosecuted scores of jury trials ranging from misdemeanors to homicides, narcotics conspiracies, political corruption, organized and white-collar crime. Mr. Butler also argued special actions and appeals before the Arizona Supreme Court and the Arizona Court of Appeals.

In 1977, Mr. Butler was appointed First Assistant United States Attorney for the District of Arizona. In November 1980, he was appointed as United States Attorney for the District of Arizona. Mr. Butler served in that capacity until September 1981. While in the United States Attorney's Office, Mr. Butler handled and supervised the prosecution of white collar fraud, organized crime, political corruption, civil rights cases and narcotics conspiracies. Some of the more notable cases personally handled include: *United States v. Thomas and Patrick Hannigan*, a five-week trial which involved the empanelment of two juries considering evidence simultaneously and for which Mr. Butler received a Special Commendation Award from the Attorney General of the United States; *United States v. Joseph Bonanno*, pretrial evidentiary hearing of one month's duration involving electronic surveillance, search and seizure issues and allegations of misconduct by government agents; *United States v. McIntyre*, prosecution of a police chief for illegal electronic surveillance.

Since the autumn of 1981, Mr. Butler has engaged in the general practice of law with an emphasis on litigation, including white-collar criminal defense, civil. He has also represented parties in class action lawsuits, and intellectual property lawsuits.

In 1985-1986, Mr. Butler was one of the defense attorneys in the seven-month federal prosecution of church and lay workers that became known as the "Sanctuary case."

In the spring of 1994, Mr. Butler was lead counsel in a six-defendant criminal trial involving conspiracy allegations to obtain weapons for the Irish Republican Army. The case which became known as the "Tucson Six" involved multiple wiretaps obtained under the Foreign Intelligence Security Act. After a two-month trial involving hundreds of witnesses, all defendants were acquitted of all charges.

In 1995, Mr. Butler was involved in document-intensive civil litigation representing Lexecon, Inc. (regarding allegations in connection with Charles Keating and American Continental) in federal court; Hughes Aircraft Company (k/n/a Raytheon Company) in both state and federal court; a principal individual involved in the Arthur Andersen/Baptist Foundation of Arizona litigation; and, in numerous federal and state court criminal cases.

In July 1985, Mr. Butler and Alan L. Stein formed Butler & Stein, P.C. which concentrated

its practices in the areas of personal injury, medical malpractice, employment law, domestic relations, probate, and defense of those charged with crimes.

In July 2003, Mr. Butler joined Fennemore Craig PC where he continued his practice with an emphasis in white collar criminal defense and complex civil litigation. In July, 2009, Mr. Butler opened his own private law practice continuing his emphasis in the same areas.

In 1979, Mr. Butler was selected as one of the outstanding Young Men in America by the United States Jaycees. Since 1987, Mr. Butler has been listed in Who's Who in American Law. Since 1998, Mr. Butler has been listed in the National Registry of Who's Who. In 1987, Mr. Butler was one of the recipients of a special award from the American Civil Liberties Unions for Southern Arizona and for Southern California for his work in the "Sanctuary" case. In 1987, Mr. Butler was a finalist for Trial Lawyer of the Year Award bestowed by the Trial Lawyers for Public Justice. In 1994, Mr. Butler was one of the recipients of a special award from the American Civil Liberties Union for Southern Arizona for volunteer work performed by cooperating attorneys.

Mr. Butler has been named 2011-12 Tucson Best Lawyers Litigator of the Year." Since 2004, Mr. Butler has been recognized by Chambers & Partners as one of America's Leading Lawyers for Business in Arizona for litigation in the area of white collar criminal defense. Since 2005, Mr. Butler has been selected by his peers for inclusion in The Best Lawyers in America in both civil litigation and white collar criminal defense, and "bet the company" litigation. He has also been selected for inclusion in Southwest SuperLawyers in the area of white collar criminal defense for the past several years. During this same time American Registry has included Mr. Butler as part of its Top 5 percent of the nation's Most Honored Professionals. Mr. Butler has also been honored as one of and as one Arizona's Finest Lawyers since 2010.

Mr. Butler has published articles in the University of Arizona Law Record and the Journal of the Pacific School of Theology and has been a lecturer for the Arizona State Bar, the University of Arizona College of Law (trial practice), and the National Institute for Trial Advocacy.

Mr. Butler has served as an expert witness in several legal proceedings.

Mr. Butler has served as a Lawyer Representative to the Ninth Circuit Judicial Conference, and has served as a member of the Board of Directors of the following community organizations: Community Organization for Drug Abuse Control (CODAC) of Pima County, Chairman of the Board 1980-82; the Family Counseling Agency 1988-90; and President, Board of Directors, Tucson Arizona Boys Chorus 1992-94; Moderator of Presbytery de Cristo, 1992. He was appointed by governors of Arizona to serve on the Arizona Criminal Intelligence Systems Agency Board of Directors, the Arizona Law Enforcement Merits System Counsel, and the Arizona-Mexico Commission. Mr. Butler is a Founding Fellow of the Arizona Bar Foundation; a founding member of the Arizona Attorneys for Criminal Justice; a member of the National Association of Former U.S. Attorneys; and a member of the National Association of Criminal Defense Attorneys, the Pima County Bar Association, the Federal Bar Association and the Arizona Wildcat Club. In 2006 Mr. Butler was elected to serve on the General Assembly Permanent Judicial Commission of the Presbyterian Church, USA, which Commission serves as the highest judicial authority for the denomination.

BUTLER000000002

# EXHIBIT B

**Roman L. Weil**                                                                 **October 2018**

Professor Emeritus
Booth School of Business
University of Chicago
5807 S. Woodlawn Avenue
Chicago IL  60637
(773) 702-7261, Fax (206) 202-2114
**Roman.Weil@ChicagoBooth.edu**


*DEGREES AND CERTIFICATES*

B.A., Yale University, 1962; Economics and Mathematics.
M.S., Carnegie Mellon University, 1965; Industrial Administration.
Ph.D., Carnegie Mellon University, 1966; Economics.
CPA, State of Illinois, 1973; #239.002457
CMA, 1974-2007

*ACADEMIC AFFILIATIONS*

| | |
|---|---|
| 1965– | Instructor and Assistant Professor of Mathematical Economics (1965–70); Associate Professor of Management and Information Sciences (1970–76); Professor of Accounting and Sigmund E. Edelstone Professor of Accounting (1976–97); V. Duane Rath Professor [Emeritus since 2008] of Accounting (1997–  ); Director of The Institute of Professional Accounting (1978–89); Lecturer in Law (1988–89, 2000–01, 2008); Director of Directors' College (1998–2002) and Director of The Directors' Consortium (2002– 2017);<br>        at The University of Chicago |
| 2015-17 | Lecturer with the Rank of Professor, Department of Economics, Princeton University |
| 2014-2015 | Visiting Professor, Woodrow Wilson School, Princeton University |
| 2015 | Visiting Professor, McDonough School of Business, Georgetown University |
| 2013 | Professor, Carey Business School, Johns Hopkins University |
| 2012-17 | Visiting Professor, Rady School, University of California, San Diego |
| 2005-2013 | Visiting Professor, Visiting Scholar, University of Washington, Seattle |
| 2008 | Visiting Professor, Haas School of Business, University of California, Berkeley |

| | |
|---|---|
| 2008- | Program Fellow, Stanford University Law School. |
| 2009 | Visiting Professor, Harvard Law School |
| 2009 | Visiting Professor, Tepper School of Business, Carnegie Mellon University |
| 2009 | Visiting Professor, King Fahd University of Petroleum and Minerals |
| 2010 | Visiting Professor, Princeton University, Department of Economics |
| 2010-11 | Visiting Professor of Accounting, Taxation, and Law, Stern School of Business, New York University |
| 2011 | Adjunct Professor, Cox School of Business, Southern Methodist University |
| 1990–95 | Visiting Professor of Law, Stanford University Law School. (Edwin A. Heafey, Jr. Visiting Professor in 1991 and 1992) |
| 1985 | George R. Olincy Visiting Professor of Accounting and Law, New York University School of Law |
| 1984, 1985, 2004 | Visiting Professor of Accounting, Visiting Professor of Economics, Stanford University, Economics Department and Graduate School of Business |
| 1974–76 | Mills B. Lane Professor of Industrial Management, College of Industrial Management, Georgia Institute of Technology |
| 1963–65, 1971–72 | Instructor of Mathematics and Economics, Visiting Associate Professor of Industrial Administration, Carnegie-Mellon University |

## *PROFESSIONAL SOCIETIES AND SERVICE*

American Accounting Association (Associate Editor of *The Accounting Review*, 1975–79; Committee to Nominate Outstanding Contributions to the Accounting Literature, 1975–76; Resource Allocation Committee, 1976–77; Outstanding Educator Committee, 1982–83; 1983–84)

American Economic Association

American Institute of Certified Public Accountants

Association of Computing Machinery (Department Editor of *Communications of ACM*, 1971–73)
The Institute of Management Sciences (Associate Editor of *Management Science*, 1970–76, Insurance Liaison Designate, 1972– )

National Association of Accountants

Illinois Society of CPAs (Committee on Accounting Principles, 1976–77)

Securities and Exchange Commission, Advisory Committee on Replacement Cost Implementation, 1976–77

Editorial Board of *Journal of Accounting and Economics*, 1979–81

Editorial Board of *Financial Analysts Journal*, 1980–88

American Assembly of Collegiate Schools of Business Accounting Accreditation Committee, 1987–88

Financial Accounting Standards Board: Task Force on Consolidations, 1985–89; Task Force on the Role of Discounting in Accounting, 1989–

Financial Accounting Standards Advisory Council, 1989–93

Task Force on Financial Instruments, 1994–97

Steering Committee of the American Assembly's Program on the Future of the Accounting Profession, 2001–

Investment Company Institute, Director Services Committee, 2002–2004

Independent Directors' Council, 2004–

Mutual Fund Directors' Forum, 2003

### *CORPORATE GOVERNANCE*

Public Company Accounting Oversight Board, Standing Advisory Group, 2012-2013.

MainStay Group of Funds—advised by New York Life Investments LLC.
 MainStay VP Series Fund, 1994-2007.
  Chairman of Audit Committee, 1995-2007.
 MainStay Group of Funds (consolidated Board of five registered fund companies,
  including MainStay VP Series Fund Inc.) 2007-15
  Member, Consolidated Audit Committee
  Audit Committee Financial Expert

Stanford University Directors' College
 Organizer, Chair, Panelist of Sessions on Audit Committee, Backdating Stock Options:
 1994–2017.

University of Chicago
> Organizer and Director of Directors' College, 1998–2002.
> Organizer and Director of Directors' Consortium, 2002– 2017 .

Investment Company Institute, Independent Directors' Council, 2004–2008  .

Ygomi, LLC
> Board member and chairman of Audit Committee, 2006–2008  .

### *GRANTS*

NDEA (TITLE IV) Pre-Doctoral Fellowship, 1962–1965.

Principal Investigator for National Science Foundation Grants on "Economic Programming" and
> "Inflation Accounting."  July 1967 – March 1982.

Discounting in Accounting.  Coopers & Lybrand, 1987–90.

### *BOOKS*

Sidney Davidson, Leon J. Hanouille, Clyde P. Stickney, Co-authors.  *Intermediate Accounting:
> Concepts, Methods and Uses*, Hinsdale, IL:  The Dryden Press, 1980, 1981, 1982, 1985;
> Canadian edition (with C. L. Mitchell), 1982.

Sidney Davidson and Clyde P. Stickney, Co-Authors.  *Inflation Accounting:  General Price
> Level Adjusted Accounting for the Accountant and the Financial Analyst*, New York:
> McGraw-Hill Book Co., 1976; Spanish edition 1978; Japanese edition 1978.

Sidney Davidson and James S. Schindler, Co-authors.  *Fundamentals of Accounting*, Hinsdale,
> IL:  The Dryden Press, 5th ed., 1975; Spanish edition, 1977.

Sidney Davidson, David O. Green, Walter Hellerstein and Albert Madansky, Co-authors.
> *Financial Reporting by State and Local Government Units*, Chicago, IL:  University of
> Chicago Press, 1977.

Michael W. Maher, Clyde P. Stickney and Sidney Davidson, Co-authors.  *Managerial
> Accounting:  An Introduction to Concepts, Methods, and Uses*, Hinsdale, IL:  The Dryden
> Press, 1978, 2nd ed., 1985; 3rd ed., 1988; San Diego:  Harcourt, Brace, Jovanovich, 4th
> ed., 1991; Ft. Worth, TX:  The Dryden Press, 5th ed., 1994.; 6th ed., 1997; 7th ed., 2000;
> 8th ed., 2003; 9th ed., 2006; 10th ed., 2009; 11th ed., 2012.

Patricia O'Brien, Michael Maher, Clyde P. Stickney and Sidney Davidson, Co-authors.
> *Accounting:  The Language of Business*, Glen Ridge, New Jersey:  Thomas Horton &
> Daughters, Inc. 1974.  2nd ed., 1975; 3rd ed., 1978; 4th ed., 1979; 5th ed., 1982; 6th ed.,
> 1984; 7th ed., 1987; 8th ed., 1990; 9th ed., 1994; 10th ed, 1998; 11th ed, 2005.

Clyde P. Stickney, Katherine Schipper, Jennifer Francis, and Sidney Davidson, Co-authors. *Financial Accounting:  An Introduction to Concepts, Methods and Uses*, Hinsdale IL:  The Dryden Press, 1976; 2nd ed. 1979; 3rd ed. 1982; 4th ed. 1985; 5th ed. 1988; San Diego:  Harcourt, Brace, Jovanovich, 6th ed., 1991; Ft. Worth, TX:  The Dryden Press, 7th ed., 1994; 8th ed., 1997; 9th ed, 2000.  Thomson-SouthWestern, 10th ed., 2003; 11th ed., 2006; 12th ed., 2007; 13th ed., 2010; 14th ed., 2013.  Canadian edition (with C. L. Mitchell), 1979, 1982, 1986.

### *EDITED VENTURES*

Michael W. Maher, Co-editor.  *Handbook of Cost Management,* 2nd ed., New York:  John Wiley & Sons, 2005.

Jack P. Friedman, Co-editor.  *Litigation Support Report Writing:  Accounting, Finance, and Economic Issues,*  New York:  John Wiley & Sons, 2003.

Elizabeth A. Evans, Peter B. Frank, David Hoffman, Christian W. Hughes, Daniel Lentz, and Michael J. Wagner, Co-editors.  *Litigation Services Handbook:  The Role of the Accountant as Expert*, New York:  John Wiley & Sons, 1990, with annual supplements; 2nd ed., 1995; 3rd ed., 2001; 4th ed., 2006, 5th ed. 2013, 6th ed. 2017.  [Other editors did not work on all editions.]

Sidney Davidson, Co-editor.  *Handbook of Modern Accounting*, New York:  McGraw-Hill Book Co., 2nd ed., 1977, 3rd ed., 1983; Spanish edition, 1990.

Sidney Davidson, Clyde P. Stickney, Co-editors.  *CPA Examination Multiple Choice Questions from Intermediate Accounting*, Hinsdale, IL:  The Dryden Press, 1980; 2nd ed., 1984.

Sidney Davidson, Co-editor.  *Handbook of Cost Accounting*, New York:  McGraw-Hill Book Co., 1978; Spanish edition, 1983.

Richard F. Vancil, Co-editor.  *Replacement Cost Accounting:  Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

25th Anniversary Issue of the *Communications of the Association for Computing Machinery*, 15, 7 (July, 1972), 518–702.

