# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| Michael Lacey | |
| Defendant. | |

Upon Defendant's Motion to Amend his Conditions of Pretrial Release and Motion for Expedited Relief, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's conditions of pretrial release are modified to remove the condition requiring continued use of an electronic monitoring device;

IT IS FURTHER ORDERED by agreement of the parties, modifying release conditions to allow property bond (Doc. 65) to be replaced with substitute res of the net proceeds from the interlocutory sale of 1100 Union Street, San Francisco, California.

Dated: _____

_____
Honorable Susan M. Brnovich
United States District Judge