# **Exhibit E**

> Thanks Lacey.
>
> Tony, Re: Detroit Free Press, and your guidance on how we should best
> use this play:
>
> I suppose Suskin could encourage her to ask DPD why they held a press
> conf on Monday to single out Backpage -- and then have SAT on issuing
> any public warnings re: these 22 other websites for now, 2 or 3 days?
>
> The risk is be careful what we ask for.  DPD could feel compelled to
> respond w/ info they are otherwise not giving out.  Like "we have texts
> or computer or other evidence that it was the BP sites that were
> actually used to contact these victims".
>
> Obviously, we're much better off just muddying the waters out there
> today with the news of the 22 websites ... And not putting DPD on the
> spot, re: making them feel compelled to justify why they didn't issue
> the other 22 names.
>
> So, this analysis makes me think that, as you enter your own edits, we
> should tone down anything re: DPD.  We just need to get the reality of
> the 22 websites out there.
>
>
>
>
> Edward E. McNally
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, New York 10019
> Tel. (212) 506-1708
> Fax (212) 835-5279
> EMcNally@kasowitz.com
>
> -----Original Message-----
> From: Michael Lacey [mailto:michael.lacey@villagevoicemedia.com]
> Sent: Thursday, December 29, 2011 9:51 AM
> To: Edward E. McNally
> Cc: Jim Larkin; Tony Knight; Steve Suskin; Mike Sitrick; Carl Ferrer
> Subject: Re: List of 22 other websites -- draft statement by
> Backpage.com (priv + conf)
>
> folks
>
> attached suggested edits ( prepared to be corrected re importance of
> tech data) lacey
>
> On 12/29/11, Edward E. McNally <EMcNally@kasowitz.com> wrote:
>> priv & conf -- atty-client comms & work product
>>
>> Larkin, Lacey, Steve and Tony --

4