# **Exhibit F**

| | |
|---|---|
| **From:** | Dennis Culloton [dc@cullotonstrategies.com] on behalf of Dennis Culloton |
| **Sent:** | Monday, May 02, 2011 2:14 PM |
| **To:** | Michael Lacey; emcnally@kasowitz.com; Jim Larkin |
| **Cc:** | Carl Ferrer; srajoo@kasowitz.com |
| **Subject:** | CNN response  (PRIV. & CONF.) |
| **Attachments:** | CNN May statement.doc |

Team,

If we decide to provide CNN with a statement for their rebroadcast ( or if we push for this to be provided on video) here is a first crack.

We could issue this from Carl again or, if we want, we can issue it from Tracey as a backpage.com spokesperson.


    Please support the Bear Necessities Pediatric Cancer Foundation, www.bearnecessities.org


Dennis Culloton
CEO and President
Culloton Strategies
Chicago Office  312.228.4780
Mobile 630.699.8811
Naperville Office 630.544.3387
dc@cullotonstrategies.com
http://www.cullotonstrategies.com

-----Original Message-----
From: Michael Lacey [mailto:Michael.Lacey@VillageVoiceMedia.com]
Sent: Sunday, May 01, 2011 7:53 PM
To: EMcNally@kasowitz.com; Jim Larkin
Cc: Carl Ferrer; Dennis Culloton; SRajoo@kasowitz.com
Subject: Re: Closing credits Re: copies of letters to CNN & transcripts (PRIV. & CONF.)

folks

running into a question as i look at the numbers.

the reporter has overall FBI arrest numbers for all hookers. then FBI uses 1.5% to 2% to quantify juvenile arrests.

but, when i look at the individual cities from this reporter for 14 cities the juvenile count is much lower than FBI's 1700 a year.

this reporter, ellis, had 14 cities that had roughly 230 juvenile arrests for 2010 second reporter, kristin, had 12 cities with roughly 100 juvenile arrest for 2010

26 cities, 300 plus juvenile arrests.

how did FBI get to 1700? i think the 1.5% to 2% estimate by FBI is wildly rounding off.

ive asked for explanation.

1

lacey

Confidential

BP-AZGJ_01110838