# Exhibit H

On Jan 23, 2012, at 10:03 PM, Tony Knight wrote:

> I think he's expecting Pablum from us and figures it doesn't matter how much time he gives us to respond. We'll look for a more recent case involving another web site. If we have three or four, particularly on sites like Tumbler and Facebook -- sites that no one is going to demand be taken down -- maybe that will turn him.
>
> Consider that he's really only heard from the other side and he's formulating his plan for the column based on that. The sooner we can reframe the premise the better.
>
> -----Original Message-----
> From: Michael Lacey [mailto:michael.lacey@villagevoicemedia.com]
> Sent: Monday, January 23, 2012 6:56 PM
> To: Steve Suskin
> Cc: Jim Larkin; Mike Sitrick; Tony Knight; Edward E. McNally; Carl Ferrer
> Subject: Re: backpage
>
> we do how many million ads and he picks out one, tells us at end of
> day and wants our total responce by am?
> of course there are kids who get through system. as there are in bars.
> this makes pursuit of solution, ie usc study, more critical rather
> than scoring political points
>
> On 1/23/12, Steve Suskin <steve.suskin@villagevoicemedia.com> wrote:
>> See below note back from Kristof when I told the info would be to him
>> tomorrow.
>>
>> CARL: any knowledge of the case to which he refers?
>>
>> ---------- Forwarded message ----------
>> From: Kristof, Nicholas <kristof@nytimes.com>
>> Date: Mon, Jan 23, 2012 at 7:12 PM
>> Subject: RE: backpage
>> To: Steve Suskin <steve.suskin@villagevoicemedia.com>
>>
>>
>> Okay, please try to get it to me early tomorrow if you can.****
>>
>> One case in particular that I'll write about is one of a 13-year-old girl
>> who was marketed late last year on backpage before being rescued by police
>> in Brooklyn. Kendale "Ace" Judge has been charged in that case. Anything
>> you can say about that case?****
>>
>> ** **
>>
>> *From:* Steve Suskin [mailto:steve.suskin@villagevoicemedia.com]
>> *Sent:* Monday, January 23, 2012 9:10 PM
>> *To:* Kristof, Nicholas
>> *Subject:* Re: backpage****
>>
>> ** **
>>
>> Unfortunately, circumstances overwhelmed today but we will have info for
>> you tomorrow. ****
>>
>> On Mon, Jan 23, 2012 at 4:14 PM, Kristof, Nicholas <kristof@nytimes.com>
>> wrote:****
>>
>> Thanks; that's fine. I also gather that you're turning over suspicious ads
>> to the authorities; any information about that would be helpful.****
>>
>> ****
>>

Confidential                                                                                                  BP-AZGJ_01111109