PAUL J. CAMBRIA, JR. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com

ERIN. E. MCCAMPBELL (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
emccampbell@lglaw.com

*Attorneys for Defendant Michael Lacey*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>     vs.<br><br>Michael Lacey, *et al.*,<br><br>               Defendants. | CASE NO.   CR-18-00422-PHX-SMB<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPLY IN FURTHER SUPPORT OF DEFENDANT LACEY'S MOTION TO AMEND CONDITIONS OF RELEASE (DOC. 503) (First Request)** |

Excludable delay may occur under 18 U.S.C § 3161(h)(1)(D) as a result of this motion or an order based thereon, as explained more fully below.

Defendant Michael Lacey, by and through his undersigned attorney, respectfully requests this Court, pursuant to LRCrim 12.1 and LRCiv 7.2(c) and 7.3, issue an order

extending the time for filing Defendant Lacey's Reply in Further Support of his Motion to Amend Conditions of Release. In light of the government's extensive opposition, as well as pressing matters or other cases, additional time is needed to properly address these matters for the Court. Currently, Mr. Lacey's reply is due on April 9, 2019. Mr. Lacey respectfully requests an extension of seven (7) days to file his reply on April 16, 2019. Undersigned counsel has consulted with Assistant United States Attorney Kevin Rapp, Esq., who does not oppose this request.

RESPECTFULLY SUBMITTED this 4th day of April, 2019.

LIPSITZ GREEN SCIME CAMBRIA LLP

By: /s/       Paul J. Cambria, Jr.
PAUL J. CAMBRIA, JR.
Attorney for Defendant Michael Lacey

On April 4, 2019, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>        Defendants. | CASE NO.   CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

Upon Defendant Michael Lacey's Unopposed Motion to Extend Time for Filing Reply in Further Support of Defendant Lacey's Motion to Amend Conditions of Release, and good cause appearing,

IT IS HEREBY ORDERED:

Extending the otherwise applicable time for filing all Defendant Lacey's Reply in Further Support of his Motion to Amend Conditions of Release seven (7) days to be due on or before April 16, 2019.