IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Michael Lacey,<br><br>          Defendant. | No. CR-18-00422-001-PHX-SMB<br><br>**ORDER** |

Upon Defendant Michael Lacey's Unopposed Motion to Extend Time for Filing Reply in Further Support of Defendant Lacey's Motion to Amend Conditions of Release, and good cause appearing,

IT IS HEREBY ORDERED extending the otherwise applicable time for filing Defendant Lacey's reply in further support of his motion to amend conditions of release seven (7) days to be due on or before April 16, 2019.

Dated this 8th day of April, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge