Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**DEFENDANT MICHAEL LACEY'S MOTION TO SET HEARING ON MOTION TO AMEND HIS CONDITIONS OF PRETRIAL RELEASE AND MOTION FOR EXPEDITED RELIEF**<br><br>(Expedited oral argument requested) |

Excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this motion or an order based thereon, as explained more fully below.

Defendant Michael Lacey, by and through his undersigned counsel, hereby respectfully requests that this Court set a hearing on his Motion to Amend his Conditions of Pretrial Release ("Motion") (Doc. 503), which was filed on March 19, 2019. The government's Response was filed on April 2, 2019 (Doc. 516), and Mr. Lacey's reply in further support of his Motion was filed on April 16, 2019 (Doc. 522). Thus, the matters raised in the Motion are fully briefed and ripe for decision.

Mr. Lacey respectfully request that this Court set the hearing on the Motion for April 23, 2019, the same date as the upcoming status conference, due to the fact that Mr. Lacey's counsel will

be traveling from Buffalo, New York to this District for the status conference.  In order to avoid duplicative travel costs, Mr. Lacey would greatly appreciate the hearing on his Motion to be scheduled for the same date as the status conference.

      RESPECTFULLY SUBMITTED this 16th day of April, 2019,

                                            */s/*     *Paul J. Cambria, Jr.*
                                      LIPSITZ GREEN SCIME CAMBRIA LLP
                                      Attorneys for Defendant Michael Lacey

On April 16, 2019, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov