1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**
7                  **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 003<br>John Brunst - 004<br>Dan Hyer - 005<br>Andrew Padilla - 006<br>Joye Vaught - 007, | |
| Defendants. | |

18
19        Pending before the Court is the United States' Ex Parte Motion to Defer Disclosure
20 of Carl Ferrer's Jencks Act Statements (Doc. 471). The Court has also read Defendant John
21 Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferrer's
22 Statements and Objections to In Camera filing of the Same, and Request for Disclosure of
23 The Same. The United States' motion was filed ex parte and under seal but Defendant John
24 Brunst's counsel was given notice of the motion in error. For that reason, the courts ruling
25 will not be filed under seal but will be intentionally vague.
26
27
28

1          For good cause shown in the motion, IT IS ORDERED granting the United States'

2    Ex Parte Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements ( Doc. 471)

3    and setting the deadline for disclosure at June 25, 2019.

4          Dated this 22nd day of April, 2019.

5

6

7

8    _____
              Honorable Susan M. Brnovich
              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -