# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 003<br>John Brunst - 004<br>Andrew Padilla - 006<br>Joye Vaught - 007, | |
| Defendant. | |

Pending before the Court is defendant's motion for leave to jointly file motion to dismiss and exceed page limitation. Doc. 540,

IT IS ORDERED granting the motion for leave and to exceed the page limit. Clerk of Court shall file in the lodged joint motion to dismiss and attachments. Docs. 539 and 541.

IT IS FURTHER ORDERED that counsel for defendants shall provide the Court with a hard copy of their motion and attachments, along with all cases cited for the Court to consider.

Dated this 3rd day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28