IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Michael Lacey, et al.,<br><br>   Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

  Based on the United States' Unopposed Motion to Extend Deadline for Response to Defendants' Motion to Dismiss Indictment, and good cause appearing,

  **IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendants' Motion to Dismiss Indictment (doc. 554) to May 27, 2019.

  **IT IS FURTHER ORDERED** limiting Defendant's Reply to 20 pages.

  **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

   Dated this 3rd day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge