James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Telephone:   (206) 757-8096
Facsimile:   (206) 757-7096
Email:       jamesgrant@dwt.com

Robert Corn-Revere (D.C. Bar No. 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone:   (202) 973-4225
Facsimile:   (202) 973-4499
Email:       robertcornrevere@dwt.com

*Counsel for Michael Lacey and James Larkin*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone:   (949) 369-3700
Facsimile:   (949) 369-3701
Email:       tbienert@bmkattorneys.com
             wbernstein@bmkattorneys.com

*Counsel for Defendant James Larkin*

Additional counsel listed on following pages

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY ON MOTION TO DISMISS INDICTMENT** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Paul J. Cambria, Jr. (Cal. Bar No. 177957, admitted *pro hac vice*)
Erin E. McCampbell (N.Y. Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, NY 14202
Telephone:    (716) 849-1333
Facsimile:    (716) 855-1580
Email:        pcambria@lglaw.com
              emccampbell@lglaw.com

*Counsel for Defendant Michael Lacey*

Gary S. Lincenberg (Cal. Bar No. 123058, admitted *pro hac vice*)
Ariel A. Neuman (Cal. Bar No. 241594, admitted *pro hac vice*)
Gopi K. Panchapakesan (Cal. Bar No. 279586, admitted *pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:    (310) 201-2100
Facsimile:    (310) 201-2110
Email:        glincenberg@birdmarella.com
              aneuman@birdmarella.com

Michael Kimerer (Ariz. Bar No. 002492)
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AR 85014
Telephone:    (602) 279-5900
Facsimile:    (602) 264-5566
Email:        mdk@kimerer.com

*Counsel for Defendant John Brunst*

Bruce Feder (Ariz. Bar No. 004832)
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, AR 85016
Telephone:    (602) 257-0135
Facsimile:    (602) 954-8737
Email:        bf@federlawpa.com
              fl@federlawpa.com

*Counsel for Defendant Scott Spear*

1

The government moved for a three-week extension of the deadline for its response to Defendants' motion to dismiss the indictment. Doc. 554. The government's motion correctly notes that counsel for the parties conferred and Defendants agreed not to oppose the government's extension request, while the government agreed not to oppose Defendants' corresponding request for an extension to June 17, 2019 to file their reply.

In the communications between counsel, the government proposed that it have 45 pages for its response brief, and Defendants agreed not to oppose such a request if the government similarly would agree not to oppose Defendants' request for 25 pages for their reply. The government stated that it was premature to stipulate to the length of the reply brief at that time (as the Court had not ruled regarding page limits for the motion and response), and the parties accordingly did not reach agreement in this regard.

By order dated May 3, 2019, the Court granted the government's extension request, setting the deadline for the government's response to the motion to dismiss as May 27, 2019. Doc. 557. The Court's order did not expressly address the government's request for additional pages, but Defendants understand the Order to have granted the government's request for 45 pages, in that the Court indicated it was "granting the United States' motion." *Id.*

At the same time, the Court further ordered that Defendants' reply on the motion to dismiss would be limited to 20 pages. Defendants ask that the Court allow 25 pages for the reply brief, given the length of the Government's response and the importance of the constitutional issues presented by the motion to dismiss.

Defendants therefore respectfully request that the Court grant Defendants (a) an extension until June 17, 2019 to file their reply on the motion to dismiss (Doc. 561), and (b) leave to file a reply of up to 25 pages.

DATED this 6th day of May, 2019.

1  DAVIS WRIGHT TREMAINE LLP

2  *s/ James C. Grant*
   Attorneys for Michael Lacey and James Larkin
3

4  LIPSITZ GREEN SCIME CAMBRIA LLP
   *s/ Paul J. Cambria, Jr.*
5  Attorneys for Michael Lacey

6  BIENERT KATZMAN, PLC
7  *s/ Thomas H. Bienert, Jr.*
   Attorneys for James Larkin
8

9  BIRD MARELLA BOXER WOLPERT NESSIM
   DROOKS LINCENBERG AND RHOW
10 *s/ Ariel A. Neuman*
   Attorneys for John Brunst
11

12 FEDER LAW OFFICE PA
   *s/ Bruce Feder*
13 Attorney for Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

*s/ James C. Grant*
Attorney for Michael Lacey and James Larkin