1  Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
2  Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
   LIPSITZ GREEN SCIME CAMBRIA LLP
3  42 Delaware Avenue, Suite 120
4  Buffalo, New York 14202
   Telephone: (716) 849-1333
5  Facsimile:   (716) 855-1580
   pcambria@lglaw.com
6
7  *Attorneys for Defendant Michael Lacey*

8               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
9

10 | United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE (Doc. No. 538)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant Michael Lacey, by and through undersigned counsel, joins in Defendant Spear's Supplemental Expert Witness Disclosure (Doc. No. 538). Defendant Lacey agrees with the statements made in Spear's Supplemental Expert Witness Disclosure and adopts the positions set forth in the Disclosure as if fully set forth herein.

RESPECTFULLY SUBMITTED this 20th day of May, 2019,

      */s/   Paul J. Cambria, Jr.*
      LIPSITZ GREEN SCIME CAMBRIA LLP
      Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | On May 20, 2019, a PDF version |
| 2 | of this document was filed with |
| 3 | Clerk of the Court using the CM/ECF |
| | System for filing and for Transmittal |
| 4 | Of a Notice of Electronic Filing to the |
| 5 | Following CM/ECF registrants: |
| 6 | |
| | Kevin Rapp, kevin.rapp@usdoj.gov |
| 7 | Reginald Jones, reginald.jones4@usdoj.gov |
| 8 | Peter Kozinets, peter.kozinets@usdoj.gov |
| | John Kucera, john.kucera@usdoj.gov |
| 9 | Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 10 | Patrick Reid, Patrick.Reid@usdoj.gov |
| | Andrew Stone, andrew.stone@usdoj.gov |
| 11 | Amanda Wick, Amanda.Wick@usdoj.gov |