# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Adjourn Defendants' May 27, 2019 Deadline for Rule 26.2 Material Pertaining to Witnesses. (Doc 610). The Government filed a Response opposing the Motion. (Doc. 613). Defendants argue that they should not have to comply with the scheduling order because full disclosure has not been completed by the Government. However, as outlined in previous filings, the government has substantially complied with the requirements of the scheduling order. They are continuing to disclose new materials as required under Rule 16 but that does not preclude Defense from meeting their obligations. Defense will have continuing obligation to disclose, as well, but the initial disclosure should not be endlessly delayed. Nevertheless, given the Court's order for a Status Report on the issue of discovery; the Court will grant a brief delay in the deadline for Defendants' Rule 26.2 Material until it has reviewed the Status Report.

///
///
///

Therefore,

IT IS ORDERED that the otherwise applicable time for filing Defendants' Rule 26.2 Material Pertaining to Witnesses is adjourned to a time set by the Court upon consideration of Defendants' forthcoming June 1, 2019 Status Report.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of the grant of this Order.

DATED this 24th day of May, 2019.

_____

Honorable Susan M. Brnovich
United States District Judge