1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ACLU OF ARIZONA'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF REGARDING FIRST AMENDMENT CONSIDERATIONS** |
| Michael Lacey, et al., | |
| Defendants. | |

Having reviewed the ACLU of Arizona's Unopposed Motion for Leave to File *Amicus Curiae* Brief Regarding First Amendment Considerations, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the ACLU of Arizona's *Amicus Curiae* Brief Regarding First Amendment Considerations, which was lodged with the Motion for Leave, shall be deemed properly filed.