UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER GRANTING ACLU OF ARIZONA'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF REGARDING FIRST AMENDMENT CONSIDERATIONS** |

Having reviewed the ACLU of Arizona's Unopposed Motion for Leave to File *Amicus Curiae* Brief Regarding First Amendment Considerations, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Doc. 620.

IT IS FURTHER ORDERED that the ACLU of Arizona's *Amicus Curiae* Brief Regarding First Amendment Considerations, which was lodged with the Motion for Leave, shall be properly filed.

Dated this 29th day of May, 2019.

Honorable Susan M. Brnovich
United States District Judge