UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |
| Michael Lacey, et al., | |
| Defendants. | |

  Having reviewed the DKT Liberty Project, Cato Institute, and Reason Foundation's Unopposed Motion for Leave to File *Amicus Curiae* Brief, and good cause appearing,

  IT IS HEREBY ORDERED that the Motion is GRANTED.  Doc. 619.

  IT IS FURTHER ORDERED that the *Amicus Curiae* Brief, which was lodged with the Motion for Leave, shall be properly filed.

  Dated this 29th day of May, 2019.

Honorable Susan M. Brnovich
United States District Judge