| | | |
|---|---|---|
| 1 | United States of America, | NO. CR-18-422-PHX-SMB |
| 2 | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EQUALITY NOW, LEGAL MOMENTUM, SANCTUARY FOR FAMILIES, UNITED ABOLITIONISTS, INC., AND NATIONAL COALITION AGAINST DOMESTIC VIOLENCE** |
| 3 | - v - | |
| 4 | Michael Lacey, *et al.*, | |
| 5 | Defendants. | |

Having reviewed Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence's Motion for Leave to File Brief of *Amici Curiae* Equality Now and Legal Momentum, and good cause appearing,

IT IS HEREBY ORDERED that the Motion for Leave to File Brief of *Amici Curiae* Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence is GRANTED.

IT IS FURTHER ORDERED that Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence's *Amici Curiae* Brief, which was lodged with the Motion for Leave, shall be deemed properly filed.