IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Based on Defendants' Unopposed Motion to Extend Deadline for Reply to Response to Defendants' Motion to Dismiss Indictment, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Defendants to reply to the Government's Response to Motion to Dismiss Indictment (Doc. 634) from June 19, 2019, to July 3, 2019.

DATED this _____ day of June, 2019.