Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey<br><br>                    Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>**NOTICE OF WAIVER OF PERSONAL APPEARANCE AT STATUS CONFERENCE** |

The defendant, Michael Lacey, by and through his undersigned attorney, hereby provides notice that he waives his right to be personally present at the upcoming status conference set for June 24, 2019. *See* Rule 43(b)(3), Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 20th day of June, 2019

*/s/     Paul J. Cambria, Jr.*
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacey

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/EMF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ Rachel Skrzypek