IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br> v.<br><br>Michael Lacey, *et al.*,<br>      Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

  Based on Defendants' Unopposed Motion to Extend Deadline for Reply to Response to Defendants' Motion to Dismiss Indictment, and good cause appearing,

  **IT IS HEREBY ORDERED** granting the motion and extending the deadline for Defendants to reply to the Government's Response to Motion to Dismiss Indictment (Doc. 634) from June 19, 2019, to July 17, 2019. Defendants have requested an extension of time to July 3, 2019. The Court has just approved an order allowing another Amicus Brief and for that reason has extended the reply time to July 17, 2019.

  Dated this 21st day of June, 2019.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge