**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Scott Spear,<br><br>　　　　Defendant. | NO. CR18-00422 PHX SMB-003<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S APRIL 22, 2019 ORDER TO PRODUCE JENCKS ACT MATERIAL FOR WITNESS CARL FERRER**<br><br>*Expedited Consideration Requested* |

　　　　The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby joins in Defendant John Brunst's Motion to Compel Government Compliance with Court's April 22, 2019 Order to Product Jencks Act Material for Witness Carl Ferrer [662].   Mr. Spear adopts the legal positions and bases set forth in the Motion as if fully set forth herein.

　　　　Neither Mr. Spear or the undersigned counsel were notified or accused by the government lawyers regarding their unsupported allegations concerning the relevant, impeaching documents that the Court has allowed the government to claw back.

　　　　The arbitrary decision by the government to disobey the Scheduling Order from this Court, especially in addition to the other government failures to disclose relevant discovery continues to prejudice the ability of the defense to prepare for trial.

1

1  RESPECTFULLY SUBMITTED this 28th day of June, 2019.

2  **FEDER LAW OFFICE, P.A.**

3

   /s/ Bruce Feder
4  Attorney for Defendant, Scott Spear

5
   **CERTIFICATE OF SERVICE**
6

7  I hereby certify that on the 28th day of June, 2019, I electronically transmitted the foregoing
8  to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

9
   **Kevin Rapp:**    Kevin.Rapp@usdoj.gov
10 **Andrew Stone:**    Andrew.Stone@usdoj.gov
   **Margaret Perlmeter:**    Margaret.Perlmeter@usdoj.gov
11 **John Kucera:**    John.Kucera@usdoj.gov
12 **Reginald Jones:**    Reginald.Jones@usdoj.gov
   **Peter S. Kozinets:**    Peter.Kozinets@usdoj.gov
13 *Attorneys for the United States*

14
   **Anne Chapman:** anne@mscclaw.com
15 **Lee Stein:** lee@mscclaw.com
   **Paul Cambria:**    pcambira@lglaw.com
16 **James Grant:**    jimgrant@dwt.com
   **Erin McCampbell:**    emccampbell@lglaw.com
17 **Robert Corn-Revere:** bobcornrevere@dwt.com
18 **Ronald London:**    ronnielondon@dwt.com
   **Janey Henze Cook:**     janey@henzecookemurphy.com
19 **John Littrell:**    jlittrell@bmkattorneys.com
   **Kenneth Miller:**    kmiller@bmkattorneys.com
20 **Whitney Bernstein:** wbernstein@bmkattorneys.com
   **Michael Piccarreta:** mlp@pd-law.com
21 **Stephen M. Weiss:**    sweiss@karpweiss.com
22 **Michael Kimerer:**    mdk@kimerer.com
   **Tom Bienert:**    tbienert@bmkattorneys.com
23 **Gary Lincenberg:**    gsl@birdmarella.com
   **Ariel Neuman:**    aneuman@birdmarella.com
24 **KC Maxwell:**    kcm@kcmaxlaw.com
25 **David Wakukawa:** dsw@kcmaxlaw.com
   *Attorneys for the Defense*
26 *By: /s/   A. Jones*

2