# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

Pending before this Court is Defendant Padilla's Motion to Continue Trial and Dates for Compliance Per Scheduling Order (Doc. 628) to which Defendant Vaught has joined (Doc. 637). This motion was discussed and taken under advisement at the status conference on June 24, 2019. After consideration, the Court orders as follows:

IT IS ORDERED granting Defendant Padilla's Motion to Continue. The trial date of January 15, 2020 is vacated and trial is reset to May 5, 2020 at 9:00 a.m.

IT IS FURTHER ORDERED changing the following dates:

| | Current Date | New Date |
|---|---|---|
| Substantive Motions Deadline | July 15, 2019 | October 18, 2019 |
| Motions in Limine and Court Imposed Plea Offer Expiration | August 5, 2019 | January 10, 2020 |
| Jury Questionnaire and Screening for Length of Trial | August 13, 2019 | January 10, 2020 |

| | Current Date | New Date |
|---|---|---|
| Responses to Motions in Limine | August 18, 2019 | January 24, 2020 |
| Government's Disclosure of Final Exhibit and Witness List | September 7, 2019 | February 21, 2020 |
| Defendants' Final Exhibit and Witness List | September 16, 2019 | February 28, 2020 |
| Joint Voir Dire, Joint Statement of Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | September 9, 2019 | February 28, 2020 |
| Final Pretrial conference | September 23, 2019 | March 6, 2020 at 10:00 a.m. |

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from January 15, 2020 to May 5, 2020.

Dated this 1st day of July, 2019.

Honorable Susan M. Brnovich
United States District Judge