Paul Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorneys for Equality Now*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | NO. CR-18-422-PHX-SMB (BSB) |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| - v - | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Notice is hereby given that Erik Herron of Davis Polk & Wardwell LLP is withdrawing as counsel for Equality Now.  All other counsel for Equality Now remains the same.

Respectfully submitted this 13th day of September, 2019.

DAVIS POLK & WARDWELL LLP

By: /s/ Paul J. Nathanson
      Paul J. Nathanson (*pro hac vice*)
      Erik Herron (*pro hac vice*)
      Davis Polk & Wardwell LLP
      901 15th St. NW
      Washington, D.C. 20005
      (202) 962-7055
      paul.nathanson@davispolk.com
      *Attorneys for Equality Now*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF system, which will send a filing notification to all counsel of record.

By: /s/ Paul J. Nathanson
Paul J. Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorneys for Equality Now*