1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

10

United States of America,

No. CR-18-422-PHX-SMB

11

Plaintiff,

**ORDER**

12

v.

13

Michael Lacey, et al.,

14

Defendants.

15

16      Based on the United States' Unopposed Motion to Extend Deadline for Response

17   to Defendant John Brunst's Motion to Dismiss Indictment, and good cause appearing,

18      **IT IS HEREBY ORDERED** granting the United States' motion and extending the

19   deadline for it to respond to Defendant Brunst's Motion to Dismiss Indictment (Doc. 746)

20   to October 18, 2019.

21      **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is

22   found to commence from _____ through _____.

23      Dated this 11th day of October, 2019.

24

25

26   _____
     Honorable Susan M. Brnovich
     United States District Judge

27

28