EXHIBIT A

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

Information associated with the email address listed in Attachment A:
carl.ferrer@backpage.com

Case No.

16-305MB

## APPLICATION AND AFFIDAVIT FOR A SEARCH AND SEIZURE WARRANT

I, <u>Amy L. Fryberger</u>, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A.**

Located in the ___Northern___ District of _California_, there is now concealed (*identify the person or describe the property to be seized*):

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18:1952(a) & (b) | Interstate and Foreign or Transportation in Aid of Racketeering Enterprise |
| 18:1956(a)(1)(A)(i) & (h) | Promotional Money Laundering; Conspiracy to Commit Money Laundering |

The application is based on these facts:
**The Affidavit of FBI Special Agent Amy L. Fryberger is incorporated herein by reference.**
☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____
_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached

sheet.

Reviewed by AUSA <u>Kevin M. Rapp</u>
     AUSA <u>Christine D. Keller</u>
     AUSA <u>Robert I. Brooks</u>

_____
/ *Applicant's Signature*

<u>Amy L. Fryberger, FBI Special Agent</u>
*Applicant's printed name and title*

Date and time issued: _____

_____
*Judge's signature*

City and State: <u>Phoenix, Arizona</u>

<u>Honorable Michelle H. Burns</u>
<u>U.S. Magistrate Judge</u>
*Printed name and title*

# ATTACHMENT A
## DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to information associated with the following Google Mail account ending in @backpage.com: carl.ferrer@backpage.com, which is stored at premises owned, maintained, controlled, or operated by Google, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043, for the time period of October, 2010 to the present.

## ATTACHMENT B

## Particular Things to be Seized and Search Procedure

I.   **Information to be disclosed by Google, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc. ("Google"), Google is required to disclose the following information to the government the account or identifier listed in Attachment A:

    a.    The contents of all e-mails stored in the account, including copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

1

  d. All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code (U.S.C.) §§ 1952(a) (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises);1956(a)(1)(A)(i) (Promotional Money Laundering); and 1956(h) (Conspiracy to Commit Promotional Money Laundering) involving Backpage.com, including, for each account or identifier listed on Attachment A, information pertaining to the following matters from October, 2010 to the present:

  a. Any information related to Backpage.com matters.

  b. Any communications to, from, or concerning Backpage.com;

  c. Records relating to who created or used the account or identifiers, including records about their identities and whereabouts.

## III. Search Procedure

  a. In order to ensure that agents search only those computer accounts and/or files described in Attachment A, only employees of Google will conduct the initial search authorized by this warrant. This search will be conducted without the presence of a law enforcement officer. To further ensure that only those computer

2

accounts and/or files described in Attachment A are obtained pursuant to this warrant, the following procedures will be implemented:

   i. It is requested this Court authorize the search warrant be sent by facsimile or email to Google personnel who will be directed to isolate the account and files described in Attachment A. Google personnel are familiar with this procedure, as it is a normal practice for them to receive and "execute" search warrants in this manner. Since this warrant seeks to include the content of an email account, the actual search will be conducted by Google personnel only. Title 18, United States Code, Section 2703(g) expressly permits the service and execution of a search warrant without the presence of the law enforcement officer;

   ii. In order to minimize any disruption of computer service to innocent third parties, Google employees trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Attachment A, including an exact duplicate of all information stored in the computer accounts and fields described in Attachment A. Google employees will not use any independent discretion and will comply with the express terms of the search warrant;

   iii. Google employees will provide the duplicate in electronic form of the account and files described in Attachment A and all information stored in those accounts and files to the agent who serves this search warrant;

   iv. Upon receipt of such information from Google, law enforcement personnel **not involved in this investigation** will thereafter review the information and identify and copy the information contained in those accounts and files which

3

are authorized to be further seized and copied in Section II above. The personnel conducting this review will not seize and copy any emails to/from attorney Elizabeth McDougall, formerly of Perkins Coie LLP (.com) and now attorney for Brentwood, Inc. f/k/a Village Voice Media Holdings. She has and is currently acting as counsel to Backpage and such emails therefore may contain privileged information.