EXHIBIT C

AO 93 (Rev. 11/13) Search and Seizure Warrant



SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| In the Matter of the Search of | ) |
| --- | --- |
| | ) |
| Information associated with email accounts identified in Attachment A that is stored at premises controlled by the California Attorney General's Office | ) Case No. ) ) **2:17 - SW - 0 2 7 5   AC** ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _____May 2, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/18/17 9:40 am                        _____
                                                                                   *Judge's signature*

City and state:     Sacramento, California                    Allison Claire, U.S. Magistrate Judge
                                                                                   *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/18/2017   10:42am | Copy of warrant and inventory left with:<br>Special Agent Supervisor Reye Diaz |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   _____
Signature of Judge                                Date

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

# ATTACHMENT A
## Description of Property to be Searched

This warrant applies to information associated with the following email addresses for the time period of, 2010-2016:

    carl.ferrer@backpage.com,
    carl@backpage.com,
    ferrer.carl@gmail.com,
    andrew@backpage.com,
    joye@backpage.com,
    adam@backpage.com,
    abuse@backpage.com,
    jim.larkin@villagevoicemedia.com, and
    michael.lacey@villagevoicemedia.com,

that is stored at the California Attorney General's Office, located at 1300 I Street, Sacramento, California, 95814.

## ATTACHMENT B
### Items to be Searched and Seized

**I.     Items to be seized by the government**

All information, in whatever form it exists, that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code §§ 1952(a) (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises); 1956(a)(1)(A)(i) (Promotional Money Laundering); and 1956(h) (Conspiracy to Commit Money Laundering) involving Backpage.com, including, for each account, address, or identifier listed in Attachment A, information pertaining to the following matters:

    a.    Any information related to Backpage.com matters;

    b.    Any communications to, from, or concerning Backpage.com;

    c.    Records relating to who created, used, or communicated with the account or identifiers, including records about their identities and whereabouts.

**II.    Search Procedure**

    a.    Upon receipt of the items described in Attachment A, the Filter Team will review the documents for privilege or protection only and will disseminate non-privileged and non-protected documents to the Investigative Team. The Investigative Team will determine which documents constitute evidence of unlawful activity. Because the Filter Team will be properly walled off from the Investigative Team, it may review emails to and from Elizabeth McDougall or other Backpage attorneys to determine if they properly qualify for privilege or protections, in accordance with procedures set forth above. This will eliminate the risk that protected information from or to Ms. McDougall or other Backpage attorneys will reach the Investigative Team.