Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**DEFENDANT MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S MOTION FOR BILL OF PARTICULARS (Doc. No. 781)** |

　　　　Defendant Michael Lacey, by and through undersigned counsel, joins in Defendant Spear's Motion for Bill of Particulars (Doc. No. 781). Defendant Lacey agrees with the statements made in Spear's Motion for Bill of Particulars and adopts the positions set forth in the Motion as if fully set forth herein.

　　　　RESPECTFULLY SUBMITTED this 22nd day of October, 2019,

　　　　　　　　　　*/s/　　Paul J. Cambria, Jr.*
　　　　　　　　　　　LIPSITZ GREEN SCIME CAMBRIA LLP
　　　　　　　　　　　Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | On October 22, 2019, a PDF version of this document was filed with |
| 2 | Clerk of the Court using the CM/ECF |
| 3 | System for filing and for Transmittal Of a Notice of Electronic Filing to the |
| 4 | Following CM/ECF registrants: |
| 5 | |
| 6 | Kevin Rapp, kevin.rapp@usdoj.gov Reginald Jones, reginald.jones4@usdoj.gov |
| 7 | Peter Kozinets, peter.kozinets@usdoj.gov |
| 8 | John Kucera, john.kucera@usdoj.gov Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 9 | Patrick Reid, Patrick.Reid@usdoj.gov |
| 10 | Andrew Stone, andrew.stone@usdoj.gov Amanda Wick, Amanda.Wick@usdoj.gov |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |