1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4   PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
    ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5   JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
    Assistant U.S. Attorneys
6   40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
7   Telephone (602) 514-7500

8   BRIAN BENCZKOWSKI
    Assistant Attorney General
9   Criminal Division, U.S. Department of Justice

10  REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
    Senior Trial Attorney, U.S. Department of Justice
11  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
12  Washington, D.C. 20530
    Telephone (202) 616-2807
13  Attorneys for Plaintiff

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF ARIZONA

16

17  United States of America,                No. CR-18-422-PHX-SMB

18                    Plaintiff,             **UNITED STATES' UNOPPOSED
                                             MOTION TO EXTEND DEADLINE
19          v.                               FOR RESPONSES, AND
                                             DEFENDANTS' REPLIES, TO
20  Michael Lacey, et al.,                   DEFENDANTS' SUBSTANTIVE
                                             MOTIONS**
21                    Defendants.

22

23          The United States files this unopposed motion for an extension to file their responses

24  to Defendants' motions filed last Friday, October 18, 2019.   On the deadline to file

25  substantive motions, Defendants filed the following:

26          -      Defendant Lacey's Motion to Suppress (Doc. 775);

27          -      Defendants' Motion to Compel Production of *Brady* Material (Doc. 777);

28          -      Defendants' Motion to Suppress (Doc. 778);

1     -     Defendant Spear's Motion for Bill of Particulars (Doc. 781);

2     -     Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse Or,

3               in the Alternative, for Disclosure of Grand Jury Transcripts (Doc. 782);

4     -     Defendants' Motion to Dismiss Indictment Based On Section 230 of the

5               Communications Decency Act Or, Alternatively, As Void for Vagueness

6               (Doc. 783);

7     -     Defendant Vaught's Motion to Sever (Doc. 784);

8     -     Defendant Vaught's Motion to Strike Surplusage From the Indictment (Doc.

9               785); and

10     -     Defendant James Larkin's Motion to Suppress (Doc. 786).

The deadline for the government to respond to these nine separate motions is currently set for Friday, November 1, 2019.  LRCiv 7.2(c).  Given the volume of Defendants' motions (over 130 pages of briefing without including the attached exhibits), the evidentiary hearing on October 25, 2019, work travel schedules, and other case work that the government attorneys are responsible for, the government respectfully requests a three-week extension to file their responses.  This request would extend the deadline for the government to file responses from November 1, 2019 to November 22, 2019.  The government has spoken with defense counsel for each of the six Defendants and there are no objections.

Similarly, Defendants have requested an extension for their reply briefs.  Replies are due seven days after the responses are filed (LRCiv 7.2(d)), but because that would cause Defendants to file their replies the day after Thanksgiving, they have requested, and the government does not oppose, an extension until December 16, 2019.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

1    Respectfully submitted this 23rd day of October, 2019.

2

3                                          MICHAEL BAILEY
                                           United States Attorney
                                           District of Arizona
4
                                           *s/ Andrew C. Stone*
5                                          KEVIN M. RAPP
                                           MARGARET PERLMETER
6                                          PETER S. KOZINETS
                                           ANDREW C. STONE
7                                          Assistant U.S. Attorneys

8                                          JOHN J. KUCERA
                                           Special Assistant U.S. Attorney
9
                                           BRIAN BENCZKOWSKI
10                                         Assistant Attorney General
                                           U.S. Department of Justice
11                                         Criminal Division, U.S. Department of Justice

12                                         REGINALD E. JONES
                                           Senior Trial Attorney
13                                         U.S. Department of Justice, Criminal Division
                                           Child Exploitation and Obscenity Section
14

15

16

17

18

19                              **<u>CERTIFICATE OF SERVICE</u>**

20

21         I hereby certify that on October 23, 2019, I electronically transmitted the attached

22   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

23   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

24   as counsel of record.

25
     *s/ Angela Schuetta*
26   Angela Schuetta
     U.S. Attorney's Office
27

28

                                        - 3 -

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8             FOR THE DISTRICT OF ARIZONA
9
    United States of America,                        CR-18-422-PHX-SMB
10
                        Plaintiff,
11                                                         **ORDER**
            v.
12
13  Michael Lacey, et al.,
14                      Defendants.
15

16          Based on the United States' Unopposed Motion to Extend Deadline for Responses,

17  and Defendants' Replies, to Defendants' Substantive Motions, and good cause appearing,

18          **IT IS HEREBY ORDERED** granting the United States' motion and extending

19  the deadline for it to file responses to Defendants' substantive motions (docs. 775, 777,

20  778, 781, 782, 783, 784, 785, and 786) to November 22, 2019.

21          **IT IS FURTHER ORDERED** extending the deadline for Defendants to file their

22  replies in support of the same motions to December 16, 2019.

23          **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is

24  found to commence from _____ through _____.

25
26
27
28