Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **NOTICE OF ERRATA TO MOTION TO SUPPRESS, FILED OCTOBER 18, 2019 (Doc. 778)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Movant Michael Lacey, by and through his undersigned counsel, hereby files this Notice of Errata. On October 18, 2019, Michael Lacey filed, among other things, a *Motion to Suppress*. (Doc. 778.)  After submitting to the Court, undersigned counsel identified that the motion inadvertently did not include appropriate attachments for Exhibit E and Exhibit F.

Attached hereto as Exhibit 1 is Exhibit E to the *Motion to Suppress*.

Attached hereto as Exhibit 2 is Exhibit F to the *Motion to Suppress*.

DATED: November 11, 2019    Erin E. McCampbell
Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Erin E. McCampbell
      Erin E. McCampbell
      Paul J. Cambria, Jr.
      Attorneys for Michael Lacey

2

| | |
|---|---|
| 1 | |
| 2 | On November 11, 2019, a PDF version of this document was filed with |
| 3 | Clerk of the Court using the CM/ECF System for filing and for Transmittal |
| 4 | Of a Notice of Electronic Filing to the |
| 5 | Following CM/ECF registrants: |
| 6 | |
| 7 | Kevin Rapp, kevin.rapp@usdoj.gov<br>Reginald Jones, reginald.jones4@usdoj.gov |
| 8 | Peter Kozinets, peter.kozinets@usdoj.gov |
| 9 | John Kucera, john.kucera@usdoj.gov<br>Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 10 | Patrick Reid, Patrick.Reid@usdoj.gov |
| 11 | Andrew Stone, andrew.stone@usdoj.gov<br>Amanda Wick, Amanda.Wick@usdoj.gov |

# EXHIBIT 1

FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/05/2018

The following search warrants, issued by United States Magistrate Judge John Z. Boyle in the United States District Court for the District of Arizona on August 31, 2018, were executed as indicated below:

1. Search warrant for five (5) servers located at the Federal Bureau of Investigation's Evidence Control Room, 21711 N. 7th Street, Phoenix, Arizona, 85024, on September 4, 2018:

   a. Server S/N: GLF4ND2 - 1B(34);

   b. Server S/N: 1650N8N10100 - 1B(35);

   c. Server S/N: C8260FF22N20190 - 1B(36);

   d. Server S/N: 7Q32GK2 - 1B(37);

   e. Server S/N 4JJAAD2 - 1B(72).

2. Search warrant for the digital devices seized from Michael Lacey and James Larkin located at the Federal Bureau of Investigation's Evidence Control Room, 21711 N. 7th Street, Phoenix, Arizona, 85024, on September 4, 2018:

   <u>Michael Lacey from 3300 E. Stella Lane, Paradise Valley, Arizona</u>

   a. Microsoft Surface Laptop, Serial: 038796281653 - 1B(103);

   b. Dell All in One Computer, Serial: C2KR922 - 1B(104);

   c. Orange Nikon Coolpix, Serial: 31001848 - 1B(112);

   d. HP All in One Computer, Serial: 4CS413096G - 1B(129);

   e. One (1) DVD disk containing image set and examination report for Apple iPhone 356698088226734 imaged onsite - 1B(22).

   <u>Michael Lacey from 10647 North State Route 89A, Sedona, Arizona</u>

Investigation on 08/31/2018 at Phoenix, Arizona, United States (In Person, Email)

File # 50A-PX-9247052                                                Date drafted 09/04/2018

by TOLHURST DESIRAE K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

50A-PX-9247052

Continuation of FD-302 of (U) Search Warrants , On 08/31/2018 , Page 2 of 4

    a.    HP Laptop, Serial: 5CD75064KN - 1B(12);

    b.    HP Pavilion 20 All In One PC, Model: 20-b014, Serial: 3CR323056M - 1B(10);

James Larkin from 5555 North Casa Blanca Drive, Paradise Valley, Arizona

    a.    (3) DVDs - 1B(92);

    b.    Mac Laptop, Serial: W80087M98PW - 1B(91);

    c.    Apple Computer Monitor, Serial: C02550LEF2GC - 1B(87);

    d.    Apple Laptop, Model: A1398, Serial: C02J93XLDKQ4 - 1B(86);

    e.    Black My Passport Ultra hard drive, Serial: WXT1EA5AAZJT - 1B(85);

    f.    Seagate hard drive, Serial: NA0QBG56 - 1B(84);

    g.    White Apple Time Capsule, Serial, Serial: 6F9450KKACD - 1B(79);

    h.    Apple Laptop, Serial: C1MR82XDG942 - 1B(76);

    i.    Silver iPad Mini - 1B(75);

Devices from James Larkin

    a.    Apple Laptop, Model: A1466, Serial: C1MTD0B1H569 - 1B(28);

    b.    iPhone cellular phone Model: A1784, FCC ID: BCG-E3092A - 1B(27).

3. Search warrant for the following Backpage related account information stored at a premises owned, controlled, maintained, or operated by Datto, Inc., a company headquartered at 101 Merritt 7, Norwalk, Connecticut, 06851, on September 4, 2018 via email to scash@daypitney.com and satwardy@daypitney.com, attorneys for Datto, Inc.:

    a. joye@backpage.com

    b. joye@postfaster.com

    c. dan@backpage.com

    d. dan@websitetechnologies.com

    e. andrew@backpage.com

50A-PX-9247052

Continuation of FD-302 of (U) Search Warrants ,On 08/31/2018 , Page 3 of 4

    f. andrew@postfaster.com

    g. carl@postsol.com

    h. carl.ferrer@backpage.com

    i. carl@adtechbv.com

    j. michael@postsol.com

    k. michaelg@postsol.com

    l. michael@adtechbv.com

    m. michael@websitetechnologies.com

    n. stefanie@postsol.com

    o. stefaniep@websitetechnologies.com

    p. issa@backpage.com

    q. nathan@backpage.com

    r. tamara@backpage.com

    s. stefan@postsol.com

    t. stefan@websitetechnologies.com

    u. bailey@postsol.com

    v. ncmec@backpage.com

    w. omar@universads.nl

    x. omar@easypost123.com

    y. julia@guliettagroup.nl

    z. juliad@mobileposting.com

A copy of the aforementioned search warrants are attached and made a part hereto.

50A-PX-9247052

Continuation of FD-302 of (U) Search Warrants , On 08/31/2018 , Page 4 of 4

# EXHIBIT 2

## Erin McCampbell Paris

| | |
|---|---|
| **Sent:** | Friday, October 11, 2019 9:42 AM |
| **To:** | Kevin.Rapp@usdoj.com; Margaret.perlmeter@usdoj.gov; reginald.jones4@usdoj.gov; Peter.Kozinets@usdoj.gov; andrew.stone@usdoj.gov |
| **Cc:** | Paul Cambria |
| **Attachments:** | 9.5.18 FD 302 Form.pdf (180 KB) |

Hi Kevin,

I have attached an FD 302 form dated September 5, 2018 that references (at Point 3) a search warrant for email that was sought in the District of Arizona in connection with this case.  We do not have a copy of this search warrant or the search warrant application and neither does counsel for other defendants.  Please send us a copy of the search warrant and warrant application, or, if we already have it, please give us the Bates Numbers associated with those documents so we can locate them within the discovery.

Thank you.

Best wishes,

Erin



**Erin McCampbell Paris**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x323 | **FAX** 716 855 1580
email | profile | website | map | vCard

---

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.