# EXHIBIT 1

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/05/2018

The following search warrants, issued by United States Magistrate Judge John Z. Boyle in the United States District Court for the District of Arizona on August 31, 2018, were executed as indicated below:

1. Search warrant for five (5) servers located at the Federal Bureau of Investigation's Evidence Control Room, 21711 N. 7th Street, Phoenix, Arizona, 85024, on September 4, 2018:

    a.   Server S/N: GLF4ND2 - 1B(34);

    b.   Server S/N: 1650N8N10100 - 1B(35);

    c.   Server S/N: C8260FF22N20190 - 1B(36);

    d.   Server S/N: 7Q32GK2 - 1B(37);

    e.   Server S/N 4JJAAD2 - 1B(72).

2. Search warrant for the digital devices seized from Michael Lacey and James Larkin located at the Federal Bureau of Investigation's Evidence Control Room, 21711 N. 7th Street, Phoenix, Arizona, 85024, on September 4, 2018:

   <u>Michael Lacey from 3300 E. Stella Lane, Paradise Valley, Arizona</u>

    a.   Microsoft Surface Laptop, Serial: 038796281653 - 1B(103);

    b.   Dell All in One Computer, Serial: C2KR922 - 1B(104);

    c.   Orange Nikon Coolpix, Serial: 31001848 - 1B(112);

    d.   HP All in One Computer, Serial: 4CS413096G - 1B(129);

    e.   One (1) DVD disk containing image set and examination report for Apple iPhone 356698088226734 imaged onsite - 1B(22).

   <u>Michael Lacey from 10647 North State Route 89A, Sedona, Arizona</u>

Investigation on  08/31/2018  at  Phoenix, Arizona, United States (In Person, Email)

File #  50A-PX-9247052                                    Date drafted  09/04/2018

by  TOLHURST DESIRAE K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

50A-PX-9247052

Continuation of FD-302 of (U) Search Warrants , On 08/31/2018 , Page 2 of 4

    a.   HP Laptop, Serial: 5CD75064KN - 1B(12);

    b.   HP Pavilion 20 All In One PC, Model: 20-b014, Serial: 3CR323056M - 1B(10);

James Larkin from 5555 North Casa Blanca Drive, Paradise Valley, Arizona

    a.   (3) DVDs - 1B(92);

    b.   Mac Laptop, Serial: W80087M98PW - 1B(91);

    c.   Apple Computer Monitor, Serial: C02550LEF2GC - 1B(87);

    d.   Apple Laptop, Model: A1398, Serial: C02J93XLDKQ4 - 1B(86);

    e.   Black My Passport Ultra hard drive, Serial: WXT1EA5AAZJT - 1B(85);

    f.   Seagate hard drive, Serial: NA0QBG56 - 1B(84);

    g.   White Apple Time Capsule, Serial, Serial: 6F9450KKACD - 1B(79);

    h.   Apple Laptop, Serial: C1MR82XDG942 - 1B(76);

    i.   Silver iPad Mini - 1B(75);

Devices from James Larkin

    a.   Apple Laptop, Model: A1466, Serial: C1MTD0B1H569 - 1B(28);

    b.   iPhone cellular phone Model: A1784, FCC ID: BCG-E3092A - 1B(27).

3. Search warrant for the following Backpage related account information stored at a premises owned, controlled, maintained, or operated by Datto, Inc., a company headquartered at 101 Merritt 7, Norwalk, Connecticut, 06851, on September 4, 2018 via email to scash@daypitney.com and satwardy@daypitney.com, attorneys for Datto, Inc.:

    a. joye@backpage.com

    b. joye@postfaster.com

    c. dan@backpage.com

    d. dan@websitetechnologies.com

    e. andrew@backpage.com

FD-302a (Rev. 05-08-10)

50A-PX-9247052

Continuation of FD-302 of  (U) Search Warrants                                    , On  08/31/2018 , Page  3 of 4

    f. andrew@postfaster.com

    g. carl@postsol.com

    h. carl.ferrer@backpage.com

    i. carl@adtechbv.com

    j. michael@postsol.com

    k. michaelg@postsol.com

    l. michael@adtechbv.com

    m. michael@websitetechnologies.com

    n. stefanie@postsol.com

    o. stefaniep@websitetechnologies.com

    p. issa@backpage.com

    q. nathan@backpage.com

    r. tamara@backpage.com

    s. stefan@postsol.com

    t. stefan@websitetechnologies.com

    u. bailey@postsol.com

    v. ncmec@backpage.com

    w. omar@universads.nl

    x. omar@easypost123.com

    y. julia@guliettagroup.nl

    z. juliad@mobileposting.com

    A copy of the aforementioned search warrants are attached and made a part hereto.

FD-302a (Rev. 05-08-10)

50A-PX-9247052

Continuation of FD-302 of (U) Search Warrants , On 08/31/2018 , Page 4 of 4