# Exhibit A



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

October 29, 2019

| | | |
|---|---|---|
| Paul J. Cambria Jr., Esq.<br>Attorney at Law<br>Lipsitz Green Scime Cambria<br>42 Delaware Ave \| Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | David Eisenberg, Esq.<br>David Eisenberg, PLC<br>3550 N. Central Ave., Ste. 1550<br>Phoenix, AZ 85012<br>(attorney for Andrew Padilla) | Joy Bertrand, Esq.<br>PO Box 2734<br>Scottsdale, AZ 85252<br>(attorney for Joye Vaught) |
| Thomas H. Bienert, Jr., Esq.<br>Whitney Z. Bernstein, Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorneys for James Larkin) | Bruce Feder, Esq.<br>2930 East Camelback Road, Suite 160<br>Phoenix, Arizona 85016<br>(attorney for Scott Spear) | Ariel A. Neuman, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>(attorneys for Jed Brunst) |

**VIA EMAIL**

Re:     *Offer to Assist Tami Loehrs Access Hard Drive Data*

Dear Counsel:

I write to address a few things.

First, in response to Ariel's email from yesterday, the agents did not produce any reports of the February 20, 2019 phone call because they did not view it as an interview that needed to be memorialized. Rather, it was a conference call with attorneys, agents, and others, to facilitate the ESI discovery process. This meet and confer is contemplated by the ESI Protocol. In any event, we've asked the agents who participated in the call if they have any notes from the meeting and they do not.

Second, as requested by the government at the hearing, please produce the chat logs between Tami Loehrs and AccessData that Ms. Loehrs testified about on Friday. We make this request in accordance with Fed. R. Crim. P. 26.2. Please provide a copy of the chat logs no later

October 29, 2019
Page 2

than November 15, 2019.  If you do not intend to produce the chat logs, please let us know, so that we can promptly raise this issue with the Court.

<u>Third and lastly</u>, Ms. Loehrs testified on Friday that she was unable to access the information contained on the 56 hard drives.  We believe Mr. Frost could show Ms. Loehrs how to access the information and he is willing to travel to Loehrs Forensics to do so.  Please let us know when Ms. Loehrs is available.  Regardless of how the Court rules on this issue, all parties understand that Defendants need access to the information contained on the hard drives.  While it would have been constructive if Defendants had simply made this request before filing the motion to compel, which is typically how these issues are resolved, the government will make Mr. Frost available to show Ms. Loehrs how to access the information.

Once we have confirmed a time when Ms. Loehrs and Mr. Frost are both available, we can hammer out the remaining details.

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
United States Attorney

s/ *Andy Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney