# Exhibit B



November 5, 2019

<u>Via Email</u>
Andrew Stone
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Andrew.Stone@usdoj.gov

  Re: Response to AUSA Stone's October 29, 2019 Letter

Dear Andy:

  Thank you for your letter of October 29 relating to our motion to compel. I appreciate you providing the notes Ms. Tolhurst took during our February 20, 2019, telephone call relating to the servers. Pursuant to your request, I am providing with this letter a copy of the chat log for the communication that Tami Loehrs had with AccessData.

  We appreciate your offer to have Mr. Frost come to Phoenix from Pocatello to see if he can access the drives the government produced to the defense. Before Mr. Frost travels to Phoenix, however, we ask that he provide, in writing, information about the computer and operating system, and the forensic software and tools, he proposes to use to access the forensic images, along with the protocols he will use in doing so. If the protocol varies from drive to drive or server to server, please provide the protocol for each, identifying which protocol applies to which drives or server. In the event that information does not obviate the need for Mr. Frost to come to Phoenix, please let us know the dates Mr. Frost would be available during the week of November 18 and we'll come up with a date that will work for the defense and Ms. Loehrs.

  Finally, the defense raised its inability to access the hard drives produced by the government not later than August 5, 2019—more than a month before the hearing commenced on our motion to compel. *See* Doc. 717-1, Defendants' Reply in Support of Motion to Compel Discovery (Doc. 643), pp. 4, 7, 8-9 ("[t]he majority of the electronic data seized from Backpage.com and produced by the government does not meet minimum industry standards and is completely unusable in its current form. The issues . . . include[] . . . the integrity of the data produced;" "most of the data acquired by the government was not produced in an industry standard format and is not forensically sound;" "the government has not produced valid forensic images of the hard drives;" "[m]any of the forensic images produced by the government are incomplete, invalid and cannot be read by industry standard forensic tools"). Although we appreciate the offer for assistance, the offer did come nearly three months after the government knew the defense could not access the drives and after three days of testimony. Moreover, our inability to access the drives is just the threshold issue that must be addressed to even begin discussing the other problems raised by our motion. In other words, none of the issues raised in the Motion to Compel (Doc. 643) will be resolved even if Ms. Loehrs is able to access the drives. We want to be careful to not conflate the issue of whether the data on the imaged drives can be accessed with the real issues: the government's failure to preserve the Backpage computer systems in



*U.S. v. Lacey, et. al*, 18-CR-00422-SMB-PHX
Page 2

a functional format seriously degraded the ability to access data in the systems and the data produced is not in a reasonably usable form.

    We look forward to hearing from you.

                                    Very truly yours,

                                    Whitney Z. Bernstein

cc:    Paul J. Cambria, Jr.
        Bruce Feder
        Ariel Neuman
        Dave Eisenberg
        Joy Bertrand

| | |
|---|---|
| **From:** | Tami Loehrs <tl@LoehrsForensics.com> |
| **Sent:** | Monday, November 4, 2019 9:32 AM |
| **To:** | |
| **Subject:** | FW: Your chat transcript with support.accessdata.com (22 Oct 2019, 04:55 PM GMT) |

Tami Loehrs, EnCE, ACE, CHFI, CCFE | Forensics Expert



Loehrs Forensics | A Digital Forensics Company
1505 N. Central Ave, Suite 111 | Phoenix, AZ 85004
TUC 520.219.6807 | PHX 602.313.0976

LINKEDIN | FACEBOOK | WEBSITE

This message and any of the attached documents contain information from Loehrs Forensics, LLC. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you receive this email in error, please notify the sender by e-mail and then delete this.

**From:** noreply@zopim.com <noreply@zopim.com>
**Sent:** Tuesday, October 22, 2019 10:45 AM
**To:** Tami Loehrs <tl@LoehrsForensics.com>
**Subject:** Your chat transcript with support.accessdata.com (22 Oct 2019, 04:55 PM GMT)

# Chat Transcript with Tami

**Chat started on 22 Oct 2019, 04:55 PM (GMT+0)**

| | |
|---|---|
| (04:55:09) | *** Tami joined the chat *** |
| (04:55:09) | Tami: Is FTK Imager 3 able to successfully acquire a hard drive running FreeBSD with ZFS? |
| (05:03:05) | *** Herman joined the chat *** |
| (05:03:09) | Herman: Hi Tami, |
| (05:03:15) | Tami: Hi |
| (05:03:20) | Herman: sorry for the delay |

EvidHearing 10.25.19_000367

| | | |
|---|---|---|
| (05:03:27) | **Tami:** No worries | |
| (05:03:46) | **Herman:** ftk imager versions have not been validated to run on FreeBSD | |
| (05:03:59) | **Herman:** you could use the freebsd command set to generate an image | |
| (05:04:19) | **Tami:** what is that? | |
| (05:04:22) | **Herman:** according to this help article, the freebsd image format is acceptable | |
| (05:04:24) | **Herman:** https://support.accessdata.com/hc/en-us/articles/222778608-What-Image-Formats-Do-AccessData-Products-Support- | |
| (05:04:43) | **Herman:** freebsd should generate a ufd image | |
| (05:04:51) | **Herman:** i mean "ufs" | |
| (05:04:54) | **Tami:** Ok, thank you! | |
| (05:06:09) | **Herman:** i do not know the freebsd command for imaging | |
| (05:06:45) | **Herman:** my research shows it might be "mkimg" | |
| (05:06:58) | **Herman:** but please i encourage you to research on your own | |
| (05:07:23) | **Herman:** is there anything else i can help you with? | |
| (05:08:35) | **Tami:** nope, that's it, thanks! | |
| (05:08:41) | **Herman:** you're welcome | |
| (05:08:58) | **Herman:** i will close chat now. to close chat on your side, click "options" and end chat. have a great day | |
| (05:09:17) | *** Herman left the chat *** | |
| (05:44:54) | *** Tami left the chat *** | |

| | |
|---|---|
| **NAME** | Tami |
| **EMAIL** | tl@loehrsforensics.com |
| **PHONE** | — |
| **LOCATION** | Tucson, Arizona, United States |
| **URL** | https://support.accessdata.com/hc/en-us/articles/222778608-What-Image-Formats-Do-AccessData-Products-Support- |
| **DEPARTMENT** | — |
| **SERVED BY** | Herman |
| **RATING** | — |
| **COMMENT** | — |

Are you using Zendesk Chat yet? **Sign up free today**