MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO SUPPRESS (Doc. 827)** |

On December 23, 2019, Defendant Lacey filed a Motion to Suppress on behalf of all Defendants. (Doc. 827.) Due to holiday schedules, the United States respectfully requests an extension of time to file its Response from January 6 to January 21, 2020. The government has conferred with counsel for Defendants and there are no objections.

- 1 -

1  Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or
2  an order based thereon.
3
4  Respectfully submitted this 3rd day of January, 2020.
5
   MICHAEL BAILEY
   United States Attorney
6  District of Arizona
7  *s/ Margaret Perlmeter*
8  MARGARET PERLMETER
   KEVIN M. RAPP
9  PETER S. KOZINETS
   ANDREW C. STONE
10 Assistant U.S. Attorneys
11 JOHN J. KUCERA
   Special Assistant U.S. Attorney
12
13 BRIAN BENCZKOWSKI
   Assistant Attorney General
14 U.S. Department of Justice
   Criminal Division, U.S. Department of Justice
15
   REGINALD E. JONES
16 Senior Trial Attorney
   U.S. Department of Justice, Criminal Division
17 Child Exploitation and Obscenity Section
18
19
20
21
22
23
24
25
26
27
28

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on January 3, 2020, I electronically transmitted the attached
3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
4 Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance
5 as counsel of record.

6

7 *s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>        Defendants. | CR-18-422-PHX-SMB<br><br>**ORDER** |

Based on the United States' Unopposed Motion to Extend Time to File Its Response, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the response deadline for Defendants' Motion to Suppress (Doc. 827) to January 21, 2020.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.