1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE DISTRICT OF ARIZONA

9
United States of America,                    CR-18-422-PHX-SMB
10
                    Plaintiff,
11                                            **ORDER**
            v.
12
13   Michael Lacey, et al.,
14                    Defendants.
15

16          Based on the United States' Unopposed Motion to Extend Time to File Its

17   Response, and good cause appearing,

18          **IT IS HEREBY ORDERED** granting the United States' motion and extending

19   the response deadline for Defendants' Motion to Suppress (Doc. 827) to January 21,

20   2020.

21          **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is

22   found to commence from _____ through _____.

23
24
25
26
27
28