# EXHIBIT B

FD-597 (Rev. 4-13-2015)

Page 1 of 1

### UNITED STATES DEPARTMENT OF JUSTICE
#### FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID:  PX-9247052

On (date)  04/23/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name)  Whitney Bernstein

(Street Address)

(City)

Description of Item (s):  1) Western Digital hard drive containing images of server documents and emails 2) Seagate hard drive
S/N: 9VS1HZY5 containing image of Datto data.

Received By: _Whitney Bernstein_ (Signature)

Received From: _Deirdre K. Tolhurst_ (Signature)

Printed Name/Title: Whitney Bernstein

Printed Name/Title: Deirdre K. Tolhurst SA FBI

DOJ-BP0004895888