IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**ORDER** |

Having reviewed Defendants' Unopposed Motion to Extend Time for All Parties to file Motions in Limine from the Current Deadline of February 7, 2020, until February 28, 2020, the government's non-opposition to extending the deadline and good cause appearing,

**IT IS ORDERED** that The Motion to Extend Time for All Parties to File Motions in Limine from the Current Deadline of February 7, 2020 until February 28, 2020 is granted.

Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this motion or an order based thereon.

Dated this 5th day of February, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge