# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )  No. 18-cr-422-PHX-SMB |
| | ) |
| Plaintiff | )        **PROPOSED** |
| | )        **JUROR QUESTIONNAIRE** |
| | ) |
| | ) |
| v. | ) |
| | ) |
| Michael Lacey (1), James Larkin (2), | ) |
| Scott Spear (3), John "Jed" Brunst (4), | ) |
| Andrew Padilla (5), Joye Vaught (6). | ) |
| | ) |
| Defendants | ) |

## JUROR QUESTIONNAIRE

### INSTRUCTIONS

This questionnaire is designed to obtain information regarding your ability to serve as a fair and impartial juror in this case.  Answering these questions will substantially shorten the jury selection process and will avoid the necessity of asking each prospective juror every one of these questions in open court.  If there is any reason why you might not be able to give both sides and all parties a fair trial in this case, it is important that you say so.

The answers you give here will become part of the Court's public record and will be used by the judge and attorneys to assist in selecting a qualified jury.  Neither your identities nor your answers will be released to the general public or the media.  It is not our intention to invade anyone's privacy, but to help select the best possible jury for this case.  Therefore, if any question calls for a response that you wish to remain private, please mark such a question with an asterisk* and answer it on the separate page for private answers (page 25), which will be separated and sealed. If any follow-up is required, a private hearing with the judge and attorneys may be conducted to protect your privacy.

Please answer every question fully and completely.  If a question does not apply to you, please indicate that it is not applicable by writing "N/A," rather than leaving the question blank.  If you do not understand the question, please write "do not understand" in the space provided for the answer.

1                    Juror Number: _____

Please keep in mind that there are no right or wrong answers.  However, we require complete and truthful answers, so that both the prosecution and the defense will have a meaningful opportunity to select a fair and impartial jury.  If you need additional space or want to make further comments, please use the explanation sheet attached (page 22).  *DO NOT WRITE ON THE BACK OF ANY PAGE.*

Your answers must be printed, checked, or circled in blue or black ink.  Please write clearly so that your answers are easy to read.  After filling out the questionnaire, please review it to make sure you have answered all questions.  Please write your juror number at the bottom of each page in the space provided.

You are answering the questions in this questionnaire under oath as a prospective juror.  You have a legal obligation to tell the truth.  It is very important to the jury selection process that your answers be your own.  **Do not discuss the contents of this questionnaire or your answers with anyone, including your family, friends, coworkers, or other prospective jurors**.

You are also ordered that, FROM THIS TIME ON, YOU ARE NOT TO RESEARCH THIS CASE ON THE INTERNET, READ ANYTHING ABOUT THE CASE, DISCUSS THIS CASE WITH ANYONE ELSE, WATCH ANYTHING ABOUT THE CASE, OR LISTEN TO ANYTHING ABOUT THIS CASE OUTSIDE OF THE COURTROOM.  This Order will apply from now until the end of the trial and your service as a juror.

Please remember to write your Juror Number on each page and date and sign the Juror Oath at the end of the questionnaire.

Please return the questionnaire to the Jury Clerk or my chambers by no later than April 17, 2020, and you will be further instructed on the date you will return to Court.

Thank you for your cooperation.

_____
HONORABLE SUSAN M. BRNOVICH
United State District Judge

2                          Juror Number: _____

## PLEASE GIVE COMPLETE ANSWERS UNDER OATH

1.  Jury service is one of the highest duties and privileges of a citizen.  The participation of citizens like you is essential to the proper administration of justice.  <u>This trial will begin May 5, 2020, and is expected to last through July 31, 2020</u>.  Trial will take place each day from 9:00 A.M. to 4:30 P.M., Tuesday through Friday.  There will be a break for lunch, as well as a short mid-morning and mid-afternoon break.  There will be no trial on Mondays.  The Court recognizes that not everyone can serve on a case of this length.  However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you.  You must show that service in this case would cause an unacceptable amount of personal hardship for the court to consider excusing you.  Keep in mind that if you are unable to serve in this trial, you could be summoned for another trial later this year (city, state, or federal).

