Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br>vs.<br>Michael Lacey et al.,<br><br>   Defendants. | Case No. 2:18-CR-00422-SMB-2<br><br>**JAMES LARKIN'S JOINDER TO JOHN BRUNST'S RESPONSE TO FEBRUARY 11, 2020 ORDER RE GRAND JURY DISCLOSURE (Doc. 881)** |

James Larkin, through his undersigned counsel, joins in John Brunst's Response to February 11, 2020 Order Re Grand Jury Disclosure (Doc. 881). Mr. Larkin agrees with the statements made in Mr. Brunst's Response to February 11, 2020 Response to Order Re Grand Jury Disclosure and adopts the positions set forth in that Response as if fully set forth herein.

                                            Respectfully submitted,

Dated: February 13, 2020                    BIENERT | KATZMAN PC

                                            */s/ Thomas H. Bienert, Jr.*
                                            Thomas H. Bienert, Jr.
                                            Whitney Z. Bernstein
                                            *Attorneys for James Larkin*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas
