Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>            Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**DEFENDANT MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT BRUNST'S RESPONSE TO FEBRUARY 11, 2020 ORDER RE GRAND JURY DISCLOSURE (Doc. 881)** |

Defendant Michael Lacey, by and through undersigned counsel, joins in John Brunst's Response to February 11, 2020 Order Re Grand Jury Disclosure (Doc. 881). Mr. Lacey agrees with the statements made in Mr. Brunst's Response to February 11, 2020 Order Re Grand Jury Disclosure and adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 14th day of February, 2020,

/s/   *Paul J. Cambria, Jr.*
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacey

On February 14, 2020, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov