MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Michael Lacey, et al., <br><br> Defendants. | No. CR-18-422-PHX-SMB <br><br> **UNITED STATES' NOTICE OF INTENT TO OFFER BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |

Pursuant to Federal Rule of Evidence 902(11), the United States notices its intent to use written certifications of business records in lieu of live testimony by record custodians at trial. Attached as Exhibit A is a table that contains a list of certifications identified by subpoena number, financial institution, Bates number, and BEGDOC, which is used to locate the document in Relativity. These financial institution certifications have all been previously disclosed to Defendants. In the interest of efficiency, the identified

certifications will be used in lieu of live testimony.

These certifications will also serve as the basis for a proposed stipulation to the admission of the certified bank records or a motion for a pretrial ruling by this Court pursuant to Federal Rule of Evidence 104(a), (b).

Respectfully submitted this 14th day of February, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Andrew C. Stone*_____
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Andrew C. Stone*
U.S. Attorney's Office

# EXHIBIT A

**Attachment to Notice of Intent to Offer Records Pursuant to Fed. R. Evid. 902(11)**

| Subpoena # | Financial Institution | Certification(s) BEGDOC | Range of Records PRODUCTION BEGATT | PRODUCTION ENDATT |
|---|---|---|---|---|
| 16-04-211 & 16-04-212 | Arizona Bank & Trust | DOJ-BP-0004903627 | DOJ-BP-0004903014 | DOJ-BP-0004907979 |
| | | DOJ-BP-0004903628 | | |
| 16-04-231 & 16-04-232 | ING Financial | DOJ-BP-0004907980 | DOJ-BP-0004907980 | DOJ-BP-0004907980 |
| 16-04-259 | BitFinex.com | DOJ-BP-0004907981 | DOJ-BP-0004907981 | DOJ-BP-0004907984 |
| 16-04-260 & 16-04-261 | BitFury.com; | DOJ-BP-0004907986 | DOJ-BP-0004907985 | DOJ-BP-0004907988 |
| 16-04-262 | Bitgo.com | DOJ-BP-0004907989 | DOJ-BP-0004907989 | DOJ-BP-0004907991 |
| 16-04-264 & 16-04-265 | Bitpay.com | DOJ-BP-0004907997 | DOJ-BP-0004907992 | DOJ-BP-0004908016 |
| 16-04-266 & 16-04-267 | BitStamp.com | DOJ-BP-0004908032 | DOJ-BP-0004908017 | DOJ-BP-0004908034 |
| | | DOJ-BP-0004908033 | | |
| 16-04-268 & 16-04-269 | Circle.com | DOJ-BP-0004908035 | DOJ-BP-0004908035 | DOJ-BP-0004908094 |
| | | DOJ-BP-0004908086 | | |
| 16-04-270 & 16-04-271 | Coinbase, Inc. | DOJ-BP-0004908099 | DOJ-BP-0004908095 | DOJ-BP-0004908101 |
| 16-04-272 & 16-04-273 | CoinX.com | DOJ-BP-0004908102 | DOJ-BP-0004908102 | DOJ-BP-0004908102 |
| 16-04-274 & 16-04-275 | Kraken | DOJ-BP-0004908182 | DOJ-BP-0004908103 | DOJ-BP-0004908193 |
| 16-04-276 & 16-04-277 | NetKi.com | DOJ-BP-0004908194 | DOJ-BP-0004908194 | DOJ-BP-0004908197 |
| 16-04-278 & 16-04-279 | PAXFUL | DOJ-BP-0004908286 | DOJ-BP-0004908198 | DOJ-BP-0004908340 |
| 16-04-280 & 16-04-281 | Ripple.com | DOJ-BP-0004908341 | DOJ-BP-0004908341 | DOJ-BP-0004908341 |
| 16-04-282 & 16-04-283 | Wall of Coins / Genitrust Inc. | DOJ-BP-0004908407 | DOJ-BP-0004908343 | DOJ-BP-0004910139 |
| | | DOJ-BP-0004908405 | | |
| 16-04-284 & 16-04-285 | Xapo.com | DOJ-BP-0004910140 | DOJ-BP-0004910140 | DOJ-BP-0004910143 |

