Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PRESENTATION OF CERTAIN EVIDENCE RELATED TO OTHER CLASSIFIED WEBSITES, MORALITY OF ADULT CLASSIFIED ADS, AND THIRD-PARTY OPINIONS ON LEGAL ISSUES** |
| Michael Lacey, *et al.*, | |
| Defendants. | (Oral argument requested) |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

MOTION *IN LIMINE* TO PRECLUDE PRESENTATION OF CERTAIN EVIDENCE

1
2
3
4
5
6
7
8

## MOTION

Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught ("Defendants"), by and through their undersigned attorneys, move *in limine* for an order precluding the government from presenting certain irrelevant and prejudicial evidence that sheds no light on the crimes charged or Defendants' conduct. This Motion is based on the following Memorandum of Points and Authorities, the Court's file, and any evidence or argument presented at the hearing on this matter. Excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this Motion or of an order based on this Motion.

9

## MEMORANDUM OF POINTS AND AUTHORITIES

10
11
12
13
14
15
16
17
18
19

The government is estimating a *twelve-week* case-in-chief, in large part because it intends to present large amounts of irrelevant and prejudicial testimony and evidence. Defendants move *in limine* for an order precluding the government from presenting evidence or testimony concerning: (1) the decision of a different classified advertising website to capitulate to political pressure and stop accepting classified ads for "erotic services"; (2) the morality or ethics of allowing website users to post classified ads for adult services, massages, or dating; and (3) claims made by third-parties that operation of the Backpage website was "illegal." This evidence is not relevant to crimes charged or the conduct of the Defendants, and is unduly prejudicial, is likely to confuse the jurors, and will cause delay in what the government already estimates to be a 12-week trial just for its case-in-chief.

20
21

## ARGUMENT

**I.     This Court should preclude the government from presenting irrelevant and unduly prejudicial and misleading evidence.**

22
23
24
25
26

"Evidence may not be admitted at trial unless it is relevant, as defined by Rule 401 of the Federal Rules of Evidence." *United States v. Vallejo*, 237 F.3d 1008, 1015 (9th Cir. 2001). Evidence is relevant if it "has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. Evidence that does not establish an element of a crime charged is not relevant. *See*

27
28

1    *United States v. Ellis*, 147 F.3d 1131, 1135-36 (9th Cir. 1998) (explaining that evidence offered

2    to show intent and potential victim impact is not relevant when "neither intent nor potential

3    victim impact were elements of the charge" (quotations omitted)).

4        Even though relevant evidence is generally admissible, courts should "exclude evidence

5    if its probative value is substantially outweighed by a danger of one or more of the following:

6    unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or

7    needlessly presenting cumulative evidence." Fed. R. Evid. 403. Evidence that does not go to

8    establishing an element of a crime charged has "virtually no probative value." *Ellis*, 147 F.3d

9    at 1136; *accord United States v. Gonzalez-Flores*, 418 F.3d 1093, 1098 (9th Cir. 2005). Further,

10   "when evidence is minimally relevant, it is likely to be minimally probative as well. Moreover,

11   a decision regarding probative value must be influenced by the availability of other sources of

12   evidence on the point in question." *United States v. Wiggan*, 700 F.3d 1204, 1213 (9th Cir. 2011)

13   (footnotes omitted).

14        "Unfair prejudice" refers to "the capacity of some concededly relevant evidence to lure

15   the factfinder into declaring guilt on a ground different from proof specific to the offense

16   charged." *Old Chief v. United States*, 519 U.S. 172, 180 (1997); *Ellis*, 147 F.3d at 1135

17   (recognizing that "unfair prejudice" refers to "an undue tendency to suggest decision on an

18   improper basis, commonly, though not necessarily, an emotional one or evidence designed to

19   elicit a response from the jurors that is not justified by the evidence" (quotations omitted)).

20        As the Ninth Circuit explained, "[w]here the evidence is of very slight (if any) probative

21   value, it's an abuse of discretion to admit it if there's even a modest likelihood of unfair

22   prejudice or a small risk of misleading the jury." *United States v. Hitt*, 981 F.2d 422, 424 (9th

23   Cir. 1992). Courts must carefully engage in balancing under Rule 403 because it is reversible

24   error to admit evidence that "*could have* prejudiced [the defendant] unfairly." *United States v.*

25   *Gonzalez-Flores*, 418 F.3d 1093, 1098 (9th Cir. 2005) (emphasis added). Consequently, where

26   evidence "very well *could* . . . trigger[] an emotional response from the jury members," giving

27

28

rise to "at least a modest likelihood of unfair prejudice," Rule 403 requires exclusion unless of the evidence is of substantial probative value. *Id.* at 1099.

Finally, given that the government has estimated that its case-in-chief will take at least 12 weeks, the Court should exclude any evidence which is not directly probative of the elements of the crimes with which Defendants are charged. This is exactly the kind of case where the Court should employ its authority under Rule 403 to preclude evidence that will waste time or cause undue delay.

## II. Craigslist.org's decision to capitulate to political pressure and stop accepting classified ads for "erotic services" is not relevant, is unduly prejudicial, and is likely to confuse the jurors and cause undue delay.

This Court should preclude presentation of evidence concerning the decision of a different internet classified website, namely, Craigslist.org, to stop accepting classified ads for "erotic services" in the face of a large political pressure campaign to do so. (*See, e.g.*, Indict. (Doc. 230) ¶ 4.) Those actions of Craigslist are not relevant here – they do not tend to prove or disprove any elements of the charged offenses. Defendants had no involvement whatsoever in Craigslist, and none is alleged.

Further, the evidence will be unduly prejudicial, in that the presentation of such irrelevant evidence will likely lead the jury to conclude that it is only being told about Craigslist, and its decision to shut down its erotic services section, to "prove" that Defendants should have done the same with Backpage's adult services section. There is no other reason that the government could possibly offer evidence of what a wholly unrelated company did.

Moreover, the presentation of evidence related to Craigslist would engender a "trial within a trial" that would waste the jury's time. Why Craigslist stopped accepting erotic services ads (it claimed government censorship at the time), what it knew in the years before it did so, what it knew when it did so, what Defendants knew about Craigslist when it did so, what Defendants knew about Craigslist's decision, etc. are just some of the issues that would be raised if the government is allowed to present this evidence; and none of it tends to advance

the proof as to any element of any charged offenses.  Such evidence would not only consume an inordinate amount of time and cause undue delay, and untold numbers of impeachment witnesses, but it would also confuse the jury as to the issues the jury must decide in this case.  Additionally, it would unduly prejudice Defendants in that the jury may well conclude – as the government apparently hopes – that because Craigslist stopped accepting erotic services ads, it must have done so because it knew it was facilitating prostitution, meaning that Defendants, who refused to stop accepting adult services ads, must have known the same and continued to accept such ads to facilitate illegal conduct.  Such inferences would be entirely unjustified, would be unduly prejudicial, and would create a yet another mini-trial to litigate.  Evidence of the pressure campaign against Craigslist with respect to its erotic services ads, and its capitulation to that pressure campaign, should be precluded in their entirety.

## III.    Evidence addressing the morality or ethics of accepting classified ads for adult services, massages, or dating is not relevant, is unduly prejudicial, is likely to confuse the jurors, and will cause undue delay.

