# EXHIBIT A

January 5, 2011

Jim Larkin, Village Voice Media CEO and Board Chair
Mike Lacey, Village Voice Media Editor-In-Chief
Carl Ferrer, Vice President, Backpage.com
Edward McNally, Legal Counsel & Law Enforcement Advisor to Village Voice Media and Backpage.com

Dear Messrs. Larkin, Lacey, Ferrer, and McNally,

Thank you again for taking the time to meet with representatives of Auburn's clergy coalition last month regarding the issue of child sex trafficking and Village Voice Media's website, Backpage.com.

I want to personally commend each of you on behalf of the clergy coalition for coming to see us. We appreciated hearing your views and perspective on Village Voice's engagement with law enforcement on the matters at hand and support for legislation that would provide funding for services to help victims of sex trafficking. Your presentation and our review of your materials have provided a better sense of the positions of both the Village Voice and the clergy coalition. Please be assured that since we met last month, we have diligently reviewed the information that was provided in your legal counsel's letters and that you shared with us during your presentation. For our part, while we always have a willingness to meet, we think the immediate action of permanently shutting down Backpage's adult section is required.

As has been publicly reported, you have heard concerns regarding the operation of Backpage.com from 51 of the nation's 56 attorneys general, mayors across the country, and over 50 leading anti-trafficking experts and organizations, among others and have received the same request from all – to shut down the adult section of the site.

We are coming at this from a different perspective – not as lawyers, government officials, or NGOs, but as moral and religious leaders who have a calling and responsibility to protect our children.

For us, fighting child sex trafficking is a moral imperative. As a Christian, for me personally, my commitment to this issue has a Biblical basis. I believe we are meant to care for the most vulnerable in our society and to protect all people's human dignity. This view is shared by our broad based clergy coalition, which is comprised of Christians, Muslims, Jews, Buddhists, Sikhs and Humanists.

Child sex trafficking is not just an "issue" for us, but a matter of basic justice. We feel we need to give a voice to the voiceless, and we are taking action on behalf of human beings – our children. Our commitment is rooted in the belief that all children are our

children, that the person that appears in a Backpage ad could be any one of our daughters or sons.

Interestingly, the text of the week of our meeting was from the Prophet Isaiah. It forecasts the coming of a Messiah who would be sent to "bring good news to the oppressed, to bind up the brokenhearted, to proclaim liberty to the captives, and release to the prisoners…For I the Lord love justice, and I hate robbery and wrongdoing."

This is the context out of which we as religious leaders are making our views known about child sex trafficking generally and what happens on Backpage.com more specifically.

We believe we were and are being truthful when we say that these advertisements constitute a platform whereby boys and girls can be offered by others for commercial sex, even if it is without your expressed consent and against your clearly defined policies. As we have clarified previously, we do NOT believe and have not stated that Village Voice is intentionally and proactively endangering children. We take you at your word that your company is making considerable efforts to prevent sex trafficking. Your work to implement safeguards on Backpage.com and your engagement with law enforcement are evidence of that.

However, the security enhancements you have implemented on your site – such as no nudity, stricter image content standards, ad monitoring, and investigating and reporting possible ads featuring minors to the National Center for Missing and Exploited Children – are insufficient.

In fact, the terms of use on your website explicitly prohibit "posting any ad for products or services, use or sale of which is prohibited by any law or regulation"[1] and a Backpage.com spokesperson has stated that Village Voice is focused on "preventing those who are intent on misusing the site for illegal purposes"[2] – but a cursory glance at Backpage.com reveals that paying customers are regularly posting ads that sell sex, an activity that is illegal in all but a few counties in the United States.

Minors continue to be sold for sex by others posting advertisements on Backpage, including, most recently in Michigan where a 16-year old was sent on hundreds of sex dates by a woman who marketed her on Backpage, and also in Washington State, New York, and Tennessee. These are just the cases that made it into the news. That Village Voice representatives appeared not to be aware of two of these specific cases that we

---

[1] http://newyork.backpage.com/online/classifieds/Terms
[2] http://blog.backpage.com/2011/02/safety-and-security-enhancements.html

cited in our meeting was surprising given your stated commitments. Those cases did not result in murder as unfortunately the one involving the two Detroit women who were found dead in the trunk of a burning car on Christmas Day did. But they could have.

We are concerned that some Backpage advertisements, such as the ones that were used in the criminal activity of others in the aforementioned states, are examples of advertisements that were not initially declined for posting on the website – either because they were not caught by your company's safeguards or, at the point of sale, a different individual was sold for sex than was advertised.

