**EXHIBIT G**

Message
---

**From:** Sarah Lord [sarah.lord@polipayments.com]
**Sent:** 5/1/2016 5:58:43 PM
**To:** Carl Ferrer [carl.ferrer@backpage.com]
**CC:** POLi Help Desk [helpdesk@polipayments.com]; carl posting solutions [carl@postsol.com]; stefanie parks [stefaniep@websitetechnologies.com]
**Subject:** RE: [##65715##] Re: Changing bank accounts


Thanks so much for the email Carl.

May I suggest a teleconference to discuss & work through this? When would you be available?

In the meantime would you please send through details of your new bank account & a statement clearly showing the name of the account and number for our records?

Thanks

Sarah


**From:** Carl Ferrer [mailto:carl.ferrer@backpage.com]
**Sent:** Saturday, 30 April 2016 2:08 AM
**To:** Sarah Lord <sarah.lord@polipayments.com>
**Cc:** POLi Help Desk <helpdesk@polipayments.com>; carl posting solutions <carl@postsol.com>; stefanie parks <stefaniep@websitetechnologies.com>
**Subject:** Re: [##65715##] Re: Changing bank accounts


We really are just a classified site... all advertising, similar to Gumtree. The site was formerly owned by Fairfax (an established Australian media company.

I am certain paying for employment or home improvement ads would not be a problem.

May I proposed the following:

We can remove Poli as a payment option in any category that could be a problem.

Please let me know which categories we need to remove Poli as an option.


-carl


On Fri, Apr 29, 2016 at 1:51 AM, Sarah Lord <sarah.lord@polipayments.com> wrote:

Hi Carl,

CA DOJ AGO 0000866209
DOJ-BP-0004601519

Thankyou for your patience.

Your request has prompted a review of your website, and unfortunately we had to suspend your account.

Our restricted industries have updated since you were able to use POLi Payments.

Under our restricted industries, advertising of illegal activities is strictly forbidden.

Please see below.

Adult

Gambling

Cigarettes

Brothels

Non Aus Drugs

Fortune Tellers

Hate websites

Illegal

Payday loans

Porn

Terrorism

Animal trade

Weapons

Please let me know if there are any questions.  We can also organise a teleconference to talk through any concerns.

Thanks

Sarah

**From:** poli@zohosupport.com [mailto:poli@zohosupport.com] **On Behalf Of** POLi Helpdesk
**Sent:** Friday, 29 April 2016 3:49 PM
**To:** carl.ferrer@backpage.com
**Cc:** Sarah Lord <sarah.lord@polipayments.com>; carl posting solutions <carl@postsol.com>; stefanie parks

<stefaniep@websitetechnologies.com>
**Subject:** Re: [##65715##] Re: Changing bank accounts

Hi Carl,

My apologies for the misunderstanding here.

Stefanie, Please send evidence of your updated bank statement to accounts@polipayments.com

It would need to show the company name against the bank account details.

Regards,

Paul @

POLi HelpDesk

---

---- On Fri, 29 Apr 2016 14:49:15 +1000 carl.ferrer@backpage.com wrote ----

Sarah,

We spoke to support. They do not understand that we are using your aggregation service, We gave you our bank account in Amsterdam.

We want to change it to another bank account that is also over seas. Does support handle bank account changes for clients using your "'Aggregation' service"?

Here's what the help desk said and it is not helpful since we can only provide overseas accounts.

-carl

**From:** POLi Helpdesk <helpdesk@polipayments.com>
**Date:** April 27, 2016 at 6:20:12 PM CDT
**To:** <stefaniep@websitetechnologies.com>
**Cc:** "carl ferrer" <carl.ferrer@backpage.com>
**Subject:** Re: [##65554##] Fwd: Changing bank accounts
**Reply-To:** helpdesk@polipayments.com

Thanks for your email Stefanie.

You would need to replace the local ING account with another local bank account.

CA DOJ AGO 0000866211
DOJ-BP-0004601521

It is not possible to enter an overseas account into the console to receive funds into.

Regards,

Paul @

POLi HelpDesk

On Mon, Apr 25, 2016 at 4:51 PM, Sarah Lord <sarah.lord@polipayments.com> wrote:

Hi Carl,

Please speak to our help desk -- have cc'd them in this email.

Thanks

Sarah

**From:** Carl Posting Solutions [mailto:carl@postsol.com]
**Sent:** Tuesday, 26 April 2016 5:33 AM
**To:** Sarah Lord <sarah.lord@polipayments.com>
**Cc:** Stefanie Parks <stefaniep@websitetechnologies.com>; Carl Ferrer <Carl.Ferrer@backpage.com>
**Subject:** Changing bank accounts

Sarah,

We are just getting started with you and it is working great. I plan to open it up to more users. I just like to go slow when introducing new payment channels.

Stefanie, my controller, needs to change bank accounts on the Poli account. Sorry about the hassle. I copied Stafnie on thie email. I hope you can change the bank account fairly quickly since I am closing it soon.

D0 you have a form to change bank accounts?

-carl

On Thu, Jan 28, 2016 at 4:30 PM, Sarah Lord <sarah.lord@polipayments.com> wrote:

CA DOJ AGO 0000866212
DOJ-BP-0004601522

Thanks Carl!

As an overseas merchant you are able to sign up for a POLi account enabling you to offer POLi to your Australian customers. If you do not have a local bank account you would need to sign up for our 'Aggregation' service.

Under the Aggregation service we operate a local bank account on your behalf. All payments are sent to this account which we reconcile on a daily basis. We will remit the funds to an overseas bank account of your choosing on a weekly or monthly basis.

In addition to our standard transaction fees, we charge $100 per month for a monthly funds settlement or $250 per month for a weekly funds settlement. We can remit funds to any international bank and in any currency, as long as the bank account name is the same as the registered merchant name. This covers our bank fees and reconciliation expenses.

If you wish to sign up please complete and return the attached form so that I can send through a draft contract for review.

Integration documentation is available from http://www.polipayments.com/developer

Visit our website for more detail about POLi.

Let me know if there are any questions.

Kind Regards,

Sarah

---

**From:** Carl Ferrer <carl.ferrer@backpage.com>
**Sent:** Thursday, 28 January 2016 8:14 PM
**To:** Sarah Lord
**Cc:** Carl AdTechBv
**Subject:** Re: POLi Payments - follow up

Sarah,

My Dutch company owns Cracker.com.au (we bought it from Fairfax). We currently do 5 million AUD gross using mc/v and bc.

Australia Free classifieds - cracker.com - cracker.com.au

cracker.com.au

australia.cracker.com.au is an interactive computer service that enables access by multiple users and should not be

CA DOJ AGO 0000866213
DOJ-BP-0004601523

treated as the publisher or speaker of any ...

Your solution seems to be an equivalent to ACH in the US (which I already do). I do not have an Aussie bank account. And prefer to not have one. Can you contract with a Dutch company with EU banks?

If so, I probably would try your solution for both AUS and NZD. Send the application again.

Carl

Please change my email address to Carl@adtechbv.com
+1 602-206-9506

On Thu, Jan 28, 2016 at 1:45 AM, Sarah Lord <sarah.lord@polipayments.com> wrote:
Dear Carl,

I hope this email finds you well.

Just following up on an email that was sent to you last year regarding offering POLi payments to your clients.

Is this something that you would still be interested in?

Looking forward to hearing from you.

Many thanks

Sarah