# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR-18-0422-PHX-SMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | January 29, 2020 |
| Michael Lacey, | ) | 11:00 a.m. |
| James Larkin, | ) | |
| Scott Spear, | ) | |
| John Brunst, | ) | |
| Andrew Padilla, | ) | |
| Joye Vaught, | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE SUSAN M. BRNOVICH, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**ORAL ARGUMENT - MOTION TO DISMISS**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                     A P P E A R A N C E S

 2   FOR THE GOVERNMENT

 3           U.S. ATTORNEY'S OFFICE
             By:  Mr. Kevin M. Rapp
 4                Mr. Andrew C. Stone
                  Ms. Margaret Wu Perlmeter
 5                Mr. Peter Kozinets
             40 North Central Avenue, Suite 1200
 6           Phoenix, Arizona 85004

 7
     FOR THE DEFENDANT LACEY:
 8
             LIPSITZ GREEN SCIME CAMBRIA
 9           By:  Mr. Paul John Cambria, Jr.
             42 Delaware Avenue, Suite 120
10           Buffalo, New York 14202

11   FOR THE DEFENDANT LARKIN:

12           BIENERT MILLER & KATZMAN, PLC
             By:  Mr. Thomas Henry Bienert, Jr.
13           903 Calle Amanecer, Suite 350
             San Clemente, California 92673
14
     FOR THE DEFENDANT SPEAR:
15
             FEDER LAW OFFICE, PA
16           By:  Mr. Bruce S. Feder
             2930 East Camelback Road, Suite 160
17           Phoenix, Arizona 85016

18   FOR THE DEFENDANT BRUNST:

19           BIRD MARELLA BOXER WOLPERT NESSIM
             DROOKS LINCENBERG & RHOW, PC
20           By:  Mr. Ariel Neuman
             1875 Century Park E Suite 2300
21           Los Angeles, CA 90067

22   FOR THE DEFENDANTS PADILLA AND VAUGHT:

23           DAVID EISENBERG, PLC
             By:  Mr. David S. Eisenberg
24           3550 North Central Avenue, Suite 1155
             Phoenix, Arizona 85012
25
```

1     THE COURT: And you would compare that to the case
2 with the scale?
3     MR. KOZINETS: The case with the scale, but really you
4 can just look at, you know, what is an ad? An ad is an
5 advertisement for a business. What is prostitution?
6 Prostitution, as alleged in the context of this indictment, is
7 always referred to as a business. It's the sale of sex for
8 money. It can only be conducted by way of commercial
9 transaction. That's what it is.
10     And, in fact, in paragraph 11 we have Mr. Lacey
11 writing, kind of touting Backpage as providing for the very
12 first time, giving the oldest profession in the world
13 transparency recordkeeping safeguards. It's a profession, a
14 business, inherently, a business activity, which I think brings
15 us to part of what the Court asked about in the order, was
16 whether this is a definitional part of the statute.
17     And even though Mr. Brunst has -- has cited various
18 cases, as far as I know, he's not cited a single case that
19 requires dismissing an indictment for failing to include the
20 words business enterprise in the indictment itself. But, on
21 the other hand, there are scores of cases that describe the
22 essential elements of a Travel Act claim as consisting of the
23 three baseline elements that are set forth in subsection A to
24 the Travel Act, some interstate -- use of facilitating
25 interstate commerce with intent to promote or facilitate

C E R T I F I C A T E

I, CHRISTINE M. COALY, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 7th day of February, 2020.

/s/ Christine M. Coaly_____
Christine M. Coaly, RMR, CRR