IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based upon the United States of America's Motion for Leave to File Non-Electronic Exhibit to its Motion *in Limine* to Determine Admissibility of Evidence, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' Motion for Leave.

**IT IS FURTHER ORDERED** granting the United States' permission to file a compact disc containing trial exhibits.

Dated this _____ day of April, 2020.