# EXHIBIT

# H

**To:** Don Bennett Moon[don.moon@azbar.org]; Liz McDougall VVM[liz.mcdougall@villagevoicemedia.com]
**From:** Barbara Roessner
**Sent:** Sat 6/9/2012 11:19:27 PM
**Subject:** Re: i think we should consider/discuss sending a short legalese letter to detroit news asking that they not use the term "backpage.com murder victim"…backpage.com didn't murder anyone…btr

yes, the risk you cite is definitely the downside. on the other hand...organizations and people complain all the time to media outlets about headlines, wording, etc., and it has an effect. maybe this one is just too hot to touch. (and it doesn't seem to be getting picked up much outside detroit. maybe we can ask anna to track it. just want to avoid a made-for-TV movie of the same title...)

Barbara T. Roessner
btroessner@yahoo.com
mobile: 860-543-9017

--- On **Sat, 6/9/12, Liz McDougall VVM** *<liz.mcdougall@villagevoicemedia.com>* wrote:

> From: Liz McDougall VVM <liz.mcdougall@villagevoicemedia.com>
> Subject: Re: i think we should consider/discuss sending a short legalese letter to detroit news asking that they not use the term "backpage.com murder victim"…backpage.com didn't murder anyone…btr
> To: "Don Bennett Moon" <don.moon@azbar.org>
> Cc: "barbara roessner" <btroessner@yahoo.com>
> Date: Saturday, June 9, 2012, 7:11 PM
>
> Willing to discuss but strongly disagree. We can't risk being anti-free speech now, and there is no trademark violation to allege. The term is annoying but it is marginally misleading at best. The potential blowback if our letter to Detroit News was published online (which I would do immediately if I were them) is awful. We should just let that news and phrase die out.
>
> On Jun 9, 2012, at 9:55 AM, Don Bennett Moon <don.moon@azbar.org> wrote:
>
>> agree. dbm
>>
>> **From:** barbara roessner <btroessner@yahoo.com>
>> **To:** liz.mcdougall@villagevoicemedia.com; don.moon@azbar.org
>> **Cc:** barbara roessner <btroessner@yahoo.com>
>> **Sent:** Saturday, June 9, 2012 7:04 AM
>> **Subject:** i think we should consider/discuss sending a short legalese letter to detroit news asking that they not use the term "backpage.com murder victim"…backpage.com didn't murder anyone…btr