# Exhibit A

```
 1              IN THE SUPERIOR COURT OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SACRAMENTO
 3        HONORABLE MICHAEL G. BOWMAN, JUDGE, DEPARTMENT 61
 4                         ---oOo---
 5   THE PEOPLE OF THE STATE OF CALIFORNIA )
                                           )    ORIGINAL
 6                                         )
                 -vs-                      )    Case Number:
 7                                         )    16FE019224
                                           )
 8   CARL FERRER, MICHAEL GERARD LACEY     )
     and JAMES ANTHONY LARKIN,             )
 9                            Defendants.  )
                                           )
10   _____)
11
                             ---oOo---
12
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
              PENAL CODE SECTION 1275.1(f) HEARING
14
                             ---oOo---
15
                    THURSDAY, OCTOBER 13, 2016
16
                             ---oOo---
17
```

(lines 18–27 blank)

```
27                           ---oOo---
28              Araceli Plasencia, CSR No. 8687
```

SACRAMENTO OFFICIAL COURT REPORTERS

1               I N D E X
2                 ---oOo---

3   **THURSDAY, OCTOBER 13, 2016**                                     1
4   WITNESSES FOR DEFENDANTS LACEY AND LARKIN:
5       DON BENNETT MOON
        Direct Examination by Mr. Cassman                              4
6       Cross-Examination by Ms. Mailman                               7
7       MARGARET LARKIN
        Direct Examination by Mr. Cassman                             21
8       Cross-Examination by Ms. Mailman                              23
9   ARGUMENT BY MS. KRELL                                             24
10  COURT'S RULING RE 1275.1(f) HEARING                               25
11  DEFENSE REQUEST TO FILE 977 WAIVERS                               25
12  PEOPLE REQUEST BAIL CONDITIONS                                    25
13  DEFENDANTS SIGN 977 WAIVERS IN OPEN COURT                         27
14  DEFENDANTS' PASSPORTS SURRENDERED                                 27
15  DEMURRER BRIEFING SCHEDULING SET                                  27
16  CERTIFICATE OF COURT REPORTER                                     31

17
18                ---oOo---
19
20
21
22
23
24
25
26
27
28

1   Q.      Do you currently represent Defendant Larkin in his
2   individual capacity?
3           MR. BLACKMON:  Do you mean, in connection with this
4   proceeding?
5   Q.      (By Ms. Mailman)  Do you currently represent
6   Defendant Larkin in his individual capacity?
7           THE COURT:  Either it's yes or no.
8           THE WITNESS:  Well, I suppose that --
9           MR. BLACKMON:  I object on the ground of vagueness,
10  your Honor.
11          THE COURT:  Tighten it up a little bit.  That's
12  sustained.
13  Q.      (By Ms. Mailman)  Is there currently an
14  attorney/client relationship between you and Defendant
15  Larkin?
16  A.      Yes.
17  Q.      Do you currently represent Defendant Lacey in his
18  individual capacity?
19          MR. BLACKMON:  Same objection.
20          THE COURT:  Sustained.
21          THE WITNESS:  Same answer as given.
22  Q.      (By Ms. Mailman)  So you currently have an
23  attorney/client privilege relationship between Defendant
24  Lacey and yourself?
25  A.      I do.
26  Q.      Do you have an attorney/client relationship
27  presently between yourself and backpage.com LLC?
28          MR. CASSMAN:  Objection, irrelevant.