# Exhibit B

| | |
|---|---|
| **From:** | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent:** | Wednesday, December 21, 2011 5:20 PM |
| **To:** | Dollar Bill |
| **Cc:** | Thomas Backpage |
| **Subject:** | Re: interesting feedback |

Yes. the pic is a little too nude for us.

As for naughty. It is one of those words that get us in to trouble with user safety experts.
That said, I'll send to my guy in charge of moderation. Maybe we should let back in the word
naughty?

-carl


On Dec 21, 2011, at 9:20 AM, Dollar Bill wrote:

> This girl called me yesterday to book 15 Backpage ads in the next few days with this image.
I told her I couldn't put it in the middle but I'd try it on the side along with some of her
other pix - which are fine. She wasn't happy! Then when the filter deleted her word "naughty"
(as in naughty and nice), she called up to cancel all the ads and went into the Voice and on
my blog. She's a pill who makes about 10 grand a week...owns 4 apartments...and a store! THIS
is the girl who still has the first dollar she ever made as an escort - a millionaire several
times over at age 28. And all from being an escort!
>
> <ebonyprincess-4.jpg>

1

CONFIDENTIAL

BP-PSI-018713

DOJ-BP-0004602794