# EXHIBIT A

4/30/2020 Case 2:18-cr-00422-DJH Document 953-1 Filed 05/08/20 Page 2 of 6
Backpage Takes Heat, But Prostitution Ads Are Everywhere

BETA

Jan 26, 2012, 10:25am EST

# Backpage Takes Heat, But Prostitution Ads Are Everywhere



**Daniel Fisher** Forbes Staff

Investing

*I cover finance, the law, and how the two interact.*

🕒 This article is more than 8 years old.

Nicholas Kristof of the New York Times has a heartrending story today about underage prostitutes who are pimped out on Backpage.com, a website with roots in the swinging personal ads that have appeared at the back of the Village Voice since the 1960s.



Home of nasty ads for decades. Image via Wikipedia

Kristof describes how a 13-year-old he calls Baby Face was advertised on Backpage and repeatedly raped by older johns. He quotes Brooklyn prosecutor Lynn Hersh as saying "Backpage is a great vehicle for pimps trying to sell girls." He notes that Craigslist got out of the business after public protests and pressure from state attorneys general.

It's all true -- except Craigslist hasn't really gotten out of the business and Backpage isn't the best place to run an illegal enterprise, at least if you want to keep your business secret from the cops. The company, a unit of Village Voice Media, says it takes credit card numbers for all ads, including free personals, and responds to subpoenas within hours.

**Today In:** Business

**Lufthansa Follows JetBlue's 'New Flying Etiquette' And Mandates Face Masks For All Passengers**

MLB 2020 Proposal Would Give Baseball A Chance To Play To Its Strengths

Love Classic Porsches But Hate Outdated Radios? New Aftermarket Options Offer The Best Of Both Worlds.

BETA

It is true Craigslist got rid of its "Adult Services" advertising category in September 2010, but that doesn't mean prostitutes and pimps aren't still using the site. Type in this Google search if you're curious: site:craigslist.org inurl:cas roses. "Roses" is code for "dollars" in the world of Internet prostitution, and you get more than 20,000 listings by people who seem to be talking about sex and money in Craigslist personals. Want to find more professionals quick? Search for "Asian massage" on Google, or "site:facebook.com escorts new york." I'm not saying they're all prostitutes, but chances are there are more than few among the legitimate escort agencies and massage parlors that advertise online.

Kristof notes that attorneys general of 48 states sent a letter to Backpage last August accusing the company of being a "hub" for child sex trafficking activity. Investigators identified hundreds of prostitution ads and reported that "nearly naked persons in provocative positions are pictured in nearly every adult services advertisement." As opposed to Craigslist personals like this one and this one (warning: explicit).

It's curious that the AGs are targeting Backpage, which they say earns some $22.7 million a year from adult personals. Yes, Backpage makes money from randy ads -- parent Village Voice been doing that for decades -- but it's also the online equivalent of a European red-light district, contained and easily monitored by the police. A Backpage executive who spoke on condition of anonymity told me the company has 123 moderators reviewing the content of ads to try and identify ads for underage prostitution.

Since posters also supply credit-card numbers, it isn't hard in most cases for police to track down who places those ads. (The advertiser in the Kristof case wrote a plain-vanilla personal ad for "labor day weekend fun" with a 21-year-old, but his credit card number allowed him to be quickly identified,

BETA

Backpage says.) The Backpage executive said the company responds to about 100 subpoenas a month, and dispatched an employee to testify before a grand jury called by the Brooklyn prosecutor Hersh as recently as September.

Backpage has taken a defiant tone with the AGs and prosecutors who accuse it of aiding prostitution. The company was recently blamed for prostitute killings in Detroit but Backpage showed that the victims had advertised on at least 15 other sites and there was no evidence the killer had relied on Backpage to find the victims. Its executives are quick to supply the links and Internet code words that show just how ubiquitous Internet prostitution really is. (Try searching for "BBBJ" or "talent gigs" and lots more action pops up.) While Craigslist and other sites have discouraged the use of phone numbers, advertisers simply spell them out or place them in photographs; Google the numbers and you'll see they are often for dubious-looking escort services. Many of those even have explicit Google reviews.

Kristof acknowledges "there's some risk that pimps will migrate to new Web sites," but it seems obvious they never left. So when the AGs declared victory over Craigslist in 2008, it may have been a little premature.

I'm not saying there's anything wrong with trying to shut down the vigorous market for human flesh. It's equivalent to targeting child pornography: Eliminate the producers of this ghastly product and the exploitation will diminish.

But the choice of targets is curious. Especially when one of the leaders of the effort is Washington Attorney General Rob McKenna. Not only is Washington home to Microsoft, whose Bing search engine and software helps power the Internet prostitution business. McKenna's s official bio also notes he practiced business and regulatory law at Perkins Coie from 1988 to 1996. Among the law firm's many clients is Craigslist, which it successfully defended in a 2009 case by the Cook County Sheriff accusing Craigslist of facilitating prostitution.

***Attorney General McKenna had this to say about the story above:***

Attorney General McKenna and the vast majority of state attorneys general raised concerns about Backpage.com because the site is, according to independent industry analyses, the largest Internet hub for prostitution ads. There is a huge and obvious difference between prostitution ads that appear in Internet searches and a business that actively solicits advertisements for prostitutes in every major city in America, along with many smaller cities. The claim that Backpage.com is the online equivalent to a red-light district, "contained and easily monitored by police" ignores that police directly involved in rescuing women and girls from pimps are overwhelmingly opposed to such sites. Finally, the choice of targets is clearly not "curious." We have seen arrests of those involved in the trafficking of minors through Backpage.com in cities throughout the United States. That's why non-governmental organizations, religious and secular leaders, police, mayors, state legislators and others throughout the country focus particularly, but not exclusively, on Backpage.com.

**Backpage issued this response to McKenna's comments on Feb. 17:**

> Taking down Backpage ads would have zero impact on the trafficking Mr. McKenna says he is eager to stop. As *Forbes* shows, his claim that Craigslist has "eradicate[d]" such advertising is not true. Anyone can see erotic ads on Craigslist today. And arrests linked to Craigslist ads have continued all over the country, showing censorship doesn't work.
>
> A Columbia professor reported this month that 61% of prostitutes advertise on Craigslist, with Facebook gaining fast. These ads are on thousands of web sites, where users use search engines to find them. Unlike Backpage, the largest

search engines even let users instantly locate the closest teen escorts, watch explicit videos and read escort reviews. Searches for "teen escort" produces tens of millions of postings including every city in America. Against these numbers, Backpage is a rounding error.

The idea that Backpage is the largest such site is ludicrous. Mr. McKenna's "industry analyses" actually come from a single source that admits its reports are financed by secret money from activists with hidden agendas. In contrast, both Microsoft and USC have recently published independent studies showing the effective solution is to leverage web technology to capture predators and rescue kids.

That's exactly what Backpage does. We monitor 24/7, cooperate with police, operate lawfully, and use strategies that work. Mr. McKenna's strategy, while it might make good news copy and political rhetoric, won't rescue anyone.



**Daniel Fisher**

Follow

I am a senior editor at Forbes, covering legal affairs, corporate finance, macroeconomics and the occasional sailing story. I was the Southwest Bureau manager for Forbes... **Read More**

| Site Feedback | Tips | Corrections | Reprints & Permissions | Terms | Privacy |

© 2020 Forbes Media LLC. All Rights Reserved.                        AdChoices

ADVERTISEMENT