Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (DKT. 1019)** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:        August 17, 2020 |

3657172.2

1    Defendant John Brunst, by and through his undersigned counsel, joins in

2    Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas

3    (Dkt. 1019) ("Motion").

4    Mr. Brunst agrees with the arguments made in the Motion.  Mr. Brunst adopts

5    the positions set forth in the Motion as if fully set forth herein.

6

7    DATED:  June 29, 2020                    Respectfully submitted,

8                                             Gary S. Lincenberg
                                             Ariel A. Neuman
9                                            Gopi K. Panchapakesan
                                             Bird, Marella, Boxer, Wolpert, Nessim,
10                                           Drooks, Lincenberg & Rhow, P.C.

11

12                                           By:      */s/Gopi K. Panchapakesan*
                                                       Gopi K. Panchapakesan
13                                             Attorneys for Defendant John Brunst

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on June 29, 2020, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal
of a Notice of Electronic Filing to the CM/ECF registrants who have entered their
appearance as counsel of record.

3

4

5

*/s/Gopi K. Panchapakesan*

6

Gopi K. Panchapakesan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

CERTIFICATE OF SERVICE