IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Upon the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' stipulation for restraint of property (Doc. 1036).

Dated this 8th day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge