IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　vs.<br>Michael Lacey, et al.,<br>　　　　　Defendant. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　The Court having reviewed the Government's Motion to Confirm Trial Subpoenas, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas (Doc. 1042).

　　　**IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of January 12, 2021.

　　　Dated this 28th day of July, 2020.

　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　United States District Judge