# EXHIBIT A

**Attachment to Notice of Intent to Offer Records Pursuant to Fed. R. Evid. 902(11)**

| Subpoena # | Financial Institution or Subpoenaed Party | Certification(s)<br>BEGDOC | Range of Records | |
|---|---|---|---|---|
| | | | PRODUCTION BEGATT | PRODUCTION ENDATT |
| R 18 09746 | Stewart Title | DOJ-BP-0005070509 | DOJ-BP-0005070459 | DOJ-BP-0005070504 |
| Trial Subpoena-12/18/2019 | CNN | USAO-BP-0001037 | USAO-BP-0001037 | USAO-BP-0001052 |