IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>                          Plaintiff,<br><br>vs.<br><br>James Larkin, et al.,<br><br>                          Defendant. | Case No. CR 18-00422-02-PHX-SMB<br><br>**ORDER**<br><br>(Fifth Request Total) |
| --- | --- |

The Court, having reviewed James Larkin's Motion to Continue Trial (Doc. 1058), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Continue Trial (Doc. 1058) is **GRANTED**. The January 12, 2021 trial date is reset to April 12, 2021 at 9:00 a.m.

**IT IS FURTHER ORDERED** extending deadlines as listed below:

| | |
| --- | --- |
| Government's Disclosure of Final Exhibit and Witness List | March 15,2021 |
| Defendants' Disclosure of Final Exhibit and Witness List | March 22, 2021 |
| Parties Joint Submission of Proposed Jury Instructions, Verdict Form, and Statement of the Case | March 15, 2021 |

1    **IT IS FURTHER ORDERED** vacating the status conference on October 26, 2020

2  and final pretrial conference on December 14, 2020 and resetting the final pretrial conference

3  to March 22, 2021 at 10:00 a.m.

4    **IT IS FURTHER ORDERED** setting a status conference to discuss the proposed

5  questionnaire on February 22, 2021 at 11:00 a.m.

6  The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from January 12, 2021

7  to April 12, 2021.

8    Dated this 7th day of October, 2020.

9

10

11

12                                                                                  Honorable Susan M. Brnovich
                                                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28