1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8
United States of America,                          No. CR-18-00422-PHX-SMB
9
                              Plaintiff,
10                                                            **ORDER**
             vs.
11
Michael Lacey, et al.,
12
                              Defendant.
13

14           The Court having reviewed the Government's Motion to Confirm Trial Subpoenas,

15   and good cause appearing,

16           **IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas (Doc. 1069).

17           **IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial

18   dates in this case shall remain in effect for the current trial date of April 12, 2021.

19           Dated this 14th day of October, 2020.

20

21

22

23                                    Honorable Susan M. Brnovich
                                       United States District Judge
24

25

26

27

28