MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

BRIAN C. RABBITT
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' NOTICE RE: DECEMBER 4, 2020 TELEPHONIC MOTION HEARING ON DEFENDANTS' MOTION TO STAY (Doc. 1092)** |

At Friday's hearing, the topic arose of whether the August 16, 2017 letter from the National Association of Attorneys General to Congress was part of the government's discovery in this case.[1] Defendants previously suggested that it was. (*See* Doc. 1071-2 at 5, Joint Decl. ¶ 5.) However, at the hearing, defense counsel stated it was not. Undersigned counsel responded that he thought the letter had been included, but that he would reach out to colleagues to confirm. The United States now writes to inform the Court that, after double-checking, the August 2017 letter does not appear in the post-indictment discovery.

Nevertheless, as argued at the hearing, whether the letter was included is immaterial. The Joint Declaration submitted by six defense counsel admitted that some of Defendants' lawyers were aware in April 2018 (at the start of this case, and before any discovery commenced) of the series of Attorney Generals' letters of which the August 2017 letter was a part, but that they had not "focused on" the August 2017 letter or the fact that AG Brnovich had signed it. (*See* Doc. 1071-2 at 4, Joint. Decl. ¶ 5.)[2] Further, the Joint Declaration was signed only by six of Defendants' 17 counsel of record. The non-signatories include three lawyers from Davis Wright Tremaine LLP, which represented Backpage, some Defendants, and other Backpage officers in scores of matters over the last decade in, *inter alia*, disputes with Congress and numerous state attorneys general. (Doc. 1072, Mot. to Strike at 6.) The declaration also was not signed by any Defendants, who themselves have been highly attuned to such correspondence. (Doc. 1067, Resp. at 5-6.).

/ /

---

[1] The letter is attached to Defendants' Motion for Recusal. (Doc. 1059-10, Ex. 9 at 1-7.)

[2] The letter has long been publicly-available on the National Association of Attorneys Generals' website. https://www.naag.org/policy-letter/attorneys-general-ask-for-simple-amendment-to-federal-law-to-fight-sex-trafficking/ (clicking "view letter" leads to https://1li23g1as25g1r8so11ozniw-wpengine.netdna-ssl.com/wp-content/uploads/2020/10/CDA-Final-Letter.pdf).

| | |
|---|---|
| 1 | Respectfully submitted this 8th day of December, 2020. |

                                          MICHAEL BAILEY
                                        United States Attorney
                                        District of Arizona

                                        *s/ Peter S. Kozinets*

                                        KEVIN M. RAPP
                                        MARGARET PERLMETER
                                        PETER S. KOZINETS
                                        ANDREW C. STONE
                                        Assistant U.S. Attorneys

                                        DAN G. BOYLE
                                        Special Assistant U.S. Attorney

                                        BRIAN C. RABBITT
                                        Assistant Attorney General
                                        U.S. Department of Justice, Criminal Division

                                        REGINALD E. JONES
                                        Senior Trial Attorney
                                        U.S. Department of Justice, Criminal Division
                                        Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
Joy Faraj
U.S. Attorney's Office