**From:** Ninth Circuit Judicial Conference <ncjc@ce9.uscourts.gov>
**Sent:** Thursday, January 7, 2021 1:41 PM
**To:** Recipient List Suppressed <recipient_list_suppressed@o365.uscourts.gov>
**Subject:** [EXTERNAL]2021 Ninth Circuit Judicial Conference



**All Ninth Circuit Judicial Officers, Lawyer Representatives & Court Unit Executives:**

After conducting a survey of all the circuit and chief judges, unit executives, members of the Conference Executive Committee, and the Lawyer

Representatives Coordinating Committee, I am very disappointed to announce that the 2021 Ninth Circuit Judicial Conference is cancelled.

With the recent national surge upon a surge in COVID-19 cases and issues regarding accessibility of vaccines, it may be too soon to get together. Currently, Big Sky is not accepting large groups and, after discussions with leadership and Conference staff, we have concluded that it will be safer and more prudent to wait until 2022.

We are in the process of reworking our contracts and anticipate that we will hold the 2022 Ninth Circuit Judicial Conference in Big Sky, July 17-21. I will send you a "save the date" once the contract is signed and approved.

Martha and I extend to all of you our best wishes for a happy, healthy, and safe 2021. Although this was a difficult decision, we will celebrate being together with all of you when it is safe, and we can all see each other in person.

Sincerely,

Sidney R. Thomas

Chief Judge