1  Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
2  Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
   LIPSITZ GREEN SCIME CAMBRIA LLP
3  42 Delaware Avenue, Suite 120
   Buffalo, New York 14202
4  Telephone: (716) 849-1333
5  Facsimile:   (716) 855-1580
   pcambria@lglaw.com
6  emccampbell@lglaw.com
   *Attorneys for Michael Lacey*
7

8  Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
   Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
9  BIENERT | KATZMAN PC
   903 Calle Amanecer, Suite 350
10 San Clemente, California 92673
11 Telephone: (949) 369-3700
   Facsimile: (949)369-3701
12 tbienert@bienertkatzman.com
   wbernstein@bienartkatzman.com
13 *Attorneys for James Larkin*

14

15 Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANTS' SUPPLEMENT TO MOTION TO CONTINUE TRIAL** |
| vs. | |
| Michael Lacey, *et al.*, | (Oral argument requested) |
| Defendants. | |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

DEFENDANTS' SUPPLEMENT TO MOTION TO CONTINUE TRIAL

On January 19, 2021, Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught ("Defendants"), by and through their undersigned attorneys, moved for an order continuing the trial date from April 12, 2021, to September 20, 2021, because of the ongoing coronavirus pandemic and because the Ninth Circuit had recently scheduled oral argument for March 3, 2021 on Defendants' petition for a writ of mandamus regarding their Motion to Recuse ("Motion"). (*See* Doc. 1112.) The Motion did not state the government's position with respect to the continuance. Defense counsel has conferred with the government. The government has indicated that it would not oppose a continuance on the basis of the coronavirus pandemic, but was in the process of researching its position on the length of the continuance needed, and would convey that position in its forthcoming submission.

RESPECTFULLY SUBMITTED this 25th day of January, 2021,

Paul J. Cambria, Jr.
Erin E. McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Paul J. Cambria, Jr.
       Paul J. Cambria, Jr.
       Attorneys for Michael Lacey

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II (C) (3), Erin E. McCampbell hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN, PLC

By:   /s/ Whitney Z. Bernstein
       Whitney Z. Bernstein
       Attorneys for James Larkin

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.

By:  /s/ Ariel A. Neuman
     Ariel A. Neuman
     Attorneys for John Brunst

Bruce Feder
FEDER LAW OFFICE, P.A.

By:  /s/ Bruce Feder
     Bruce Feder
     Attorneys for Scott Spear


David Eisenberg
DAVID EISENBERG, P.L.C.

By:  /s/ David Eisenberg
     David Eisenberg
     Attorneys for Andrew Padilla


Joy Bertrand
JOY BERTRAND, ESQ.

By:  /s/ Joy Bertrand
     Joy Bertrand
     Attorneys for Joye Vaught

2
DEFENDANTS' SUPPLEMENT TO MOTION TO CONTINUE TRIAL

1. On January 25, 2021, a PDF version
2. of this document was filed with
3. Clerk of the Court using the CM/ECF
   System for filing and for Transmittal
4. Of a Notice of Electronic Filing to the
5. Following CM/ECF registrants:

6. Kevin Rapp, kevin.rapp@usdoj.gov
7. Reginald Jones, reginald.jones4@usdoj.gov
8. Peter Kozinets, peter.kozinets@usdoj.gov
   Margaret Perlmeter, margaret.perlmeter@usdoj.gov
9. Andrew Stone, andrew.stone@usdoj.gov
10. Daniel Boyle, daniel.boyle2@usdoj.gov