# Exhibit B

# DOMESTIC MINOR SEX TRAFFICKING

## HEARING

BEFORE THE

### SUBCOMMITTEE ON CRIME, TERRORISM, AND HOMELAND SECURITY

OF THE

## COMMITTEE ON THE JUDICIARY HOUSE OF REPRESENTATIVES

ONE HUNDRED ELEVENTH CONGRESS

SECOND SESSION

SEPTEMBER 15, 2010

**Serial No. 111–146**

Printed for the use of the Committee on the Judiciary



Available via the World Wide Web: http://judiciary.house.gov

215

Mr. POWELL. We have a number of technological measures that are used, along with some manual review that we feel does a good job at ensuring that the content that had previously appeared in the manually reviewed adult services category does not migrate to the other categories that appear on our site, the personals categories, other services categories. And, in addition to review by our staff of those categories in the past 10 days, the chart that Ms. McDougall referred to with respect to increase in traffic on Backpage seems to support that.

Mr. SCOTT. If someone is communicating with craigslist, can you identify, technologically identify which computer made that contact?

Mr. POWELL. Yes.

Mr. SCOTT. And so you can track the person, if necessary?

Mr. POWELL. Well, in cases where we have received a request from law enforcement, we release the records to the district attorneys, to the police officers, to the FBI agents and they use the information we capture to do that tracking.

Ms. MCDOUGALL. I can further elaborate if that is helpful.

Mr. SCOTT. Okay.

Ms. MCDOUGALL. What craigslist can provide is the e-mail address and IP address of the person that posted the ad. Craigslist can't from there identify the specific computer or individual. What you do then is contact, you can identify online who the service provider is for that IP address, and you can contact the service provider and get from them the information as to who owns that IP address. Law enforcement can do it by subpoena. You can do it in a civil suit by subpoena as well.

Mr. SCOTT. Ms. Hakes what laws apply to Internet providers like craigslist that would make them criminally liable for the postings?

Ms. HAKES. Mr. Chairman, I am not aware of any laws that would make them liable, unless there was evidence that craigslist was a participant specifically, whether they were, for example, conspiring with those who were misusing their site, that is, knowingly conspiring to violate the laws. What we have seen in the past——

Mr. SCOTT. What about if they are not actively conspiring? What about just intentional neglect? Or they just don't care?

Ms. HAKES. Mr. Chairman, I am not aware of any Federal statutes anyway with respect to neglect being the standard. In Federal law, the standard for prosecution would be knowing or willful. And when you are talking about in cases that have come up, the investigations that have been done by the FBI and others, I am not aware of anything that shows us that craigslist might be criminally liable.

Mr. SCOTT. Well I'm not talking about just craigslist. I'm talking about any of them. If there are no laws on the books now, are there any potential laws we could put on the books that would pass constitutional muster that would be helpful in tracking down people that make these postings?

Ms. HAKES. Mr. Chairman, the Department of Justice would be more than happy to work with the Committee and consult with you on whether or not there are tools with respect to the topic that you're discussing. However, I would say that I believe that at this point, we have the proper tools. We have what we need to pros-

ecute the guilty, that is, the people who are using the Internet, and it isn't just craigslist and of course it isn't just prostitution of children, it is sexual exploitation of children in all its forms. Many predators, many of those who would prey on children, utilize the Internet, misuse the Internet in order to prey on those children, to traffic in child pornography, to advertise children for child prostitution. And I don't think anyone would here would propose closing the Internet.

Mr. SCOTT. You have two parts of this transaction. One is the posting of the availability of the children, and the other is of the demand side. Are there any efforts to essentially set people up so that anyone who goes on the Internet searching for people can get ensnared in a sting operation?

Ms. HAKES. Yes, sir, Mr. Chairman. As a matter of fact, over the last year, in the western district of Missouri, Operation Guardian Angel has en in effect, and that is a law enforcement operation utilizing Internet service providers like craigslist to post adds suggesting that they have children who are underage that they would provide for sex. In Operation Guardian Angel, several people answered the ads. Several people made arrangements over the telephone to meet with who they thought would be underage children for sex and they were prosecuted for those crimes. And some of them received——

Mr. SCOTT. And what is the typical penalty when they get caught?

