# Exhibit A

# Flowchart
# COUNT 53



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 53

5/18/2016
$1,476,505.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 54



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 54

5/18/2016
$264,438.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032700

# Flowchart
# COUNT 55



# Flowchart
# COUNT 56



USAO-BP-0032702

# Flowchart
# COUNT 57



COUNT 57

**6/20/2016**
**$842,878.00**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032703

# Flowchart
# COUNT 58



COUNT 58

6/30/2016
$3,076,147.75

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032704

# Flowchart
# COUNT 59



COUNT 59

**7/27/2016**
**$3,252,681.62**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032705

# Flowchart
# COUNT 60



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 60
7/27/2016
$438,818.86

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 61



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 61

8/16/2016
$804,250.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 62



# Flowchart
# COUNT 63



COUNT 63

3/4/2014
$6,450.00

BACKPAGE COM LLC
US BANK
'1165

KOTAK MAHINDRA BANK LIMITED
S.B.
(INDIA)

USAO-BP-0032709

# Flowchart
# COUNT 64



AD TECH BV
(NETHERLANDS)

COUNT 64

8/5/2016
$5,005,732.86

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032710

# Flowchart
# COUNT 65



AD TECH BV
(NETHERLANDS)

COUNT 65

9/22/2016
$2,916,955.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032711

# Flowchart
# COUNT 66



AD TECH BV
(NETHERLANDS)

COUNT 66

10/3/2016
$354,050.84

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032712

# Flowchart
# COUNT 67



AD TECH BV
(NETHERLANDS)

COUNT 67

11/2/2016
$2,726,170.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032713

# Flowchart
# COUNT 68



AD TECH BV
(NETHERLANDS)

COUNT 68

11/15/2016
$351,403.54

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032714

# Flowchart
# COUNTS 69-70



USAO-BP-0032715

# Flowchart
# COUNTS 71-77



USAO-BP-0032716

# Flowchart
# COUNT 78



COUNT 78

1/11/2016
**$133,045**

12/31/2015
$811,424.07

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

USAO-BP-0032717

# Flowchart
# COUNT 79



USAO-BP-0032718

# Flowchart
# COUNT 80



# Flowchart
# COUNT 81



# Flowchart
# COUNT 82



# Flowchart
# COUNTS 83-84



USAO-BP-0032722

# Flowchart
# COUNT 85



COUNT 85

BACKPAGE.COM
US BANK
'1165

2/4/2013 - 2/25/2013
$6.5 MILLION

CAMARILLO HOLDINGS LLC
BMO HARRIS BANK
'7172

4/12/2013 – 11/2/2015
24 transactions
$6,270,188.53

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

7/22/2016
$50,000

STRATEGIC STORAGE
TRUST II, INC

# Flowchart
# COUNT 86



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 - 7/27/2016
24 transactions
$32,873,339.73

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

COUNT 86

8/2/2016
$16,243.00

MICHAEL LACEY
WELLS FARGO
'0495

# Flowchart
# COUNT 87



12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

**COUNT 87**

**10/6/2016**
**$1,206,356.00**

JAMES LARKIN
CHARLES SCHWAB & CO
'4693

USAO-BP-0032725

# Flowchart
# COUNT 88



COUNT 88

10/6/2016
$268,016.00

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 2 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1967

USAO-BP-0032726

# Flowchart
# COUNT 89



COUNT 89

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 4 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1972

# Flowchart
# COUNT 90



COUNT 90

10/6/2016
$268,016.00

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 6 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1986

USAO-BP-0032728

# Flowchart
# COUNT 91



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 − 8/31/2016
28 transactions
39,249,211.37

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

COUNT 91
10/6/2016
$268,016.00

MICHAEL G LACEY 8 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1991

USAO-BP-0032729

# Flowchart
# COUNT 92



# Flowchart
# COUNT 93



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

COUNT 93
10/6/2016
$141,444.00

SCOTT G SPEAR
NATIONAL BANK OF ARIZONA
'0178

USAO-BP-0032731

# Flowchart
# COUNTS 94-100



USAO-BP-0032732