# Exhibit E

Payments from Camarillo Holdings (BMO Harris x7172)
to Spear (National Bank of Arizona x0178)
4/12/2013 to 1/2/2015

| Date | Amount | Page | Bates |
|---|---|---|---|
| 4/12/2013 | 575,827.00 | 1 | DOJ-BP-0005034596 |
| 5/17/2013 | 228,419.48 | 2 | DOJ-BP-0005034597 |
| 6/17/2013 | 349,134.80 | 3 | DOJ-BP-0005034598 |
| 8/30/2013 | 125,375.00 | 4 | DOJ-BP-0005034599 |
| 9/16/2013 | 193,915.49 | 5 | DOJ-BP-0005034600 |
| 12/27/2013 | 26,523.00 | 6 | DOJ-BP-0005034601 |
| 12/27/2013 | 260,604.54 | 7 | DOJ-BP-0005034602 |
| 1/10/2014 | 139,247.00 | 8 | DOJ-BP-0005034603 |
| 1/17/2014 | 81,141.94 | 10 | DOJ-BP-0005034605 |
| 2/21/2014 | 21,692.88 | 11 | DOJ-BP-0005034606 |
| 3/28/2014 | 260,604.41 | 12 | DOJ-BP-0005034607 |
| 6/11/2014 | 410,285.00 | 13 | DOJ-BP-0005034608 |
| 6/26/2014 | 217,170.25 | 14 | DOJ-BP-0005034609 |
| 9/15/2014 | 126,904.00 | 15 | DOJ-BP-0005034610 |
| 9/18/2014 | 434,341.04 | 16 | DOJ-BP-0005034611 |
| 12/18/2014 | 69,341.34 | 17 | DOJ-BP-0005034612 |
| 3/20/2015 | 828,973.21 | 18 | DOJ-BP-0005034613 |
| 4/14/2015 | 471,521.15 | 19 | DOJ-BP-0005034614 |
| 6/8/2015 | 532,180.00 | 20 | DOJ-BP-0005034615 |
| 7/2/2015 | 347,964.00 | 21 | DOJ-BP-0005034616 |
| 8/4/2015 | 122,811.00 | 22 | DOJ-BP-0005034617 |
| 9/3/2015 | 130,998.00 | 23 | DOJ-BP-0005034618 |
| 10/2/2015 | 130,998.00 | 24 | DOJ-BP-0005034619 |
| 11/2/2015 | 184,216.00 | 25 | DOJ-BP-0005034620 |
| Total | 6,270,188.53 | | |

USAO-BP-0032697