# Exhibit H

**Payments from Cereus Properties (Arizona Bank & Trust) to Michael Lacey**
**1/11/2016 - 1/4/2017**

| Date | Amount | Beneficiary | Account Number |
|---|---|---|---|
| 1/11/2016 | $ 14,664.00 | Michael Lacey | x9593 |
| 1/13/2016 | 1,451,755.00 | Michael Lacey | x9593 |
| 1/26/2016 | 812,170.00 | Michael Lacey | x9593 |
| 2/3/2016 | 1,692,020.00 | Michael Lacey | x9593 |
| 3/1/2016 | 1,692,020.00 | Michael Lacey | x9593 |
| 4/1/2016 | 17,597.00 | Michael Lacey | x9593 |
| 4/1/2016 | 348,421.00 | Michael Lacey 10 year annuity trust | x2014 |
| 4/1/2016 | 348,421.00 | Michael Lacey 2 year annuity trust | x1967 |
| 4/1/2016 | 348,421.00 | Michael Lacey 4 year annuity trust | x1972 |
| 4/1/2016 | 348,421.00 | Michael Lacey 6 year annuity trust | x1986 |
| 4/1/2016 | 348,421.00 | Michael Lacey 8 year annuity trust | x1991 |
| 4/19/2016 | 9,024.00 | Michael Lacey | x9593 |
| 4/19/2016 | 178,677.00 | Michael Lacey 10 year annuity trust | x2014 |
| 4/19/2016 | 178,677.00 | Michael Lacey 2 year annuity trust | x1967 |
| 4/19/2016 | 178,677.00 | Michael Lacey 4 year annuity trust | x1972 |
| 4/19/2016 | 178,677.00 | Michael Lacey 6 year annuity trust | x1986 |
| 4/19/2016 | 178,677.00 | Michael Lacey 8 year annuity trust | x1991 |
| 5/2/2016 | 14,890.00 | Michael Lacey | x9593 |
| 5/2/2016 | 294,818.00 | Michael Lacey 10 year annuity trust | x2014 |
| 5/2/2016 | 294,818.00 | Michael Lacey 2 year annuity trust | x1967 |
| 5/2/2016 | 294,818.00 | Michael Lacey 4 year annuity trust | x1972 |
| 5/2/2016 | 294,818.00 | Michael Lacey 6 year annuity trust | x1986 |
| 5/2/2016 | 294,818.00 | Michael Lacey 8 year annuity trust | x1991 |
| 5/19/2016 | 8,573.00 | Michael Lacey | x9593 |
| 5/19/2016 | 169,743.00 | Michael Lacey 10 year annuity trust | x2014 |
| 5/19/2016 | 169,743.00 | Michael Lacey 2 year annuity trust | x1967 |
| 5/19/2016 | 169,743.00 | Michael Lacey 4 year annuity trust | x1972 |
| 5/19/2016 | 169,743.00 | Michael Lacey 6 year annuity trust | x1986 |
| 5/19/2016 | 169,743.00 | Michael Lacey 8 year annuity trust | x1991 |
| 6/1/2016 | 14,439.00 | Michael Lacey | x9593 |
| 6/1/2016 | 285,884.00 | Michael Lacey 10 year annuity trust | x2014 |
| 6/1/2016 | 285,884.00 | Michael Lacey 2 year annuity trust | x1967 |
| 6/1/2016 | 285,884.00 | Michael Lacey 4 year annuity trust | x1972 |
| 6/1/2016 | 285,884.00 | Michael Lacey 6 year annuity trust | x1986 |
| 6/1/2016 | 285,884.00 | Michael Lacey 8 year annuity trust | x1991 |
| 7/1/2016 | 16,920.00 | Michael Lacey | x9593 |
| 7/1/2016 | 335,020.00 | Michael Lacey 10 year annuity trust | x2014 |
| 7/1/2016 | 335,020.00 | Michael Lacey 2 year annuity trust | x1967 |
| 7/1/2016 | 335,020.00 | Michael Lacey 4 year annuity trust | x1972 |
| 7/1/2016 | 335,020.00 | Michael Lacey 6 year annuity trust | x1986 |
| 7/1/2016 | 335,020.00 | Michael Lacey 8 year annuity trust | x1991 |
| 8/2/2016 | 16,243.00 | Michael Lacey | x0248 |

