# Exhibit J

## DECLARATION FOR RECORDS OF
## REGULARLY CONDUCTED BUSINESS ACTIVITY

I hereby certify that I, **Carl Ferrer**, co-founded the website Backpage.com and worked for that company in various capacities from 2004 through April 2018, including as the Chief Executive Officer during last few years that the website operated online. I am qualified to authenticate the records listed below because I am familiar with how the records were created, managed, stored, and retrieved. This certification is intended to satisfy Rules 902(11) of the Federal Rules of Evidence. I certify the records below are a duplicate of the originals and that they were:

A) Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B) Kept in the course of regularly conducted business activity.

C) Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith include the following:

- **Exhibit 1482 - Backpage.com ad revenue spreadsheet (DOJ-BP-0002724567)**

- **Exhibit 1461 - 2015 Ad Tech BV Profit & Loss Spreadsheet (DOJ-BP-00005070451)**

- **Exhibit 1462 - February 2018 Ad Tech BV Profit & Loss Spreadsheet (DOJ-BP-0005070457)**

- **Exhibit 1463 - December 2016 Ad Tech BV Profit & Loss Spreadsheet (DOJ-BP-0005070453)**

- **Exhibit 1464 - December 2017 Ad Tech BV Profit & Loss Spreadsheet (DOJ-BP-0005070455)**

- **Exhibit 1465 - February 2018 Website Technologies, LLC Profit & Loss Spreadsheet (DOJ-BP-0005070458)**

- **Exhibit 1466 - December 2015 Website Technologies, LLC Profit & Loss Spreadsheet (DOJ-BP-0005070452)**

- **Exhibit 1467 - December 2016 Website Technologies, LLC Profit & Loss Spreadsheet (DOJ-BP-0005070454)**

- **Exhibit 1468 - December 2017 Website Technologies, LLC Profit & Loss Spreadsheet (DOJ-BP-0005070456)**

USAO-BP-0033766

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746) Executed on this 6th day of August, 2021, at Frisco, Texas.

_____
**CARL FERRER**

USAO-BP-0033767