# Exhibit A

1

## CERTIFICATION PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE

I hereby certify that I, **Carl Ferrer**, co-founded the website Backpage.com and worked for that company in various capacities from 2004 through April 2018, including as the Chief Executive Officer during the last few years that the website operated online.  I am qualified to authenticate the records listed below because I am familiar with how the records were created, managed, stored, and retrieved.  This certification is intended to satisfy Rules 902(11) of the Federal Rules of Evidence. I certify the records below are a duplicate of the originals and that they were:

A) Made at or near the time of occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B) Kept in the court of regularly conducted business activity.

C) Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith include the following;

| Exhibit # | Bates | Description |
|---|---|---|
| 547 | USAO-BP-0024582 | Capture of Popular Adult Searches for Phoenix as of 01/18/2008 |
| 592 | USAO-BP-0024584 | Capture of posting on Backpage blog, "$1 Charge to Post in Personals Now Implemented in Most Cities", 04/13/2010 |
| 593-a | USAO-BP-0024586 | Screenshot linked to posting, "Ev3Ry !!! M@N's!///!!% W3tt *** Dre@M__ CuM% TruE*** - 24", 04/27/2010 |
| 593-b | USAO-BP-0024587 | Screenshot linked to posting, "** I JuST TuRNeD 18 YeSTeRDaYY** FiNaLLY LeGal -18", 04/28/2010 |
| 594 | USAO-BP-0024588 | Capture of posting on Backpage blog "Buckmaster Attacks Backpage…Again", 04/30/2010, |
| 633 | USAO-BP-0024589 – USAO-BP-0024590 | Capture of Ad posted by Lyon in Memphis, TN, "*****New BooTy in ToWn******* - 28", 01/20/2011, |
| 634 | USAO-BP-0024591 – USAO-BP-0024592 | Capture of Ad posted by Lyon in Nashville, TN, "*****New BooTy in ToWn******* - 28", 01/20/2011 |

USAO-BP-0034326

| 635 | USAO-BP-0024593 – USAO-BP-0024594 | Capture of Ad posted by Lyon in TriCities Area, TN, "***New BooTy in ToWn*** - 28", 01/20/2011 |
|---|---|---|
| 670-a | USAO-BP-0024608 – USAO-BP-0024610 | Capture of linked ad "sweet-petite-the-one-guys-want-to-meet-19", 06/03/2011 |
| 670-b | USAO-BP-0024611 – USAO-BP-0024613 | Capture of linked ad "oo-naughty-oo-playmate-oo-1-oo-choice-oo21", 07/15/2011 |
| 670-c | USAO-BP-0024614 – USAO-BP-0024616 | Capture of linked ad "100-real-pictures-new-in-town-19", 07/12/2011 |
| 910-a | USAO-BP-0016081 | Captured page from Archive.org, dallas.backpage.com, 02/04/2011 |
| 911-a | USAO-BP-0016084 | Captured page from Archive.org, dallas.backpage.com, 03/12/2011 |

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746).

Executed on this 19th day of August, 2021, at FRISCO, TEXAS.

_____
**Carl Ferrer**

USAO-BP-0034327