GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF FILING 302s AND RELATED MATERIALS** |
| Michael Lacey, et al., | |
| Defendants. | |

The United States hereby gives notice of its filing of the witness statements requested by the Court near the end of Trial Day 3 (September 3, 2021). Three of the statements are set forth in FBI 302 memoranda, which are being filed separately under seal herewith. The remaining statements are attached to this Notice.

- 1 -

The statements being filed by the United States consist of the following:

- [*Under Seal*] April 25, 2017 Paula Selis FBI 302 Interview Memorandum, bates numbered DOJ-BP-0004735171-72 (Exhibit A)[1];
- June 27, 2012 Paula Selis Declaration, filed in *Backpage.com, LLC. v. McKenna*, 2:12-cv-954 (W.D. Wash.), bates numbered DOJ-BP-0004457055-57 (Exhibit B);
- [*Under Seal*] February 21, 2020 Nacole Svendgard FBI 301, bates numbered USAO-BP-0026629-30 (Exhibit C);
- [*Under Seal*] June 3, 2020 Nacole Svendgard FBI 301, bates numbered USAO-BP-0032234 (Exhibit D).[2]

Respectfully submitted this 3d day of September, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/ Kevin M. Rapp
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

---

[1] Exhibit A was produced on 2/22/19, as referenced in the United States' Discovery Letter of the same date (Exhibit E.)  Exhibit B was produced on 7/2/18, as referenced in the United States' Discovery letter of the same date. (Exhibit F.)

[2] Exhibits C and D were produced on 6/25/21, as referenced in the United States' Discovery Letter of the same date (Exhibit G).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office