# Exhibit G



U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4408 | Main: (602) 514-7500<br>Main Fax: (602) 514-7693 |

June 25, 2021

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Gary Lincenberg, Esq.<br>Ariel Neuman, Esq.<br>Gopi Panchapakesan, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorneys for Jed Brunst) | David S. Eisenberg, Esq.<br>3550 N. Central Ave., Suite 1155<br>Phoenix, AZ 85012<br>(attorney for Andrew Padilla) |
| Thomas H. Bienert, Jr., Esq.<br>Whitney Bernstein, Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorneys for James Larkin) | Joy Malby Bertrand, Esq.<br>1826 N. 7th Avenue<br>Phoenix, AZ, 85007<br>(attorney for Joye Vaught) | Bruce Feder, Esq.<br>2930 East Camelback Road, Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Re: <u>U.S. v. Michael Lacey, et.al.</u>
    CR-18-00422-PHX-SMB

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find via USAfx the government's twenty-sixth disclosure.[1]

    The Bates range for this disclosure is USAO-BP-0025781 to USAO-BP-0032278. We will

---

[1] USAfx disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
June 25, 2021
Page 2

circulate an updated index next week.

    Please let us know if you have questions.

        Sincerely,

        GLENN B. McCORMICK
        Acting United States Attorney

        *s/ Andrew C. Stone*
        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW C. STONE
        Assistant U.S. Attorneys

        NICHOLAS L. McQUAID
        Acting Assistant Attorney
        General
        Criminal Division
        U.S. Department of Justice

        REGINALD E. JONES
        Senior Trial Attorney
        Criminal Division
        U.S. Department of Justice

Enclosure