**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Susan M. Brnovich** | **Date:** September 8, 2021 |
| **USA v. Lacey et al** | **Case Number: CR-18-00422-PHX-SMB** |

**Assistant U.S. Attorneys:**  Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:**  Michael Lacey, Released – Present
**Attorney for Defendant (1):**  Paul Cambria, Jr., Retained
**Defendant-2:**  James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:**  Scott Spear, Released-Present
**Attorney for Defendant (3):**  Bruce Feder, Retained
**Defendant-4:**  John Brunst, Released-Present
**Attorney for Defendant (4):**  Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:**  Andrew Padilla, Released - Present
**Attorney for Defendant (6):**  David Eisenberg, CJA Appointment
**Defendant-7:**  Joye Vaught, Released – Present
**Attorney for Defendant (7):**  Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 4:

9:00 a.m. Court is in session. Counsel and defendants are present. The jury is not present.  Discussion held regarding Defendants' Motion for Judgement of Acquittal, or in the Alternative, a Mistrial. For reasons set forth on the record, IT IS ORDERED that the motion is denied.  9:26 a.m. The jury is present. Opening statement presented by Defendant James Larkin.  11:09 a.m. Court is in recess.

11:32 a.m. Court reconvenes.  Counsel and defendants are present. The jury is present.  Opening statement presented by Defendant Scott Spear. 12:10 p.m. Court is in recess.

1:21 p.m. Court reconvenes.  Counsel and defendants are present.  The jury is present.  Opening statement presented by Defendants Andrew Padilla, Joy Vaught, and Michael Lacey.  2:53 p.m. Court is in recess.

3:14 p.m.  Court reconvenes. Counsel and defendants are present.  The jury is present. Government case: Special Agent Brian Fichtner sworn and examined.  Exhibit 489a admitted.    The jury is excused until 9:00 a.m. on September 9, 2021 and Court remains in session. Discussion held regarding exhibits, witnesses, and other trial matters.

5:08 p.m.  Court is in recess until 9:00 a.m. on September 9, 2021

| | |
|---|---|
| **Court Reporter** Christine Coaley (AM) | **TD:  6 hrs 13 mins** |
| Barbara Stockford (PM) | **Start:  9:00 AM** |
| **Deputy Clerk** Elaine Garcia | **Stop:   5:08 PM** |