DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 14, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:**  Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:**  Michael Lacey, Released – Present
**Attorney for Defendant (1):**  Paul Cambria, Jr., Retained
**Defendant-2:**  James Larkin, Released – Present
**Attorney for Defendant (2):**  Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:**  Scott Spear, Released-Present
**Attorney for Defendant (3):**  Bruce Feder, Retained
**Defendant-4:**  John Brunst, Released-Present
**Attorney for Defendant (4):**  Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:**  Andrew Padilla, Released - Present
**Attorney for Defendant (6):**  David Eisenberg, CJA Appointment
**Defendant-7:**  Joye Vaught, Released – Present
**Attorney for Defendant (7):**  Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 8:

9:03 a.m. Court is in session. Counsel and defendants are present. The jury is not present.  For reasons set forth on the record, the Defendants' oral motion for mistrial is granted.  9:09 a.m.  Court is in recess.

9:16 a.m.  Court reconvenes.  Counsel and defendants are present. The jury is present. The jury is advised that a mistrial has been declared.  9:17 a.m. The jury is released from the admonition and is excused. Court remains in session**.**  The Court states for the record that Defendants' impeachment exhibit IM 16, although not admitted into evidence, was marked for identification as Exhibit 6157.

**IT IS ORDERED** setting an in-person Status Hearing re: New Trial for October 5, 2021 at 11:00 a.m.

9:19 a.m.  Court is adjourned.

| | |
|---|---|
| **Court Reporter** Christine Coley (AM) | **Total:  9 mins** |
| **Deputy Clerk** Elaine Garcia | **Start:  9:03 AM** |
| | **Stop:   9:19 AM** |