# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

USA vs. Lacey, Michael, et al        CR- 18-422-PHX-SMB
Last, First, Middle Initial          Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Adams, Jess | | | |
| 2. | Allen, Ernie | | | |
| 3. | Alstadt, Brian | | | |
| 4. | Ambrose, Yvonne | | | |
| 5. | Beck, Anya | | | |
| 6. | Beck, Sara | | | |
| 7. | Becker, John | | | |
| 8. | Benson, Andrea | | | |
| 9. | Bethea, Gustave<br>Louisiana State Police, Trooper | | | |
| 10. | Butler, Christopher | | | |
| 11. | Carpenter, Scott<br>Scottsdale Police Department, Detective (Retired) | | | |
| 12. | Cervantes, Astrid | | | |
| 13. | Cervantes, Savannah | | | |
| 14. | Cooper, Sharon W., M.D., Colonel<br>U.S. Army Medical Corps | | 9-13-2021 | 9-13-2021 |
| 15. | Cullen, (James) Patrick<br>FBI Special Agent | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 16. | Decoufle, Christina<br>Phoenix Police Department, Detective | | | |
| 17. | Elliott, Martin | | | |
| 18. | Fassett, Byron<br>Dallas Police Department, Detective | | | |
| 19. | Ferrer, Carl | | | |
| 20. | Fichtner, Brian<br>California Department of Justice, Special Agent Supervisor | | 9.8.2021 | 9-8-2021<br>9-10-2021 |
| 21. | Figueroa, Naomi | | | |
| 22. | Fraizer, Shaniqua | | | |
| 23. | Fritze, Derek<br>Maplewood Police Department, Detective | | | |
| 24. | Frost, Matthew<br>FBI Computer Analyst | | | |
| 25. | Gallagher, Mike<br>Portland Police Department, Detective (Retired) | | | |
| 26. | Gaughan, Daniel<br>Tempe Police Department, Sergeant | | | |
| 27. | Garcia, Chris | | | |
| 28. | Gavin, Donna M.<br>Boston Police Department, Lieutenant | | | |
| 29. | Goodhue, Michael<br>FBI Special Agent, Tampa | | | |
| 30. | Gotjen, Deidre<br>FBI Special Agent | | | |
| 31. | Greenberg, Anna, Ph.D | | | |
| 32. | Gremillion, Chad<br>Lousiana State Police Lieutenant | | | |
| 33. | Griffen, Brian<br>Northborough Police Department, Detective | | | |
| 34. | Guyer, William<br>Seattle Police Department, Detective | | | |
| 35. | Hansen, Mickey | | | |
| 36. | Harrison, Priscilla | | | |
| 37. | Henderson, Katherine | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 38. | Howard, Lin | | | |
| 39. | Hyer, Daniel | | | |
| 40. | King, Penelope<br>Colorado State Trooper (Retired) | | | |
| 41. | Lander, Brad | | | |
| 42. | Landau, Carrie<br>FBI Special Agent | | | |
| 43. | Leggat, Rob | | | |
| 44. | Leary, Breahannah | | | |
| 45. | Lockerby, Hugh<br>Scottsdale Police Department, Lieutenant | | | |
| 46. | Lundstrom, Megan | | | |
| 47. | Luria, Issac | | | |
| 48. | Mackey, Tera<br>California Department of Justice, Special Agent | | | |
| 49. | McGoldrick, Jason | | | |
| 50. | Mohan, Monita | | | |
| 51. | Mott, Detrick<br>Detroit Police Department, Detective | | | |
| 52. | Myles, Bradley | | | |
| 53. | Ortiz, Destinee | | | |
| 54. | Padilla, Adam | | | |
| 55. | Paiano, Colleen | | | |
| 56. | Perkins, Tanya | | | |
| 57. | Powell, Andrea | | | |
| 58. | Pride, Kubiiki | | | |
| 59. | Roe-Sepowitz, Dominique E., M.S.W., Ph.D. | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 60. | Rosseland, Jamie | | | |
| 61. | Russo, Michael<br>Chandler Police Department, Detective | | | |
| 62. | Sanders, Arshana | | | |
| 63. | Selis, Paula | | | |
| 64. | Shehan, John | | | |
| 65. | Shehan, Staca | | | |
| 66. | Svengard, Jessika | | 9-10-2021 | 9-10-2021 |
| 67. | Svengard, Nacole | | 9-10-2021 | 9-10-2021 |
| 68. | Thai, Quoc<br>USPIS Inspector Sacramento | | | |
| 69. | Thurman, Jordan | | | |
| 70. | Toleston, Chanel Dionne | | | |
| 71. | Umporowicz, Thomas<br>Seattle Police Department, Detective-Sergeant | | | |
| 72. | Verdeschi, John | | | |
| 73. | Vienneau, Steven<br>FBI Supervisory Special Agent, Seattle | | | |
| 74. | Vigilante, David | | | |
| 75. | Way, Sarah | | | |
| 76. | Williamson, Jonathan<br>FBI Special Agent | | | |
| 77. | | | | |
| 78. | | | | |
| 79. | | | | |

*The government reserves the right to call any witnesses on the defense witness list