# Exhibit A



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square        Main:     (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

October 4, 2018

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>1201 Third Avenue,<br>Suite 2200<br>Seattle, WA 98101<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienart, Jr., Esq.<br>Bienart, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| Mike Piccarreta, Esq.<br>Piccarreta Davis Keenan Fidel, PC<br>2 East Congress Street,<br>Suite 1000<br>Tucson, AZ 85701<br>(attorney for Andrew Padilla) | Steve Weiss<br>Attorney at Law<br>Karp & Weiss, PC<br>3060 North Swan Rd.<br>Tucson, AZ 85712<br>(attorney for Joye Vaught) | Gary Lincenberg<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorney for Jed Brunst) |

Re:   U.S. v. Michael Lacey, et al.
      CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

As discussed in prior email correspondence, the United States inadvertently produced 118 documents to you on or about July 2, 2018. When we became aware of the issue, we immediately looked into the matter, confirmed that the memos (and other USAO-WDWA materials) had been inadvertently produced, and sent an email to you asking that the inadvertently-produced materials be destroyed. Since this inadvertent-disclosure notice sent to you, at your request, we have provided you additional information about the 118 documents and

October 4, 2018
Page 2

the inadvertent production, and indicated to you that we understood our discovery obligations and would review and disclose materials subject to disclosure.

    We have now completed review and made the appropriate privacy redactions to the below 79 documents previously inadvertently disclosed, and are re-disclosing them to you on the enclosed DVD.[1] As for the other 39 inadvertently disclosed documents, 22 are work product and not subject to disclosure. The remaining 17 documents are Western District of Washington grand jury matters, 10 of which are under Court seal by the United States District Court for the Western District of Washington. We will disclose any of these materials that are subject to disclosure pursuant to the stipulated scheduling order in the case.

| | |
|---|---|
| 1) | DOJ-BP-0004569193 |
| 2) | DOJ-BP-0004569228 |
| 3) | DOJ-BP-0004569314 |
| 4) | DOJ-BP-0004569409 |
| 5) | DOJ-BP-0004570015 |
| 6) | DOJ-BP-0004570091 |
| 7) | DOJ-BP-0004571033 |
| 8) | DOJ-BP-0004571035 |
| 9) | DOJ-BP-0004571036 |
| 10) | DOJ-BP-0004571037 |
| 11) | DOJ-BP-0004571040 |
| 12) | DOJ-BP-0004571041 |
| 13) | DOJ-BP-0004571044 |
| 14) | DOJ-BP-0004571047 |
| 15) | DOJ-BP-0004571057 |
| 16) | DOJ-BP-0004571113 |
| 17) | DOJ-BP-0004571116 |
| 18) | DOJ-BP-0004571118 |
| 19) | DOJ-BP-0004571124 |
| 20) | DOJ-BP-0004571125 |
| 21) | DOJ-BP-0004571131 |
| 22) | DOJ-BP-0004571137 |
| 23) | DOJ-BP-0004571139 |
| 24) | DOJ-BP-0004571145 |
| 25) | DOJ-BP-0004571150 |
| 26) | DOJ-BP-0004571153 |
| 27) | DOJ-BP-0004571182 |
| 28) | DOJ-BP-0004571595 |
| 29) | DOJ-BP-0004572583 |
| 30) | DOJ-BP-0004572717 |
| 31) | DOJ-BP-0004572718 |

---

[1] DVD's for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienart Jr., and Michael Kimerer respectively.

October 4, 2018
Page 3

| |
|---|
| 32) DOJ-BP-0004572719 |
| 33) DOJ-BP-0004572720 |
| 34) DOJ-BP-0004572721 |
| 35) DOJ-BP-0004572722 |
| 36) DOJ-BP-0004572723 |
| 37) DOJ-BP-0004572726 |
| 38) DOJ-BP-0004572727 |
| 39) DOJ-BP-0004572728 |
| 40) DOJ-BP-0004572747 |
| 41) DOJ-BP-0004572766 |
| 42) DOJ-BP-0004572767 |
| 43) DOJ-BP-0004572799 |
| 44) DOJ-BP-0004572831 |
| 45) DOJ-BP-0004572832 |
| 46) DOJ-BP-0004572861 |
| 47) DOJ-BP-0004572890 |
| 48) DOJ-BP-0004572891 |
| 49) DOJ-BP-0004572916 |
| 50) DOJ-BP-0004572941 |
| 51) DOJ-BP-0004572942 |
| 52) DOJ-BP-0004572969 |
| 53) DOJ-BP-0004572996 |
| 54) DOJ-BP-0004572997 |
| 55) DOJ-BP-0004573000 |
| 56) DOJ-BP-0004573003 |
| 57) DOJ-BP-0004573004 |
| 58) DOJ-BP-0004573008 |
| 59) DOJ-BP-0004573012 |
| 60) DOJ-BP-0004573013 |
| 61) DOJ-BP-0004573090 |
| 62) DOJ-BP-0004573091 |
| 63) DOJ-BP-0004573191 |
| 64) DOJ-BP-0004573192 |
| 65) DOJ-BP-0004573193 |
| 66) DOJ-BP-0004573195 |
| 67) DOJ-BP-0004573250 |
| 68) DOJ-BP-0004573252 |
| 69) DOJ-BP-0004573326 |
| 70) DOJ-BP-0004573403 |
| 71) DOJ-BP-0004574501 |
| 72) DOJ-BP-0004574502 |
| 73) DOJ-BP-0004574655 |
| 74) DOJ-BP-0004575495 |
| 75) DOJ-BP-0004575682 |
| 76) DOJ-BP-0004575733 |

October 4, 2018
Page 4

| |
|---|
| 77) DOJ-BP-0004576816 |
| 78) DOJ-BP-0004576994 |
| 79) DOJ-BP-0004578472 |

Please call with questions or concerns.

    Sincerely,

    BRIAN BENCZKOWSKI
    Assistant Attorney General
    Criminal Division
    U.S. Department of Justice

    REGINALD E. JONES
    */s Reginald Jones*
    Senior Trial Attorney, CEOS
    (202) 616-2807
    reginald.jones4@usdoj.gov

    ELIZABETH A. STRANGE
    First Assistant U.S. Attorney

    KEVIN M. RAPP
    MARGARET PERLMETER
    PETER S. KOZINETS
    ANDREW STONE
    Assistant United States Attorneys

    JOHN J. KUCERA
    Special Assistant U.S. Attorney

Enclosures