GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR DEFENDANTS' JOINT MOTION TO DISMISS (Doc. 1354)**<br><br>(***REDACTED VERSION***) |

For two essential reasons, the Court should deny Defendants' motion for leave to file the overlength motion to dismiss that they lodged on October 20, 2021 (Doc. 1355[1]):

---

[1] The lodged motion was electronically submitted on behalf of Defendants Larkin, Lacey, Brunst, Spear, Padilla and Vaught. (*See* Doc. 1355, Mot. at 29-30.)

- 1 -

1. The lodged motion contains excess pages that improperly attempt to circumvent the clear prohibitions of the Court's January 28, 2019 Order. (*Compare* Doc. 449-1 at 7 *with* Doc. 1355, Mot. at 20-21 & nn. 6-7.) The Order [REDACTED]

(Doc. 449-1 at 7.) In brazen disregard of the Order, Defendants' motion quotes excerpts of the materials that are subject to the Order, and includes hyperlinks to articles that include links to the same materials (replete with Bates-numbers from this litigation). (Doc. 1355, Mot. at 20-21 & nn. 6-7.) Defendants' attempt to [REDACTED] is inexplicable. If Defendants wanted to seek reconsideration of the Order, their time for doing so came and went in early 2019. *See* LRCrim 12.1; LRCiv 7.2(g)(2). The Order is law of the case. For this reason alone, Defendants' motion for leave to file excess pages should be denied.

2. Separately, the lodged motion contains excess pages that rehash matters that are thoroughly covered in several previously-filed motions or other pleadings in this case. Parts IV-V of the motion (Doc. 1355, Mot. at 17-29) restate or repeat Defendants' arguments from various discovery-related motions that have already been briefed or ruled-upon. (*Compare* Doc. 1355, Mot. at 19-22, 28 (addressing alleged *Brady* violations), *with* Doc. 1281; *compare* Doc. 1355, Mot. at 22-27, 28, *with* Docs. 1239 & 1321 (discussing alleged privilege "invasions," and seeking to relitigate previously-decided issues).) Nearly all of the excess pages that come after page 17 of the lodged motion involve these separately-briefed issues. Parties ordinarily are not allowed to re-file previously filed court documents. *See* LRCiv 7.1(d)(1) & (2). Defendants' request to file excess pages that repeat much of what Defendants have argued in separate, previously-filed briefs should be denied.

///

///

///

Respectfully submitted this 22nd day of October, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Peter S. Kozinets*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

### CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office