GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (D.C. Bar No. 1620183, reginald.jones4@usdoj.gov)
Senior Trial Attorney
Criminal Division, U.S. Department of Justice
1400 New York Ave N.W., Suite 1200
Washington, D.C. 20005
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONDING TO DEFENDANTS' MOTION TO DISMISS** |
| v. | **(Doc. 1355)** |
| Michael Lacey, et al., | |
| Defendants. | **(First Request)** |

On October 20, 2021, Defendants filed a Motion for Leave to File Excess Pages for Defendants' Joint Motion to Dismiss with Prejudice (Doc. 1354). Defendants' Motion for Leave sought an order directing the Clerk to file the overlength Motion to Dismiss (Doc.

- 1 -

1355) that Defendants lodged with their Motion for Leave. On October 22, 2021, the United States opposed the Motion for Leave (Doc. 1361), and Defendants replied (Doc. 1364). On November 1, 2021, the Court granted the Motion for Leave (Doc. 1354) and ordered that the docket shall reflect, as filed, the Motion to Dismiss (Order, Doc. 1368).

Because the United States' lead trial counsel, Kevin Rapp, is traveling out of the country during the week of November 1, 2021, and to provide the United States with sufficient time to complete its response to the 29-page Motion to Dismiss, the United States, by and through undersigned counsel, respectfully requests that the Court enter an order extending and setting the United States' deadline to respond to the Motion to Dismiss (Doc. 1355) for November 17, 2021.[1]

The United States has conferred with defense counsel (Whitney Bernstein) about this request. Defense counsel has no objection to extending the United States' response deadline to November 17, 2021.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

A proposed form of Order is being lodged herewith.


Respectfully submitted this 2nd day of November, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Peter S. Kozinets*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

---

[1] This reflects a two-week extension if the United States' 14-day response deadline were deemed to run from the date the Motion to Dismiss was lodged (October 20, 2021), or a two-day extension if the 14-day period runs from the date of the Order (November 1, 2021).

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
Criminal Division, U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office