IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Unopposed Motion to Extend Deadline for Responding to Defendants' Motion to Dismiss with Prejudice (Doc. 1355) (First Request), and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and setting November 17, 2021 as the United States' deadline for responding to Defendants' Motion to Dismiss with Prejudice (Doc. 1355).

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.