# EXHIBIT 1

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-3391
      Facsimile:  (213) 894-7177
      E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-8566-RGK-PJWx |
|---|---|
|       Plaintiff, | WARRANT |
|          v. | |
| $5,462,027.17 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '3873; AND $407,686.14 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '4862, | |
|       Defendants. | |

     TO: UNITED STATES MARSHALS SERVICE:

     A Verified Complaint for Forfeiture having been filed in this

action,

     IT IS ORDERED that you seize the defendants, $5,462,027.17 in

Bank Funds Seized from Compass Bank Account '3873; and $407,686.14 in

Bank Funds Seized from Compass Bank Account '4862, and cause the same

to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:   10/9/2018
_____

KIRY K. GRAY, Clerk

Carmen Lujan
_____
Deputy Clerk of Court