GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (D.C. Bar No. 1620183, reginald.jones4@usdoj.gov)
Senior Trial Attorney
Criminal Division, U.S. Department of Justice
1400 New York Ave N.W., Suite 1200
Washington, D.C. 20005
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. CR-18-422-PHX-DJH<br><br>**UNITED STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE**<br>**(Doc. 1355)** |

　　　　The United States of America, by and through undersigned counsel, hereby requests permission to file excess pages (not to exceed 33 pages) in support of its Response to Defendants' Motion to Dismiss with Prejudice.

1    Although Local Rule of Civil Procedure 7.2(e), as incorporated by Local Rule of

2    Criminal Procedure 47.1, provides that motions and responses ordinarily should not exceed

3    17 pages in length, the United States respectfully requests permission to file excess pages

4    here.  Defendants' motion is 29 pages in length, raises numerous issues, and contains 18

5    exhibits totaling over 1000 pages.  Moreover, many of the issues raised require additional

6    pages to provide pertinent factual background. The United States respectfully requests

7    permission to exceed the page limit so that it can thoroughly and completely respond to

8    Defendants' motion.

9

10    Respectfully submitted this 17th day of November, 2021.

11                                    GLENN B. McCORMICK
                                      Acting United States Attorney
12                                    District of Arizona

13                                    *s/ Peter S. Kozinets*
                                      KEVIN M. RAPP
14                                    MARGARET PERLMETER
                                      PETER S. KOZINETS
15                                    ANDREW C. STONE
                                      Assistant U.S. Attorneys
16
                                      DAN G. BOYLE
17                                    Special Assistant U.S. Attorney

18                                    KENNETH POLITE
19                                    Assistant Attorney General
                                      U.S. Department of Justice
20                                    Criminal Division, U.S. Department of Justice

21                                    REGINALD E. JONES
                                      Senior Trial Attorney
22                                    U.S. Department of Justice, Criminal Division

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office