GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (D.C. Bar No. 1620183, reginald.jones4@usdoj.gov)
Senior Trial Attorney
Criminal Division, U.S. Department of Justice
1400 New York Ave N.W., Suite 1200
Washington, D.C. 20005
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY PHONE OR VIDEOCONFERENCE AT DECEMBER 3, 2021 HEARING** |
| Michael Lacey, et al., | |
| Defendants. | |

The United Stated respectfully requests leave of the Court for Special Assistant United States Attorney Dan Boyle to appear by telephone or videoconference at the Court's presently scheduled December 3, 2021 hearing on the Defendants' Motion to Dismiss (Doc. 1355).

The United States makes this request for the following reasons:

- SAUSA Boyle is an Assistant United States Attorney in the Central District of California, and represents the United States in a parallel civil forfeiture case to this action, *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.*, C.D.Cal Case No. 2:18-cv-08420-RGK-PJW. Due to the substantial factual overlap between these parallel matters, SAUSA Boyle also represents the government in this action.

- SAUSA Boyle resides in Los Angeles, California, and one of SAUSA Boyle's family members is currently quarantining pursuant to COVID-19 prevention protocols, making travel to this District for the December 3, 2021 hearing impractical.

- No defendant has opposed this request.

## **CONCLUSION**

The United States respectfully requests that the Court permit SAUSA Boyle to appear by telephone or videoconference at the currently scheduled December 3, 2021 hearing on defendants' Motion to Dismiss.

Respectfully submitted this 30th day of November, 2021.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Dan G. Boyle*
DAN G. BOYLE
Special Assistant U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

2

1

REGINALD E. JONES
Senior Trial Attorney

2

U.S. Department of Justice, Criminal Division

3

4

5

6

7

8

9

10

11

12

## **CERTIFICATE OF SERVICE**

13

I hereby certify that on November 30, 2021, I electronically transmitted the attached

14

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

15

Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

16

as counsel of record.

17

*s/Marjorie Dieckman*

18

U.S. Attorney's Office

19

20

21

22

23

24

25

26

27

28

3