### *NEWSPAPER NOTES AND ARTICLES*

"As an Investment, Wine Is No Corker," *Business Week*, October 2, 1989.

"The FASB's Healthy Proposal,"  *The Wall Street Journal*, March 1, 1989.

"Whom to Soak When Utilities Take a Bath," *The Wall Street Journal*, Claudia Rosett, co-author, October 9, 1984.

"De- or Misfeasance," *Barron's*, December 5, 1983.

"Inflation Accounting," *Chicago Tribune*, January 29, 1979.

"Inflation Brings Recognition to 'LIFO'," *Atlanta Constitution*, May 4, 1975.

### *ARTICLES, CHAPTERS,  NOTES, AND REVIEWS*

F. R. Edwards, K.H. Hanley, & R. Litan, co-authors, "Crypto Assets Require Better Regulation," working paper from the Financial Economists Roundtable, August 2018.

"Debunking Critic's Wine Words," Chap. 26 in Handbook of the Economics of Wine, 547-58, O. Ashenfelter et al., ed. 2018, World Scientific Press, 2018.

Charles W. Calomiris, Larry Harris, and Catherine Schrand, co-authors, "Bank Capital as a Substitute for Prudential Regulation," *J of Applied Corporate Finance*, 29, 4 (Fall 2017), 65-69.

Elizabeth A. Evans and Daniel G. Lentz, co-authors, "A Dispute Resolution Primer," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

Elizabeth A. Evans, co-author, "Serving as a Financial Expert in Litigation," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

Elizabeth A. Evans, co-author, "*Ex Ante* Versus *Ex Post* Damages Calculations," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

M.L. Marais, and W.E. Wecker, co-authors, "Statistical Estimation of Incremental Cost from Accounting Data," *Handbook of Litigation Services*, 6th ed., New York: John Wiley & Sons, 2017.

Elizabeth A. Evans and Kevin F. Rasmussen, co-authors, "Covenant Not to Compete," *Handbook of Litigation Services*, 6th ed., New York: John Wiley & Sons, 2017.

J. Milliron, co-author,  "The Financial Illiteracy Defense," in 2013 *Supplement for the Litigation Services Handbook* , New York:  John Wiley & Sons, 2013.

"Convolving Assumptions in Measuring Damages," in 2013 Supplement to *Litigation Services Handbook*, New York:  John Wiley & Sons, 2013.

S. Buffo and D. Hoffman, co-authors, "Serving as a Financial Expert in Litigation," *Litigation Services Handbook*, New York:  John Wiley & Sons, 2013.

P.B. Frank, C.W. Hughes, and M.J. Wagner, co-authors. "The Role of the Financial Expert as Witness"  *Handbook of Litigation Services*, New York: John Wiley & Sons, 2007.

"Debunking Critics' Wine Words:  Can Economists Distinguish the Smell of Asphalt from the Taste of Cherries?" *Journal of Wine Economics,* 2, 2, 2007, 136-44.

D.J. Coates and M.L. Marais, Co-authors.  "Audit Committee Financial Literacy:  A Work in
Progress," *Journal of Accounting Auditing and Finance,* March 2007.

"Capital Budgeting:  Concepts and Methods," *Handbook of Cost Management,* New York:  John
Wiley and Sons, 2005.

"Capital Budgeting:  Implementation," *Handbook of Cost Management,* New York:  John Wiley
and Sons, 2005.

"Compound Interest:  Concepts and Methods," *Handbook of Cost Management,* New York:
John Wiley and Sons, 2005.

"Cost Management Concepts," *Handbook of Cost Management,* New York:  John Wiley and
Sons, 2005.

"Accounting Magic," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Kathleen Fitzgerald, co-author.  "Accounting Underpinnings of Corporate Scandals," *Litigation
Services Handbook,* 2005, New York:  John Wiley & Sons.

Gordon Shillinglaw, co-author, "Economic Concepts of Cost in Managerial Accounting,"
*Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Russell A. Taussig, co-author, "Different Costs for Different Purposes," *Handbook of Cost
Management,* New York:  John Wiley and Sons, 2005.

Analysis of Reserve and Regular.  *Chance,* 18, 3 (Summer 2005), 9–15.

Roderick M. Hills, co-author.  "Nuts and Bolts Guidance for Audit Committees," *The Corporate
Board,* Sept./Oct. 2004, 1–6.

Give Financial Literacy a Chance:  Leave No Audit Committee Behind, *Harvard Business
Review,* May 2004, 21–24, Reprint No. F0405D.

"Convolving Assumptions in Measuring Damages,"  *Litigation Support Report Writing,* Jack
Friedman, ed.; New York:  John Wiley & Sons, 2003.

"Compensating Plaintiff for Asynchronous Payments," *Litigation Services Handbook,* New
York:  John Wiley & Sons, 2003.

"Fundamental Causes of Accounting Debacles:  Show Me Where It Says I Can't,"  *Institutional
Investor Advocate,* 4, 3 (Fall 2002), 1–6.

"Parker v. Prial:  The Death of the Vintage Chart,"  *Chance,* 14, 4 (Fall 2001), 27–31.

"Diary of a Rug Virgin,"  *Hali,* 117 (July–Aug 2001), 19–21.

Roberts, Harry V., co-author.  "Starting Research Early," in Eric Rasmusen, ed., *Readings in Games and Information,* Oxford:  Blackwell Publishers, Ltd., 2001, 134–141.

"The Role Of The Financial Expert In Litigation Services," in *Litigation Services Handbook,* 3rd ed., New York:  John Wiley & Sons, 2001.

"Analyzing the Issues:  A Report on the Accounting Methods of the Cott Corporation,"  in J.H. Amernic, *Financial Accounting:  Expanding Horizons,* Toronto:  McGraw-Hill Ryerson, 1998, 221-24.

"Practical Application of Accounting Issues in Legal Cases,"  in D. S. Williams, *Accounting for Lawyers,* New York:  Practicing Law Institute, 1997, 391-440.

Barchas, Isaac D., Co-author.  "Lost Profits Damages to New Businesses," *Litigation Services Handbook*, 2/e, New York:  John Wiley & Sons, 1995.

"Compensation for the Passage of Time," *Litigation Services Handbook*, 2/e, New York:  John Wiley & Sons, 1995.

Johnson, L. Todd, Barry P. Robbins, and Robert J. Swieringa, Co-authors., "Expected Values in Financial Reporting," *Accounting Horizons*, 7, 4 (December 1993), 77–90.

"Damages to the Start-Up Business:  Contrasting the Economic and Accounting Views," Frank et al., ed., *Litigation Services Handbook*, New York:  John Wiley & Sons, Inc., 1991, 64–69.

"Role of the Time Value of Money in Financial Reporting,"  *Accounting Horizons*, 4, 4 (December 1990), 47–67.

Frank, Peter and Michael Wagner, Co-authors.  "Role of the CPA in Litigation Services," *Litigation Services Handbook*, John Wiley & Sons, Inc., 1990; revised in 2nd ed., 1995.

Kormendi, Roger and others, Co-authors.  *Crisis Resolution in the Thrift Industry:  Beyond the December Deals*, Report of the Mid American Institute Task Force on the Thrift Crisis, March 1989, a report to the Banking Committee of the U.S. Senate.

Lindahl, Frederick W., Co-author.  "Empirical Research in Choice of Inventory Accounting Method," *The Economics of Inventory Management*, M. C. Lovell editor, Amsterdam:  Elsevier Science Publishers, 1988, 225–247.

Katherine Schipper and Rex Thompson, Co-authors.  "Disentangling Interrelated Effects of Regulatory Changes on Shareholder Wealth:  The Case of Motor Carrier Deregulation," *Journal of Law and Economics*, 30 (April 1987), 67–100.

"De- or Misfeasance?  A Look at the New FASB Ruling," in Paul B. W. Miller and Rodney J. Redding, *The FASB:  The People, the Process, and the Politics*, 2nd ed.; Richard D. Irwin, 1988.

Sidney Davidson, Co-author.  "Deferred Taxes," *Journal of Accountancy*, 161, 3 (March 1986), 42–45.

Sidney Davidson, and Steven F. Rasch, Co-authors.  "Behavior of the Deferred Tax Credit Account, 1973–82", *Journal of Accountancy*, 158, 4 (October 1984),138–42.

Sandra Myers, Co-author. "Policies for a Successful Doctoral Program," T. Burns, ed. *Doctoral Programs in Accounting*, Columbus:  Ohio State University Press, 1984, 297–313.

"Compound Interest--Concepts and Applications," Chapter 9, *Handbook of Modern Accounting*, 3rd ed., ed. by S. Davidson and R. Weil, New York: McGraw-Hill Book Co., 1983.

Clyde P. Stickney and Mark A. Wolfson, Co-authors.  "Income Taxes and Tax-Transfer Leases: General Electric's Accounting for a Molotov Cocktail," *The Accounting Review*, 58, 2, (April 1983), 439–459.

Katherine Schipper, Co-author.  "Alternative Accounting Treatments for Pensions," *The Accounting Review*, 57, 4 (October, 1982),  806–824.

J. Leslie Livingstone, Co-author.  "Accounting for Changing Prices in the U.S.:  An Explication and Evaluation of *SFAS No. 33*," R. R. Sterling and K.W. Lemke, eds., *Maintenance of Capital--Financial Versus Physical*, Houston:  Scholars Book Company, 1982, 225–257.

James M. Patell and Mark A. Wolfson, Co-authors.  "Accumulating Damages in Litigation:  The Roles of Uncertainty and Interest Rates," *The Journal of Legal Studies*, 11, 3 (June 1982), 341–364.

"Accounting for Changing Prices in Regulated Industries," *Public Utility Valuation and the Rate Make Process*, H.A. Cowles, ed., Ames, Iowa:  Iowa State University, 1981, 571–74.

"Adjusting Debt-Equity Ratios," *Financial Analysts Journal*, 37, 1 (January/February 1981), 10ff.

"Meaning of 'Cost' in Context of 'Below Cost' Pricing,"  *Antitrust Economics*, Lexecon Inc.: Chicago, IL, 1980, 181–9.

"Managing Earnings Using an Insurance Subsidiary:  A Case of Restraint by Sears/Allstate," *The Accounting Review*, 55, 4 (October 1980), 680–684.

William S. Easman, Angela Falkenstein, Co-authors.  "Changes in Sustainable Income (Computed from Current Cost Data) Correlate Better with Annualized Returns Than Do Changes In Conventionally Reported (GAAP) Income," *Financial Analysts Journal*, 35, 5 (September/October, 1979), 44–48.  Won 1979 Graham and Dodd Scroll from the Financial Analysts Federation.

Sidney Davidson, Lisa B. Skelton, Co-authors.  "Financial Reporting and Changing Prices Estimated Results of Applying the FASB Proposal," *Financial Analysts Journal*, 35, 3 (May/June, 1979), 41–54.

Daniel A. Lasman, Co-author.  "Adjusting the Debt-Equity Ratio," *Financial Analysts Journal*, 34, 5 (September/October, 1978), 49–58.  Reprinted in *CFA Readings in Financial Statement Analysis*, G. White and A. Sondhi, eds., Charlottesville:  The Institute of Chartered Financial Analysts, 1985, 106–115.

Jonathan E. Ingersoll, Jr. and Jeffery Skelton, Co-authors.  "Duration Forty Years Later," *Journal of Financial Quantitative Analysis*, November 1978, 627–650.

Sidney Davidson, Co-author.  "Income Tax Implications of Various Methods of Accounting for Changing Prices," *Journal of Accounting Research*, 16, Supplement 1978.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting, Deferred Taxes, and Distributable Income," *The Accounting Forum*, 48, 2 (December 1978), 50–70.

Sidney Davidson, Co-author.  "Definitions and Measures of Income in Times of Changing Prices," *Realizing Knowledge as a Resource:  Proceedings of the Second Symposium on Research Applied National Needs*, Washington D.C.:  National Science Foundation, RANN 2, Volume VI, Regulation, 1977, 29–32.  (Adapted from Brookings piece, 1976; see below.)

"Capital Budgeting,"  Chapter 20 in Sidney Davidson and R.L. Weil, eds., *The Handbook of Cost Accounting*,  New York:  McGraw-Hill Book Co., 1978.

Angela Falkenstein, Co-author. "Replacement Cost Accounting:  What Will Income Statements Based on the SEC Disclosures Show? – Part I," *Financial Analysts Journal*, 33, 1 (January/February, 1977), 46–57.  "Replacement Cost Accounting:  Estimating the SEC Disclosures for Cost of Goods Sold and Depreciation – Part II," *Financial Analysts Journal*, 33, 2 (March/April, 1977), 48–57.  Won 1977 Graham and Dodd Scroll from the Financial Analysts Federation.

James A. Largay III, Co-author.  "Compound Interest:  Concepts and Applications," Chapter 8, *Handbook of Modern Accounting*, edited by Sidney Davidson and Roman L. Weil, New York:  McGraw-Hill Book Co., 1977.

Selwyn W. Becker, Co-Author.  "Determination of Risk Preference to Facilitate Customer-Portfolio Manager Interactions,"  R. Henry and O. Moeschlin, eds., *Mathematical Economics and Game Theory*, Berlin:  Springer Verlag, 1977, 553–563.

David F. Shanno, Co-author.  "The Separate Phases Method of Accounting for Leveraged Leases:  Properties of the Allocating Rate and an Algorithm for Finding It," *Journal of Accounting Research*, 14, 2 (Autumn, 1976), 348–356.

Sidney Davidson, Co-author.  "Inflation Accounting:  Some Income Tax Implications of the FASB Proposal," Chapter 3, *Inflation and the Income Tax*, H. Aaron, ed., Washington D.C.:  The Brookings Institution, 1976.  Appendix of this article is reprinted in William S. Easman, Jr., ed., *Inflation Accounting/Indexing and Stock Behavior*, New York:  Faulkner, Dawkins & Sullivan, July 1976.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting: Depreciable Assets, and Distributable Income," *Financial Analysts Journal*, 32, 4 (July/August, 1976), 38–45. Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

"Implementation of Replacement Cost Accounting:  The Theory and Use of Functional Pricing," R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson, Co-author.  "Inflation Accounting:  The SEC Proposal for Replacement Cost Disclosures," *Financial Analysts Journal*, 32, 2 (March/April,1976), 57–66.  Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson and Samy Sidky, Co-authors.  "Inflation Accounting:  How Well Do General Price Level Adjustments Reflect Current Costs of Inventory?" *Proceedings of the Conference on Topical Research in Accounting*, Michael Schiff and George Sorter, eds., Ross Institute of Accounting Research, The Schools of Business of New York University, 1976.

Sidney Davidson, Co-author.  "A Shortcut in Computing Earnings per Share," *Journal of Accountancy*, 140, 6 (December, 1975) 45–47.

Sidney Davidson, Co-author.  "Lease Capitalization and Inflation Accounting." *Financial Analysts Journal*, 31, 6 (November/December, 1975), 22–29, 57.

Sidney Davidson and Lisa Skelton, Co-authors.  "On the Behavior of Deferred Tax Credits," *Journal of Accountancy*, 143, 4 (April, 1977), 53–59.

Sidney Davidson, Co-author.  "Comments on 'Are You Ready for Inflation Accounting?'" *Journal of Accountancy*, 140, 3 (September, 1975), 109–110.

Robert S. Kaplan, Co-author.  "Actuarial Economists:  A Reply," *The Actuary*, (September, 1975), 3, 8.