    Would the length of the trial create an undue hardship?  ☐ YES    ☐ NO

    If YES, which of the following applies to you: (Check all that apply.)

    a.  ☐ Financial hardship and not paid during jury duty
        ☐ Sole provider of income for household
        ☐ Self-employed and only paid if working
        ☐ Unemployed and actively looking for work
    b.  ☐ Paid vacation planned during the trial dates
        Dates from _____ to _____
        Destination: _____
        Have you purchased tickets?  ☐ YES    ☐ NO
    c.  ☐ Scheduled medical surgery or appointments during the trial dates that cannot be rescheduled
        Dates: _____
    d.  ☐ Am a student attending classes during the trial dates
        Dates/Times of classes: _____
    e.  ☐ Have dependent daytime child or elder care responsibility with no substitute
        Relationship: _____
        Ages of dependent: _____
    f.  ☐ Other Hardship
        Please explain in detail: _____
        _____

2.  Do you feel that you understand and can communicate in English well enough to fully perform your duties as a juror?  ☐ YES    ☐ NO
    If NO, please explain: _____
    _____

3.  Do you have any medical, mental or physical conditions (including any caused by medications) that would make it difficult for you to sit as a juror or that might interfere with your ability to concentrate, understand, and consider the evidence in this case?  ☐ YES    ☐ NO
        If YES, please explain: _____

3        Juror Number: _____

## BACKGROUND

4.      Last Name: _____        First Name: _____

        Middle Name: _____

5.      Gender: _____        Age: _____        Date of birth: _____

6.      Place of Birth: _____        Where did you grow up? _____

7.      Race/Ethnicity (check all that apply): [OPTIONAL]

        ☐ Caucasian          ☐ Hispanic/Latino        ☐ African American/Black
        ☐ Asian              ☐ South Asian (Indian Subcontinent)
        ☐ Native Hawaiian/Pacific Islander          ☐ Native American/Alaska Native
        ☐ Other (please specify) _____

8.      Residence: County: _____        City: _____

        Zip code: _____        Years there: _____        Years in Arizona: _____

## OCCUPATION/EMPLOYMENT

9.      Current employment status: (Check all that apply.)

        ☐ Employed full-time   ☐ Employed part-time   ☐ Retired   ☐ Homemaker   ☐ Student

        ☐ Disabled   ☐ Unemployed, looking for work   ☐ Unemployed, not looking for work

10.     What is your present:

        a.   Job Title:_____

        b.   Employer:_____

        c.   Years there:_____

        d.   Your duties_____

        e.   Are you a supervisor?  ☐ YES   ☐ NO

             If YES, how many people do you supervise? _____

11.     What other jobs have you held in the past?  (If you are unemployed, retired or disabled, list
        your prior occupations.)

        _____
        _____

4                                Juror Number: _____

12.    Have you or anyone close to you ever worked for a governmental or public agency?
☐ YES    ☐ NO
If YES:
Who: _____
Which agency(ies): _____
In what years? _____

13.    Have you, a family member, or your spouse/partner ever owned or run a business?
☐ YES    ☐ NO
If YES, please explain: _____
_____

14.    Have you or someone close to you ever worked for a company or person involved in, or accused of being involved in, illegal activity?   ☐ YES    ☐ NO
If YES, please explain: _____
_____

## **FAMILY**

15.    What is your marital status?

☐ Single and Never Married

☐ Currently Married and have been for _____ years

☐ Currently living with partner for _____ years

☐ Divorced, but married in the past        ☐ Separated

☐ Widowed/widower for _____ years

☐ Other _____

16.    Is your spouse/partner employed?   ☐ Yes   ☐ No
a.  If YES, what is his/her current employer and job title?_____
_____
b.  If NO, what was your spouse/partner's last job? _____
c.  What other kinds of jobs has your spouse/partner had?_____
_____

17.    List any adults who live in your home, including their relationship to you and their occupation:

Relationship: _____    Occupation: _____

Relationship: _____    Occupation: _____

Relationship: _____    Occupation: _____

5                        Juror Number: _____

18.   If you have children, stepchildren or foster children please state:

Gender          Live w/ you?          Age          Education          Occupation

_____

_____

_____


**EDUCATION AND TRAINING**

19.   What is your highest level of education completed? (check one)

☐ Less than high school (Grade: _____)      ☐ High school      ☐ Technical school
☐ Some college classes      ☐ 2-year Associate's degree      ☐ 4-year Bachelor's degree
☐ Master's degree      ☐ Doctoral degree
☐ Other (please explain): _____

a.   List any degrees, licenses, or certifications you have: _____
_____

b.   Are you currently attending school?  ☐ YES  ☐ NO      If YES, area of study?
_____

c.   Future educational goals, if any: _____

20.   Have you, a family member, or someone close to you ever studied, received training in, or been employed in, any of the following fields? (Answer for each.)