| 16-04-286 | Enom.com | DOJ-BP-0004910144 | DOJ-BP-0004910144 | DOJ-BP-0004910162 |
|---|---|---|---|---|
| 16-04-287 | Namecheap.com | DOJ-BP-0004910163 | DOJ-BP-0004910163 | DOJ-BP-0004910199 |
| 16-04-297 | Charles Schwab & Co. | DOJ-BP-0004910201 | DOJ-BP-0004910200 | DOJ-BP-0004920393 |
| | | DOJ-BP-0004910202 | | |
| 16-04-296 | Charles Schwab Bank | DOJ-BP-0004920394 | DOJ-BP-0004920394 | DOJ-BP-0004920911 |
| | | DOJ-BP-0004920395 | | |
| 16-04-337 | GoCoin | DOJ-BP-0004920958 | DOJ-BP-0004920912 | DOJ-BP-0004920963 |
| | | DOJ-BP-0004920963 | | |
| 16-04-382 | Dubuque Bank & Trust | DOJ-BP-0004920965 | DOJ-BP-0004920964 | DOJ-BP-0004920972 |
| 16-04-383 | Inwood Bank | DOJ-BP-0004920973 | DOJ-BP-0004920973 | DOJ-BP-0004921130 |
| 16-04-384 | Veritex | DOJ-BP-0004921181 | DOJ-BP-0004921131 | DOJ-BP-0004921443 |
| 16-04-489 | ASCIO | DOJ-BP-0004902895 | DOJ-BP-0004902872 | DOJ-BP-0004903013 |
| | | DOJ-BP-0004902896 | | |
| 17-04-113 | AB Investor Services | DOJ-BP-0004921628 | DOJ-BP-0004921444 | DOJ-BP-0004922497 |
| 17-04-114 | ADM Investor Services | DOJ-BP-0004922498 | DOJ-BP-0004922498 | DOJ-BP-0004922669 |
| 17-04-115 | Ally Bank | DOJ-BP-0004922670 | DOJ-BP-0004922670 | DOJ-BP-0004923089 |
| 17-04-117 | American Funds Distributors | DOJ-BP-0004923094 | DOJ-BP-0004923090 | DOJ-BP-0004923097 |
| 17-04-118 | APEX Clearing | DOJ-BP-0004923098 | DOJ-BP-0004923098 | DOJ-BP-0004923205 |
| 17-04-119 | AXA Advisors | DOJ-BP-0004923210 | DOJ-BP-0004923206 | DOJ-BP-0004923214 |
| 17-04-120 | Bank of New York Mellon | DOJ-BP-0004923215 | DOJ-BP-0004923215 | DOJ-BP-0004923226 |
| 17-04-121 | Bank of the West | DOJ-BP-0004923227 | DOJ-BP-0004923227 | DOJ-BP-0004923238 |
| 17-04-122 | Barclays Bank Delaware | DOJ-BP-0004923239 | DOJ-BP-0004923239 | DOJ-BP-0004924177 |
| 17-04-123 | BB&T | DOJ-BP-0004924186 | DOJ-BP-0004924178 | DOJ-BP-0004924633 |
| 17-04-141 | JetPay Corp. | DOJ-BP-0004930058 | DOJ-BP-0004924634 | DOJ-BP-0004930261 |
| 17-04-143 | BB&T | DOJ-BP-0004930262 | DOJ-BP-0004930262 | DOJ-BP-0004930263 |