The government apparently intends to present evidence and testimony indicating that various individuals and organizations asked Backpage to refuse to accept ads for adult services, and later to refuse to accept ads for dating, because those people found such ads, or the website, immoral or unethical.  For example, such moral admonishments can be found in Government Exhibits 140 (a letter from the Auburn Seminary to Backpage, a true and correct copy of the exhibit is attached hereto as Ex. A), and 172 (an email exchange with a website user, a true and correct copy of which is attached hereto as Ex. B).  Admonishments like these may make their way into other testimony and evidence as well unless the Court gives clear instructions in advance.

The issue of whether accepting adult-oriented ads on Backpage was immoral or unethical is not relevant to the legal charges against the Defendants.  The only issue is whether the Defendants engaged in the alleged *criminal* behavior.  The fact that third parties may have told the Defendants or others associated with Backpage that in their view what Backpage was

doing was immoral or unethical does not tend to prove anything about any element of the charged offenses. Instead, it appeals to the emotions of jurors, is subjective, unduly prejudicial, and likely to confuse the jurors. It also wastes time during this already very lengthy trial. For these reasons, any such evidence should be precluded.

**IV.    Evidence that third parties claimed over time that the operation of Backpage was "illegal" is not relevant, is unduly prejudicial, and will cause undue delay.**

The government apparently intends to present various witnesses and documents concerning statements made by various third parties to the effect that the operation of Backpage was "illegal." For just a few examples, these statements are found in Paragraphs 182 and 183 of the Indictment, and a non-exhaustive list of government Exhibits including such statements include: Government Exhibits 76 (a document entitled, "Notes to File," a true and correct copy of which is attached hereto as Ex. C); 77 (an email from Government Witness E. Allen, a true and correct copy of which is attached hereto as Ex. D); 78 (an email from Government Witness E. Allen, a true and correct copy of which is attached hereto as Ex. E); 173 (an Email summarizing a conversation with Chase Bank, a true and correct copy of which is attached hereto as Ex. F); and 197 (an email from a payment processor, a true and correct copy of which is attached hereto as Ex. G).

Such statements are not relevant and are unduly prejudicial. The fact that somebody other than a jury or a judge believed that the operation of Backpage was "illegal" does not tend to prove any of the elements of the charged offenses. That one of these third parties said it does not make it true until and unless the jury in this case says that what the Defendants were doing was illegal. Indeed, allowing the jury to hear that third-parties stated that Backpage's operations were "illegal" usurps the role of the jury by expressing opinions on the ultimate issue before the jury. Such testimony from a lay witness is barred by Federal Rule of Evidence 701's prohibition on lay witnesses testifying to specialized knowledge, and such testimony from an expert witness is barred by Federal Rule of Evidence 704's prohibition on expert witnesses testifying to the ultimate issue. Fed. R. Evid. 701, 704. For these reasons

alone, such statements should be precluded.  Additionally, admission of these statements would cause undue delay, as cross-examination of each witness would require an examination of what the witness actually knew about Backpage's operations, the witnesses' understanding of the law, a discussion of First Amendment law, a discussion of the Communications Decency Act, etc.

The Court tells the jury what the law is and the jury applies it.  Allowing the government to present testimony and exhibits that tell the jury what the law is, in a conclusory fashion that is adverse to Defendants, usurps both the Court's and the jury's respective roles.  The Court should preclude such evidence.

## CONCLUSION

For all these reasons, this Court should enter an order precluding the government from presenting evidence concerning:  (1) Craigslist capitulating to political pressure and refusing to accept classified ads for erotic services;  (2) the morality or ethics of accepting adult-oriented ads on a classified ads site; and (3) claims made by third-party laypersons that operation of the Backpage website was "illegal."

RESPECTFULLY SUBMITTED this 17th day of April, 2020,

Paul J. Cambria, Jr.
Erin E. McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By:     /s/ Paul J. Cambria, Jr.
        Paul J. Cambria, Jr.
        Attorneys for Michael Lacey

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II (C) (3), Erin E. McCampbell hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN, PLC

By:   /s/ Whitney Z. Bernstein
       Whitney Z. Bernstein
       Attorneys for James Larkin

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.

By:   /s/ Ariel A. Neuman
       Ariel A. Neuman
       Attorneys for John Brunst

Bruce Feder
FEDER LAW OFFICE, P.A.

By:   /s/ Bruce Feder
       Bruce Feder
       Attorneys for Scott Spear

David Eisenberg
DAVID EISENBERG, P.L.C.

By:   /s/ David Eisenberg
       David Eisenberg
       Attorneys for Andrew Padilla

Joy Bertrand
JOY BERTRAND, ESQ.

By:   /s/ Joy Bertrand
       Joy Bertrand
       Attorneys for Joye Vaught

MOTION *IN LIMINE* TO PRECLUDE PRESENTATION OF CERTAIN EVIDENCE

On April 17, 2020, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov

MOTION *IN LIMINE* TO PRECLUDE PRESENTATION OF CERTAIN EVIDENCE

# EXHIBIT A

January 5, 2011

Jim Larkin, Village Voice Media CEO and Board Chair
Mike Lacey, Village Voice Media Editor-In-Chief
Carl Ferrer, Vice President, Backpage.com
Edward McNally, Legal Counsel & Law Enforcement Advisor to Village Voice Media and
Backpage.com

Dear Messrs. Larkin, Lacey, Ferrer, and McNally,

Thank you again for taking the time to meet with representatives of Auburn's clergy
coalition last month regarding the issue of child sex trafficking and Village Voice Media's
website, Backpage.com.

I want to personally commend each of you on behalf of the clergy coalition for coming
to see us. We appreciated hearing your views and perspective on Village Voice's
engagement with law enforcement on the matters at hand and support for legislation
that would provide funding for services to help victims of sex trafficking. Your
presentation and our review of your materials have provided a better sense of the
positions of both the Village Voice and the clergy coalition. Please be assured that since
we met last month, we have diligently reviewed the information that was provided in
your legal counsel's letters and that you shared with us during your presentation. For
our part, while we always have a willingness to meet, we think the immediate action of
permanently shutting down Backpage's adult section is required.

As has been publicly reported, you have heard concerns regarding the operation of
Backpage.com from 51 of the nation's 56 attorneys general, mayors across the country,
and over 50 leading anti-trafficking experts and organizations, among others and have
received the same request from all – to shut down the adult section of the site.

We are coming at this from a different perspective – not as lawyers, government
officials, or NGOs, but as moral and religious leaders who have a calling and
responsibility to protect our children.

For us, fighting child sex trafficking is a moral imperative. As a Christian, for me
personally, my commitment to this issue has a Biblical basis. I believe we are meant to
care for the most vulnerable in our society and to protect all people's human dignity.
This view is shared by our broad based clergy coalition, which is comprised of Christians,
Muslims, Jews, Buddhists, Sikhs and Humanists.

Child sex trafficking is not just an "issue" for us, but a matter of basic justice. We feel we
need to give a voice to the voiceless, and we are taking action on behalf of human
beings – our children. Our commitment is rooted in the belief that all children are our

CONFIDENTIAL

BP-PSI-074934

DOJ-BP-0000052545

children, that the person that appears in a Backpage ad could be any one of our daughters or sons.