Even if advertisements are flagged by Backpage.com, it is possible that they were online and active for a period of time during which the advertised potential minor could be sold, perhaps repeatedly, before law enforcement is alerted. Additionally, when law enforcement is alerted, it is not immediately clear that local police departments or vice divisions in the areas where advertisements are flagged have the resources to respond in a reasonable timeframe, make arrests, and rescue victims. Given that "Backpage.com reported to the National Center for Missing and Exploited Children (NCMEC) 1,595 cases of suspected use of juveniles in sex ads, as NCMEC has publicly stated,"[3] the sheer volume of cases likely means that there will continue to be incidents that slip through the cracks.

We know that if you decide to shut down the adult section of Backpage.com that sex trafficking would not end in America – nor would it end entirely on Backpage.com itself. You stated in your presentation that when Craigslist shut down its adult section, pimps and johns began to employ other sections of the site to sell and buy sexual services, including from minors. Even so, when the adult section of the site was closed down, we believe a large volume of Craigslist's adult-oriented ads migrated to your website, based on an Advanced Interactive Media Group report[4] entitled "Sex ads: Where the money is" of Sept. 14, 2010.[5] The same claim was made by Ernie Allen, President of the

---

[3] NGO Letter to Village Voice Media, 12/2/2011
http://www.scribd.com/doc/74493197/NGO-Letter-to-Village-Voice-Media-re-Backpage-com
[4] We understand that your company disputes the accuracy of the AIM reports. We are not convinced by your conclusion, in part because we were not given any analysis demonstrating erroneous results. But perhaps, given that you dispute the accuracy of the data, it would be worthwhile for the public conversation on this issue for your company to publish its version of the market share that Backpage.com holds in the adult advertising industry as it compares to actual industry competitors like Craigslist, EroticReview, MyRedBook, CityVibe, and SipSap as well as the total annual revenue from Backpage.com's adult section. We do not agree that your company is in the same industry vertical as Google, Facebook, Twitter, and others, as those sites are largely free to use and compile content from many other sites, including your own.
[5] http://aimgroup.com/files/2010/09/sex-ad-report-summary.pdf

National Council on Missing and Exploited Children, during questioning following his congressional testimony on the issue of the sex trafficking of minors in March of 2011.[6]

We also realize it is going to take more than one or two Web sites doing the right thing to end sex trafficking in America. We will need a groundswell of support from businesses, non-profit organizations, government, and religious communities to protect our kids.

We believe, based on case reports and related news accounts, that pimps and johns use Backpage's adult advertising in near anonymity, making it easier for them to sell and buy sex, including with minors. If you commit to taking a simple action – shutting down the adult section of your website – you would put up an important roadblock at the start of their efforts to find a venue to buy and sell sex and put a stop to a large venue for this activity, which the 51 Attorneys General have called an "accelerant" for the sex trafficking of minors.[7]

While we acknowledge that trafficking remains a problem on other Web sites and print publications, that doesn't change the fact that Backpage remains a "hub"[8] for this activity, or that your business earns considerable revenue from the adult section of your site.[9] The latter in particular we find morally objectionable.

By continuing to operate Backpage.com's adult section, you are sending a message that a storied American brand like the Village Voice is thumbing its nose at basic moral precepts.

For the above reasons, we are convinced that action by Village Voice Media – while no panacea – would have a real impact in the fight against child sex trafficking.

Morally, the case is clear. If your company could do anything more to help stop the sex trafficking of minors, a heinous crime that robs girls and boys of their childhood and perhaps even their adulthood, it should be done immediately. Just because the problem is hard to solve doesn't mean that you are morally free to profit from a site, on which, despite your implementation of safety standards, children may be trafficked.

There is very little moral wiggle room when one is aware of the real possibility that a terrible crime may occur, but decides to be satisfied with approaches that are revealed

---

[6] March 2011 Congressional Briefing, Ernie Allen.
http://www.missingkids.com/missingkids/servlet/NewsEventServlet?LanguageCountry=en_US&PageId=4522
[7] Letter by National Association of Attorneys General to Backpage.com, August 31, 2011.
http://www.atg.wa.gov/uploadedFiles/Home/News/Press_Releases/2011/NAAG_Backpage_Signon_08-31-11_Final.pdf
[8] Ibid.
[9] http://articles.latimes.com/2011/nov/28/entertainment/la-et-village-voice-media-20111129

to be unable to completely address the problem. And as you have yourself acknowledged in our meeting and in the past to others, "not every instance of [sex trafficking] can be quickly and successfully interdicted."[10]

At the root of our efforts is questioning the morality of continuing to operate a part of your business where the cost of doing so is providing advertisements for people who may be involved in buying and selling of minors for sex, or for children and minors to self-advertise for sex, which Mr. Lacey claimed is a significant number of the situations.[11] Whether it is true or not, it has no bearing on the case. Our moral responsibility is to prevent all child trafficking that results from advertisements on Backpage.com.

As we have said previously, including in our meeting, we want your business to thrive. We admire the legacy of the Village Voice and progressive weeklies around the country, and value your mission to provide independent editorial content.