Ms. HAKES. They received very substantial sentences depending on the crime under which they were prosecuted. It ranges anywhere, as I said in my earlier statement for trafficking in children and child exploitation could be as little as 5 years. It could be as many as life.

Mr. SCOTT. The Dateline NBC with Chris Hansen——

Ms. HAKES. To Catch a Predator, yes, sir.

Mr. SCOTT. The penalties that they publish are in the matter of a months, a couple of months; is that not typical?

Ms. HAKES. No, sir. That would be State and local. In my experience, when I was assistant district attorney, some of the charges that are utilized in State and local offenses for enticing a child in certain jurisdictions might be misdemeanors. In Federal law however, it is a felony. And enticing a child over the Internet carries a mandatory minimum penalty of 10 years in prison.

Mr. SCOTT. Now how much cooperation is there, Federal State and local law enforcement in these investigations and prosecutions?

Ms. HAKES. Well, as I said in my statement, we are very strongly supportive of the Innocence Lost National Initiative. We believe that it has been extremely successful. And one of the things that we are doing in the National Strategy for Child Exploitation, Prevention and Interdiction, is working with all of our partners, community-based, law enforcement-based, industry-based, in order to establish what are the best practices that we are all engaging in, expanding our cooperation and collaboration with respect to child exploitation, and we are looking into whether or not the Innocence Lost National Initiative should be expanded from 38 task forces and working groups that exist now to more areas across the country.

217

But I would say that where we have the Innocence Lost National Initiative Task Forces and working groups they are very successful. Since 2003 we have located over 1,100 children and federally and State we have prosecuted more than 600 offenders who have received some very substantial sentences.

Mr. SCOTT. Thank you. Mr. Poe.

Mr. POE. Thank you, Mr. Chairman. I appreciate you responding so quickly to a letter I wrote requesting this hearing based upon the fact that so many victims groups had contacted me and other Members of Congress. So I appreciate that.

Ms. Frundt, thank you for being here. You are to be admired. People like you are really important to solving problems, and I admire you for your courage just to come here and talk to Congress and tell your story. So thank you very much for being here.

Craigslist, it is good to hear that this site has been shut down. We want to make that clear, that y'all have done that. Is that correct, Mr. Powell?

Mr. POWELL. That is correct, yes.

Mr. POE. Good. There are many issues. You have all talked about the problems and the issues. I am concerned as a former judge and prosecutor, about the victim. The girl, the young lady is not a criminal. But yet in our State courts, because of different reasons and excuses, they are still treated like criminals. To get into the system, to get any kind of treatment they are treated like criminals in the domestic trafficking. International trafficking there are some services. We have to fix that problem. We have a social duty to fix that problem so the things that happened to Ms. Frundt do not continue to happen to young women in our country.

The people involved, besides the victim, you have got the trafficker, and you may have been present when I made comments about what ought to happen to traffickers, at least what a Texas Ranger thinks ought to happen to traffickers, Chief Sensley; the old comment, well, get a rope. Anyway, but then you have got the consumer. And I think we need to zero in on the consumer who pays for this crime, who pays in the sense that they are able to exploit children because when there is a market, this crime will continue. When there is a buyer, and so we need to make to more difficult for the consumer who seems to be, I think, traditionally in this type of crime, gets away with it.

Now, Ms. Hakes, you mentioned the fact that the Missouri U.S. Attorneys Office had a project. But I understand they only prosecuted 10 cases; is that correct?

Ms. HAKES. I am not sure of the exact statistic, Congressman Poe. I can get that for you, but it was not a huge number.

Mr. POE. I think it is 10. Seven pled guilty. So of all of these cases happening in the United States, on the Federal level we have seven people that pled guilty, because other districts, I'm talking about the consumer, the buyer, the john, the other criminal. Is that correct?

Ms. HAKES. No, Congressman Poe. Not exactly. I can't give you the exact number of how many people have pled guilty or been convicted to date, but we have expanded Operation Guardian Angel. Other districts are employing some of the same techniques. I don't want to get too much into that in a public hearing. But I can as-