| Date | Amount | Name | Account |
|---|---:|---|---|
| 8/2/2016 | 321,619.00 | Michael Lacey 10 year annuity trust | x2014 |
| 8/2/2016 | 321,619.00 | Michael Lacey 2 year annuity trust | x1967 |
| 8/2/2016 | 321,619.00 | Michael Lacey 4 year annuity trust | x1972 |
| 8/2/2016 | 321,619.00 | Michael Lacey 6 year annuity trust | x1986 |
| 8/2/2016 | 321,619.00 | Michael Lacey 8 year annuity trust | x1991 |
| 8/9/2016 | 17,597.00 | Michael Lacey | x0248 |
| 8/9/2016 | 348,421.00 | Michael Lacey 10 year annuity trust | x2014 |
| 8/9/2016 | 348,421.00 | Michael Lacey 2 year annuity trust | x1967 |
| 8/9/2016 | 348,421.00 | Michael Lacey 4 year annuity trust | x1972 |
| 8/9/2016 | 348,421.00 | Michael Lacey 6 year annuity trust | x1986 |
| 8/9/2016 | 348,421.00 | Michael Lacey 8 year annuity trust | x1991 |
| 8/26/2016 | 20,304.00 | Michael Lacey | x0248 |
| 8/26/2016 | 402,024.00 | Michael Lacey 10 year annuity trust | x2014 |
| 8/26/2016 | 402,024.00 | Michael Lacey 2 year annuity trust | x1967 |
| 8/26/2016 | 402,024.00 | Michael Lacey 4 year annuity trust | x1972 |
| 8/26/2016 | 402,024.00 | Michael Lacey 6 year annuity trust | x1986 |
| 8/26/2016 | 402,024.00 | Michael Lacey 8 year annuity trust | x1991 |
| 9/1/2016 | 22,560.00 | Michael Lacey | x2048 |
| 9/1/2016 | 446,693.00 | Michael Lacey 10 year annuity trust | x2014 |
| 9/1/2016 | 446,693.00 | Michael Lacey 2 year annuity trust | x1967 |
| 9/1/2016 | 446,693.00 | Michael Lacey 4 year annuity trust | x1972 |
| 9/1/2016 | 446,693.00 | Michael Lacey 6 year annuity trust | x1986 |
| 9/1/2016 | 446,693.00 | Michael Lacey 8 year annuity trust | x1991 |
| 9/23/2016 | 16,920.00 | Michael Lacey | x2048 |
| 9/23/2016 | 335,020.00 | Michael Lacey 10 year annuity trust | x2014 |
| 9/23/2016 | 335,020.00 | Michael Lacey 2 year annuity trust | x1967 |
| 9/23/2016 | 335,020.00 | Michael Lacey 4 year annuity trust | x1972 |
| 9/23/2016 | 335,020.00 | Michael Lacey 6 year annuity trust | x1986 |
| 9/23/2016 | 335,020.00 | Michael Lacey 8 year annuity trust | x1991 |
| 10/6/2016 | 13,536.00 | Michael Lacey | x2048 |
| 10/6/2016 | 268,016.00 | Michael Lacey 10 year annuity trust | x2014 |
| 10/6/2016 | 268,016.00 | Michael Lacey 2 year annuity trust | x1967 |
| 10/6/2016 | 268,016.00 | Michael Lacey 4 year annuity trust | x1972 |
| 10/6/2016 | 268,016.00 | Michael Lacey 6 year annuity trust | x1986 |
| 10/6/2016 | 268,016.00 | Michael Lacey 8 year annuity trust | x1991 |
| 10/31/2016 | 254,615.00 | Michael G Lacey 10 Yr | x2014 |
| 10/31/2016 | 254,615.00 | Michael G Lacey 2 Yr | x1967 |
| 10/31/2016 | 254,615.00 | Michael G Lacey 4 Yr | x1972 |
| 10/31/2016 | 254,615.00 | Michael G Lacey 6 Yr | x1986 |
| 10/31/2016 | 254,615.00 | Michael G Lacey 8 Yr | x1991 |
| 10/31/2016 | 12,859.00 | MICHAEL LACEY | x2048 |
| 11/4/2016 | 178,677.00 | Michael G Lacey 10 Yr | x2014 |
| 11/4/2016 | 178,677.00 | Michael G Lacey 2 Yr | x1967 |
| 11/4/2016 | 178,677.00 | Michael G Lacey 4 Yr | x1972 |
| 11/4/2016 | 178,677.00 | Michael G Lacey 6 Yr | x1986 |
| 11/4/2016 | 178,677.00 | Michael G Lacey 8 Yr | x1991 |
| 11/4/2016 | 9,024.00 | MICHAEL LACEY | x2048 |

| Date | Amount | Name | Account |
|---|---|---|---|
| 12/6/2016 | 254,615.00 | Michael G Lacey 10 Yr | x2014 |
| 12/6/2016 | 254,615.00 | Michael G Lacey 2 Yr | x1967 |
| 12/6/2016 | 254,615.00 | Michael G Lacey 4 Yr | x1972 |
| 12/6/2016 | 254,615.00 | Michael G Lacey 6 Yr | x1986 |
| 12/6/2016 | 254,615.00 | Michael G Lacey 8 Yr | x1991 |
| 12/6/2016 | 12,859.00 | MICHAEL LACEY | x2048 |
| 1/4/2017 | 471,261.44 | Michael G Lacey 10 Yr | x2014 |
| 1/4/2017 | 471,261.44 | Michael G Lacey 2 Yr | x1967 |
| 1/4/2017 | 471,261.44 | Michael G Lacey 4 Yr | x1972 |
| 1/4/2017 | 471,261.44 | Michael G Lacey 6 Yr | x1986 |
| 1/4/2017 | 471,261.44 | Michael G Lacey 8 Yr | x1991 |
| **Total** | **$ 30,353,596.20** | | |

USAO-BP-0025844