Sidney Davidson, Co-author.  "Impact of Inflation Accounting on 1974 Earnings," *Financial Analysts Journal*, 31, 5 (September/October, 1975), 42–54.

Sidney Davidson and James Kelly, Co-authors.  "How Inflation-adjusted Accounting Would Pare Banks' Net," *Banking*, 57, 7 (July, 1975), 31–32, 90, 94.

Sidney Davidson, Co-author.  "Inflation Accounting:  Public Utilities," *Financial Analysts Journal*, 31, 3 (May/June, 1975), 30–34,62.

Sidney Davidson, Co-author.  "Inflation Accounting:  What Will General Price Level Adjusted Income Statements Show?" *Financial Analysts Journal*, 31, 1 (January/February, 1975), 27–31, 70–84.  Reprinted in Largay and Livingstone's *Accounting for Changing Prices*,

New York, John Wiley & Sons, 1976, 91–110, 288–294.  Won 1975 Graham and Dodd
Scroll from the Financial Analysts Federation.

Hugo Nurnberg and Clyde P. Stickney, Co-authors.  "Combining Stockholders' Equity Accounts
Under Poolings of Interests," *The Accounting Review*, 50 (January, 1975), 179–183.

Robert S. Kaplan, Co-author.  "An Actuarial Audit of the Social Security System," U.S. Treasury
Department Report, December 1974.

Richard Dietrich, Co-author.  "Partial-Rank Linear Management Information Systems," *The
Accounting Review*, 49, 4 (October, 1974), 846–850.

Katherine Schipper and John R. Twombly, Co-authors.  "Evaluating Leases Under Uncertainty,"
*The Accounting Review*, 49, 4 (October, 1974), 796–801.

Review of *L.S.E. Essays on Cost* (Buchanan and Thirlby), *Journal of Business*, 47, 4 (October,
1974), 585–586.

Sidney Davidson, Co-author.  "On Holding Gains and Losses and the Evaluation of
Management," *The Accounting Review*, 49 (July, 1974), 524–527.

John P. Gould, Co-author.  "The Rule of 69," *Journal of Business*, 47, 3 (July, 1974), 397–398.

Lawrence Fisher, Co-author.  "TIAA/CREF:  Who Gets What?"  *Journal of Business*, 47, 1
(January, 1974), 67–87.

"Reciprocal or Mutual Holdings:  Allocating Earnings and Selecting the Accounting Method,"
*The Accounting Review*, 48, 4 (October, 1973), 749–58.

"Macaulay's Duration:  An Appreciation," *Journal of Business*, 47, 4 (October, 1973), 589–592.

"Annuitants Can Afford CREF's Projecting Earnings at a Rate Larger Than 4 Percent," *Journal
of Risk and Insurance*, 40, 2 (September, 1973), 465–72.

"Tuition Remission and the Faculty Child:  A Reconsideration," *AAUP Bulletin*, 59, 3
(September, 1973), 331–332.

Robert S. Kaplan, Co-author.  "Risk and the Value Line Contest," *Financial Analysts Journal*,
29, 4 (July/August, 1973), 56–61.

"The Algorithm for Lower-of-Cost-or-Market Inventory Valuation:  Mathematical Notation
Makes It Easy," *The Accounting Review*, 48, 3 (July, 1973), 598.

L. Warwick Coppleson, Co-author.  "Are All Those Lab Tests Really Worth the Cost?"  *Prism*
(American Medical Association), 4 (July, 1973), 42–45.

Review of *Economic Theory of Teams* (Marschak and Radner), *Journal of Business*, 46, 3 (July,
1973), 477–478.

Joel E. Segall and David O. Green, Co-authors.  "Premiums on Convertible Bonds:  Reply," *Journal of Finance*, 27, 5 (December, 1972), 1163–1170.

David F. Shanno, Co-author.  "Management Science:  A View from Nonlinear Programming," *Communications of the Association for Computing Machinery*, 15 (July, 1972), 542–549.

"On Two Algorithms for Computing the Von Neumann Balanced Growth Rate," *Econometrica*, 40, 4 (July, 1972), 767.

Gerald L. Thompson, Co-author.  "Matrix Pencils (Ay = □By):  Existence, Calculations, and Relations to Game Theory,"  *Linear Algebra and Its Applications*, 5 (1972), 207–226.

Lawrence Fisher, Co-author.  "Coping with the Risk of Interest Rate Fluctuations:  Returns to Bondholders from Naive and Optimal Strategies," *Journal of Business*, 44, 4 (October, 1971), 408–431.  Reprinted in Martin L. Leibowitz, ed., *Pros & Cons of Immunization Proceedings of a Seminar on the Roles and Limits of Bond Immunization*, New York:  Salomon Brothers, 1980, and in G. A. Hawawini, ed., *Bond Duration and Immunization: Early Developments and Recent Contributions*, New York:  Garland Publishing Company, 1982.

David F. Shanno, Co-author.  "'Linear' Programming with Absolute Value Functionals," *Journal of the Operations Research Society of America*, 19 (January/February, 1971), 120–124.

Gerald L. Thompson, Co-author.  "Von Neumann Solutions are Generalized Eigensystems," *Zeitschrift für Nationalŏkonomie*, Suppl. 1 (1971), 139–154.  Reprinted in G. Bruchmann and W. Weber, eds., *Contributions to the Von Neumann Growth Model*, New York:  Springer-Verlag, 1971.

Paul C. Kettler, Co-author.  "Rearranging Matrices to Block Angular Form for Decomposition (and Other) Algorithms," *Management Science (Theory)*, 18 (1971), 98–108.

Alice M. Dell and Gerald L. Thompson, Co-authors.  "Computing the Roots of Matrix Pencils: The Generalized Eigenvalue Problem," *Communications of the Association for Computing Machinery*, 14, 2 (February, 1971), 113–117.

Yale Brozen, Co-author.  *The Voucher System*, Washington, D.C.:  American Conservative Union, 1971.  Reprinted in *Educational Freedom*, 10, 2 (1972), 1–9.

Gerald L. Thompson, Co-author.  "Reducing the Rank of (A - □B)," *Proceedings of the American Mathematical Society*, 26, 4 (December, 1970), 548–554.

Joel E. Segall and David Green, Jr., Co-authors.  "A Reply," (on convertible bonds), *Journal of Finance*, 25, 4 (September, 1970), 931–933.

"Realized Interest Rates and Bondholders' Returns," *American Economic Review*, 60, 3 (June, 1970), 502–511.

John Pomeranz, Co-author.  "The Cyclical Majority Problem," *Communications of the Association for Computing Machinery*, 13, 4 (April, 1970), 251–254.

"Solutions to the Decomposable Von Neumann Model," *Econometrica*, 38, 2 (March, 1970), 276–280.

Michael J. Hamburger and Gerald L. Thompson, Co-authors.  "Computing Results from the Generalized Von Neumann Model and Using Them for Planning," *Jahrbuch Der Wirtschaft Osteuropas*, 1 (1970), Munich:  Gunter Olzog Verlag, 108–129.

Gerald L. Thompson, Co-author.  "Further Relations Between Game Theory and Eigensystems," *SIAM Review*, 11, 4 (October, 1969), 597–602.

Paul C. Kettler, Co-author.  "An Algorithm to Provide Structure for Decomposition," *Sparse Matrices and Their Applications*, Ralph Willoughby, editor, Yorktown Heights, IBM Data Processing (1969), 11–24.

"Allocating Joint Costs," *American Economic Review*, 68, 5 (December, 1968), 1342–1345.

"Game Theory and Eigensystems," *SIAM Review*, 10, 3 (July, 1968), 360–367.

Joel E. Segall and David Green, Jr., Co-authors.  "Premiums on Convertible Bonds," *Journal of Finance*, 23, 3 (June, 1968), 445–463.  Reprinted in the *Investment Process*, J. M. Lishan and D. T. Crary (eds.), Scranton, PA:  International Textbook Co. (1970), 192–212.  Reprinted in an expanded version in *Security Evaluation and Portfolio Analysis*, E. J. Elton and M. J. Gruber(eds.), Englewood Cliffs:  Prentice-Hall (1972), 274–297.

"The Decomposition of Economic Production Systems," *Econometrica*, 36, 2 (April, 1968), 260–278.

"Functional Selection for the Stochastic Assignment Model," *Journal of the Operations Research Society of America*, 15, 6 (November/December, 1967), 1063–1067.

"The Generalized Von Neumann Model and International Comparisons of Productivity," *Journal of Political Economy*, 75, 5 (October, 1967), 696–705.

Michael J. Hamburger and Gerald L. Thompson, Co-authors.  "Computation of Expansion Rates for the Generalized Von Neumann Model of an Expanding Economy," *Econometrica*, 35, 3 (July, 1967), 542–547.

Donald V. Steward, Co-author.  "The Question of Determinacy in Square Systems of Equations," *Zeitschrift fur Nationalökonomie*, 27, 3 (1967), 261–266.

"Optimal Growth Under the Fixed Time, Maximal Distance Objective," *Economics of Planning*, 6, 3 (1966), 251–271.

"Consumption in the Closed Von Neumann Model," *Economics of Planning*, 7, 1 (1967), 39–48.

"The N-Person Prisoner's Dilemma:  Some Theory and a Computer-Oriented Approach,"
*Behavioral Science*, 11, 3 (May, 1966), 227–234.

"Testing the Understanding of the Difference Between Call-By-Name and Call-By-Value in
Algol 60," *Communications of the Association for Computing Machinery*, 8, 6 (June,
1965), 378.

"An Algorithm for the Von Neumann Economy," *Zeitschrift für Nationalökonomie*, 24, 4 (1964),
371–384.

# EXHIBIT C

ALEXANDRA FRELL LEVY

2156 Eck Hall of Law
Notre Dame Law School
Notre Dame, IN 46556
312.533.8010
alevy2@nd.edu

## EDUCATION

**The University of Chicago Law School**, Chicago, IL
*J.D.*, 2010

- Research Assistant to William Landes, Saul Levmore, and Richard Posner
- Elective coursework in microeconomics

**New York University**, New York, NY
*B.A. in Religious Studies*, cum laude, 2007

- Minor concentration in mathematics

## TEACHING EXPERIENCE

**Notre Dame Law School**, South Bend, IN
*Adjunct Professor*, 2013 – present

- Courses taught: Human Trafficking, Introduction to the American Legal System (for international law students), Legal Remedies for Human Trafficking
- Faculty Affiliate of the Center for Civil and Human Rights and Co-Director of the Center's Project on Legal Remedies for Victims of Human Trafficking

**University of Lucerne**, Lucerne, Switzerland
*Visiting Professor*, November 2016

- Course taught: The Law and Economics of Black Markets

**St. Thomas University School of Law Human Trafficking Academy**, Miami Gardens, FL
*Instructor*, July 2014, December 2015, February 2017

- Sessions taught: Civil Litigation and Remedies, Crimes Incidental to Human Trafficking, Harm Reduction Strategies in the Fight Against Networked Sex Trafficking, Prosecutorial Remedies at Sentencing

## PUBLICATIONS

**Law Review Articles**

- *The Virtues of Unvirtuous Spaces*, 50 WAKE FOREST L. REV. 403 (2017)
- *Innocent Traffickers, Guilty Victims*, 6 ANTI-TRAFFICKING REV. 130 (2016)
- *Breaking the Law*, 60 ST. LOUIS U. L.J. 43 (2016) (with Martina E. Vandenberg)
- *Human Trafficking and Diplomatic Immunity*, 7 INTERCULTURAL HUM. RTS. L. REV. 77 (2012) (with Martina E. Vandenberg)

**Other Writing**

- "Constitutional Challenge to FOSTA Dismissed for Lack of Standing," Technology & Marketing Law Blog (October 8, 2018)
- "An Update on the Constitutional Court Challenge to FOSTA," Technology & Marketing Law Blog (August 13, 2018)
- "Constitutional Challenge Against FOSTA Filed," Technology & Marketing Law Blog (July 5, 2018)
- "The 'CREEPER Act' Would Be Yet Another Unconstitutional Law from Congress," Technology & Marketing Law Blog (June 28, 2018)
- "More on the Unconstitutional Retroactivity of 'Worst of Both Worlds FOSTA,'" Technology & Marketing Law Blog (March 28, 2017)
- "Why FOSTA's Restriction on Prostitution Promotion Violates the First Amendment," Technology & Marketing Law Blog (March 19, 2017)
- "Would Shutting Down Backpage Reduce Violence Against Women?," Technology & Marketing Law Blog (November 7, 2017)
- "Twitter Compromises Its Free-Speech Principles in Latest Effort to Unplug Russian Bots," Front Page Confidential (November 1, 2017)
- "Facebook Knows Your Darkest Secret (And It's About to Tell Your Friends)," Front Page Confidential (October 27, 2017)
- "Facebook's Censorship Robots Cut Both Ways," Front Page Confidential (October 24, 2017)
- "Problems With SESTA's Retroactivity Provision," Technology & Marketing Law Blog (September 27, 2017)
- "Debunking Some Myths About Section 230 and Sex Trafficking," Technology & Marketing Law Blog (September 24, 2017)
- "How Section 230 Helps Sex Trafficking Victims (and SESTA Would Hurt Them)," Technology & Marketing Law Blog (August 15, 2017)

## PROFESSIONAL EXPERIENCE

**The Human Trafficking Legal Center**, Washington, DC
*Senior Staff Attorney*, 2016 – present
*Staff Attorney*, 2012 – 2016

## SELECTED PRESENTATIONS

- "The Case Against Intermediary Liability for Online Sex Trafficking" (Speaker, Michigan State University International Law Review Symposium, February 2019)
- "The International Human Right to a Healthy Environment" (Panelist, Notre Dame Journal of International & Comparative Law Symposium, February 2018)
- "Trafficking, Terrorism, and Trolls: Liability for Social Media" (Speaker, Notre Dame Law School, December 2017)
- "Disciplining For-Profit Prisons Through Civil Human Trafficking Litigation" (Speaker, Notre Dame Law School, March 2017)
- "Finding Safe Harbor: Legal Challenges Surrounding the Protection of Human Trafficking Victims" (Panelist, Wake Forest Law Review Symposium, October 2016)

- "Why is Sex Trafficking a Crime?" (Keynote Speaker, Notre Dame Journal of Legislation Symposium, October 2015)
- "Bride Brokers and Marriage Markets" (Speaker, International Institute of St. Louis, June 2015)
- "Sex & Labor: Implications of a False Dichotomy" (Panelist, Freedom Network Conference, April 2015)
- "Perspectives on Fighting Human Trafficking" (Panelist, St. Louis University Law Journal Symposium, January 2015)
- "Victimhood and Criminality" (Speaker, Notre Dame Center for Civil and Human Rights, April 2014)
- "Cutting Edge Civil Remedies" (Panelist, Freedom Network Conference, April 2014)

## OTHER SKILLS AND QUALIFICATIONS

- Member of the Bars of Indiana, Illinois (inactive), and the District of Columbia (inactive)
- Languages: French (fluent), Polish (conversational)

# EXHIBIT D



**alexandra lutnick, Ph.D.**

415-577-0884     alix.lutnick@gmail.com

## Summary of Professional Experience

Dr. alexandra lutnick has extensive experience developing and conducting mixed-methods research with marginalized populations such as people who use drugs, those experiencing homelessness, people engaged in sex work, and those who are experiencing exploitation such as trafficking. Her research interests include community-based participatory methods, the sex industry, trafficking, substance use, and criminalization. She provides consultation services to non-profit, government, and research organizations. alix also serves as an expert witness for criminal cases related to prostitution and human trafficking.