| | | | | |
|---|---|---|---|---|
| a. | Law, any legal field, or the courts | ☐ Self | ☐ Someone else | ☐ No |
| b. | Law enforcement or policing | ☐ Self | ☐ Someone else | ☐ No |
| c. | Criminal justice or administration of justice | ☐ Self | ☐ Someone else | ☐ No |
| d. | Medicine | ☐ Self | ☐ Someone else | ☐ No |
| e. | Mental health, psychology, or social work | ☐ Self | ☐ Someone else | ☐ No |
| f. | Women's studies and/or women's rights | ☐ Self | ☐ Someone else | ☐ No |
| g. | Victim's rights | ☐ Self | ☐ Someone else | ☐ No |
| h. | Sexual abuse and/or child exploitation | ☐ Self | ☐ Someone else | ☐ No |
| i. | Identifying and preventing prostitution | ☐ Self | ☐ Someone else | ☐ No |
| j. | Identifying and preventing sex trafficking | ☐ Self | ☐ Someone else | ☐ No |
| k. | Online social media, web site development/content, or Google analytics/search engine optimization | ☐ Self | ☐ Someone else | ☐ No |

6                          Juror Number: _____

l.  Advertising or marketing                          ☐ Self   ☐ Someone else   ☐ No

m.  Regulatory compliance                              ☐ Self   ☐ Someone else   ☐ No

n.  Ministry                                           ☐ Self   ☐ Someone else   ☐ No

o.  Banking or Accounting                              ☐ Self   ☐ Someone else   ☐ No

p.  Credit processing or payment platforms for         ☐ Self   ☐ Someone else   ☐ No
    cryptocurrencies (for example, GoCoin)

q.  Computer/Information technology                    ☐ Self   ☐ Someone else   ☐ No

If you checked SELF or SOMEONE ELSE to any, please describe:_____

_____

_____

_____

21.  Do you, any members of your family, or close friends have any experience using or investing in virtual currencies or cryptocurrencies, for example, Bitcoin, Bitcoin Cash (BTC), Litecoin, or Ethereum?  ☐ YES   ☐ NO
If YES, please explain: _____

_____

## MILITARY SERVICE

22.  Have you, a spouse, or family member ever served in the military/armed forces, including the Reserves, National Guard, or ROTC?  ☐ YES  ☐ NO
If YES:

| Who | Branch | Duties | Dates of Service | Combat (Y/N) | Place of Service |
|-----|--------|--------|------------------|--------------|------------------|
|     |        |        |                  |              |                  |
|     |        |        |                  |              |                  |
|     |        |        |                  |              |                  |

23.  Were you ever involved in any way with military law enforcement, non-judicial punishment, military investigation, court martial, or administrative board or hearings?  ☐ YES   ☐ NO
If YES, please explain:

_____

_____

7                                    Juror Number: _____

## PERSONAL

24. Please list all groups or organizations in which you participate or are a member. For example: civic, religious, professional, union, fraternal, educational, political, social justice, charity, neighborhood, or self-help groups, etc.: _____

_____

_____

25. Have you or someone close to you ever: (a) participated in a class or discussion group, (b) written a blog or reported, (c) watched a film or documentary, (d) read a book or saw information on a website or social media, or (e) heard or read news concerning any of the following:

    a. The #MeToo Movement?      ☐ YES      ☐ NO
    b. Prostitution?              ☐ YES      ☐ NO
    c. Sex trafficking?           ☐ YES      ☐ NO
    d. Human trafficking?         ☐ YES      ☐ NO
    e. Child exploitation?        ☐ YES      ☐ NO
       If YES to any, please explain:

       _____

       _____

       _____

26. What are your hobbies, major interests, recreational pastimes, and spare-time activities?

_____

_____

27. Do you have any strong feelings about tattoos or people who have tattoos? ☐ YES   ☐ NO
    If YES, please explain:

_____

_____

## NEWS, SOCIAL MEDIA, AND ELECTRONIC COMMUNICATIONS

28. From what sources do you generally get your news? (check all that apply):

    ☐ Online newspapers    ☐ Hard copy newspapers    ☐ Television    ☐ Radio
    ☐ Magazines            ☐ Internet                ☐ Social media  ☐ Twitter
    ☐ Friends & Family     ☐ I never follow the news
    ☐ Other source (please specify): _____

    a. Please list the name of the source(s) you've indicated above (for example, *The Arizona Republic/AzCentral*, *Phoenix New Times*, *New York Times*, *Washington Post*, *Village Voice*, *Daily News*, *Huffington Post*, *Frontline*, FOX, MSNBC, CNN, NPR, any radio talk shows, social media, particular websites or chat rooms, etc.):

       _____

8                          Juror Number: _____

_____

_____

29.  In general, how accurate do you think the reporting is:

a.  In the news media? (check one)