| | | | | |
|---|---|---|---|---|
| 17-04-144 | Capital Brokerage (Genworth Life) | DOJ-BP-0004930264 | DOJ-BP-0004930264 | DOJ-BP-0004930415 |
| 17-04-145 | Cetera Advisor | DOJ-BP-0004930416 | DOJ-BP-0004930416 | DOJ-BP-0004930537 |
| 17-04-146 | CitiGroup, Inc. | DOJ-BP-0004930540 | DOJ-BP-0004930538 | DOJ-BP-0004930782 |
| | | DOJ-BP-0004930543 | | |
| 17-04-147 | Colonial Savings | DOJ-BP-0004931210 | DOJ-BP-0004930783 | DOJ-BP-0004931220 |
| 17-04-148 | ComputerShare | DOJ-BP-0004931221 | DOJ-BP-0004931221 | DOJ-BP-0004931244 |
| 17-04-149 | CreditOne Bank | DOJ-BP-0004931245 | DOJ-BP-0004931245 | DOJ-BP-0004931326 |
| 17-04-150 | Credit Union of TX | DOJ-BP-0004931327 | DOJ-BP-0004931327 | DOJ-BP-0004931517 |
| | | DOJ-BP-0004931517 | | |
| 17-04-151 | De Lage Landen | DOJ-BP-0004931518 | DOJ-BP-0004931518 | DOJ-BP-0004931530 |
| 17-04-152 | Desert Schools FCU | DOJ-BP-0004931646 | DOJ-BP-0004931531 | DOJ-BP-0004931648 |
| 17-04-153 | Dividend Capital | DOJ-BP-0004931649 | DOJ-BP-0004931649 | DOJ-BP-0004931684 |
| 17-04-154 & 17-04-155 | Fidelity | DOJ-BP-0004931732 | DOJ-BP-0004931685 | DOJ-BP-0004931875 |
| | | DOJ-BP-0004931862 | | |
| | | DOJ-BP-0004931872 | | |
| 17-04-156 | GreenDot Corp. | DOJ-BP-0004931876 | DOJ-BP-0004931876 | DOJ-BP-0004931891 |
| 17-04-157 | Jackson National | DOJ-BP-0004931967 | DOJ-BP-0004931892 | DOJ-BP-0004931974 |
| | | DOJ-BP-0004931974 | | |
| 17-04-158 | LegacyTexas Bank | DOJ-BP-0004932479 | DOJ-BP-0004931975 | DOJ-BP-0004932489 |
| 17-04-159 | Liberty Life Assurance | DOJ-BP-0004932507 | DOJ-BP-0004932490 | DOJ-BP-0004932517 |
| | | DOJ-BP-0004932508 | | |
| 17-04-161 | Meridian Bank | DOJ-BP-0004932655 | DOJ-BP-0004932655 | DOJ-BP-0004932657 |
| 17-04-239 | Merrick Bank | DOJ-BP-0004932658 | DOJ-BP-0004932658 | DOJ-BP-0004932841 |
| 17-04-243 | Motif | DOJ-BP-0004932842 | DOJ-BP-0004932842 | DOJ-BP-0004933244 |
| 17-04-244 | New York Community Bank | DOJ-BP-0004933245 | DOJ-BP-0004933245 | DOJ-BP-0004933250 |