Interestingly, the text of the week of our meeting was from the Prophet Isaiah. It forecasts the coming of a Messiah who would be sent to "bring good news to the oppressed, to bind up the brokenhearted, to proclaim liberty to the captives, and release to the prisoners…For I the Lord love justice, and I hate robbery and wrongdoing."

This is the context out of which we as religious leaders are making our views known about child sex trafficking generally and what happens on Backpage.com more specifically.

We believe we were and are being truthful when we say that these advertisements constitute a platform whereby boys and girls can be offered by others for commercial sex, even if it is without your expressed consent and against your clearly defined policies. As we have clarified previously, we do NOT believe and have not stated that Village Voice is intentionally and proactively endangering children. We take you at your word that your company is making considerable efforts to prevent sex trafficking. Your work to implement safeguards on Backpage.com and your engagement with law enforcement are evidence of that.

However, the security enhancements you have implemented on your site – such as no nudity, stricter image content standards, ad monitoring, and investigating and reporting possible ads featuring minors to the National Center for Missing and Exploited Children – are insufficient.

In fact, the terms of use on your website explicitly prohibit "posting any ad for products or services, use or sale of which is prohibited by any law or regulation"[1] and a Backpage.com spokesperson has stated that Village Voice is focused on "preventing those who are intent on misusing the site for illegal purposes"[2] – but a cursory glance at Backpage.com reveals that paying customers are regularly posting ads that sell sex, an activity that is illegal in all but a few counties in the United States.

Minors continue to be sold for sex by others posting advertisements on Backpage, including, most recently in Michigan where a 16-year old was sent on hundreds of sex dates by a woman who marketed her on Backpage, and also in Washington State, New York, and Tennessee. These are just the cases that made it into the news. That Village Voice representatives appeared not to be aware of two of these specific cases that we

---

[1] http://newyork.backpage.com/online/classifieds/Terms
[2] http://blog.backpage.com/2011/02/safety-and-security-enhancements.html

BP-PSI-074935

DOJ-BP-0000052546

cited in our meeting was surprising given your stated commitments. Those cases did not result in murder as unfortunately the one involving the two Detroit women who were found dead in the trunk of a burning car on Christmas Day did. But they could have.

We are concerned that some Backpage advertisements, such as the ones that were used in the criminal activity of others in the aforementioned states, are examples of advertisements that were not initially declined for posting on the website – either because they were not caught by your company's safeguards or, at the point of sale, a different individual was sold for sex than was advertised.

Even if advertisements are flagged by Backpage.com, it is possible that they were online and active for a period of time during which the advertised potential minor could be sold, perhaps repeatedly, before law enforcement is alerted. Additionally, when law enforcement is alerted, it is not immediately clear that local police departments or vice divisions in the areas where advertisements are flagged have the resources to respond in a reasonable timeframe, make arrests, and rescue victims. Given that "Backpage.com reported to the National Center for Missing and Exploited Children (NCMEC) 1,595 cases of suspected use of juveniles in sex ads, as NCMEC has publicly stated,"[3] the sheer volume of cases likely means that there will continue to be incidents that slip through the cracks.

We know that if you decide to shut down the adult section of Backpage.com that sex trafficking would not end in America – nor would it end entirely on Backpage.com itself. You stated in your presentation that when Craigslist shut down its adult section, pimps and johns began to employ other sections of the site to sell and buy sexual services, including from minors. Even so, when the adult section of the site was closed down, we believe a large volume of Craigslist's adult-oriented ads migrated to your website, based on an Advanced Interactive Media Group report[4] entitled "Sex ads: Where the money is" of Sept. 14, 2010.[5] The same claim was made by Ernie Allen, President of the

---

[3] NGO Letter to Village Voice Media, 12/2/2011
http://www.scribd.com/doc/74493197/NGO-Letter-to-Village-Voice-Media-re-Backpage-com
[4] We understand that your company disputes the accuracy of the AIM reports. We are not convinced by your conclusion, in part because we were not given any analysis demonstrating erroneous results. But perhaps, given that you dispute the accuracy of the data, it would be worthwhile for the public conversation on this issue for your company to publish its version of the market share that Backpage.com holds in the adult advertising industry as it compares to actual industry competitors like Craigslist, EroticReview, MyRedBook, CityVibe, and SipSap as well as the total annual revenue from Backpage.com's adult section. We do not agree that your company is in the same industry vertical as Google, Facebook, Twitter, and others, as those sites are largely free to use and compile content from many other sites, including your own.
[5] http://aimgroup.com/files/2010/09/sex-ad-report-summary.pdf

BP-PSI-074936
DOJ-BP-0000052547

National Council on Missing and Exploited Children, during questioning following his congressional testimony on the issue of the sex trafficking of minors in March of 2011.[6]

We also realize it is going to take more than one or two Web sites doing the right thing to end sex trafficking in America. We will need a groundswell of support from businesses, non-profit organizations, government, and religious communities to protect our kids.

We believe, based on case reports and related news accounts, that pimps and johns use Backpage's adult advertising in near anonymity, making it easier for them to sell and buy sex, including with minors. If you commit to taking a simple action – shutting down the adult section of your website – you would put up an important roadblock at the start of their efforts to find a venue to buy and sell sex and put a stop to a large venue for this activity, which the 51 Attorneys General have called an "accelerant" for the sex trafficking of minors.[7]

While we acknowledge that trafficking remains a problem on other Web sites and print publications, that doesn't change the fact that Backpage remains a "hub"[8] for this activity, or that your business earns considerable revenue from the adult section of your site.[9] The latter in particular we find morally objectionable.

By continuing to operate Backpage.com's adult section, you are sending a message that a storied American brand like the Village Voice is thumbing its nose at basic moral precepts.

For the above reasons, we are convinced that action by Village Voice Media – while no panacea – would have a real impact in the fight against child sex trafficking.

Morally, the case is clear. If your company could do anything more to help stop the sex trafficking of minors, a heinous crime that robs girls and boys of their childhood and perhaps even their adulthood, it should be done immediately. Just because the problem is hard to solve doesn't mean that you are morally free to profit from a site, on which, despite your implementation of safety standards, children may be trafficked.

There is very little moral wiggle room when one is aware of the real possibility that a terrible crime may occur, but decides to be satisfied with approaches that are revealed

---

[6] March 2011 Congressional Briefing, Ernie Allen.
http://www.missingkids.com/missingkids/servlet/NewsEventServlet?LanguageCountry=en_US&PageId=4522
[7] Letter by National Association of Attorneys General to Backpage.com, August 31, 2011.
http://www.atg.wa.gov/uploadedFiles/Home/News/Press_Releases/2011/NAAG_Backpage_Signon_08-31-11_Final.pdf
[8] Ibid.
[9] http://articles.latimes.com/2011/nov/28/entertainment/la-et-village-voice-media-20111129

BP-PSI-074937

BP-AZGJ00074924

DOJ-BP-0000052548

to be unable to completely address the problem. And as you have yourself acknowledged in our meeting and in the past to others, "not every instance of [sex trafficking] can be quickly and successfully interdicted."[10]

At the root of our efforts is questioning the morality of continuing to operate a part of your business where the cost of doing so is providing advertisements for people who may be involved in buying and selling of minors for sex, or for children and minors to self-advertise for sex, which Mr. Lacey claimed is a significant number of the situations.[11] Whether it is true or not, it has no bearing on the case. Our moral responsibility is to prevent all child trafficking that results from advertisements on Backpage.com.