But we believe – and cannot understand how this belief is objectionable to the Village Voice, as you made clear at our meeting – that a single child sold for sex, anywhere and under any circumstances, is one too many. We believe that any business that does not do everything it can to end all child sex trafficking is committing the type of wrongdoing that the Prophet Isaiah was speaking of. This wrongdoing robs boys and girls of their childhoods and also their rights. As the Jewish tradition teaches, if you can save a single life, it is as if you have saved a whole world.[12]

We understand from the statements you made in our meeting that your company takes it as a given that a certain number of teens and children will be trafficked for sex – in spite of the safeguards you have put in place – by those who pay your Web site a fee, and that is unacceptable to us.

The sex trafficking of minors generally and the use of your website by others to place advertisements are public matters and the public needs to be aware of them. As clergy, it is our responsibility to educate people on issues of pressing moral concern, this being one of them. We echo the views of 51 of the nation's 56 Attorneys General, many mayors, and over 50 anti-trafficking groups and experts in the fight against child sex

---

[10] Backpage.com's letter to the National Association of Attorney Generals, August 31, 2011. http://www.atg.wa.gov/uploadedFiles/Another/News/BACKPAGE_com%20RESPONSE%20TO%20NAAG.PDF

[11] It was particularly surprising to see Mr. Lacey suggest during our meeting that these circumstances involved underage kids self-prostituting themselves. The assertion provides no moral cover whatsoever for Village Voice's conduct.

[12] Talmud, Sanhedrin 37a states: "for this reason was man created alone, to teach thee that whosoever destroys a single soul... Scripture imputes [guilt] to him as though he had destroyed a complete world; and whosoever preserves a single soul... scripture ascribes [merit] to him as though he had preserved a complete world."

trafficking. We've mobilized over 475 clergy and over 80,000 citizens and counting who share our moral outrage at this status quo. This is the moral underpinning for our educational outreach to third parties affiliated with the Village Voice, including advertisers.

We were pleased to read in the first formal communication to the clergy coalition of September 27 Mr. Ferrer's statement that "we share and respect your view that one child harmed by sex trafficking is one too many." Accordingly, we have been surprised to see Village Voice backpedal on that commitment in repeated statements by Mr. McNally and Mr. Lacey, and particularly to hear Mr. Lacey assert that the clergy's moral commitment to our children amounts to a simple "bumper sticker." This position seems to be at odds with Mr. Ferrer's statement and your previously stated position that "Village Voice supports the effort to halt human trafficking…utterly and without qualification," according to a November 23 letter by Mr. McNally.

Respectfully, religious leaders, and indeed people of faith or people of moral conviction, are called to imagine a world that may appear difficult to achieve, but must be strived for. We cannot be satisfied – ever – in a world where a single child is trafficked. Our moral imagination and our various faith traditions demand better, and we believe the public shares this view.

One of my colleagues has a simple ethical test: Ask yourself how you would feel telling your family what happens on your Web site. What would your mother or your child say about the 15 and 16 year-olds in Memphis, Tennessee who were lured under the pretext of going to a water park but instead were sold for sex by pimps who placed ads on Backpage.com? And what would they say about the mentally handicapped high school student in Kent, Washington who was sold for sex because she wanted to receive a Thanksgiving meal? Or about the 13-year old in Brooklyn, New York who was beaten, advertised with photos on Backpage and forced into prostitution, and who, when she tried to escape, was tracked down and thrown down a flight of stairs?

The aforementioned cases of minors being advertised on Backpage were not detected by Backpage's safeguard system prior to the advertisements appearing on the website, and as a result allowed those who prey on children to abuse them. This is what we are fighting to stop. Consider it this way – if you operated an airline or a company that produced jet engines, you would have no choice but to ground your planes if your current safeguards did not prevent life-threatening engine trouble or your repairs weren't sufficient to ensure a level of safety that the public would endorse. Sometimes voluntary and expensive standards just don't work to ensure an acceptable level of safety for the public.

I imagine that a reversal by Village Voice at this stage is unlikely. I hope I am wrong. Doing the right thing is not easy, but we, and the broader community, would surely applaud you for shutting down the adult section of your site.

If Village Voice Media takes the right action, we pledge to write to the public at large, including every organization, business, clergy member, and petition signer we have contacted, to alert them to the fact that Village Voice has reversed course and no longer will operate an adult section of its website where it is possible that the presence of ads of kids might lead to their sale for sex.

It's not often that a company or individual is afforded an opportunity to do something really good in the world. But Village Voice has this power in its hands and the opportunity to do the right thing.

Please seize this opportunity. During the start of this New Year, it would be an especially fitting time for such a decision.

Sincerely,

Rev. Dr. Katharine Henderson
President
Auburn Seminary

CONFIDENTIAL

BP-AZGJ00074927

BP-PSI-074940

DOJ-BP-0000052551