Dr. lutnick has authored and coauthored many publications. Her work can be found in the *Journal of Urban Health*, *Children and Youth Services Review*, *Journal of Social Work Practice in the Addictions*, *American Journal of Epidemiology*, *Reproductive Health Matters*, and *Sexually Transmitted Infections*. She has been an invited speaker and keynote presenter for national and international conferences and events. Her book, *Domestic Minor Sex Trafficking: Beyond Victims and Villains*, was published in 2016 by Columbia University Press.

## Education

PhD, Social Welfare, University of California, Berkeley, Berkeley, CA, 2013.
MA, Human Sexuality Studies, San Francisco State University, San Francisco, CA, 2004.
BA, Sociology; Certificate in Women's Studies, University of San Francisco, San Francisco, CA, 2000.
    Graduated summa cum laude.

## Selected Research Project Experience

***Cook County Human Trafficking Task Force Evaluation*** (2019 to date) – *Senior Advisor*. Provide research methods and content expertise for the National Institute of Justice funded human trafficking task force evaluation and translating the action research activities into implications for task force improvement.

***Evaluation of the National Human Trafficking Hotline Program*** (2016 to date) – *Senior Advisor*. This evaluation is funded by the Office of Planning, Research, and Evaluation within DHHS Administration for Children and Families. The objectives of the evaluation are to provide significant information about the processes and outcomes of the NHTH program, as well as the circumstances surrounding human trafficking, victims, and service provider and law enforcement responses.

***Researcher-Survivor-Ally Evaluation of the Mayor's Task Force on Anti-Human Trafficking*** (2016 to 2018) – *Principal Investigator*. Funded by the National Institute of Justice, this project aims to evaluate the Mayor's Task Force on Anti-Human Trafficking in San Francisco. Our researcher-survivor−led evaluation will document essential task force elements and identify indicators and criteria for successful task force implementation and outcomes. We seek to create a protocol that can be used in wide-scale process or outcome task force evaluations, and provide guidance to the field on how to forge researcher-survivor partnerships.

***The POWER Study: Prevention Options for Women Evaluation Research*** (2015 to 2017)—*Co-Investigator*. Funded by the U.S. Agency for International Development, this study aims to examine the individual, social, structural, and physical environment factors, including health care access and

utilization, that influence young women in South Africa and Kenya to take up and adhere to HIV prevention strategies, primarily oral pre-exposure prophylaxis. As co-investigator, co-trains qualitative interviewers, leads the formative work with key informants, and directs the qualitative work during the cohort study. Will lead analysis of qualitative work and author manuscripts. Also oversees the incorporation of participatory approaches into this study.

***The TRIO Study: Acceptability of Multipurpose Technologies Placebo Delivery Forms*** (2015 to 2017) —*Formative Lead.* Funded by the Bill and Melinda Gates Foundation, this study aims to evaluate the acceptability of three novel multipurpose prevention technology delivery forms for prevention of HIV and unintended pregnancy among young women in Kenya and South Africa: a vaginal ring, an injectable, and co-packaged daily pills (all placebos). Co-develops formative interview guides to be used with medical providers and young women. Also provides guidance to the team on how best to incorporate participatory approaches into a clinical trial. Will lead analysis of formative qualitative work and author manuscripts based on those findings.

***Microbicides Trial Network-020*** (2015 to 2016)—*Qualitative Analyst.* Assists with the analysis of qualitative interviews with women enrolled in a multicenter, randomized, double-blind, placebo-controlled Phase 3 Safety and Effectiveness Trial of a vaginal matrix ring containing dapivirine for the prevention of HIV-1 infection in women.

***Exploring Experiences of Disclosing HIV-Positive Status While in Prison*** (2013 to 2014)—*Research Public Health Analyst II.* Funded by National Institutes of Health/National Institute on Drug Abuse (NIDA), this study aims to qualitatively identify and explore factors that affect HIV-positive people's decisions to disclose or not disclose their HIV status to medical providers in prison. Assisted with the inductive and deductive qualitative analysis.

***Methods for Improving Reproductive Health in Africa Study (Phase III Diaphragm and Gel Effectiveness Trial)—IPM 011 Vaginal Ring Study*** (2010)—*Public Health Analyst III.* The Bill and Melinda Gates Foundation funded this high-profile, 5-year study on the effectiveness of the diaphragm to prevent HIV acquisition in Southern African women. Served as the qualitative data analysis director for this study. Working with the principal investigator, study director, and other qualitative staff, developed the qualitative code book, coded and analyzed the interviews in NVivo, and contributed qualitative findings to the project report and manuscripts.

***Evaluation of Services for Domestic Minor Victims of Human Trafficking*** (2009 to 2013)—*Research Public Health Analyst II.* This U.S. Department of Justice–funded evaluation will document components of program implementation in three programs serving domestic minor victims of human trafficking. It will identify promising practices for service delivery programs for domestic minor victims of human trafficking and inform delivery of current and future efforts by youth-serving agencies, law enforcement, and others. As director of the San Francisco site, worked collaboratively with the other project staff and the project director to create a unified evaluation plan for all three sites, implement that plan, and analyze and disseminate the findings.

***International Feasibility Study of Pharmacy-Based HIV Prevention: San Francisco*** (2009 to 2012)— *Research Public Health Analyst I.* This NIDA-funded study will assess the feasibility of using pharmacies as public health venues to provide HIV-related services to injection drug users (IDUs) in the United States and international settings, in preparation for a large-scale, multisite, randomized community-controlled intervention trial. As project director for the San Francisco site, assessed current pharmacy services and how these services can be expanded to include HIV-related services for IDUs' syringes in pharmacies; assessed barriers to participation in HIV prevention interventions targeted to IDU syringe customers, including pharmacists' attitudes, IDUs' concerns, and possible interference from law enforcement and policy makers; and identified potential local sites (i.e., sub-areas) for a randomized community-controlled trial.

***Phase 0 Demonstration Project of a Sexually Transmitted Infection (STI) e-Health System for STI Diagnosis and Treatment*** (2009)—*Public Health Analyst III*. This STI Clinical Trials Group–funded study will determine the acceptability and feasibility of an integrated Internet-based STI home specimen collection and treatment system (e-STI). This study is the first demonstration project of an integrated Internet-based home specimen collection, testing, treatment, and referral system for use in STI clinical trials. Contributed to the protocol development for this study.

***Correlates of Sexual Risk for HIV/STI Among Women Who Use Methamphetamine (WAM!)*** (2008 to 2009)—*Public Health Analyst III*. This NIDA-funded cross-sectional study used quantitative and qualitative methods to establish a comprehensive understanding of female methamphetamine (MA) users and the factors associated with sexual risk among them. This study looked at the individual-level factors (e.g., patterns of MA use, polydrug use, psychological morbidities, other factors), interpersonal-level factors (e.g., partner type, intimate relationship characteristics, dependent children), structural-level factors (e.g., homelessness, incarceration, venues of sex and drug use), and cultural-level factors (e.g., race/ethnicity, gender norms, religion) that are associated with sexual risk among female MA users. Oversaw all aspects related to the quantitative component: computer-assisted personal interviewing (CAPI); screening for gonorrhea, trichomoniasis, chlamydia, herpes, syphilis, and HIV; and test results disclosure counseling sessions. Also conducted many of the qualitative life history interviews and played a key role in qualitative data coding and analysis. Worked with study team to synthesize the quantitative and qualitative findings to yield recommendations for gender-specific and culturally appropriate interventions at individual, interpersonal, and structural levels.

***Integration of Behavioral, Biological and Economic Informatics for HIV Research (CARE-India)*** (2008 to 2009)—*Public Health Analyst III*. This U.S. Department of Health and Human Services study brings together a multidisciplinary team to create a new audio computer-assisted self-interview interactive counseling and self-testing computer tool (CARE-India) to support HIV prevention research. The new technology will allow minimally educated research staff to provide acceptable methods for HIV counseling and testing, while ensuring that high-quality data are collected, counseling and referrals are provided, rapid HIV test results are recorded, and study data for multilevel analysis are reported in a timely manner. The CARE-India tool will be culturally adapted for Southern India, with the addition of fingerprint recognition and confidential linkage of longitudinal risk data, and automated computer interpretation of rapid HIV test results. Developed the study protocol and oversaw all Institutional Review Board (IRB) human subjects applications.

***Ethnography of an HIV Risk Population (Sex Worker Environmental Assessment Team [SWEAT] Study)*** (2003 to 2008)—*Staff Research Associate III*. This NIDA study explored whether diminished social capital leads to an increased prevalence of HIV, STIs, and viral hepatitis among female sex workers in San Francisco, California. In the first phase of the study, used ethnographic methods to understand the cultural landscape of the sex worker communities in San Francisco. Conducted 60 one-on-one semistructured qualitative interviews with sex workers of all genders, six focus groups, and a community agency analysis to understand the social context in which sex work occurs. The second phase relied on respondent-driven sampling to interview and test 250 female sex workers over the course of 1 year. Led a team of 11 peer interviewers to collect the data. Conducted a multilevel analysis that consisted of an individual-level analysis and a network-level analysis, and evaluated the network-level association between degree of social capital and aggregated prevalence of HIV, STIs, and hepatitis.

***St. UFO Study*** (2003 to 2004)—*Research Assistant*. This study was a branch of the UFO-3 study, a NIDA-funded longitudinal study. The UFO project, which began in September 1997 in San Francisco, is the name for multiple studies that measure the seroprevalence of hepatitis B, hepatitis C, and HIV in IDUs younger than age 30. This particular branch of the UFO study focused on male IDUs younger than age 30 who engaged in sex work. The primary aims of this 2-year study were to examine incident hepatitis C virus (HCV) infection, confirm the utility of nucleic acid testing for identifying acute and serosilent HCV infection, and examine immunological correlates of viral clearance in newly infected young injectors by enrolling them into a substudy of acute HCV infection.

## Professional Experience

2005 to date          Aviva Consulting

Provide consultation, trainings, curriculum and content development for non-profit, government, legal, and research organizations. Also serves as an expert witness for criminal cases.

> RTI International (2007, 2018 to date)
> Centers for Disease Control and Prevention (2015 to date)
> Phelps Dunbar LLP (2016 to 2017)
> Kirkendoll Management, LLC (2016 to 2017)
> Huckleberry House and LYRIC (2017)
> Alameda County Public Defender (2016)
> Seneca Family of Agencies (2016)
> Marin County District Attorney's Office (2014)
> National Resource Center on Domestic Violence (2014)
> Pleasure Project Case Study Project (2004 to 2005)

Expert Witness for Prostitution and Human Trafficking Criminal Cases:
> Santa Clara County (2018 to date)
> Monterey County (2018)
> Solano County (2017)
> San Jose (2017)

2008 to 2018          RTI International, San Francisco, CA.

Senior Research Scientist. Lead and collaborated on national and international research projects related to the sexual, physical, and mental health needs of urban poor populations, as well as human trafficking evaluations. Primary responsibilities included grant writing, project management, data collection, data analysis, IRB protocol preparation, data management, manuscript preparation, and literature review.

2007 to 2008          Public Health Foundation Enterprises, San Francisco, CA.

Principal Investigator (2008). As principal investigator for the RTI subcontract Syringe Disposal Study, contributed to grant proposal development and the writing process. Coordinated and facilitated focus groups. Assisted with qualitative analysis, data presentations, and manuscript writing.

Interviewer/Back-Up Coordinator (2008). For the RTI subcontract low frequency of heroin injection (LOW-FHI) study, collected data from IDUs. Provided back-up for the project coordinator.

Study Coordinator (2007 to 2008). For the WAM! RTI subcontract study, oversaw recruitment, quantitative and qualitative data collection, HIV/STI testing and counseling, and petty cash management. Supervised and trained research staff. Facilitated data management. Informed the revision and addition of new research questions. Assisted with qualitative and quantitative data analysis, data presentations, and manuscript writing. Ensured compliance with IRB-approved protocols and mandated reporting of positive STI results. Set up and oversaw monthly clinical support meetings for research staff.

2003 to 2008          University of California, San Francisco, San Francisco, CA.

Staff Research Associate III. Research coordinator for the Sex Worker Environmental Assessment Team study. Created and developed the CAPI instrument. Cleaned data and tracked demographics for homogeneity. Developed the protocol for the respondent-driven sampling methodology. Conducted qualitative and quantitative data collection and analysis. Led focus groups and community agency analysis. Conducted HIV/STI/viral hepatitis testing and counseling. Performed phlebotomy. Coordinated and maintained grants, participant charts, Committee on Human Research applications/renewals, and petty cash. Supervised and trained research staff. Assisted with manuscript preparation and data presentations.

Focus Group Facilitator. Facilitated focus groups for the Sexual Health and Empowerment program, an intervention program for HIV-positive women.

2001 to 2008          St. James Infirmary, San Francisco, CA.

Research Coordinator (2003 to 2008). Oversaw and supervised the various research projects connected with the infirmary. Served as the contact for all incoming inquiries that pertained to research projects. Maintained contact and correspondence with other sex worker agencies, researchers, and activists. Attended relevant conferences and seminars as a St. James Infirmary representative. Disseminated research results and findings to appropriate audiences.

Harm Reduction Counselor (2001 to 2006). Conducted outreach to the local massage parlors and strip clubs. Co-coordinated venue-based HIV/STI testing at local strip clubs, and co-coordinated the implementation of rapid testing. Conducted individual peer counseling, risk assessment, disclosure, post-disclosure, and harm-reduction counseling to sex workers.

St. UFO Research Assistant (2003 to 2004). Conducted in-depth interviews with research participants and provided risk assessment, disclosure, post-disclosure, and harm-reduction counseling. Facilitated an HIV component of the research project.

HIV Executive Assistant (2001 to 2004). Facilitated State Office of AIDS grant. Helped with coordination of an HIV/STI program. Provided risk assessment, disclosure, post-disclosure, peer counseling, and harm-reduction counseling. Organized and maintained medical charts and test results. Created and maintained databases. Represented St. James Infirmary at meetings with other agencies.

2000 to 2001          Hamilton Family Center, San Francisco, CA.

Assistant Program Director, Case Manager. Facilitated opening of a new homeless family shelter. Provided confidential administrative support to the executive director, program director, and coordinators. Ensured the efficient day-to-day running of all operations. Provided individualized case management to seven homeless families.

## Teaching Experience

2014 to date          University of California, Berkeley, Berkeley, CA.

<u>Adjunct Faculty</u>: Sexuality and Social Work (2015; 2016); Introduction to Social Welfare Research (2014); Domestic Violence (2019)

2012          University of California, Berkeley, Berkeley, CA.

<u>Graduate Student Instructor</u>. Co-facilitated an undergraduate course, Practice in Social Work. Created and led weekly discussion sections, co-created and graded assignments, and provided in- and out-of-class support for instructor, co-graduate student instructor, and students.

2003          San Francisco State University, San Francisco, CA.

<u>Human Sexuality Studies Teaching Assistant</u>. Co-facilitated a mixed-level undergraduate and graduate course, Sex, Power and Politics. Created the class syllabus, led discussions, and provided assignments. Provided in- and out-of-class support for co-teacher and students.