☐ Very accurate   ☐ Somewhat accurate   ☐ Somewhat inaccurate   ☐ Very inaccurate

b.  On social media? (check one)

☐ Very accurate   ☐ Somewhat accurate   ☐ Somewhat inaccurate   ☐ Very inaccurate

30.  What type of books do you like to read? _____

a.  Are you currently reading a book?  ☐ YES   ☐ NO

If YES, what are you reading? _____

31.  Have you ever followed any criminal case(s) in the media?  ☐ YES   ☐ NO

a.  If YES, which case(s)?_____

_____

b.  Why?_____

_____

c.  What opinion did you form about the criminal justice system as a result of the case(s)?

_____

32.  Do you watch television shows depicting law enforcement or the courts/judicial system (for example, *CSI*, *Law & Order*, *NCIS*, *America's Most Wanted*, *48 HOURS*, *Dateline*, *20/20*, *Forensic Files*, *Cold Case Files*, *American Justice*, or any crime documentary series, etc.)? ☐ YES   ☐ NO   If YES, which shows do you watch and how often? _____

_____

33.  What social media sites do you use? (Check all that apply)

☐ Facebook        ☐ Twitter       ☐ Instagram   ☐ Snapchat   ☐ TicToc

☐ LinkedIn        ☐ Pinterest    ☐ Reddit        ☐ Other: _____

a.  Do you blog or any use any social media/networking site to discuss political and/or social justice issues?  ☐ YES   ☐ NO

If YES, please explain: _____

_____

9                            Juror Number: _____

## PRIOR JUROR EXPERIENCE

34.    Have you served on a jury in the past?   ☐ YES   ☐ NO

|     | When | Where | Civil or Criminal? | Nature of Case (DUI, assault, personal injury, business dispute, contract, etc.) | Did the jury reach a verdict? If yes, what was the verdict? |
|-----|------|-------|-------------------|------------------------------------------------------------------------------|------------------------------------------------------------|
| 1.  |      |       |                   |                                                                              |                                                            |
| 2.  |      |       |                   |                                                                              |                                                            |
| 3.  |      |       |                   |                                                                              |                                                            |
| 4.  |      |       |                   |                                                                              |                                                            |
| 5.  |      |       |                   |                                                                              |                                                            |

If you ever served on a jury:

a.  Have you ever been the foreperson of a jury?

☐ YES, criminal case      ☐ YES, civil case      ☐ NO

b.  Do you feel that the justice system worked properly and fairly in each of those cases?

☐ YES      ☐ NO            Please explain: _____

_____

c.  Have you ever been on a jury in a criminal case that failed to reach a verdict?

☐ YES      ☐ NO

If YES and without indicating what your position was, were you in the majority or minority of the numeric split?
☐ Majority          ☐ Minority

How do you feel about that experience? _____

_____

35.    Have you ever served on a GRAND JURY?   ☐ YES      ☐ NO

a.  Were you a foreperson?   ☐ YES      ☐ NO

b.  If an indictment was issued, what were the charges?_____

_____

Juror Number: _____

3634018.1

## LAW ENFORCEMENT

36.     Have you or anyone close to you had training, experience, applied for employment, volunteered, or been employed by any law enforcement agency? ("Law Enforcement" includes the Police or Sheriff's Department, Highway Patrol, Military Police, District Attorney's Office, City Attorney's Office, Attorney General's Office, US Attorney's Office, Internal Revenue Service, Department of Corrections, Parole, Probation, FBI, DEA, US Postal Inspection Service, Department of Homeland Security, private security guard, etc.)   ☐ YES    ☐ NO
If YES, which agency and, if not you, what is the person's relationship to you?

_____

_____

37.     Do you have any strong feelings, whether positive or negative, regarding law enforcement?
☐ YES, POSITIVE        ☐ YES, NEGATIVE        ☐ NO
If YES, please explain: _____

_____

## THE CRIMINAL JUSTICE SYSTEM

38.     Have you or anyone close to you ever been **ARRESTED, CHARGED, CONVICTED** and/or **INCARCERATED** for a crime?
☐ YES, Arrested    ☐ YES, Charged    ☐ YES, Convicted    ☐ YES, Incarcerated    ☐ NO

a.  Who?_____

b.  What crime(s)?_____

c.  When? _____

d.  What Happened? _____

_____

e.  Was there a trial?   ☐ YES    ☐ NO

f.  How do you feel law enforcement handled the situation? _____

_____

g.  If the matter went to court, how do you feel about how the court process was conducted?