| | | | | |
|---|---|---|---|---|
| 17-04-246 | Northern Trust Company | DOJ-BP-0004933251 | DOJ-BP-0004933251 | DOJ-BP-0004933827 |
| 17-04-248 | SEI Private Trust Co. | DOJ-BP-0004933828 | DOJ-BP-0004933828 | DOJ-BP-0004933830 |
| 17-04-250 | Pennsylvania State Employees | DOJ-BP-0004933831 | DOJ-BP-0004933831 | DOJ-BP-0004933832 |
| 17-04-251 | Scottrade, Inc. | DOJ-BP-0004933834 | DOJ-BP-0004933833 | DOJ-BP-0004933835 |
| 17-04-252 | SIA Securities Corp. | DOJ-BP-0004933836 | DOJ-BP-0004933836 | DOJ-BP-0004933843 |
| 17-04-253 | Sanford C. Bernstein & Co. | DOJ-BP-0004934028 | DOJ-BP-0004933844 | DOJ-BP-0004934899 |
| | | DOJ-BP-0004934043 | | |
| 17-04-256 | BDO USA, LLP | DOJ-BP-0004934900 | DOJ-BP-0004934900 | DOJ-BP-0004949545 |
| | | DOJ-BP-0004934902 | | |
| | | DOJ-BP-0004949545 | | |
| 17-04-313 | BMO Harris Bank | DOJ-BP-0004951579 | DOJ-BP-0004949546 | DOJ-BP-0004951579 |
| S 5 10592 | BMO Harris Bank, NA | DOJ-BP-0004954766 | DOJ-BP-0004951580 | DOJ-BP-0004954769 |
| S 5 10629 | Branch Banking and Trust Co | DOJ-BP-0005017224 | DOJ-BP-0005015025 | DOJ-BP-0005017227 |
| S 5 10630 | U.S. Bank National Association | DOJ-BP-0005023981 | DOJ-BP-0005017228 | DOJ-BP-0005023983 |
| S 5 10941 | Greenbank | DOJ-BP-0005024446 | DOJ-BP-0005023984 | DOJ-BP-0005024718 |
| | | DOJ-BP-0005024452 | | |
| S 5 10943 | Western Union | DOJ-BP-0005024742 | DOJ-BP-0005024719 | DOJ-BP-0005024743 |
| S 5 10944 | HSBC | DOJ-BP-0005028188 | DOJ-BP-0005024744 | DOJ-BP-0005028189 |
| | | DOJ-BP-0005028189 | | |
| S 5 10945 | Bank of America | DOJ-BP-0005030847 | DOJ-BP-0005028190 | DOJ-BP-0005031007 |
| S 5 14196 | Bank of America | DOJ-BP-0005031008 | DOJ-BP-0005031008 | DOJ-BP-0005033176 |
| | | DOJ-BP-0005031034 | | |
| S 5 14202 | Bank of America | DOJ-BP-0005033299 | DOJ-BP-0005033177 | DOJ-BP-0005033568 |
| | | DOJ-BP-0005033323 | | |

| | | | | |
|---|---|---|---|---|
| | | DOJ-BP-0005033546 | | |
| | | DOJ-BP-0005033566 | | |
| S 5 14203 | National Bank of Arizona | DOJ-BP-0005036114 | DOJ-BP-0005033569 | DOJ-BP-0005036121 |
| | | DOJ-BP-0005036115 | | |
| | | DOJ-BP-0005036116 | | |
| | | DOJ-BP-0005036117 | | |
| R 18 00034 | Prosperity Bank | DOJ-BP-0005040379 | DOJ-BP-0005036122 | DOJ-BP-0005040379 |
| R 18 00038 | Republic Bank of Arizona | DOJ-BP-0005040428 | DOJ-BP-0005040380 | DOJ-BP-0005040431 |
| | | DOJ-BP-0005040431 | | |
| R 18 00039 | Green Bank | DOJ-BP-0005040503 | DOJ-BP-0005040432 | DOJ-BP-0005040509 |
| R 18 03723 | Bank of America | DOJ-BP-0005043421 | DOJ-BP-0005043421 | DOJ-BP-0005043440 |
| R 18 03727 | Standard Charter Bank | DOJ-BP-0005043470 | DOJ-BP-0005043441 | DOJ-BP-0005043470 |
| R 18 04310 | Aquila Distributions LLC | DOJ-BP-0005043471 | DOJ-BP-0005043471 | DOJ-BP-0005043494 |
| R 18 04312 | Ascensus Broker Dealer Service, Inc. | DOJ-BP-0005043563 | DOJ-BP-0005043495 | DOJ-BP-0005043565 |
| R 18 04314 | Black Creek Capital Markets, LLC | DOJ-BP-0005043624 | DOJ-BP-0005043566 | DOJ-BP-0005043639 |
| R 18 04315 | Fidelity Investments | DOJ-BP-0005043648 | DOJ-BP-0005043640 | DOJ-BP-0005043651 |
| R 18 04316 | First Fidelity Bank | DOJ-BP-0005043686 | DOJ-BP-0005043652 | DOJ-BP-0005043691 |
| R 18 04317 | Midfirst Bank | DOJ-BP-0005043747 | DOJ-BP-0005043692 | DOJ-BP-0005044236 |
| | | DOJ-BP-0005044073 | | |
| R 18 04318 | PlainsCapital Bank | DOJ-BP-0005044427 | DOJ-BP-0005044237 | DOJ-BP-0005044429 |
| R 18 04319 | Compass Bank | DOJ-BP-0005044430 | DOJ-BP-0005044430 | DOJ-BP-0005044474 |
| | | DOJ-BP-0005044451 | | |
| R 18 04468 | Excel Title Group | DOJ-BP-0005044475 | DOJ-BP-0005044475 | DOJ-BP-0005045128 |
| R 18 04469 | Bank of America | DOJ-BP-0005045130 | DOJ-BP-0005045129 | DOJ-BP-0005045187 |