As we have said previously, including in our meeting, we want your business to thrive. We admire the legacy of the Village Voice and progressive weeklies around the country, and value your mission to provide independent editorial content.

But we believe – and cannot understand how this belief is objectionable to the Village Voice, as you made clear at our meeting – that a single child sold for sex, anywhere and under any circumstances, is one too many. We believe that any business that does not do everything it can to end all child sex trafficking is committing the type of wrongdoing that the Prophet Isaiah was speaking of. This wrongdoing robs boys and girls of their childhoods and also their rights. As the Jewish tradition teaches, if you can save a single life, it is as if you have saved a whole world.[12]

We understand from the statements you made in our meeting that your company takes it as a given that a certain number of teens and children will be trafficked for sex – in spite of the safeguards you have put in place – by those who pay your Web site a fee, and that is unacceptable to us.

The sex trafficking of minors generally and the use of your website by others to place advertisements are public matters and the public needs to be aware of them.  As clergy, it is our responsibility to educate people on issues of pressing moral concern, this being one of them. We echo the views of 51 of the nation's 56 Attorneys General, many mayors, and over 50 anti-trafficking groups and experts in the fight against child sex

---

[10] Backpage.com's letter to the National Association of Attorney Generals, August 31, 2011. http://www.atg.wa.gov/uploadedFiles/Another/News/BACKPAGE_com%20RESPONSE%20TO%20NAAG.PDF

[11] It was particularly surprising to see Mr. Lacey suggest during our meeting that these circumstances involved underage kids self-prostituting themselves. The assertion provides no moral cover whatsoever for Village Voice's conduct.

[12] Talmud, Sanhedrin 37a states: "for this reason was man created alone, to teach thee that whosoever destroys a single soul... Scripture imputes [guilt] to him as though he had destroyed a complete world; and whosoever preserves a single soul... scripture ascribes [merit] to him as though he had preserved a complete world."

BP-PSI-074938

DOJ-BP-0000052549

trafficking. We've mobilized over 475 clergy and over 80,000 citizens and counting who share our moral outrage at this status quo. This is the moral underpinning for our educational outreach to third parties affiliated with the Village Voice, including advertisers.

We were pleased to read in the first formal communication to the clergy coalition of September 27 Mr. Ferrer's statement that "we share and respect your view that one child harmed by sex trafficking is one too many." Accordingly, we have been surprised to see Village Voice backpedal on that commitment in repeated statements by Mr. McNally and Mr. Lacey, and particularly to hear Mr. Lacey assert that the clergy's moral commitment to our children amounts to a simple "bumper sticker." This position seems to be at odds with Mr. Ferrer's statement and your previously stated position that "Village Voice supports the effort to halt human trafficking…utterly and without qualification," according to a November 23 letter by Mr. McNally.

Respectfully, religious leaders, and indeed people of faith or people of moral conviction, are called to imagine a world that may appear difficult to achieve, but must be strived for. We cannot be satisfied – ever – in a world where a single child is trafficked. Our moral imagination and our various faith traditions demand better, and we believe the public shares this view.

One of my colleagues has a simple ethical test: Ask yourself how you would feel telling your family what happens on your Web site. What would your mother or your child say about the 15 and 16 year-olds in Memphis, Tennessee who were lured under the pretext of going to a water park but instead were sold for sex by pimps who placed ads on Backpage.com? And what would they say about the mentally handicapped high school student in Kent, Washington who was sold for sex because she wanted to receive a Thanksgiving meal? Or about the 13-year old in Brooklyn, New York who was beaten, advertised with photos on Backpage and forced into prostitution, and who, when she tried to escape, was tracked down and thrown down a flight of stairs?

The aforementioned cases of minors being advertised on Backpage were not detected by Backpage's safeguard system prior to the advertisements appearing on the website, and as a result allowed those who prey on children to abuse them. This is what we are fighting to stop. Consider it this way – if you operated an airline or a company that produced jet engines, you would have no choice but to ground your planes if your current safeguards did not prevent life-threatening engine trouble or your repairs weren't sufficient to ensure a level of safety that the public would endorse. Sometimes voluntary and expensive standards just don't work to ensure an acceptable level of safety for the public.

I imagine that a reversal by Village Voice at this stage is unlikely. I hope I am wrong. Doing the right thing is not easy, but we, and the broader community, would surely applaud you for shutting down the adult section of your site.

BP-PSI-074939

DOJ-BP-0000052550

If Village Voice Media takes the right action, we pledge to write to the public at large, including every organization, business, clergy member, and petition signer we have contacted, to alert them to the fact that Village Voice has reversed course and no longer will operate an adult section of its website where it is possible that the presence of ads of kids might lead to their sale for sex.

It's not often that a company or individual is afforded an opportunity to do something really good in the world. But Village Voice has this power in its hands and the opportunity to do the right thing.

Please seize this opportunity. During the start of this New Year, it would be an especially fitting time for such a decision.

Sincerely,

Rev. Dr. Katharine Henderson
President
Auburn Seminary

# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent**: | 8/27/2013 2:37:52 PM |
| **To**: | Jim Larkin [larkinaz12@gmail.com]; scott.spear@cereusproperties.com; Jed Brunst [jed.brunst@cereusproperties.com] |
| **Subject**: | Latest emails |

It looks like hip hop and scam artist Russell Simmons prepaid card is not working either: RushCard. I do not think it is owned by chase. This is like Green Dot only on a much smaller scale.

So, the problem is continuing. We won't recommend RushCards.

I'm thinking this is a good solution:

1. Card declines

2. If your card was declined, try again for an alternative payment options.

3. They click "alternative payment" options. The payment page is for Ymas.com, the card data is pre-filled in and all they have to do is hit submit.

4. The transaction is accepted and the transaction description says Ymas.com

I could do this now but I'm busy building EU regulation crap.


-carl

More complaints below:

========================================
On Tue, Aug 27, 2013 at 11:11 AM, Monica J <hottsmonica@gmail.com> wrote:
Hey can you tell me what bank that you guys work with cuz rush card no longer let you pay online for bp


======================================
On Tue, Aug 27, 2013 at 3:58 PM, AMAYA ANDERSEN <amaya.andersen69@gmail.com> wrote:
I do thank you so much ... I did find out of the problem... I will pass it on to you guys ... Rushcard no longer allows us pay anything with backpage ... So I did go out and get another card elsewhere so I can continue posting ....
Thanks a lot
Amaya


========================================
julieweng168 <julieweng168@yahoo.com>
1:55 PM (1 hour ago)

to me
Chase bank main office calls
Said
Their credit card do not want to pay for back page because some national issue going on
Ur listing some are no good

Start today
so

CA DOJ AGO 0000618916
DOJ-BP-0004601510

Pls do not charge my card any more

I will use other card .not chase card to pay for
Tomorrow. If i still want to use ur back page.thx

==========================================

On Tue, Aug 27, 2013 at 3:32 PM, Marat Movsesyants <movsesyants1972@gmail.com> wrote:
Yes it is Chase card

==========================================

On Aug 27, 2013, at 11:52 AM, Abc1232323 <Abc1232323@yahoo.com> wrote:

Yes.