## Professional Service

Peer reviewer:
  *Journal of Family Violence*
  *Children and Youth Services Review*
  *Journal of the International AIDS Society*
  *Social Sciences*
  *Columbia University Press*
  *Springer Press*
  *Oxford University Press*
  *BMJ Open*
  *PLOS ONE*
  *International Journal of Prisoner Health*
  *Journal of Women and Social Work*
  *Journal of Acquired Immune Deficiency Syndromes Globalization and Health*
  *Drug and Alcohol Dependence*
  *Evaluation and Program Planning*
  *Sexualities*
  *Journal of Women, Politics, & Policy*
  *The Lancet Infectious Diseases*
  *American Journal of Public Health*

Grant reviewer:
  San Francisco Department on the Status of Women (2013);
  Alameda AIDS Research Coalition (2011)

Dissertation committee member:
  George Washington University, Graduate School of Education and Human Development (2019)
    *Therapist Countertransference and Countertransference Management of Client Sexual Issues: A Qualitative Study*

University of Denver, Graduate School of Social Work (2016 to 2018)
> *Fact vs. Fiction: Uncovering the experiences of homeless/street youths' involvement in survival sex*

Professional Member:
> San Francisco Mayor's Task Force on Anti-Human Trafficking (2013 to date);
> San Francisco Collaborative Against Human Trafficking (2012 to 2014);
> Conference Planning Committee Member, 2012 to 2013);
> Center for AIDS Prevention Studies Community Advisory Board Member (2006-2010;  Co-Chair, 2006 to 2009);
> North Bay Area Human Trafficking Task Force (2010);
> Sex:Tech Conference, Program Committee Member (2009- 2010)
> HIV Prevention Planning Council (2006)

Panelist:
> University of San Francisco Sociology Career Panel (2013)
> Human Sexuality Studies Master Program's Job Panel (2006-2008)
> Human Rights, Prostitution, and the Role of the Government Forum for the Sex Workers Outreach Project USA (2005)
> Harm Reduction Forum for the Sex Worker Film and Arts Festival (2005)
> Small Group Facilitator, Forum XXX (2005)
> Human Rights Commission hearing on the status of sex work & sex workers in San Francisco (2005)

Mentoring:
> Institute for Civic Leadership, Mills College, Mentor (Fall 2010)

## Books, Book Chapters, and Monographs

Lutnick, A. (2016). *Domestic minor sex trafficking: Beyond victims and villains.* New York: Columbia University Press.

Lutnick, A. (2014). Beyond prescientific reasoning: The sex worker environmental assessment team study. In *Negotiating sex work: Unintended consequences of policy and activism* (pp. 31–52). Minneapolis, MN: University of Minnesota Press.

Lutnick, A. (2006). COYOTE. In *Encyclopedia of the history of prostitution*. Santa Barbara, CA: Greenwood Publishing Group.

Lutnick, A. (2006). Margo St. James. In *Encyclopedia of the history of prostitution*. Santa Barbara, CA: Greenwood Publishing Group.

Lutnick, A. (2006). Occupational health and safety. In *Encyclopedia of the history of prostitution*. Santa Barbara, CA: Greenwood Publishing Group.

Lutnick, A. (2006). St. James Infirmary. In *Encyclopedia of the history of prostitution*. Santa Barbara, CA: Greenwood Publishing Group.

## Peer-Reviewed Journal Articles

Lutnick, A. (under review). The 'Prioritizing Safety for Sex Workers Policy': A sex worker rights and anti-trafficking initiative. *Anti-Trafficking Review Journal.*

Barrick, K., Panichelli, M., Lambdin, B., Dang, M., & Lutnick, A. (under review). Law enforcement identification of potential trafficking victims. *Journal of Human Trafficking.*

Johnson, K. L., Desmarais, S. L., Van Dorn, R. A., Lutnick, A., Kral, A. H., & Lorvick, J. (2016). Correlates of risky heterosexual behaviors among women who use methamphetamine. *Journal of Drug Issues, 46*(2), 148–160. doi:10.1177/0022042616629512

Davidson, P. J., Martinez, A., Lutnick, A., Kral, A. H., & Bluthenthal, R. N. (2015). Drug-related deaths and the sales of needles through pharmacies. *Drug and Alcohol Dependence, 147*, 229–234.

Gibbs, D., Hardison Walters, J. L., Lutnick, A., Miller, S., & Kluckman, M. (2015). Services to domestic minor victims of sex trafficking: Opportunities for engagement and support. *Children and Youth Services Review, 54*, 1–7.

Lutnick, A., Harris, J. L., Lorvick, J., Cheng, H. Y., Wenger, L. D., Bourgois, P., & Kral, A. (2015). Examining the associations between sex trade involvement, rape and symptomatology of sexual abuse trauma. *Journal of Interpersonal Violence, 30*(11), 1847–1863. doi: 10.1177/0886260514549051

Rade, C. B., Desmarais, S. L., Van Dorn, R. A., Lutnick, A., Kral, A., & Lorvick, J. (2015). Mental health correlates of drug treatment among women who use methamphetamine. *American Journal on Addictions, 24*(7), 646–653.

Hammett, T. M., Phan, S., Gaggin, J., Case, P., Zaller, N., Lutnick, A., et al. (2014). Pharmacies as providers of expanded health services for people who inject drugs: A review of laws, policies, and barriers in six countries. *BMC Health Services Research, 14*, 261–271.

Lorvick, J., Lutnick, A., Wenger, L. D., Bourgois, P., Cheng, H., & Kral, A. H. (2014). Non-partner violence against women who use illicit drugs in San Francisco. *Violence Against Women, 20*(11), 1285–1298.

Powelson, E., Lorvick, J., Lutnick, A., Wenger, L. D., Klausner, J., & Kral, A. (2014). Unmet healthcare needs among women who use methamphetamine in San Francisco. *Substance Use and Misuse, 49*(3), 243–252.

Rose, V., Lutnick, A., & Kral, A. (2014). Feasibility of providing interventions for injection drug users in pharmacy settings: A case study among San Francisco pharmacists. *Journal of Psychoactive Drugs, 46*(3), 226–232.

Lutnick, A., Cooper, E., Dodson, C., Bluthenthal, R., & Kral, A. (2013). Pharmacy syringe purchase test of non-prescription syringe sales in San Francisco and Los Angeles, 2010. *Journal of Urban Health: Bulletin of the New York Academy of Medicine, 90*(2), 276–283.

Shapiro, B., Lynch, K. L., Toochinda, T., Lutnick, A., Cheng, H. Y., & Kral, A. (2013). Promethazine misuse among methadone patients and community-based injection drug users. *Journal of Addiction Medicine, 7*(2), 96–101.

Lesserman Robbins, J., Lorvick, J., Lutnick, A., Wenger, L., & Kral, A. H. (2012). Self-reported oral health needs and dental-care seeking behavior among women who use methamphetamine. *Substance Use and Misuse, 47*(11), 1208–1213.

Lorvick, J., Bourgois, P., Wenger, L. D., Arreola, S. L., Lutnick, A., Wechsberg, W. M., & Kral, A. (2012). Sexual pleasure and sexual risk among women who use methamphetamine: A mixed methods study. *International Journal of Drug Policy, 23*(5), 385–392.

Lutnick, A. L., Case, P., & Kral, A. (2012). Injection drug users' perspectives on placing HIV prevention and other clinical services in pharmacy settings. *Journal of Urban Health, 89,* 354–364.

Lutnick, A., Lorvick, J., Cheng, H. Y., Wenger, L. D., & Kral, A. (2012). What's faith got to do with it? Religiosity among women who use methamphetamine. *Journal of Social Work Practice in the Addictions, 12*(2), 189–204.

Stopka, T. J., Lutnick, A., Wenger, L. D., DiRiemer, K., Geraghty, E. M., & Kral, A. (2012). Demographic, risk, and spatial factors associated with over-the-counter syringe purchase among injection drug users. *American Journal of Epidemiology, 176*(1), 14–23.

van der Straten, A., Montgomery, E. T., Napierala Mavedzenge, S. M., Musara, P., Cheng, H. Y., Lutnick, A., & Woodsong, C. (2012). Preference between precoital and daily use of Duet® and BufferGel in Zimbabwe. *AIDS and Behavior, 16*(7), 1799–1807.

Lutnick, A. L., & Cohan, D. (2009). Criminalization, legalization or decriminalization of sex work: What female sex workers in San Francisco, USA say. *Reproductive Health Matters, 17*(34), 38–46, 43.

Cohan, D., Lutnick, A., Davidson, P., Cloniger, C., Herlyn, A., Breyer, J., et al. (2006). Sex worker health: San Francisco style. *Sexually Transmitted Infections, 82,* 418–422.

Lutnick, A. (2006). The St. James Infirmary: A history. *Sexuality and Culture, 10*(2), 56–75.

## Other Publications

Lutnick, A. (2016). My SF State story: Study partners. *SF State Magazine,* Fall/Winter 2016. Retrieved from http://magazine.sfsu.edu/archive/fall-16/my-sf-state-story

Lutnick, A. L. (2012). Sex and salvation: Imagining the future in Madagascar [book review]. *Journal of the Royal Anthropological Institute, 18*(1), 215–216.

Lutnick, A. (2009). Sex at the margins: Migration, labour markets and the rescue industry [book review]. *Culture, Health & Sexuality, 11,* 571–572.

Lutnick, A. (2007, Spring). Survey says: Job satisfaction. *$pread Magazine,* 44–48.

Lutnick, A. (2003, July). A researcher's re-education [book review of *Brothel: The Mustang Ranch and its women*]. *American Sexuality Magazine, 4.*

## Other Papers

Lutnick, A. (2016). Improving law enforcement training on human trafficking: Feedback on the POST human trafficking training video. Written for the San Francisco Mayor's Task Force on Anti-Human Trafficking. Available at: http://sfgov.org/dosw/sites/default/files/POST%20human%20trafficking%20training%20feedback.pdf

Lutnick, A. (2013). *Beyond narratives of victim and villain: Characteristics and service needs of domestic minor victims of sex trafficking, and the challenges of service delivery.* Unpublished doctoral dissertation, University of California, Berkeley.

## Presentations and Proceedings

Lutnick, A. (2019, January). Keynote speaker and panelist for Ulster County Inter-Agency Council on Domestic Violence and Human Trafficking, High Plains, NY.

Lutnick, A. (2018, June). Keynote speaker for the Multnomah County Sex Trafficking Conference: Enhancing Services and Building a Stronger Collaborative, Portland, OR.

Lutnick, A. (2018, June). *Examining law enforcement responses to domestic minor sex trafficking.* Presented at the Multnomah County Sex Trafficking Conference: Enhancing Services and Building a Stronger Collaborative, Portland, OR.

Lutnick, A. (2018, April). *Beyond victims and villains: A nuanced, anti-oppression understanding of domestic minor sex trafficking.* Presented at the JCCA Conference, Commercial Sexual Exploitation of Children: Prevention, Policy, & Clinical Practice, New York, NY.

Lutnick, A. (2018, April). *Junk Science=Junk Policy: The Challenges of Data Collection.* Presented at the 2018 Freedom Network Conference, Denver, CO.

Dang, M., & Lutnick, A. (2018, January). *Forging partnerships between the researcher and the researched: A community based anti-trafficking response.* Presented at the Society of Social Work and Research Conference, Washington, D.C

Lutnick, A., & Dang, M. (2017, November). *Forging Communities of Sex Worker and Anti-Trafficking Activists.* Presented at the American Society of Criminology Annual Meeting, Philadelphia, PA.

Dang, M., Lutnick, A. (2017, November). *Forging partnerships between the researcher and the researched: A community based anti-trafficking response.* Presented at the American Society of Criminology Annual Meeting, Philadelphia, PA.

Dang, M., & Lutnick, A. (2017, November). *Forging Partnerships with Survivors.* Paper presented at Collaborating for Freedom: Strengthening Anti-Slavery Partnerships, Nottingham, UK.

Krieger, K. E., Hardison Walters, J. L., Lutnick, A., Levin-Rector, A., Barrick, K., Henninger, A., Pope, M., & Charm, S. (2017, November). *Evaluation of the National Human Trafficking Hotline program: preliminary findings.* Presented at American Society of Criminology, Philadelphia, PA.

Hang, U., Dang, M., & Lutnick, A. (2017, October). *Evaluation of San Francisco Mayor's task force on anti-human trafficking.* Presented at Next Steps in Understanding and Responding to Human Trafficking Training, Salinas, California.

Lutnick, A. (2017, May). Keynote speaker for the University of California Los Angeles' CSEC conference: Unspoken Truth. Los Angeles, CA.

Lutnick, A. (2017, February). *Towards a more nuanced understanding of sex trafficking and the sex industry.* Presented at the Alaska State Capitol, Juneau, AK.

Lutnick, A. & members of LYRIC Youth Center's SWAG. (2017, February). *Sex worker health: An LGBTQ youth perspective.* Presented at the SOMArts exhibit We're Still Working: The Art of Sex Work. San Francisco, CA.

Lutnick, A. (2016, November). *Author meets critic: A roundtable discussion about Domestic minor sex trafficking: Beyond victims and villains.* Presented at the Annual Meeting of the American Society of Criminology, New Orleans, LA.

Lutnick, A. (2016, November). *The more things change, the more they stay the same: First Offender Prostitution Programs.* Presented at the Annual Meeting of the American Society of Criminology, New Orleans, LA.

Kinney, E., Majic, S., Lutnick, A., Skilbrei, M., Chateauvert, M., & Weitzer, R. (2016, November). *Roundtable: New directions in prostitution policy: Examining decriminalization debates in local and global contexts.* Presented at the Annual Meeting of the American Society of Criminology, New Orleans, LA.

Lutnick, A. (2016, November). *Domestic minor sex trafficking: Beyond victims and villains.* Presented at UCSF's Child & Adolescent Psychology Grand Rounds, San Francisco, CA.

Lutnick, A. (2016, October). *Beyond victims and villains: A nuanced, anti-oppression understanding of domestic minor sex trafficking.* Training for Seneca Family of Agencies, Oakland, Ca.

Lutnick, A. (2016, July). *Domestic minor sex trafficking: Beyond victims and villains.* Presented at the San Francisco Juvenile Public Defenders Office, San Francisco, CA.

Lutnick, A., Chateauvert, M., Ditmore, M., and McTighe, L. (2016, July). *Nothing about us without us: What you need to know before consenting to participate in someone's research project.* Presented at the Desiree Alliance annual conference: The sex workers' rights movement addressing justice, New Orleans, LA.

Ashley, S., Roberts, C., Brown, L., & Lutnick, A. (2016, July). *Experiences & agendas: Anti-trafficking, sex worker rights, and making room for many truths.* Presented at the Desiree Alliance annual conference: The sex workers' rights movement addressing justice, New Orleans, LA.

Lutnick, A., Holliday, D., Haviland, J., & Joseph, A. (2016, May). *Sex, drugs, rock & roll.* Presented at Leadership SF 2016, Session 9. San Francisco, CA.

Lutnick, A. & Kandel, M. (2016, May). *Engaging unheard communities: Finding common ground to address violence against sex workers.* Presented at the 2016 Statewide Domestic Violence Conference, Shifting the Lens: Transforming our approach to domestic violence, Berkeley, CA.

Lutnick, A. (2016, January). *Domestic minor sex trafficking: The disconnect between research findings and legislation.* Presented at Society for Social Work and Research annual conference, Washington, DC.

Lutnick, A. (2015, June). *Human trafficking: Strengthening communities by accelerating women's advancement.* Presented at the U.S. Conference of Mayors Roundtable, San Francisco, CA.

Gibbs, D., Hardison Walters, J., Miller, S., & Lutnick, A. (2014, November). *What works in human trafficking policy, victim identification, and service provision.* Presented at the 70th Annual American Society of Criminology Conference, San Francisco, CA.