_____

_____

11                          Juror Number: _____

39.   Have you or anyone close to you ever been the **VICTIM** of a crime, or any violent act by someone, including domestic violence, child, elder or partner abuse, or sexual abuse (either as a child or an adult), regardless of whether it was reported to law enforcement authorities or not?  ☐ YES  ☐ NO

   a.  If YES, who?_____

   b.  What crime(s)?_____

   c.  When? _____

   d.  Was anyone caught?  ☐ YES    ☐ NO

   e.  Was there a trial?  ☐ YES    ☐ NO

   f.  If YES, did you attend the trial?  ☐ YES    ☐ NO

   g.  If reported, how do you feel about the response of law enforcement in that case? _____
   _____

   h.  If the matter went to court, how do you feel about how the court process was conducted? _
   _____
   _____

40.   Have you or anyone close to you ever been a **WITNESS** to a crime or any violent act, including domestic violence, regardless of whether it was reported to law enforcement authorities or not?
   ☐ YES    ☐ NO
   If YES, who? _____

   a.  What crime(s) or act(s)?_____

   b.  When?_____

   c.  Was anyone caught?  ☐ YES    ☐ NO    ☐ DON'T KNOW

   d.  Was there a trial?  ☐ YES    ☐ NO

   e.  If YES, did you attend the trial?  ☐ YES    ☐ NO

   f.  If reported, how do you feel about the response of law enforcement in that case? _____
   _____

   g.  If the matter went to court, how do you feel about how the court process was conducted?
   _____

41.   Have you, any member of your family, or close friend had any administrative problems with the United States government (for example, audited by the IRS; immigration proceedings; Social Security; defaulted on a government loan)?  ☐ YES    ☐ NO
   If YES, please explain the issue and how it resolved:_____
   _____

3634018.1

42.  Do you know any lawyers, judges, bailiffs, or court staff?  ☐ YES   ☐ NO
     If YES, who do you know, what position do they have, and what do they do?_____
     _____
     _____

43.  Have you or someone close to you ever been a Plaintiff, Defendant, or Witness in a court case?
     ☐ YES, Plaintiff        ☐ YES, Defendant        ☐ YES, Witness        ☐ NO
     If YES, please explain the type of case and what happened:_____
     _____

44.  Have you or someone you know ever testified in a court proceeding or deposition?
     ☐ YES   ☐ NO
     If YES, please explain the type of case and your (or their) role:_____
     _____

45.  Have you had any interaction with any prosecutors, county attorneys, the U.S. Attorney's
     Office, or the Department of Justice (including the family support unit or consumer affairs
     department)?  ☐ YES   ☐ NO   If YES, please explain:
     _____
     _____

46.  In general, what are your feelings about the criminal justice system?
     _____
     _____

47.  For each of the following, please rate how much you agree or disagree with each statement:
     a.  A defendant in a criminal trial should be required to prove his or her innocence.
         ☐ Agree Strongly  ☐ Agree Somewhat   ☐ Disagree Somewhat  ☐ Disagree Strongly
         Please explain: _____
         _____

     b.  I would expect a person charged with serious crimes to testify in their own defense.
         ☐ Agree Strongly  ☐ Agree Somewhat   ☐ Disagree Somewhat  ☐ Disagree Strongly
         Please explain: _____
         _____

     c.  The criminal justice system makes it too hard for the prosecutors to convict people accused
         of crimes.
         ☐ Agree Strongly  ☐ Agree Somewhat   ☐ Disagree Somewhat  ☐ Disagree Strongly
         Please explain: _____
         _____

13                        Juror Number: _____

48.    If you came to the conclusion that the prosecution had not proven a defendant guilty beyond a reasonable doubt, but most of the other jurors believed the defendant was guilty, would you change your mind because you were in the minority?

☐ YES    ☐ NO

Please explain: _____

_____


**<u>THE INTERNET</u>**

49.    In general, what are your feelings about the laws and regulations affecting the Internet, including the publishing of content posted by users of the websites?

_____

_____

50.    What are your feelings about whether websites (such as YouTube, Facebook, Twitter, Google, and Instagram, among others) should be responsible for the content posted by users of the websites?

_____

_____

51.    Have you or anyone you know ever seen, read, or heard about craigslist.org?

☐ YES    ☐ NO    <u>If YES</u>:

a.    Have you or anyone you know ever used the personals/dating sections of craiglist.org?

☐ YES    ☐ NO

If YES, please explain: _____

_____

b.    Have you or anyone you know ever used the "erotic services" section of craiglist.org?