| | | | | |
|---|---|---|---|---|
| R 18 04792 | Bank of America | DOJ-BP-0005045419 | DOJ-BP-0005045188 | DOJ-BP-0005045538 |
| R 18 04793 | Comerica Bank | DOJ-BP-0005045539 | DOJ-BP-0005045539 | DOJ-BP-0005045541 |
| R 18 04795 | Live Oak Bank | DOJ-BP-0005045586 | DOJ-BP-0005045542 | DOJ-BP-0005045699 |
| R 18 04796 | National Bank of Arizona | DOJ-BP-0005045700 | DOJ-BP-0005045700 | DOJ-BP-0005046500 |
| | | DOJ-BP-0005045702 | | |
| | | DOJ-BP-0005045703 | | |
| | | DOJ-BP-0005045998 | | |
| | | DOJ-BP-0005045999 | | |
| R 18 04797 | Pershing | DOJ-BP-0005046508 | DOJ-BP-0005046501 | DOJ-BP-0005046773 |
| R 18 04801 | Ally Bank/Ally Financial | DOJ-BP-0005046774 | DOJ-BP-0005046774 | DOJ-BP-0005046973 |
| | | DOJ-BP-0005046825 | | |
| R 18 04804 | National Bank of Arizona | DOJ-BP-0005046974 | DOJ-BP-0005046974 | DOJ-BP-0005047535 |
| | | DOJ-BP-0005046983 | | |
| | | DOJ-BP-0005047278 | | |
| R 18 04808 | Charles Schwab & Co., Inc | DOJ-BP-0005047678 | DOJ-BP-0005047536 | DOJ-BP-0005047680 |
| R 18 04878 | Plains Capital Bank | DOJ-BP-0005047871 | DOJ-BP-0005047681 | DOJ-BP-0005047873 |
| R 18 05022 | SF Fire | DOJ-BP-0005047912 | DOJ-BP-0005047874 | DOJ-BP-0005048107 |
| | | DOJ-BP-0005047914 | | |
| R 18 05108 | BitPay | DOJ-BP-0005048110 | DOJ-BP-0005048108 | DOJ-BP-0005048110 |
| R 18 05109 | Bitstamp | DOJ-BP-0005048113 | DOJ-BP-0005048111 | DOJ-BP-0005048134 |
| | | DOJ-BP-0005048114 | | |
| R 18 05111 | Coinbase, Inc | DOJ-BP-0005048136 | DOJ-BP-0005048135 | DOJ-BP-0005048141 |
| R 18 05112 | GoCoin | DOJ-BP-0005048191 | DOJ-BP-0005048142 | DOJ-BP-0005048297 |
| R 18 05113 | The Kraken LLC | DOJ-BP-0005048298 | DOJ-BP-0005048298 | DOJ-BP-0005048301 |
| R 18 05130 | First FS&L of San Rafael | DOJ-BP-0005048452 | DOJ-BP-0005048302 | DOJ-BP-0005048453 |