On Aug 27, 2013, at 11:35 AM, Support Backpage <support@backpage.com> wrote:

Hi there,

Is the card you are using a Chase issued card?

Thanks,
-Rusty


On Tue, Aug 27, 2013 at 11:31 AM, <abc1232323@yahoo.com> wrote:
Email Address: abc1232323@yahoo.com
Inquiry: Why can't I post an ad?
Metro Area: los angeles, ca
Ad Link: dating women->men

I tried to post an ad and it would not accept my mastercard. Today I also signed up for a new account of which i verified. I have posted before....... Why is this? My card is valid and good. thank you


==============================================================

On Tue, Aug 27, 2013 at 10:54 AM, <rosaida.valdera@gmail.com> wrote:
Email Address: rosaida.valdera@gmail.com
Inquiry: Why can't I post an ad?
Metro Area: bronx, ny
Ad Link: slim dominicana mami

I have a chase visa card. .is declining my add im positive it have more than enough funds. What's wrong?? Please contact me 3472799039

========================================================

On Mon, Aug 26, 2013 at 3:37 PM, <Debra42.32@live.com> wrote:
Email Address: Debra42.32@live.com
Inquiry: Other
Metro Area: phoenix, az

Have you resolved the issue of Chase Bank not honoring payment to you for ethical reasons? This is a key issue for me. Purchasing a " gift" Card to make payment is not only very inconvenient but cost an additional $10 to purchase it. I have left 4 messages with James 714 757-8538 to make a payment over the phone to auto repost my #148 ad for August 28 at 9:00 a.m. He returned one call today and left a message. This ad needs to run on Wed. to keep my rotation. I have 5 ads running every 3 days. Please have someone contact me asap. Thank you, Debra 480 395 7192

# EXHIBIT C

Notes to File
Telephone Call – November 30, 2010

This afternoon, I had a confidential conference call lasting more than an hour with Jim Larkin, the CEO of Village Voice Media, Scott Speier, their Executive Vice President, Carl Ferrer who runs Backpage.com for Village Voice, Steve Suskin, their in-house counsel, Hemu Nigam, their consultant and two of Hemu's staff.

Mr. Larkin, the CEO, began by providing me with his history and the history of his company. He told me that he has been a newspaper man and a part of the company since 1970, and that Village Voice was founded in 1955 by Norman Mailer. He mentioned that they have won multiple Pulitzer Prizes and gradually expanded to operate weekly alternative newspapers in cities across the country.

He said that Backpage was launched in 2004 due to a dramatic decline in classified advertising revenue for their newspapers (sounds like the newspaper business generally). In 2006 Village Voice merged with New Media of Phoenix, Arizona. The resulting company, called Village Voice Media, now operates 14 newspapers (including Village Voice) and 20 websites. He indicated that adult ads are an integral part of their business and a primary source of their revenue.

He indicated that they were inundated following the shut-down of the adult services section on Craigslist, and attributed much of the problem they are facing now with the shift of the Craigslist content and users. He indicated that they are committed to eradicating the trafficking of children on their site, and are taking aggressive steps to make that happen. They want our help and guidance as they do that. He asked me for my views as to how they are doing and what else they need to do.

I told him that

(1)     That I didn't believe that their problems originated with the Craigslist shutdown. I commented that from our point of view, prior to their recent actions, their site was a cesspool.

(2)     I asked them how ads posted in their escort section, which they did not suspend, that show nude women and girls with blatant, risqué captions and text could be perceived by anybody as escort ads. I noted that these are blatant prostitution ads, and that prostitution is illegal in every state, whether the person in the ad is 16 or 26.

(3)     I said that I thought they were making some progress. I said that the fact that they have eliminated graphic pornography and nudity was a positive step, but I cautioned that pictures of kids in bikinis or negligee could still be prostitution ads, and could still entail child trafficking.

(4)     I also said that we were encouraged that they had finally begun to make reports to

NCMEC, and that we had now received 12 reports from them. They committed to work with us to expedite and expand the reporting process. However, they said that someone on our staff had told them that they could only make reports when they had clear and definitive evidence that the person in the ad was a child and was being prostituted against her will. I indicated that I didn't believe that, and that the purpose of the reporting process (or any reporting process) was to flag possible violations, in this case child prostitution, which could then be investigated. There is no requirement that they have incontrovertible evidence before they report. I said that where there is suspicion, they should report.

(5)     I talked about the Craigslist process, about how NCMEC was a party to the Craigslist agreement with General Blumenthal and the AGs, that I was a primary defender of Craigslist for a year and a half, that we were impressed that they removed 725,000 ads from their system, etc. However, I told them that ultimately we concluded that despite their best efforts, it wasn't working. I said, "that is your challenge and you don't have a year and a half." I indicated that their challenge was to make it clear through their efforts that they are committed to eradicating this problem, and that there must be proof of the success of their efforts.

(6)     I indicated that NCMEC had found ten missing kids on their site this year through simply comparing images, and emphasized that we think there are many more.

(7)     I said that even though it appeared to me that many of their ads are being toned down, it still appeared to me that there was evidence of blatant prostitution on their site, and that we are confident that many of them are kids.

(8)     I asked them why they hadn't adopted the same standards for ads on Backpage that they use in their newspapers. (Larkin is going to send me some copies of Village Voice and their other publications.) I mentioned that massage parlors are licensed and regulated in every community as are escort services. That doesn't mean that massage parlors aren't going to be used as covers for prostitution on occasion. However, in every city there is a regulatory system and local law enforcement can do something about it. Incidentally, Larkin said that they are thinking about the same approach. However, he stopped short of committing to use the same standards, and implied that they are looking for something "in-between." I told him that that wouldn't solve the problem.

NOTE: It is clear to me that their problem is economic. They can't sell ads for their newspapers, their newspaper revenue is plummeting, they don't think they can survive without "adult" ads, and it is clear to me that they don't think they can survive if they limit their online ads to only the kinds of ads they are able to run in their newspapers.

(9)     I praised their cooperation with law enforcement investigations, but told them that wasn't enough. I told them that they need to be proactive and keep this stuff out of their system in the first place.

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

Their responses:

(1)    They committed to me that they would root this problem out. Their CEO told me that they are making a major investment and will fix it. They reiterated that they are serious about it, are making progress and will make a lot more in the weeks ahead.

(2)    They indicated that they have some serious technology challenges, but are investing a lot of money and are fixing them.

(3)    They indicated that they want to help us. Carl Ferrer asked if we could provide them with MD5 hashes of the images of our missing kids. He said that they would routinely run those hashes against photos in their database and help us identify more runaway or other missing kids who may be trafficked. He also thinks they can develop other tools to help. I told him that we are interested in exploring creative ways to do that.

(4)    Ferrer also asked for keyword lists and other tools we can provide so that they can more effectively search their site and identify illegal activity. I indicated that we would reach out to him on that, and also suggested that he speak with Bradley Myles of the Polaris Project.

(5)    They want us to convene a task force to work toward industry-wide solutions. I told them that was premature, and that we were concerned that such an effort might provide "cover" for companies that are most troublesome. I also told them that they needed to make a lot more progress first, and that any such task force would need to be multi-faceted including law enforcement, NGOs, etc. and that the state AGs would have to be an integral part of it and sign off on it.