Gibbs, D. A., Hardison Walters, J. L., Lutnick, A., & Miller, S. (Invited Speaker). (2014, April). *Characteristics of and service to domestic minor trafficking victims.* Presented at Freedom Network Conference, San Francisco, CA.

Lutnick, A. (2014, April). *Collateral damage: Sex workers and anti-trafficking campaigns*. Invited presentation at Freedom Network Anti-Trafficking Conference, San Francisco, CA.

Lutnick, A. (2013, December). *Why the harm reduction movement needs to care about anti-trafficking policies*. Presented at The Southern Harm Reduction and Drug Policy Conference, New Orleans, LA.

Gibbs, D., Hardison Walters, J., Lutnick, A., & Miller, S. (2013, November). *Characteristics and service needs of domestic minor trafficking victims*. Presented at The American Society of Criminology Annual Meeting, Atlanta, GA.

Lutnick, A. (2013, January). *The meso- and macro-level challenges of providing case management to domestic minor victims of sex trafficking*. Presented at The Society for Social Work and Research Annual Conference, San Diego, CA.

Kral, A., Shapiro, B., Lynch, K. L., Toochinda, T., Cheng, H. Y., Sheppard, R., & Lutnick, A. (2012, November). *Using Phenergan to get high from methadone*. Presented at the National Harm Reduction Conference, Portland, OR.

Lutnick, A. (2012, November). *The impact of anti-trafficking policies: California Proposition 35*. Presented at National Harm Reduction Conference, Portland, OR.

Lutnick, A. (Chair). (2012, November). *The impact of trafficking policies on sex workers*. National Harm Reduction Conference, Portland, OR.

Lutnick, A., Rose, V., & Kral, A. (2012, November). *Building the bridge: Pharmacists as critical harm reduction partners*. Presented at National Harm Reduction Conference, Portland, OR.

Merrill, G., Lutnick, A., & Ayasse, R. (2012, November). *Our changed context: New directions for field education*. Presented at Council on Social Work Education Annual Program Meeting, Washington, DC.

Shapiro, V. B., DuBrow, A., & Lutnick, A. (2012, November). *Integrating community practice into social work education for the 21st century: Teaching community practice in the foundation curriculum*. Presented at Council on Social Work Education Annual Program Meeting, Washington, DC.

Lutnick, A., Harris, J. L., Lorvick, J. J., Cheng, H. Y., Wenger, L. D., Bourgois, P., & Kral, A. (2012, October). *Are women involved in sex trades actually more likely to have symptoms of sexual abuse trauma?* Poster presented at American Public Health Association Annual Meeting, San Francisco, CA.

Wenger, L. D., Lorvick, J. J., Lutnick, A., Bourgois, P., & Kral, A. (2012, October). *Resiliency factors among women who use methamphetamine: Implications for the design of strength-based interventions*. Presented at American Public Health Association Annual Meeting, San Francisco, CA.

Lazzarrini, Z., Case, P., Lutnick, A., Gaggin, J., & Zaller, N. (2012, July). *When worlds collide: Differential concerns of institutional review boards (IRBs) reviewing a "buy study" protocol*. Poster presented at International AIDS Conference, Washington, DC.

Lorvick, J., Lutnick, A., Wenger, L. D., Cheng, H. Y., Klausner, J., & Kral, A. (2012, July). *HIV and sexually transmitted infections among women who use methamphetamine in San Francisco, USA*. Poster presented at International AIDS Conference, Washington, DC.

Lutnick, A. (Chair). (2012, July). *Empowerment of young people in the sex trade: Best practices for HIV prevention and treatment*. International AIDS Conference, Washington, DC.

Lutnick, A. (Discussant). (2012, July). *Empowerment of young people in the sex trade: Best practices for HIV prevention and treatment*. International AIDS Conference, Washington, DC.

Lutnick, A., & Cohan, D. (2012, July). *Beyond prescientific reasoning: Community-based participatory research with sex workers.* Poster presented at International AIDS Conference, Washington, DC.

Lorvick, J., Wechsberg, W. M., Lutnick, A., Wenger, L. D., Bourgois, P., & Kral, A. (2012, June). *Correlates of non-partner violence against women who use methamphetamine.* Poster presented at the 2012 74th annual meeting of the College on Problems of Drug Dependence, Palm Springs, CA.

Lorvick, J., Wenger, L., Lutnick, A., Bourgois, P., & Kral, A. (2010, November). *Subsistence difficulty and health vulnerabilities among drug-using women.* Paper presented at the annual meeting and exposition of the American Public Health Association, Denver, Co.

Lutnick, A., Merrill, G., Wenger, L., Thorsen, M., Lorvick, J., & Kral, A. (2010, November). *Working towards a practice of care for community-based research staff: Professional development as a burnout prevention strategy.* Paper presented at the National Harm Reduction Conference, Austin, TX.

Lorvick, J., Lutnick, A., Wenger, L., Wechsberg, W., & Kral, H. (2010, June). *Differences in drug use behaviors among White and African-American women who use methamphetamine.* Poster presented at the annual College on Problems of Drug Dependent Conference, Scottsdale, AZ.

Lutnick, A. L., & Cohan, D. (2010, March). *Criminalization, legalization or decriminalization: What do female sex workers from San Francisco, California have to say?* Paper presented at the annual meeting of the Western Political Science Association, San Francisco, CA.

Lorvick, J., Wenger, L. D., Lutnick, A. L., Harris, J. L., Klausner, J. D., Bourgois, P., & Kral, A. (2008, October). *Sexual risk for HIV and STIs among methamphetamine-using women in San Francisco.* Paper presented at the annual meeting of the American Public Health Association, San Diego, CA.

Lorvick, J., Wenger, L. D., Klausner, J. D., Lutnick, A. L., Harris, J. L., Thorsen, M., & Kral, A. (2008, August). *HIV and STI infection among women who use methamphetamine in San Francisco, USA.* Poster presented at the International AIDS Conference, Mexico City, Mexico.

Lutnick, A., & Cohan, D. (2008, August). *Can the decriminalization of sex work assist HIV prevention? Female sex workers in San Francisco, California give their opinions.* Poster presented at the International AIDS Conference, Mexico City, Mexico.

Lutnick, A., & Cohan, D. (2008, August). *Working conditions, HIV, STIs and hepatitis C among female sex workers in San Francisco, CA.* Poster presented at the International AIDS Conference, Mexico City, Mexico.

Lutnick, A. (2006, August). *Where is the pleasure in safer sex?* Paper presented at the International AIDS Conference satellite panel, Toronto, Canada.

Lutnick, A. (2006, July). *Female sex workers' perspectives on systems of criminalization, decriminalization, and legalization.* Paper presented at the Re-visioning Prostitution Conference, Las Vegas, NV.

Lutnick, A. (2006, March). *The SWEAT Project: Our process of learning where the hurdles are and how to jump them.* Paper presented at the Sex Work Matters: Beyond Divides Conference, New York, NY.

Lutnick, A. (2006, February). *Sex worker health, St. James Infirmary, and human rights.* Stanford Physicians for Human Rights Lunchtime Lecture Series, Palo Alto, CA.

Lutnick, A. (2005, April). *Structural violence, social capital and sex workers: A United States perspective*. Workshop creator and facilitator at Lessons Learned from a Rights-Based Approach to Health Conference, Atlanta, GA.

Lutnick, A. (2004, September). *The St. James Infirmary: A sex worker led social movement.* Paper presented at the First National Conference on Prostitution, Sex Work, and the Commercial Sex Industry: The State of Women's Health, Toledo, OH.

Lutnick, A. (2004, July). Social context and the health of sex workers in San Francisco. Poster presented at the International AIDS Conference, Bangkok, Thailand.

## Testimony

Lutnick, A. (2017, May). *Louisiana Senate Bill 144 hearing*. Testimony provided to Louisiana Senate Judiciary B Committee.

Lutnick, A. (2015, October). *Informational hearing: Human trafficking: Identifying the scope of the problem and potential solutions*. Testimony provided to the California State Assembly Public Safety Committee, Sacramento, CA.

## Media Consultation

2018, April. Quoted in the *Salon* article, "The lies about sex trafficking that brought down Backpage." Retrieved from https://www.salon.com/2018/04/15/the-lies-about-sex-trafficking-that-brought-down-backpage/

2018, February. Quoted in the *In Justice Today* article, "A national campaign to crack down on massage businesses may harm the women it wants to help." Retrieved from https://injusticetoday.com/a-national-campaign-to-crack-down-on-massage-businesses-may-harm-the-women-it-wants-to-help-776d3ef1ffee

2018, January. Quoted in the *Bay Area Reporter* article, "Police, DA seek to aid sex workers." Retrieved from http://www.ebar.com/news/article.php?sec=news&article=73273

2017, October. Interview with KBOO radio. Episode title, "Decriminalization of sex work." Retrieved from https://kboo.fm/media/61311-decriminalization-sex-work

2017, October. Interview with Drug Truth Network radio. Retrieved from http://www.drugtruth.net/cms/node/6529

2017, May. Quoted in UCLA Luskin School of Public Affairs piece, "Examining the unspoken truth of sexually exploited youth." Retrieved from http://luskin.ucla.edu/examining-unspoken-truth-sexually-exploited-youth/

2017, May. Quoted in *Vice: Broadly* article, "Police are allegedly sleeping with sex workers before arresting them." Retrieved from https://broadly.vice.com/en_us/article/59mbkx/police-are-allegedly-sleeping-with-sex-workers-before-arresting-them

2017, February. Quoted in the KTVA-Alaska piece, "Governor Walker signs administrative order to

address Alaska's opioid epidemic." Retrieved from http://www.ktva.com/gov-walker-signs-administrative-order-address-alaskas-opioid-epidemic-535/

2017, February. Profiled in the *JuneauEmpire* article, "A more nuanced story: Sex trafficking expert talks policy at Alaska State Capitol." Retrieved from http://juneauempire.com/local/news/2017-02-19/more-nuanced-story-sex-trafficking-expert-talks-policy-alaska-state-capitol

2016, November. Quoted in the *East Bay Express* article, "Contra Costa District Attorney declines to charge nineteen cops in Celeste Guap sex exploitation scandal." Retrieved from http://www.eastbayexpress.com/SevenDays/archives/2016/11/04/contra-costa-district-attorney-declines-to-charge-nineteen-cops-in-celeste-guap-sex-exploitation-scandal

2016, September. Quoted in *TheIndependent.ca* article, "Capitalism, feminism, and sex work." Retrieved from http://theindependent.ca/2016/09/06/capitalism-feminism-and-sex-work/

2016, September. Quoted in the KQED article, "Why the 'Celeste Guap' scandal isn't only about her." Retrieved from https://ww2.kqed.org/news/2016/09/29/why-the-celeste-guap-scandal-isnt-only-about-her-case/

2016, July. Quoted in the KQED article, "How well is law enforcement able to address sex trafficking?" Retrieved from https://ww2.kqed.org/news/2016/07/28/how-well-is-law-enforcement-able-to-address-sex-trafficking/

2016, July. Quoted in the *Deseret News* article, "Everything we think we know about sex trafficking could be wrong." Retrieved from http://www.deseretnews.com/article/865658508/Everything-we-think-we-know-about-sex-trafficking-could-be-wrong.html

2016, June. Quoted in the *Alternet* article, "*Underage sex scandal explodes at Oakland Police Department and Mayor fires succession of Interim Chiefs: Multiple cops had sex with an underage prostitute.*"Retrieved from http://www.alternet.org/civil-liberties/underage-sex-scandal-explodes-oakland-police-department-and-mayor-fires-succession

2016, June. Quoted in the *East Bay Express* article, "Badge of Dishonor: Top Oakland Police Department officials – including the chief of police himself – looked away as cops sexually exploited and trafficked a teenager. Retrieved from http://www.eastbayexpress.com/oakland/badge-of-dishonor-top-oakland-police-department-officials-looked-away-as-east-bay-cops-sexually-exploited-and-trafficked-a-teenagerdepartmen/Content?oid=4832543

2016, June. Quoted in the *New Orleans Time-Picayune* article, "Archbishop, dancers weigh in on strip club limitations." Retrieved from http://www.nola.com/politics/index.ssf/2016/06/archbishop_dancers_weigh_in_on.html

2016, June. Quoted in the sfist.com article, "Oakland police sex scandal deepens with more east bay officers implicated, interim Oakland Chief fired." Retrieved from http://sfist.com/2016/06/15/oakland_police_sex_scandal_deepens.php

2016, May. Quoted in *The Society Pages* article, "Uproar over Kenny Harvard's stripper joke misses larger issue: Condescending & harmful anti-trafficking laws." Retrieved from https://thesocietypages.org/sexuality/2016/05/21/uproar-over-kenny-harvards-stripper-joke-misses-larger-issue-condescending-harmful-anti-trafficking-laws/

2016, May. Cited in *The Conversation US* piece, "Should prostitution be decriminalized?" Retrieved from http://theconversation.com/should-prostitution-be-decriminalized-60086

2016, April. Interviewed by David Henry Sterry for the Huffington Post piece, "Everything you think you know about child sex trafficking is wrong…Alexandra Lutnick tells you why." Retrieved from http://www.huffingtonpost.com/david-henry-sterry/everything-you-think-you-_1_b_9772910.html

2016, January. Quoted in the *New Republic* article, "Child sex workers' biggest threat: The police." Retrieved from https://newrepublic.com/article/128028/child-sex-workers-biggest-threat-police

2016, January. Interview with KCBS radio. Episode title, The Super Bowl Sex Trafficking Myth.

2015, December. Mentioned in the *Reason.com* post, "Best sex-work books of 2015: Nine new books that titillate while they educate." Retrieved from http://reason.com/blog/2015/12/28/sex-work-books-best-of-2015

2015, December. Quoted in the *Deseret News* article, "Saving 'throwaway kids.' In Los Angeles, sex trafficking doesn't look like it does in the movies." Retrieved from http://www.deseretnews.com/article/865644629/In-Los-Angeles-sex-trafficking-doesn7t-look-like-it-does-in-the-movies.html?pg=all

2015, November. Quoted in *East Bay Express* article, "Oakland City Council takes stand against sex workers." Retrieved from http://www.eastbayexpress.com/oakland/oakland-city-council-takes-stand-against-sex-workers/Content?oid=4563294

2015, July. Interview with KALW's *Crosscurrents*. Episode title "Sex in the City." Retrieved from http://kalw.org/post/crosscurrents-july-1-2015#stream/0

2015, March. Quoted in *The Week* article, "I'm a feminist, and I'm glad the Senate sex trafficking bill stalled." Retrieved from http://theweek.com/articles/545834/im-feminist-im-glad-senate-sex-trafficking-bill-stalled

2015, March. Quoted in *RH Reality Check* article, "Why it might not be a bad thing if the Senate's human trafficking bill dies." Retrieved from http://rhrealitycheck.org/article/2015/03/17/might-bad-thing-senates-human-trafficking-bill-dies/

2012, November. Interviewed by Carol Leigh for Indybay article, "Prop 35, youth, sex trade and sex trafficking." Retrieved from http://www.indybay.org/newsitems/2012/11/02/18724988.php

2012, October. Quoted in *East Bay Express* article "Redefining sex work," by Ellen Cushing. Retrieved from http://www.eastbayexpress.com/ebx/redefining-sex-work/Content?oid=3365425

2011, January. Interview with KNPR's *State of Nevada*. Episode title "Somebody's daughter: The hidden stories of child prostitutes." Retrieved from http://www.knpr.org/son/archive/detail2.cfm?SegmentID=7485&ProgramID=2136

2007, March. Interviewed by Naomi Akers for the podcast *RenegadeCast*. Episode title "Pandering for our health." Retrieved from http://www.towtruckpanties.com

2005, October. Filmed interview with Nicole Evatt for master's project on the sex workers' rights movement.