☐ YES    ☐ NO

If YES, please explain: _____

_____

52.    Have you or anyone you know ever seen, read, or heard about Backpage.com?

☐ YES    ☐ NO    <u>If YES</u>:

a.    Have you or anyone you know ever used the personals/dating sections of Backpage.com?

☐ YES    ☐ NO

If YES, please explain: _____

_____

14                          Juror Number: _____

b.  Have you or anyone you know ever used the "adult" section of Backpage.com?
☐ YES    ☐ NO

If YES, please explain: _____

_____

53.  Have you or anyone you know ever seen, read, used or heard about an adult-oriented dating or connection service (for example, Tinder, Bumble, Hinge, Ship (getshipped), OkCupid, PlentyofFish, AdultFriendFinder, iHookup, AshleyMadison, What'sYourPrice?, NoStringsAttached, BeNaughty, GetItOn, MaritalAffair, Alt, Grindr, Pure, Match, 99Flavors)?
☐ YES    ☐ NO

If YES, please explain and identify which ones: _____

_____

## ADULT-ORIENTED ENTERTAINMENT

54.  In general, what are your feelings about the laws and regulations affecting the activities of people working in adult-oriented entertainment (for example, businesses providing exotic/nude dancers/strippers, phone sex, live web cams, adult magazines, adult films, dominatrixes, escorts, "Asian massages," legalized prostitution in rural Nevada Counties, etc.)?

_____

_____

55.  Do you have particularly strong feelings about, or have you or someone close to you ever been affected by, any adult-oriented entertainment activities (for example, businesses providing exotic/nude dancers/strippers, phone sex, live web cams, adult magazines, adult films, dominatrixes, escorts, "Asian massages," legalized prostitution in rural Nevada counties, etc.)?
☐ YES    ☐ NO

If YES, please explain: _____

_____

56.  In general, what are your feelings about the lawfulness of advertising adult-oriented entertainment services? _____

_____

57.  Do you have particularly strong feelings about, or have you or someone close to you ever been affected by, an escort or by being an escort?
☐ YES    ☐ NO

If YES, please explain: _____

_____

15                    Juror Number: _____

58.     In general, what are your feelings about the lawfulness of adult escort services? _____

_____

_____

59.     In general, what are your feelings about prostitution laws? _____

_____

_____

60.     Do you have particularly strong feelings about, or have you or someone close to you ever been
affected by, prostitution or the purchase or sale of a sex act for money?
☐ YES    ☐ NO

If YES, please explain: _____

_____

## STATEMENT OF THE CASE AND PRETRIAL PUBLICITY

Six individuals (Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught) ("Defendants") have been charged in a superseding indictment with various crimes allegedly arising from advertisements posted on a classified advertising website operated by Backpage.com, LLC.

Defendants have pleaded not guilty to all charges and are presumed innocent. The United States has the burden of proving an individual guilty beyond a reasonable doubt.

61.     Does the fact that the federal government has brought this case and charged the defendants
with various crimes lead you to believe that the defendants are probably guilty?
☐ YES    ☐ NO
If YES, please explain: _____

_____

62.     Have you seen or heard anything about this case, or the issues or people it involves, from any
source (for example, newspapers, magazines, websites or social media, television, radio
programs, personal knowledge, and/or word of mouth)?
☐ YES    ☐ NO
If YES, please describe what you have read or heard: _____

_____

a.  Approximate number of articles, reports or conversations: _____
b.  Approximate date(s) you heard or saw something: _____

16                      Juror Number: _____

3634018.1

c.  As a result of such information, publicity, or coverage, do you have any feelings, or have you formed any impressions, opinions or beliefs about the case, one way or the other?
☐ YES    ☐ NO
If YES, please explain: _____

_____

63.  The nature of some of the charges that have been brought in this case involve claims of facilitating business enterprises involved in prostitution and money laundering. Is there anything about these subjects that would make it difficult for you to be fair and impartial in this case?  ☐ YES   ☐ NO
If YES, please explain: _____

_____

64.  Will you be able to pay attention to the evidence, and deliberate with your fellow jurors on the evidence, knowing that the evidence will include, and the deliberations may require, discussion of adult-oriented entertainment activities and topics of a sexual nature (for example, businesses providing exotic/nude dancers/strippers, phone sex, live web cams, adult magazines, adult films, dominatrixes, escorts, "Asian massages," etc.), prostitution and sexual activities, vulgar language, and sexually provocative images?
☐ YES   ☐ NO   ☐ NOT SURE
If NO or NOT SURE, please explain: _____