| | | | | |
|---|---|---|---|---|
| R 18 05133 | Green Bank N.A. | DOJ-BP-0005048509 | DOJ-BP-0005048454 | DOJ-BP-0005048511 |
| R 18 05187 | JP Morgan Chase | DOJ-BP-0005048512 | DOJ-BP-0005048512 | DOJ-BP-0005048512 |
| R 18 05335 | Northern Trust | DOJ-BP-0005049089 | DOJ-BP-0005048513 | DOJ-BP-0005049089 |
| R 18 05336 | TD Ameritrade | DOJ-BP-0005049324 | DOJ-BP-0005049090 | DOJ-BP-0005049568 |
| | | DOJ-BP-0005049327 | | |
| | | DOJ-BP-0005049568 | | |
| R 18 05424 | Ally Bank/Ally Financial | DOJ-BP-0005049569 | DOJ-BP-0005049569 | DOJ-BP-0005049573 |
| R 18 05425 | Ally Bank/Ally Financial | DOJ-BP-0005049574 | DOJ-BP-0005049574 | DOJ-BP-0005049578 |
| R 18 05426 | AllianceBernstein | DOJ-BP-0005049579 | DOJ-BP-0005049579 | DOJ-BP-0005051454 |
| R 18 05427 | Perkins Coie Trust Company | DOJ-BP-0005051462 | DOJ-BP-0005051455 | DOJ-BP-0005051631 |
| R 18 05428 | Coinbase, Inc. | DOJ-BP-0005051632 | DOJ-BP-0005051632 | DOJ-BP-0005051633 |
| R 18 05430 | Coinbase, Inc | DOJ-BP-0005051634 | DOJ-BP-0005051634 | DOJ-BP-0005051635 |
| R 18 05433 | Bank of the Ozarks | DOJ-BP-0005051672 | DOJ-BP-0005051636 | DOJ-BP-0005051739 |
| R 18 05445 | Umpqua Bank | DOJ-BP-0005051779 | DOJ-BP-0005051740 | DOJ-BP-0005051783 |
| R 18 05609 | Bank of America | DOJ-BP-0005051788 | DOJ-BP-0005051784 | DOJ-BP-0005051994 |
| R 18 05610 | E*Trade Bank | DOJ-BP-0005051995 | DOJ-BP-0005051995 | DOJ-BP-0005052041 |
| | | DOJ-BP-0005051997 | | |
| | | DOJ-BP-0005051999 | | |
| R 18 05611 | Live Oak Bank | DOJ-BP-0005052086 | DOJ-BP-0005052042 | DOJ-BP-0005052199 |
| R 18 05612 | Principal Funds Distributor, INC | DOJ-BP-0005052200 | DOJ-BP-0005052200 | DOJ-BP-0005052228 |
| R 18 05614 | Republic Bank of AZ | DOJ-BP-0005052703 | DOJ-BP-0005052229 | DOJ-BP-0005052826 |
| R 18 05615 | The Independent Bankers Bank | DOJ-BP-0005052827 | DOJ-BP-0005052827 | DOJ-BP-0005052829 |
| R 18 05617 | UBS Financial Services | DOJ-BP-0005052830 | DOJ-BP-0005052830 | DOJ-BP-0005052831 |
| R 18 05841 | LPL Financial | DOJ-BP-0005053011 | DOJ-BP-0005052832 | DOJ-BP-0005053015 |
| R 18 05948 | PCBB | DOJ-BP-0005053016 | DOJ-BP-0005053016 | DOJ-BP-0005053049 |