The mutual commitment was that this would be a confidential conversation, and that we would talk again. I was very candid and I think they were pretty candid, especially about their business challenges. This doesn't change anything regarding our broader strategies. We need to keep the pressure on.

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

# **EXHIBIT D**

| | |
|---|---|
| **From:** | Ernie Allen |
| **To:** | Kristen D. Anderson; Carmen Baeza; Michelle Collins; John Shehan; Michael T. Geraghty |
| **Cc:** | John Rabun; Linda Krieg; Carolyn Atwell-Davis; Yiota Souras |
| **Subject:** | Backpage Conference Call |
| **Date:** | Wednesday, December 01, 2010 10:40:24 AM |

Late yesterday afternoon, I had a conference call lasting more than an hour with Jim Larkin, the CEO of Village Voice Media, Scott Speier, the Executive Vice President of Village Voice Media, Carl Ferrer who runs Backpage.com for Village Voice, Steve Suskin, their in-house counsel, Hemu Nigam, their consultant and two of Hemu's staff.  Mr. Larkin, the CEO, began by providing me with his history and the history of his company.  He told me that he has been with the company since 1970, and that Village Voice was founded in 1955 by Norman Mailer.  He mentioned that they have won multiple Pulitzer Prizes and gradually expanded to operate weekly alternative newspapers in cities across the country.

He said that Backpage was launched in 2004 due to a dramatic decline in classified advertising revenue for their newspapers (sounds like the newspaper business generally).  In 2006 Village Voice merged with New Media of Phoenix, Arizona. The resulting company, called Village Voice Media, now operates 14 newspapers (including Village Voice) and 20 websites.  He indicated that adult ads are an integral part of their business and a primary source of their revenue.

He indicated that they were inundated following the shut-down of the adult services section on Craigslist, and attributed much of the problem they are facing now with the shift of the Craigslist content and users.  He indicated that they are committed to eradicating the trafficking of children on their site, and are taking aggressive steps to make that happen.  They want our help and guidance as they do that.  He asked me for my views as to how they are doing and what else they need to do.

I told him that

(1)  That I didn't believe that their problems originated with the Craigslist shutdown.  I commented that from our view, prior to their recent actions, their site was a cesspool.

(2)  I asked them how ads posted in their escort section, which they did not suspend, that show nude women and girls with blatant, risqué captions and text could be perceived by anybody as escort ads.  I noted that these are blatant prostitution ads, and that prostitution is illegal in every state, whether the person in the ad is 16 or 26.

(3)  I said that I thought they were making some progress.  I said that the fact that they have eliminated graphic pornography and nudity was a positive step, but I cautioned that pictures of kids in bikinis or negligee could still be prostitution ads, and could still entail child trafficking.

(4)  I also said that we were encouraged that they had finally begun to make reports to NCMEC, and that we had now received 12 reports from them.  They committed to work with us to expedite the reporting process.  However, they said that Meghan had told them that they could only make reports when they had clear and definitive evidence that the person in the ad was a child and was being prostituted against her will.  I indicated that I was deeply skeptical, and that the purpose of the reporting process was to flag possible child prostitution and that there was no requirement that they have incontrovertible proof before they report.  I said that where there is suspicion, they should report.

(5)  I talked about the Craigslist process, about how I was the primary defender of Craigslist for a year and a half, that we were impressed that they removed 725,000 ads from their system, etc.  However, I told them that ultimately we concluded that despite their best efforts, it wasn't working.  I indicated that their challenge was to make it clear through their efforts that they are committed to eradicating this problem from their company, and that there must be proof of the success of their efforts.

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000292

(6)  I used Carmen's numbers about the ten missing kids we have identified on Backpage this year, and emphasized that we think there are many more.

(7)  I said that even though it appeared to me that many of their ads are being toned down, it still appeared to me that there was evidence of blatant prostitution on their site, and that we are confident that many of them are kids.

(8)  I asked them why they hadn't adopted the same standards for ads on Backpage that they use in their newspapers.  (Larkin is going to send me some copies of Village Voice and their other publications.)  I mentioned that massage parlors are licensed and regulated as are escort services in virtually every community.  That doesn't mean that massage parlors aren't going to be used as covers for prostitution on occasion.  However, in every city there is a regulatory system and local law enforcement can do something about it.  Incidentally, the CEO said that they are thinking about the same approach.  However, he stopped short of committing to use the same standards, and implied that they are looking for something "in-between."  I told him that that wouldn't solve the problem.

NOTE:  It is clear to me that their problem is economic.  They can't sell ads for their newspapers, they don't think they can survive without "adult" ads, and it is clear to me that they don't think they can survive if they limit their online ads to only the kinds of ads they run in their newspapers.

(9)  I praised their cooperation with law enforcement investigations, but told them that wasn't enough.  I told them that they need to be proactive and keep this stuff out of their system in the first place.

Their responses:

(1)  They committed to me that they would root this problem out.  They reiterated that they are serious about it, are making progress and will make a lot more in the weeks and months ahead.

(2)  They indicated that they have some technology challenges, but are fixing them.

(3)  They indicated that they want to help us.  Carl Ferrer asked if we could provide them with MD5 hashes of the images of our missing kids.  He said that they would routinely run those hashes against photos in their database and help us identify runaway or other missing kids who may be trafficked.  He also thinks they can develop other tools to help.  I told him that our key people would reach out to him and that we are interested in exploring creative ways to do that.

(4)  Ferrer also asked for keyword lists and other tools we can provide so that they can more effectively search their site and identify illegal activity.  I indicated that we would reach out to him on that, and also suggested that he speak with Brad Myles at the Polaris Project.

(5)  They want us to convene a task force to work toward industry-wide solutions.  I told them that was premature, and that we were concerned that such an effort might provide "cover" for companies that are most troublesome.  I also told them that they needed to make a lot more progress first, and that any such task force would need to be multi-faceted and that the state AGs would have to be an integral part of it and sign off on it.

So, I would like someone here (Mike G., John S., Carmen, Kristen, or some combination) to contact Carl Ferrer at Backpage to explore #3 and #4.  It might be good to coordinate with Hemu, who is under contract with them to advise them on these issues.  I will keep you posted regarding what I hear in follow up.

Ernie

# EXHIBIT E

sustain itself through running sex ads.

If there are any further meetings, and if there's any utility to me being involved, I'd be happy to share additional thoughts. I could also share some of the numbers we're seeing through the counting algorithm we have. I can share key words we're seeing.

Thanks again for the crucial role you are playing in being a voice of authority to push them to improve their site,

Brad

On Wed, Dec 1, 2010 at 11:13 AM, Ernie Allen <EALLEN@ncmec.org> wrote:
Harold, Stephen, Deborah, Brad:

Late yesterday afternoon, I had a confidential conference call lasting more than an hour with Jim Larkin, the CEO of Village Voice Media, Scott Speier, their Executive Vice President, Carl Ferrer who runs Backpage.com for Village Voice, Steve Suskin, their in-house counsel, Hemu Nigam, their consultant and two of Hemu's staff. (Because I promised that the conversation would be confidential, we cannot share it more widely. Yes, I know I am breaching it by sharing it with you, but I think most of this is simply valuable intelligence regarding next steps. And I don't think there are any surprises or that it changes anything we are now doing or any of our current strategy. It is purely intelligence.)