2005, October. Interview with KPFA's *Full Circle* program. Retrieved from http://www.kpfa.org/archives/index.php?show=11

2004, December. Quoted in *New York Times* article "Long silent, oldest profession gets vocal and organized," by Mireya Navarro.

2004, November. Interview with the Andrew Krystal show in Canada.

2004, November. Interview with KCBS Radio in San Francisco.

2004, November. Interview with KTVU 2 in San Francisco.

## Guest Lectures

*Author meets students: Discussion about domestic minor sex trafficking.* (2016, December) Presentation to Greggor Mattson's seminar, Oberlin College.

*Beyond victims and villains: A nuanced, anti-oppression understanding of domestic minor sex trafficking.* 2016, November). Presentation to Dilara Yarbrough's class Constructions of Crime and Justice, San Francisco State University.

*Author meets students: Discussion about domestic minor sex trafficking.* (2016, October). Presentation to Carrie Baker's seminar, Smith College.

*2016 Friedlander Lecture.* (2016, April). Presentation at the School of Social Welfare, University of California, Berkeley.

*Planning for social change: Research and advocacy related to the sex industry.* (2015, December). Presentation to Sara Accomazzo's class Introduction to Multi-level Practice for Social Workers, University of California, Berkeley.

*Community-based participatory research with sex workers.* (2015, November). Presentation to all sections of the Seminar in Social Welfare Research, University of California, Berkeley.

*Domestic minor sex trafficking: The disconnect between research findings and legislation.* (2015, April). Presentation to Jeffrey Snipes' class Criminal Justice Administration, San Francisco State University.

*Beyond victims and villains: Macro-level perspectives on domestic minor sex trafficking.* (2015, January). Presentation to Sonja Mackenzie's class Public Health Capstone: Gender, Sexuality and Public Health, Santa Clara University.

*Beyond victims and villains: The complex issue of domestic minor sex trafficking.* (2013, April). Presentation to Sonja Mackenzie's class Sex, Power and Politics, San Francisco State University.

*Domestic minor sex trafficking: Expanding the discourse.* (2013, April). Presentation to Michelle Kaufman's class Sex Trafficking of Women and Girls, North Carolina State University.

*Targeting political change for individuals who trade sex.* (2012, December). Presentation to Valerie Shapiro's class Foundation of Social Work Practice, University of California, Berkeley.

*The intersection of social work and community-based participatory research principals: The Sex Worker Environmental Assessment Team Study.* (2012, August). Presentation to Sarah Taylor's and Phu Phan's classes—Qualitative and Quantitative Research Methods. California State University, East Bay.

*Indirect social work practice: Advocacy, evaluation and community-based participatory research*. (2012, April). Presentation to Ken Epstein's class Practice in Social Work: Introduction to Social Work Methods. University of California Berkeley.

*Community-based participatory work with sex workers*. (2011, October). Presentation to Valerie Shapiro's class Foundation of Social Work Practice, University of California Berkeley.

*Human trafficking from an international and domestic perspective*. (2010, April). Presentation to William Edwards's class Introduction to Globalization, University of San Francisco.

*Conducting community based research with sex workers and drugs users: The ethics of recruitment, interview administration and research staff self-care*. (2010, March). Presentation to Patricia Buffler's PH258B Epidemiologic Research Ethics class, UC Berkeley.

*Community-based research: Difficult conditions and self-care*. (2010, February). Presentation to the Center for AIDS Prevention Studies' Qualitative Working Group, UC California.

*The physical, mental and sexual health needs of women who use meth*. (2009, March). Presentation at staff meeting, San Francisco City Clinic.

*Meth and women: Lessons learned from community-based research in San Francisco*. (2008, August). Presentation to the monthly meeting of meth treatment provider, San Francisco Methamphetamine Treatment Providers Network.

*The role of the legal system in health outcomes of female sex workers*. (2008, May). Presentation to Peter Davidson's Urban Health Policy class, San Francisco State University.

*San Francisco's sex worker activism and peer-run research through the years*. (2007, May). Presentation to Greggor Mattson's class Sociology 190.007, UC Berkeley.

*Internet and sex work*. (2006, October). Presentation to Deb Levine's Sexuality and the Internet class, San Francisco State University.

*St. James Infirmary and the sex worker environmental assessment team study: Findings, lessons and limitations*. (2006, April). Presentation to Greggor Mattson's class Sociology 190.007 Governing Loose Women: Sociology of Prostitution, UC Berkeley.

*Sex worker health, St. James Infirmary and human rights*. (2006, February). Presentation to the Stanford Physicians for Human Rights lunchtime lecture series, Stanford.

# EXHIBIT E

# DR. KIMBERLY B. MEHLMAN-OROZCO

(703) 362-9405 • kim@mehlmanorozco.com • www.mehlmanorozco.com

---

## EDUCATION

**Doctor of Philosophy**                         Criminology, Law and Society
                                                 George Mason University

*Dissertation:* The "Crimmigration" Affect: An Analysis of 287(g) and Latino/a Representation in the U.S. Juvenile Justice System
*Expertise:* Human Trafficking, Human Smuggling, Immigration, Survey Methods and Systematic Review

**Master of Arts**                               Justice, Law, and Crime Policy
                                                 George Mason University

*Thesis:* Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia

**Bachelor of Science**                          Administration of Justice
                                                 George Mason University

*Cum Laude*

## TEACHING EXPERIENCE

**Surviving and Thriving Beyond Sex Trafficking** SP18
                                                 Ph.D. Research Course
                                                 Sustainability Education
                                                 Prescott College

**CRIM307 Social Inequality, Crime, and Justice** FA17
                                                 Criminology, Law and Society
                                                 George Mason University

**CRIM405 Law and Justice Around the World**     SP17, SP18
                                                 Criminology, Law and Society
                                                 George Mason University

**CRIM308 Human Rights and Justice**             FA16
                                                 Criminology, Law and Society
                                                 George Mason University

**CCJS100 Intro to Criminal Justice**            FA12-SP14
                                                 Department of Criminology & Criminal Justice
                                                 University of Maryland College Park

**CCJS370 Race and Crime**                       FA12-SP14
                                                 Department of Criminology & Criminal Justice
                                                 University of Maryland College Park

**CCJS432 Law of Corrections**                   FA12
                                                 Department of Criminology & Criminal Justice
                                                 University of Maryland College Park

*Curriculum Vitae- January 2019*                                                      *Mehlman-Orozco 2*

**CCJS418J Foreign Nationals and Crime**              FA12-SP13
                                                      Department of Criminology & Criminal Justice
                                                      University of Maryland College Park

**CRIM490 Foreign Nationals and Crime**               SU09, SU10, SU11, SU12
                                                      Criminology, Law and Society
                                                      George Mason University

**GED, Work Place Essential Skills,**
**and Adult Basic Education**                         SU05-SU06
                                                      Adult Detention Center
                                                      Prince William County

RESEARCH EXPERIENCE

**Partner/Human Trafficking Expert Witness**          FA16– Present
                                                      Mahn, Mehlman & Associates

**Human Trafficking Subject Matter Expert**           SU16-FA17
                                                      RAND Corporation

**Executive Director/Human Trafficking Consultant**   WI12– FA16
                                                      The Justitia Institute

**Director**                                          FA10 – WI12
                                                      Latino Policy Institute
                                                      Roger Williams University

**Research Associate**                                SU11 – WI12
                                                      Cochrane Collaboration College for Policy
                                                      George Mason University

**Lead Clinical Trials Search Coordinator**           SU10 – WI12
                                                      Justice Health Field
                                                      The Cochrane Collaboration

**Senior Research Associate**                         SU08 – SU11
                                                      OJJDP Census of Juveniles on Probation
                                                      George Mason University

**Graduate Research Assistant**                       SU10 – FA10
                                                      Violence and Victimization Research Division
                                                      National Institute of Justice (On Contract)
                                                      Office of Justice Programs

**Senior Fellow**                                     SU08 – FA10
                                                      The Lloyd Society

**Graduate Research Assistant**                       SU06 – SU08
                                                      Trinidad & Tobago Crime Reduction Project
                                                      George Mason University

| **Graduate Research Assistant** | WI07-SP07, SP08 |
|---|---|
| | OJJDP Vaccines for Children Project |
| | George Mason University |

PUBLICATIONS

**Mehlman-Orozco, Kimberly B.** (2019). The Jihadi Next Door: How ISIS is Forcing, Defrauding, and Coercing Your Neighbor into Terrorism. SkyHorse.

**Mehlman-Orozco, Kimbery B.** (2018). "Sex trafficking bill likely to do more harm than good." The Baltimore Sun.

**Mehlman-Orozco, Kimberly B.** (2018). "Why cracking down on websites won't stop online sex trafficking." *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2018). "Legislation Aiming to Stop Sex Trafficking Would Hurt Investigations." *Homeland Security Today.*

**Mehlman-Orozco, Kimberly B.** (2017). "Trafficking victims get lost under unjust criminal convictions." *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2017). "Projected Heroes and Self-Perceived Manipulators: Understanding the Duplicitous Identities of Human Traffickers." *Trends in Organized Crime.*

**Mehlman-Orozco, Kimberly B.** (2017). Hidden in Plain Sight: America's Slaves of the New Millennium. ABC-CLIO/Praeger.

**Mehlman-Orozco, Kimberly**. (2017). "Why we should question the FBI's recent human trafficking sting." *Thomson Reuters.*

**Mehlman-Orozco, Kimberly**. (2017). "Decriminalize sex work to bring trafficking victims out of the shadows." *The Hill.*

**Mehlman-Orozco, Kimberly**. (2017). "Decriminalizing sex work would help bring victims out of the shadows." *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Why the Stop Enabling Sex Traffickers Act is the Wrong Solution." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "Identifying Victims of Human Trafficking." *Dimensions of Dental Hygiene.*

Syme, Sheryl, Camardese, Susan, and **Kimberly Mehlman-Orozco.** (2017). "Human Trafficking: Red Flags for Dental Professionals." *Decisions in Dentistry.*

**Mehlman-Orozco, Kimberly B.** (2017). "Vilifying Backpage.com won't help fight sex trafficking" *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Child Trafficking: The Tragedy of 'Princess'" *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "To sue or not to sue third-party businesses for sex trafficking?" *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2017). "Hunting the Internet's Sex Predators." *The Crime Report*.

**Mehlman-Orozco, Kimberly B.** (2017). "Will shutting down Backpage.com end the scourge of child sex trafficking in America?" *Thomson Reuters Foundation*.

**Mehlman-Orozco, Kimberly B.** (2017). "Sex Trafficking: A Surprising Rescue Story." *The Crime Report*.

**Mehlman-Orozco, Kimberly B.** (2017). "What every parent should know about sex trafficking." *Baltimore Sun*.

**Mehlman-Orozco, Kimberly B.** and Simon Hedlin**.** (2017). "Mehlman-Orozco, Hedlin: Stop criminalizing victims of sex trafficking." *The Houston Chronicle*.

**Mehlman-Orozco, Kimberly B.** (2017). "Why Do We Criminalize Young Victims of Sex Trafficking?" *The Crime Report*.

**Mehlman-Orozco, Kimberly B.** (2016). "The Plight of Sex-Trafficking Survivors." *The Gay and Lesbian Review Worldwide*.

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Trafficking is often hidden in plain sight." *The Hill*.

**Mehlman-Orozco, Kimberly B.** (2016). "Will Legalized Prostitution End the Sex Trafficking Scourge?" *The Huffington Post*.

**Mehlman-Orozco, Kimberly B.** (2016). "What happens after a human trafficking victim is rescued?" *The Hill*.

**Mehlman-Orozco, Kimberly B.** (2016). "The Reality of Sex Trafficking in Washington's Red Light District." *Baltimore Sun*.

**Mehlman-Orozco, Kimberly B.** (2016). "America's Symbolic, Not Effective, Anti-Trafficking Policy. *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B.** (2016). America's Anti-Trafficking Efforts: Hollow victories for public accolade. *Connection Newspapers*: Chantilly, Centerville, Great Falls, Herndon, McLean, & Vienna.

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Slaves or Prostitutes?: How Human Trafficking is Hidden in Plain Sight in America's Capital." *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B.** (2015). "Safe Harbor Legislation for Juvenile Victims of Sex Trafficking: A Myopic View of Improvements in Practice. *Social Inclusion*.

**Mehlman-Orozco, Kimberly B.** (2015). "Tor and the Bitcoin: An Exploration into Law Enforcement Surveillance Capability Online". *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B.** (2014). "Human Trafficking in the Philippines: A Blemish on Economic Growth". *Diplomatic Courier, Recovery in the Philippines*.

**Mehlman-Orozco, Kimberly B.** (2014). "Devoid of Research: An Evaluation of Human Trafficking Interventions". *Diplomatic Courier, Special Issue: Breaking the Cycle of Human Trafficking*.

Martinez, Ramiro, and **Mehlman-Orozco, Kimberly B.** (2014). "Hispanic Immigration and Crime". Oxford Handbook of Ethnicity, Crime, and Immigration. Eds. Michael Tonry and Sandra Bucerius. Oxford University Press.

**Mehlman-Orozco, Kimberly B.** (Contributing Author) (2010) "Breaking It Down: Justice, Law & Society Abstracts for Policymakers and Practitioners". *Center for Justice Law and Society*.

REPORTS

**Mehlman-Orozco, Kimberly B.** (May, 2017). Expert Witness Report. *State of Ohio v. Michael Moore*. CR 16-3191.

**Mehlman-Orozco, Kimberly B.** (2011). The Effects of In-State Tuition for Non-Citizens: A Systematic Review of the Evidence. *Latino Policy Institute at Roger Williams University*. http://www.rwu.edu/depository/lpi/lpi-report.pdf

**Mehlman-Orozco, Kimberly B.** (2008). Race and Reporting Burglary, Robbery, and Assault in Trinidad and Tobago. (Completed under a grant from the Trinidad and Tobago Government*)*.

SCHOLARLY PRESENTATIONS

**Mehlman-Orozco, Kimberly B.** (2019). Social Policy and Justice Panelist. Harvard College Project of Asian and International Relations. Harvard University.

**Mehlman-Orozco, Kimberly B.** (2018). Women in Homeland Security Human Trafficking Symposium Panelist. Marymount University.

**Mehlman-Orozco, Kimberly B.** (2017). Human Trafficking Symposium Panelist. Liberty University School of Law.

Martin, Favian, **Mehlman-Orozco, Kimberly**, and Wooditch, Alese. (2014). Mexican Migration to the United States: An Exploratory Study into Illegal Border Crossings. Academy of Criminal Justice Sciences. Philadelphia, PA

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Systematic Review Methods," Presented at the annual colloquium of the Cochrane and Campbell Collaborations: Keystone, CO.

**Mehlman-Orozco, Kimberly B.** (2010). "Open Access Systematic Reviews for Juvenile Probation Information," Presented at the first annual OJJDP Probation Summit: Washington, D.C.

**Mehlman-Orozco, Kimberly B.,** Chirieleison, J., Sebold, C. M., Douds, A., Gallagher, A.M., and Gallagher, C.A. (2010). "Characteristics of Juveniles on Probation: Collecting Data from Atlantic to Pacific". Presented at the 2010 American Probation and Parole Association Conference: Washington, D.C.