_____

## WITNESSES

65.  Part of your role as a juror is to determine the facts of the case, including evaluating the credibility or believability of witnesses. Do you believe you can determine whether a person is credible or not?  ☐ YES   ☐ NO
Please explain: _____

_____

66.  Would you have any difficulty applying the same standards to evaluate the credibility of every witness regardless of who that witness is?  ☐ YES   ☐ NO   If YES, please explain:

_____

_____

67.  Would you prejudge a witness or the case, even in the slightest way, if one or more of the parties, attorneys, or witnesses comes from a particular national, racial or religious group, or has a lifestyle different than your own?
☐ YES   ☐ NO   Please explain:_____

_____

17                              Juror Number: _____

68.    Would you believe or disbelieve the testimony of someone working in law enforcement solely because he/she is in law enforcement? ☐ YES, Believe    ☐ YES, Disbelieve    ☐ NO
Please explain: _____

_____

69.    Would you believe or disbelieve the testimony of someone working in or with a governmental agency solely because he/she is in government? ☐ YES, Believe  ☐ YES, Disbelieve  ☐ NO
Please explain: _____

_____

## JURY INSTRUCTIONS

70.    If the Judge gives you an instruction on the law that differs from a belief or opinion you have, can you set aside your own belief or opinion, and follow the law as the Judge instructs?
☐ YES    ☐ NO    ☐ NOT SURE
If NO or NOT SURE, please explain: _____

_____

71.    A defendant in a criminal case is presumed to be innocent and has no burden to prove that he is not guilty. This presumption of innocence requires the Government to prove each element of a crime, special circumstance, or special allegation beyond a reasonable doubt.
    a.  Do you understand this principle of law?    ☐ YES    ☐ NO
    b.  Do you agree with this principle of law?    ☐ YES    ☐ NO
    c.  Will you follow this principle of law?    ☐ YES    ☐ NO
Please explain: _____

_____

72.    A defendant in a criminal case is not required to present any evidence to prove that he is not guilty. The burden of proof is placed on the prosecution, and the prosecution must prove its claims beyond a reasonable doubt.
    d.  Do you understand this principle of law?    ☐ YES    ☐ NO
    e.  Do you agree with this principle of law?    ☐ YES    ☐ NO
    f.  Will you follow this principle of law?    ☐ YES    ☐ NO
Please explain: _____

_____

73.    The government brought charges against six defendants. The defendants are being tried together because the government has charged that they acted together in committing various crimes. You are not to think of the defendants as a group and you must consider whether the prosecution has proved its claims beyond a reasonable doubt with respect to each defendant.
    g.  Do you understand this principle of law?    ☐ YES    ☐ NO
    h.  Do you agree with this principle of law?    ☐ YES    ☐ NO

    Juror Number: _____

    i.  Will you follow this principle of law?    ☐ YES   ☐ NO

Please explain: _____

_____

74.    A defendant has the constitutional right not to testify in a criminal trial and that decision cannot be held against the defendant in any way.
    a.  Do you understand this principle of law?    ☐ YES   ☐ NO
    b.  Do you agree with this principle of law?    ☐ YES   ☐ NO
    c.  Will you follow this principle of law?    ☐ YES   ☐ NO

Please explain: _____

_____

## CONCLUDING QUESTIONS

75.    Understanding that jury service is an honor as well as a duty, is there any reason why you would prefer not to serve as a juror in this case?  This could include any situation at home or on the job, issues in your life and/or stressful or anxiety-producing life events, such as divorce, health, abuse, bankruptcy, moving, etc.
☐ YES   ☐ NO

If YES, please explain:_____

_____

_____

76.    Are you willing to serve as a juror on this case?  ☐ YES   ☐ NO

Please explain: _____

_____

77.    As a result of answering this questionnaire, have you now formed an opinion about this case?
☐ YES   ☐ NO

Please explain: _____

_____

78.    Do you have any religious, philosophical, spiritual, or political views that may affect your service as a juror, or your ability to render a verdict in this case?  ☐ YES   ☐ NO

If YES, please explain: _____

_____

79.    Do you know anyone else who has been called to jury duty on the current case?
☐ YES   ☐ NO

If YES, please state the person(s)' name(s) and how you know him/her/them:

_____

_____

19          Juror Number: _____

80.     Is there any other information you feel the judge or attorneys should know about you, including any reason why either side (the government or the defendants) may not want you to serve as a juror in this case?