| | | | | |
|---|---|---|---|---|
| R 18 06065 | BMO Harris Bank | DOJ-BP-0005053054 | DOJ-BP-0005053050 | DOJ-BP-0005053063 |
| R 18 06067 | Bank of New York Mellon | DOJ-BP-0005053064 | DOJ-BP-0005053064 | DOJ-BP-0005053088 |
| R 18 06068 | Bank of New York Mellon | DOJ-BP-0005053089 | DOJ-BP-0005053089 | DOJ-BP-0005053091 |
| R 18 06069 | Great Western Bank | DOJ-BP-0005053118 | DOJ-BP-0005053092 | DOJ-BP-0005053118 |
| R 18 06119 | S & W Payroll Services, LLC dba Netchex | DOJ-BP-0005053119 | DOJ-BP-0005053119 | DOJ-BP-0005054830 |
| R 18 06694 | National Bank of Arizona | DOJ-BP-0005055250 | DOJ-BP-0005055250 | DOJ-BP-0005055310 |
| | | DOJ-BP-0005055253 | | |
| R 18 06695 | Johnson Bank | DOJ-BP-0005055311 | DOJ-BP-0005055311 | DOJ-BP-0005055449 |
| R 18 07254 | Pershing LLC | DOJ-BP-0005055798 | DOJ-BP-0005055450 | DOJ-BP-0005055899 |
| R 18 07538 | Barclays Bank Delaware | DOJ-BP-0005055900 | DOJ-BP-0005055900 | DOJ-BP-0005056227 |
| R 18 07540 | Commercial Bank of California | DOJ-BP-0005056228 | DOJ-BP-0005056228 | DOJ-BP-0005056813 |
| R 18 07541 | Desert Financial | DOJ-BP-0005056814 | DOJ-BP-0005056814 | DOJ-BP-0005056814 |
| R 18 07542 | Dime Community Bank | DOJ-BP-0005056874 | DOJ-BP-0005056815 | DOJ-BP-0005056875 |
| R 18 07543 | First Republic Bank | DOJ-BP-0005056957 | DOJ-BP-0005056876 | DOJ-BP-0005057037 |
| R 18 07544 | Grandpoint Bank | DOJ-BP-0005057044 | DOJ-BP-0005057038 | DOJ-BP-0005057046 |
| R 18 07548 | OneAZ Credit Union | DOJ-BP-0005057049 | DOJ-BP-0005057047 | DOJ-BP-0005057111 |
| | | DOJ-BP-0005057051 | | |
| R 18 07550 | TD Ameritrade | DOJ-BP-0005057964 | DOJ-BP-0005057112 | DOJ-BP-0005057984 |
| | | DOJ-BP-0005057965 | | |
| R 18 08072 | BBVA Compass | DOJ-BP-0005058114 | DOJ-BP-0005057985 | DOJ-BP-0005058123 |
| R 18 09747 | Gust Rosenfeld, PLC | DOJ-BP-0005058124 | DOJ-BP-0005058124 | DOJ-BP-0005058126 |
| R 18 09749 | First American Title Company | DOJ-BP-0005060329 | DOJ-BP-0005058127 | DOJ-BP-0005060337 |
| R 18 09750 | Equity Title Agency, Inc. | DOJ-BP-0005060338 | DOJ-BP-0005060338 | DOJ-BP-0005060535 |
| R 18 09815 | Security Title Agency, Inc. | DOJ-BP-0005060536 | DOJ-BP-0005060536 | DOJ-BP-0005061085 |

| | | | | |
|---|---|---|---|---|
| R 18 09816 | JP Morgan Chase | DOJ-BP-0005061086 | DOJ-BP-0005061086 | DOJ-BP-0005061502 |
| R 18 09817 | JP Morgan Chase | DOJ-BP-0005061503 | DOJ-BP-0005061503 | DOJ-BP-0005061504 |
| R 18 09818 | Fidelity National Title | DOJ-BP-0005061505 | DOJ-BP-0005061505 | DOJ-BP-0005062145 |
| | | DOJ-BP-0005061506 | | |
| R 18 09819 | Becker & House, PLLC | DOJ-BP-0005062293 | DOJ-BP-0005062146 | DOJ-BP-0005062293 |
| R 18 09820 | Clear Title Agency of Arizona | DOJ-BP-0005062294 | DOJ-BP-0005062294 | DOJ-BP-0005062515 |
| | | DOJ-BP-0005062424 | | |
| R 18 09821 | Empire West | DOJ-BP-0005062524 | DOJ-BP-0005062516 | DOJ-BP-0005062911 |
| R 18 09821 | PCBB | DOJ-BP-0005062914 | | |
| R 18 010109 | Navajo County Assessor's Office | DOJ-BP-0005040510 | DOJ-BP-0005040510 | DOJ-BP-0005040555 |
| R 18 010111 | Maricopa County Assessor's Office | DOJ-BP-0005040714 | DOJ-BP-0005040556 | DOJ-BP-0005040718 |
| R 18 010112 | Coconino County Assessor's Office | DOJ-BP-0005040750 | DOJ-BP-0005040719 | DOJ-BP-0005040758 |
| R 18 010113 | Country Bank | DOJ-BP-0005041013 | DOJ-BP-0005040759 | DOJ-BP-0005041066 |
| | | DOJ-BP-0005041014 | | |
| R 18 010389 | Maricopa County Treasurer's Office | DOJ-BP-0005041195 | DOJ-BP-0005041067 | DOJ-BP-0005041436 |
| | | DOJ-BP-0005041435 | | |
| R 18 010391 | USAA Federal Savings Bank | DOJ-BP-0005041531 | DOJ-BP-0005041437 | DOJ-BP-0005041539 |
| R 18 011040 | BBVA Compass | DOJ-BP-0005041540 | DOJ-BP-0005041540 | DOJ-BP-0005041542 |
| R 18 011973 | Bank of America | DOJ-BP-0005041548 | DOJ-BP-0005041548 | DOJ-BP-0005041786 |
| R 18 011978 | Ally Bank/Ally Financial | DOJ-BP-0005041788 | DOJ-BP-0005041787 | DOJ-BP-0005041814 |
| R 18 011988 | Synchrony Bank | DOJ-BP-0005041991 | DOJ-BP-0005041815 | DOJ-BP-0005042034 |
| R 18 011990 | Republic Bank of Arizona | DOJ-BP-0005042035 | DOJ-BP-0005042035 | DOJ-BP-0005042174 |
| R 18 011992 | Nationwide Bank | DOJ-BP-0005042179 | DOJ-BP-0005042175 | DOJ-BP-0005042203 |
| | | DOJ-BP-0005042181 | | |