Mr. Larkin, the CEO, began by providing me with his history and the history of his company. He told me that he has been a newspaper man and a part of the company since 1970, and that Village Voice was founded in 1955 by Norman Mailer. He mentioned that they have won multiple Pulitzer Prizes and gradually expanded to operate weekly alternative newspapers in cities across the country.

He said that Backpage was launched in 2004 due to a dramatic decline in classified advertising revenue for their newspapers (sounds like the newspaper business generally). In 2006 Village Voice merged with New Media of Phoenix, Arizona. The resulting company, called Village Voice Media, now operates 14 newspapers (including Village Voice) and 20 websites. He indicated that adult ads are an integral part of their business and a primary source of their revenue.

He indicated that they were inundated following the shut-down of the adult services section on Craigslist, and attributed much of the problem they are facing now with the shift of the Craigslist content and users. He indicated that they are committed to eradicating the trafficking of children on their site, and are taking aggressive steps to make that happen. They want our help and guidance as they do that. He asked me for my views as to how they are doing and what else they need to do.

I told him that

(1) That I didn't believe that their problems originated with the Craigslist shutdown. I commented that from our point of view, prior to their recent actions, their site was a cesspool.

(2) I asked them how ads posted in their escort section, which they did not suspend, that show nude women and girls with blatant, risqué captions and text could be perceived by anybody as escort ads. I noted that these are blatant prostitution ads, and that prostitution is illegal in every state, whether the person in the ad is 16 or 26.

(3) I said that I thought they were making some progress. I said that the fact that they have eliminated graphic pornography and nudity was a positive step, but I cautioned that pictures of

DOJ-BP-0004741694

kids in bikinis or negligee could still be prostitution ads, and could still entail child trafficking.

(4) I also said that we were encouraged that they had finally begun to make reports to NCMEC, and that we had now received 12 reports from them. They committed to work with us to expedite and expand the reporting process. However, they said that someone on our staff had told them that they could only make reports when they had clear and definitive evidence that the person in the ad was a child and was being prostituted against her will. I indicated that I didn't believe that, and that the purpose of the reporting process (or any reporting process) was to flag possible violations, in this case child prostitution, which could then be investigated. There is no requirement that they have incontrovertible evidence before they report. I said that where there is suspicion, they should report.

(5) I talked about the Craigslist process, about how NCMEC was a party to the Craigslist agreement with General Blumenthal and the AGs, that I was a primary defender of Craigslist for a year and a half, that we were impressed that they removed 725,000 ads from their system, etc. However, I told them that ultimately we concluded that despite their best efforts, it wasn't working. I said, "that is your challenge and you don't have a year and a half." I indicated that their challenge was to make it clear through their efforts that they are committed to eradicating this problem, and that there must be proof of the success of their efforts.

(6) I indicated that NCMEC had found ten missing kids on their site this year through simply comparing images, and emphasized that we think there are many more.

(7) I said that even though it appeared to me that many of their ads are being toned down, it still appeared to me that there was evidence of blatant prostitution on their site, and that we are confident that many of them are kids.

(8) I asked them why they hadn't adopted the same standards for ads on Backpage that they use in their newspapers. (Larkin is going to send me some copies of Village Voice and their other publications.) I mentioned that massage parlors are licensed and regulated in every community as are escort services. That doesn't mean that massage parlors aren't going to be used as covers for prostitution on occasion. However, in every city there is a regulatory system and local law enforcement can do something about it. Incidentally, Larkin said that they are thinking about the same approach. However, he stopped short of committing to use the same standards, and implied that they are looking for something "in-between." I told him that that wouldn't solve the problem.

NOTE: It is clear to me that their problem is economic. They can't sell ads for their newspapers, their newspaper revenue is plummeting, they don't think they can survive without "adult" ads, and it is clear to me that they don't think they can survive if they limit their online ads to only the kinds of ads they are able to run in their newspapers.

(9) I praised their cooperation with law enforcement investigations, but told them that wasn't enough. I told them that they need to be proactive and keep this stuff out of their system in the first place.

Their responses:

(1) They committed to me that they would root this problem out. Their CEO told me that they are making a major investment and will fix it. They reiterated that they are serious about it, are making progress and will make a lot more in the weeks ahead.

(2) They indicated that they have some serious technology challenges, but are investing a lot of money and are fixing them.

(3) They indicated that they want to help us. Carl Ferrer asked if we could provide them with MD5 hashes of the images of our missing kids. He said that they would routinely run those

hashes against photos in their database and help us identify more runaway or other missing kids who may be trafficked.  He also thinks they can develop other tools to help.  I told him that we are interested in exploring creative ways to do that.

(4)  Ferrer also asked for keyword lists and other tools we can provide so that they can more effectively search their site and identify illegal activity.  I indicated that we would reach out to him on that, and also suggested that he speak with Brad.

(5)  They want us to convene a task force to work toward industry-wide solutions.  I told them that was premature, and that we were concerned that such an effort might provide "cover" for companies that are most troublesome.  I also told them that they needed to make a lot more progress first, and that any such task force would need to be multi-faceted including law enforcement, NGOs, etc. and that the state AGs would have to be an integral part of it and sign off on it.

The mutual commitment was that this would be a confidential conversation, and that we would talk again.  I was very candid and I think they were pretty candid, especially about their business challenges.  We'll see.  Again, I don't think this changes anything regarding our broader strategies.  We need to keep the pressure on.

Ernie

# EXHIBIT F

Message

| | |
|---|---|
| **From**: | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent**: | 8/30/2013 5:12:52 PM |
| **To**: | Jim Larkin [larkinaz12@gmail.com]; Jed Brunst [jed.brunst@cereusproperties.com]; scott.spear@cereusproperties.com |
| **Subject**: | Fwd: Chase Transactions on Backpage.com |

I think our problem may get larger on Sunday, Sept 1. We are preparing to give users free ads if they complain while we wait on directing transactions to another processor (that will take one week to go live with EMP and another week to program a redirect based on chase bin)

---------- Forwarded message ----------
From: **Patrick Backpage** <patrick@backpage.com>
Date: Fri, Aug 30, 2013 at 12:00 PM
Subject: Chase Transactions on Backpage.com
To: Carl Ferrer <carl.ferrer@backpage.com>, Dan Backpage <dan@backpage.com>

On payment page user will get the error:

**Payment Status:**

- Declined

I called Chase and spoke to a representative about my card being declined on BP. The representative offered to bring a fraud management rep in on a three way call to discuss the reason. I was put on hold and the rep came back, apologized, said she wasn't going to put the fraud management rep on conference call, but she did talk with them. They notified the rep that, **"beginning this month, September, Chase was no longer accepting transactions from Backpage.com, due to their involvement in human trafficking." I told her the ad was for antiques for sale, and the rep apologized again, and repeated the above.** I said thank you for your help and ended the call.

# EXHIBIT G

Message

| | |
|---|---|
| **From:** | Sarah Lord [sarah.lord@polipayments.com] |
| **Sent:** | 5/1/2016 5:58:43 PM |
| **To:** | Carl Ferrer [carl.ferrer@backpage.com] |
| **CC:** | POLi Help Desk [helpdesk@polipayments.com]; carl posting solutions [carl@postsol.com]; stefanie parks [stefaniep@websitetechnologies.com] |
| **Subject:** | RE: [##65715##] Re: Changing bank accounts |

Thanks so much for the email Carl.