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Search Methods: PubMed and More," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

Gallagher, C.A., Douds, A.S., **Mehlman-Orozco, Kimberly B.,** Chirieleison, J., and Olaghere, A. (2010). "Justice Health Bibliographic Data Mapping," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

**Mehlman-Orozco, Kimberly B.** (2010). "Smuggling and the Likelihood of Detention among Undocumented Migrants," Law and Society Association Conference: Chicago, IL.

Douds, A.S. and **Mehlman-Orozco, Kimberly B.** (2010). "FASD in Justice Facilities: What does the research tell us?", Meeting of the Interagency Coordinating Committee on Fetal Alcohol Spectrum Disorders: Rockville, MD.

Gallagher, Catherine, Taxman, Faye, Kinner, Stuart, Doyle, Jodie, Pardo-Rengifo, Monica, **Mehlman-Orozco, Kimberly B.**, Olaghere, Ajima, Royle, Nick, Gabriel Cuervo, Luis. (2009). "Knowledge mapping for research prioritization: examples from the Network for Justice Health". 17th Cochrane Colloquium, Singapore.

**Mehlman-Orozco, Kimberly B.** (2009). "Justice Health Systematic Review Methods," Presented at the International Network for Justice Health Meeting: Orlando, FL.

**Mehlman-Orozco, Kimberly B.** (2008). "Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia," American Society of Criminology Conference: St. Louis, MO.

OTHER PRESENTATIONS

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking Provided to the Advancing the Business of Healthcare Medical Coding Chapter in Woodbridge, Virginia (2 CEUs).

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking for the Canadian Police College Human Trafficking Investigator's Course, Royal Canadian Mounted Police and Halifax Regional Police, Canada.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Annual Speaker for the College of Humanities and Social Sciences Degree Celebration, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Presenter for the Well Library Honors Event, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Training Presentation on Human Trafficking Red Flags for Prevent Abuse and Neglect through Dental Awareness (P.A.N.D.A).

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker for Human Trafficking Awareness Event with Kappa Delta Phi International Sorority, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Mother's Union International Conference Human Trafficking Forum.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Keeping Our Youth Safe Conference. Bernadette's House.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for Girls at High-Risk of Sex Trafficking. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Woodbridge Woman's Club.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Soroptimist International, Alexandria Chapter.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Republican Women of Clifton.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking in Northern Virginia. Westminster at Lake Ridge.

**Mehlman-Orozco, Kimberly B.** (2016). Keynote Speaker. Soroptimist Human Trafficking Awareness Event.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker on Human Trafficking. Trinity Episcopal Church.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker on Mapping Suspected Human Trafficking Networks through Advertisements. Homeland Security Investigations, DHS, Buffalo, NY.

**Mehlman-Orozco, Kimberly B.** (2013). Exhibitor. Governor's Summit on Human Trafficking. Richmond, VA.

**Mehlman-Orozco, Kimberly B.** (2013). Invited Guest Speaker on Labor Trafficking. St. Francis of Assisi Catholic Church.

**Mehlman-Orozco, Kimberly B.** (2011). Keynote Speaker. First Annual Quetzal Award Gala. Guatemalan Center of New England.

EXPERT WITNESS CASES—CONSULTATION AND/OR TESTIMONY

| | |
|---|---|
| Forthcoming | Woodhull Freedom Foundation et al. v. United States. |
| Forthcoming | United States v. Cornelius Galloway, United States District of New Mexico |
| Forthcoming | M.B. v Roosevelt Inn, LLC, et al., Civil Litigation, State of Maryland |
| Forthcoming | RCMP Federal Serious and Organized Crime R vs. Downey & Beals C/O Human Trafficking 2016-465660, Halifax, Canada |

*Curriculum Vitae- January 2019*                                        *Mehlman-Orozco 8*

| | |
|---|---|
| Forthcoming | United States of America vs. Savanah April Via, U.S. District Court for the District of Arizona |
| 2018 | Commonwealth of Virginia v. Corey Cardoza, Henrico County |
| 2018 | People v. Kareem Abdur-Razzaaq, Ind. No. 3154/2013, and People v. Lemuel Skipper, Ind. No. 2409/2015, Bronx County |
| 2017-2018 | United States of America v. Miguel Scott Arnold, Terrence Hawkins, Tevin Bynoe, Emonie Murphy, and Joshua Guity-Nunez, United States District Court for the Middle District of Pennsylvania. |
| 2017- 2018 | Doe v. Subh Properties, et al., Civil Litigation, State of Maryland |
| 2017-2018 | State of Ohio v. Michael Moore, Lucas County Court |
| 2017-2018 | People of the State of California Plaintiff v. Tracy Sims Superior Court of California, County of Los Angeles |
| 2017 | Keo Ratha; Sem Kosal; Sophea Bun; Yem Ban; Nakry Phan; and Sok Sang v. Phatthana Seafood Co., Ltd; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe, Ltd. United States District Court for the Central District of California |
| 2017 | In re: REFLEX MEDIA, INC., a Nevada corporation, Claimant, vs. VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual; and DOES 1 through 10, inclusive |
| 2016-2017 | J.S., S.L., and L.C. v. Village Voice Media Holdings LLC, Supreme Court of the State of Washington |
| 2016-2017 | People of the State of California Plaintiff v. Joseph, et. Al. Contra Costa County Court |
| 2016 | People of the State of California Plaintiff v. Young Kyung Cho Superior Court of California, County of Los Angeles |
| 2016 | People of the State of California Plaintiff v. Mixon-Givens Santa Clara County Court |

SELECTION OF MEDIA

| | |
|---|---|
| January 11, 2019 | The Seattle Times. Documentary puts new attention on R. Kelly sex allegations. |
| August 22, 2018 | The Crime Report. Backpage Founders: We're Victims of Attack on Free Speech. |

| | |
|---|---|
| May 5, 2018 | Delaware Online. Human Trafficking Court shut down, to be merged with other treatment courts in Delaware. |
| May 1, 2018 | Delaware Online. Despite good intentions, Delaware slow to address human trafficking. |
| April 24, 2018 | ABC. Will new law protect women from sex trafficking? |
| April 23, 2018 | The Ringer. How Sex Ads Became a Battleground for the Future of the Internet. |
| April 22, 2018 | Miami Herald. He pimped a minor at Santa's Enchanted Forest. He got slapped with federal prison. |
| April 13, 2018 | Yahoo Lifestyle. Women's March lambasted for criticizing shutdown of Backpage.com. |
| April 10, 2018 | Miami Herald. Florida's sex industry 'in a panic' after feds shut down notorious Backpage website. |
| April 9, 2018 | The Crime Report. With Backpage Closed, Where Will The Sex Slave Trade Go? |
| March 22, 2018 | Washington Post. Bill enabling prosecutors, victims to pursue websites that host sex traffickers heads to White House. |
| March 2, 2018 | Governing. 3 Cities Lead Fight Against Human Trafficking. |
| February 1, 2018 | Vanity Fair. The Republican Party is Having Another Todd Akin Fiasco. |
| February 1, 2018 | New York Magazine. Missouri GOP Senate Hopeful Goes Off the Deep End on the Sexual Revolution and Human Trafficking. |
| January 31, 2018 | Kansas City Star. Josh Hawley blames sex trafficking on 'sexual revolution' of 1960s in leaked audio. |
| January 25, 2018 | Homeland Security Today. Expert Delves Into Real Face of Human Trafficking: Victims and Perpetrators. |
| January 23, 2018 | Huffington Post. Study Finds More Than 9,000 Brothels Masquerading As Legit Businesses. |
| January 11, 2018 | International Business Times. Human trafficking: Why we are all guilty of supporting the modern slave trade. |
| January 8, 2018 | Majority Report Radio. America's Slaves of the New Millennium with Dr. Kimberly Mehlman-Orozco. |
| December 21, 2017 | Fast Company. Hotels Are Key In The Fight To End Human Trafficking. |

| | |
|---|---|
| December 12, 2017 | WNPR. The Colin McEnroe Show. Child Labor In America And Abroad. |
| November 4, 2017 | C-SPAN. Hidden in Plain Sight Book Talk. |
| September 22, 2017 | Gray Media. Interview by Kyle Midura. Sex Trafficking Internet Crackdown Proposal. |
| August 8, 2017 | i24 news. Interview for Stateside with David Shuster. Model allegedly kidnapped for dark web auction. |
| August 2, 2017 | Newsy. Interview for "The Why" on human trafficking on the Internet. |
| July 30, 2017 | Al Jazeera. Segment Produced by Ruairi Casey. World Day Against Human Trafficking. |
| July 25, 2017 | Fox News Radio. Interviewed by Eben Brown. "Security America" segment on human smuggling deaths in San Antonio. |
| July 25, 2017 | Dallas News. Interviewed by Sarah Mervosh. New trick of the sex trade: Pimps can use retail gift cards to buy Backpage.com ads. |
| July 24, 2017 | WJLA. Interviewed by Stephen Loiaconi. Human smuggling deaths underscore need for immigration reform, experts say. |
| July 18, 2017 | The Washington Post. Interviewed by Tom Jackman. Under attack, Backpage.com has its supporters as anti-trafficking tool. But many differ. |
| June 11, 2017 | PJ Media. Interviewed by Karl Herchenroeder. Expert Notes Gap in Human-Trafficking Laws as Senators Press for Fund Renewal. |
| April 19, 2017 | WYPR. Interviewed by Tom Hall. Misinformation Sparked #DCMissingGirls Outrage, But It Highlights Real And Overlooked Issues. |
| March 30, 2017 | CBS. Interviewed by Jennifer Earl. Mom's warning about "human trafficking" at IKEA goes viral; what you need to know. |
| March 29, 2017 | Women's Health. Interviewed by Korin Miller.  This Mom Claims She Encountered Human Traffickers At IKEA And People Are Freaking Out. |
| February 10, 2017 | Miami Herald. Interviewed by David Ovalle. Florida lawsuit targets website decried as hub for human trafficking. |
| February 3, 2017 | Miami Herald. Interviewed by David Ovalle. The 'adult' section might be closed but Miami sex workers still on the job. |

*Curriculum Vitae- January 2019*                                    *Mehlman-Orozco 11*

| | |
|---|---|
| January 1, 2017 | OutSmart Magazine. Interviewed by Dr. Laura McGuire on Human Trafficking. Hidden in Plain Sight: Researcher Dr. Mehlman-Orozco Discusses the Realities of Human Trafficking. |
| February 3, 2015 | NBC. Interviewed by Tracy Connor. Shoe Bomber has 'Tactical Regrets' Over Failed American Airlines Plot. |
| January 19, 2015 | CNN. Interviewed by Pam Brown. 'Jihad Jane' moved by 'love' and feminine 'pride.' |
| August 15, 2013 | USA Today, Interviewed by Yamiche Alcindor. Dozens of States Pass Laws to Fight Human Trafficking. |
| June 6, 2013 | USA Today. Interviewed by Yamiche Alcindor. Blue Campaign by DHS aims to combat human trafficking. |
| August 12, 2012 | Fox 5 News (DC/MD/VA). Television interview on in-state tuition report on Maryland. Interview by reporter Shawn Yancy. |
| May 18, 2011 | Chronicle of Higher Education. Interviewed for an in-state tuition story by Katherine Mangan, "In-State Tuition for Illegal Immigrants Can Be a Plus for Both States and Students." |
| March 24, 2011 | NBC 10 (RI). Television interview on Latino population growth, "Digging Deeper: Hispanics on the Rise." |
| February 18, 2011 | The Yale Herald. Interviewed for a story on racial profiling against immigrants by police. Story by Lucas Iberico-Lozada, "East Haven Police Accused of Brutality, Racism." |
| June 2, 2010 | Style Weekly. Interviewed for a human trafficking story by Peter Galuszka, "The New Slavery: Virginia becomes haven for human trafficking." |

OTHER PROFESSIONAL TRAINING

| | |
|---|---|
| **"Freedom Together" D.C., M.D., and V.A. Regional Anti Human Trafficking Task Force Conference** | D.C., M.D., and V.A. Task Forces |
| Spring 2018                          Conference | |
| **Virginia Forum on Human Trafficking** | Dept. of Criminal Justice Services |
| Fall 2015                            Conference | |
| **Regional Conference of Human Trafficking Task Forces** | DMV Anti-Trafficking Working |
| Fall 2015                            Conference | Group |
| **Maryland Freedom Conference** | Towson University |
| Winter 2015                          Conference | |

*Curriculum Vitae- January 2019*                                    *Mehlman-Orozco 12*

**Sharing Lessons, Sharing Responsibility:**
**Combating Human Trafficking**                          Migration Policy Institute
Spring 2013                          Conference

**Freedom Network Annual Conference**                    Freedom Network
Spring 2013                          Conference

**Human Trafficking Panel Discussion**                   George Washington Law
Spring 2013                          Working Group

**Analytic Statistics and Meta Analysis**                Stata
Spring 2011                          Paid Training

**Systematic Review and Meta Analysis**                  GMU
Spring 2009, Fall 2010           Independent Graduate Study

**PubMed, NLMGateway, ToxNet and ClinicalTrials.gov**    National Library of Medicine
Summer 2009                     Search Certifications

**Ovid, ProQuest, and Web searches**                     AHRQ
Summer 2009                     Search Certifications

**Introduction to ArcGIS Workshops**                     George Mason University
Fall 2009-Summer 2010

**Hand Searching Systematic Review Workshop**            Cochrane Collaboration
Fall 2009                        Search Certifications

<u>AWARDS</u>

| | |
|---|---|
| *Independent Publisher Award, 2018* | Bronze Medal for Social Issues/Humanitarian (<u>Hidden in Plain Sight: America's Slaves of the New Millennium</u>). |
| *Dissertation Completion Award,* 2012 | George Mason University, College of Humanities and Social Sciences. |
| *Deans Challenge,* 2009 | George Mason University, College of Humanities and Social Sciences. |

<u>SERVICE</u>

| | |
|---|---|
| Reviewer | Justice Quarterly, WI18-Present |
| Advisory Board Member | Empower Her Network, FA17-Present |
| Survey Methodologist Advisor | United Against Slavery, FA17-Present |
| Advisory Board Member | Dressember (Anti-trafficking foundation), SP17-Present |
| Panel of Expert Witnesses | Los Angeles Superior Court, WI17-Present |
| Member | Prince William County Human Trafficking Task Force, SU13-Present |

*Curriculum Vitae- January 2019*                                   *Mehlman-Orozco 13*

| | |
|---|---|
| Member | Prince George's County Human Trafficking Task Force, SU12-Present |
| Reviewer | Journal of Human Trafficking, FA2014-Present |
| Member and Former President | Soroptimist International of Woodbridge, FA15-SP18 |
| Reviewer | American Journal of Evaluation, FA2014-FA2015 |
| Member | Prince George's County Human Trafficking Task Force, SU13-2015 |
| Reviewer | Columbia University Press, FA2013 |
| President and Founding Officer | Student Center for Immigration Research, George Mason University, FA08 – FA10 |
| Member | Criminology, Law & Society Student Association, George Mason University, FA09 – WI12 |
| Volunteer | Prince William County Jail, Classification Department, 500 hours, SP 2005 |

PROFESSIONAL MEMBERSHIP

National Society for Collegiate Scholars
Phi-Alpha Delta Pre-Law Fraternity
Alpha Chi Honors Fraternity
American Society of Criminology
National Criminal Justice Honors Fraternity
Alpha Phi Sigma Honors Society