☐ YES     ☐ NO     If YES, please explain: _____

_____

_____

3634018.1

## **CAUTIONARY ADMONITION**

Our system of justice requires that trials be conducted in open court with the parties presenting evidence and the judge deciding the law that applies to the case. It would be unfair to the parties if you were to receive additional information from any other source because that information may be unreliable or irrelevant and the parties will not have had the opportunity to examine and respond to it. Your verdict must be based only on the evidence presented during trial in this court and the law as provided by the judge. **Do not talk about the case or about any of the people or any subject involved in the case with anyone, not even your family, friends, spiritual advisors, or therapists. Do not share information about the case in writing, by email, by telephone, on the Internet, or by any other means of communication. You must not talk about these things with other potential jurors either, until you begin deliberating. No tweeting, no Facebook, no social media of any kind regarding this case, the people, or the subjects involved.**

Do not read, listen to, or watch any news report or commentary about the case from any source.

Do not investigate the facts or the law or do any research regarding this case.

Do not speak to a prosecutor, defendant, witness, lawyer, or anyone associated with them. Do not listen to anyone who tries to talk to you about the case or about any of the people or subjects involved in it. If someone asks you about the case, tell him or her that you cannot discuss it. If that person keeps talking to you about the case, you must end the conversation. If you receive any information about this case from any source outside of the trial, even unintentionally, do not share that information with any other juror. If you do receive such information, or if anyone tries to influence you or any juror, you must immediately inform the court.

81.     Do you understand this Court Order? ☐ Yes     ☐ No
        a.  Do you promise that you will faithfully follow this instruction? ☐ Yes     ☐ No
        If NO, please explain: _____

        _____

21                      Juror Number: _____

## __EXPLANATION SHEET__

If you were unable to sufficiently answer any question in the spaces provided, please use this area to complete your answer. Please indicate the question number(s) from the questionnaire associated with any comment(s) you make below.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22                              Juror Number: _____

3634018.1

## <u>KNOWLEDGE OF PARTICIPANTS</u>

82.   For each of the following participants in the case, indicate whether you or someone close to you knows, recognizes, or have heard of them before today, by circling the name:

| | |
|---|---|
| The Honorable Susan Brnovich | Thomas Bienert, Jr. (Defense Attorney) |
| Court Staff and Bailiffs | Whitney Bernstein (Defense Attorney) |
| Michael Lacey (Defendant) | Joy Bertrand (Defense Attorney) |
| James Larkin (Defendant) | Paul Cambria (Defense Attorney) |
| Scott Spear (Defendant) | David Eisenberg (Defense Attorney) |
| John "Jed" Brunst (Defendant) | Bruce Feder (Defense Attorney) |
| Andrew Padilla (Defendant) | Gary Lincenberg (Defense Attorney) |
| Joye Vaught (Defendant) | Erin McCampbell Paris (Defense Attorney) |
| Daniel Boyle (Assistant U.S. Attorney) | Ariel Neuman (Defense Attorney) |
| Peter Kozinets (Assistant U.S. Attorney) | Gopi Panchapakesan (Defense Attorney) |
| John Kucera (Special Assistant U.S. Attorney) | |
| Reginald Jones (Senior Trial Attorney, DOJ) | |
| Margaret Perlmeter (Assistant U.S. Attorney) | |
| Kevin Rapp (Assistant U.S. Attorney) | |
| Richard Robinson (IRS Special Agent) | |
| Andrew Stone (Assistant U.S. Attorney) | |

If YES to any, please explain: _____

_____

_____

_____

_____

_____

Juror Number: _____

## POTENTIAL WITNESSES AND ENTITIES

83.    Please review this list of potential witnesses and entities and indicate if you know or recognize someone, by circling the name.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

If "yes" to any, please explain: _____

_____

_____

_____

_____

_____

_____

24                    Juror Number: _____

3634018.1

## <u>PRIVATE ANSWER SHEET</u>

If you wish to give a private answer to any very personal questions, please use this area to complete your answer.  Please indicate the question number(s) from the questionnaire associated with any comment(s) you make below. Your answer will be separated and sealed.  Juror Number required.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Note:  This page will be removed from the Questionnaire and sealed in the Court file as a confidential record.

25                          Juror Number: _____

3634018.1

## <u>VERIFICATION</u>

*"I DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS TO EACH QUESTION ARE TRUE, CORRECT, AND COMPLETE, AND THAT I HAVE NOT RECEIVED ANY ASSISTANCE FROM ANY OTHER PERSON IN COMPLETING THIS QUESTIONNAIRE."*

DATED: _____   Phoenix, Arizona

JUROR NUMBER: _____

_____        _____
  (Print Name)                                                    (Signature)

Note: This page will be removed from the Questionnaire and sealed in the Court file as a confidential record.

26                                    Juror Number: _____

3634018.1