| | | | | |
|---|---|---|---|---|
| R 18 011996 | Goldman Sachs | DOJ-BP-0005042216 | DOJ-BP-0005042204 | DOJ-BP-0005042427 |
| | | DOJ-BP-0005042219 | | |
| R 18 011997 | Dime Community Bank | DOJ-BP-0005042428 | DOJ-BP-0005042428 | DOJ-BP-0005042476 |
| R 18 011998 | Compass Bank | DOJ-BP-0005042477 | DOJ-BP-0005042477 | DOJ-BP-0005042481 |
| R 18 011999 | Capital One | DOJ-BP-0005042782 | DOJ-BP-0005042482 | DOJ-BP-0005042801 |
| R 18 012000 | Barclays Bank Delaware | DOJ-BP-0005042802 | DOJ-BP-0005042802 | DOJ-BP-0005042938 |
| R 18 012412 | Wine Cellar Experts | DOJ-BP-0005042939 | DOJ-BP-0005042939 | DOJ-BP-0005042955 |
| R 18 012414 | Discover Bank | DOJ-BP-0005042997 | DOJ-BP-0005042956 | DOJ-BP-0005042997 |
| R 19 00845 | Umpqua Bank | DOJ-BP-0005062998 | DOJ-BP-0005062918 | DOJ-BP-0005063009 |
| | | DOJ-BP-0005063003 | | |
| R 19 00914 | Republic Bank of AZ | DOJ-BP-0005063010 | DOJ-BP-0005063010 | DOJ-BP-0005063064 |
| R 19 00940 | American Express | DOJ-BP-0005063066 | DOJ-BP-0005063065 | DOJ-BP-0005063075 |
| R 19 00941 | National Bank of Arizona | DOJ-BP-0005063077 | DOJ-BP-0005063076 | DOJ-BP-0005063416 |
| | | DOJ-BP-0005063079 | | |
| R 19 00942 | PayPal | DOJ-BP-0005063417 | DOJ-BP-0005063417 | DOJ-BP-0005063421 |
| R 19 00943 | JP Morgan Chase | DOJ-BP-0005063422 | DOJ-BP-0005063422 | DOJ-BP-0005064391 |
| | | DOJ-BP-0005063426 | | |
| R 19 00944 | Community First Credit Union | DOJ-BP-0005064392 | DOJ-BP-0005064392 | DOJ-BP-0005064403 |
| | | DOJ-BP-0005064398 | | |
| R 19 00945 | Bank of Marin | DOJ-BP-0005064429 | DOJ-BP-0005064404 | DOJ-BP-0005064455 |
| 2016R08754 | Wells Fargo | DOJ-BP-0005064508 | DOJ-BP-0005064510 | DOJ-BP-0005064512 |
| 2016R08754 | Texas Bank and Trust | DOJ-BP-0005064510 | DOJ-BP-0005064456 | DOJ-BP-0005064509 |