May I suggest a teleconference to discuss & work through this?  When would you be available?

In the meantime would you please send through details of your new bank account & a statement clearly showing the name of the account and number for our records?

Thanks

Sarah

**From:** Carl Ferrer [mailto:carl.ferrer@backpage.com]
**Sent:** Saturday, 30 April 2016 2:08 AM
**To:** Sarah Lord <sarah.lord@polipayments.com>
**Cc:** POLi Help Desk <helpdesk@polipayments.com>; carl posting solutions <carl@postsol.com>; stefanie parks <stefaniep@websitetechnologies.com>
**Subject:** Re: [##65715##] Re: Changing bank accounts

We really are just a classified site... all advertising, similar to Gumtree. The site was formerly owned by Fairfax (an established Australian media company.

I am certain paying for employment or home improvement ads would not be a problem.

May I proposed the following:

We can remove Poli as a payment option in any category that could be a problem.

Please let me know which categories we need to remove Poli as an option.

-carl

On Fri, Apr 29, 2016 at 1:51 AM, Sarah Lord <sarah.lord@polipayments.com> wrote:

Hi Carl,

CA DOJ AGO 0000866209
DOJ-BP-0004601519

Thankyou for your patience.

Your request has prompted a review of your website, and unfortunately we had to suspend your account.

Our restricted industries have updated since you were able to use POLi Payments.

Under our restricted industries, advertising of illegal activities is strictly forbidden.

Please see below.

Adult

Gambling

Cigarettes

Brothels

Non Aus Drugs

Fortune Tellers

Hate websites

Illegal

Payday loans

Porn

Terrorism

Animal trade

Weapons

Please let me know if there are any questions.  We can also organise a teleconference to talk through any concerns.

Thanks

Sarah

**From:** poli@zohosupport.com [mailto:poli@zohosupport.com] **On Behalf Of** POLi Helpdesk
**Sent:** Friday, 29 April 2016 3:49 PM
**To:** carl.ferrer@backpage.com
**Cc:** Sarah Lord <sarah.lord@polipayments.com>; carl posting solutions <carl@postsol.com>; stefanie parks

CA DOJ AGO 0000866210
DOJ-BP-0004601520

<stefaniep@websitetechnologies.com>

**Subject**: Re: [##65715##] Re: Changing bank accounts

Hi Carl,

My apologies for the misunderstanding here.

Stefanie, Please send evidence of your updated bank statement to accounts@polipayments.com

It would need to show the company name against the bank account details.

Regards,

Paul @

POLi HelpDesk

---

---- On Fri, 29 Apr 2016 14:49:15 +1000 **carl.ferrer@backpage.com** wrote ----

Sarah,

We spoke to support. They do not understand that we are using your aggregation service, We gave you our bank account in Amsterdam.

We want to change it to another bank account that is also over seas. Does support handle bank account changes for clients using your "'Aggregation' service"?

Here's what the help desk said and it is not helpful since we can only provide overseas accounts.

-carl

**From:** POLi Helpdesk <helpdesk@polipayments.com>
**Date:** April 27, 2016 at 6:20:12 PM CDT
**To:** <stefaniep@websitetechnologies.com>
**Cc:** "carl ferrer" <carl.ferrer@backpage.com>
**Subject: Re: [##65554##] Fwd: Changing bank accounts**
**Reply-To:** helpdesk@polipayments.com

Thanks for your email Stefanie.

You would need to replace the local ING account with another local bank account.

CA DOJ AGO 0000866211

DOJ-BP-0004601521

It is not possible to enter an overseas account into the console to receive funds into.

Regards,

Paul @

POLi HelpDesk

On Mon, Apr 25, 2016 at 4:51 PM, Sarah Lord <sarah.lord@polipayments.com> wrote:

Hi Carl,

Please speak to our help desk -- have cc'd them in this email.

Thanks

Sarah

**From:** Carl Posting Solutions [mailto:carl@postsol.com]
**Sent:** Tuesday, 26 April 2016 5:33 AM
**To:** Sarah Lord <sarah.lord@polipayments.com>
**Cc:** Stefanie Parks <stefaniep@websitetechnologies.com>; Carl Ferrer <Carl.Ferrer@backpage.com>
**Subject:** Changing bank accounts

Sarah,

We are just getting started with you and it is working great. I plan to open it up to more users. I just like to go slow when introducing new payment channels.

Stefanie, my controller, needs to change bank accounts on the Poli account. Sorry about the hassle. I copied Stafnie on this email. I hope you can change the bank account fairly quickly since I am closing it soon.

D0 you have a form to change bank accounts?

-carl

On Thu, Jan 28, 2016 at 4:30 PM, Sarah Lord <sarah.lord@polipayments.com> wrote:

CA DOJ AGO 0000866212
DOJ-BP-0004601522

Thanks Carl!

As an overseas merchant you are able to sign up for a POLi account enabling you to offer POLi to your Australian customers.  If you do not have a local bank account you would need to sign up for our 'Aggregation' service.

Under the Aggregation service we operate a local bank account on your behalf. All payments are sent to this account which we reconcile on a daily basis. We will remit the funds to an overseas bank account of your choosing on a weekly or monthly basis.

In addition to our standard transaction fees, we charge $100 per month for a monthly funds settlement or $250 per month for a weekly funds settlement. We can remit funds to any international bank and in any currency, as long as the bank account name is the same as the registered merchant name. This covers our bank fees and reconciliation expenses.

If you wish to sign up please complete and return the attached form so that I can send through a draft contract for review.

Integration documentation is available from http://www.polipayments.com/developer

Visit our website for more detail about POLi.

Let me know if there are any questions.

Kind Regards,

Sarah

---

**From:** Carl Ferrer <carl.ferrer@backpage.com>
**Sent:** Thursday, 28 January 2016 8:14 PM
**To:** Sarah Lord
**Cc:** Carl AdTechBv
**Subject:** Re: POLi Payments - follow up

Sarah,

My Dutch company owns Cracker.com.au (we bought it from Fairfax). We currently do 5 million AUD gross using mc/v and bc.

Australia Free classifieds - cracker.com - cracker.com.au

cracker.com.au

australia.cracker.com.au is an interactive computer service that enables access by multiple users and should not be

CA DOJ AGO 0000866213
DOJ-BP-0004601523

treated as the publisher or speaker of any ...

Your solution seems to be an equivalent to ACH in the US (which I already do). I do not have an Aussie bank account. And prefer to not have one. Can you contract with a Dutch company with EU banks?

If so, I probably would try your solution for both AUS and NZD. Send the application again.

Carl

Please change my email address to Carl@adtechbv.com
+1 602-206-9506

On Thu, Jan 28, 2016 at 1:45 AM, Sarah Lord <sarah.lord@polipayments.com> wrote:
Dear Carl,

I hope this email finds you well.

Just following up on an email that was sent to you last year regarding offering POLi payments to your clients.

Is this something that you would still be interested in?

Looking forward to hearing from you.

Many thanks

Sarah

CA DOJ AGO 0000866214
DOJ-BP-0004601524