Nanci Clarence (CA State Bar No. 122286)
Shaneeda Jaffer (CA State Bar No. 253449)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
sjaffer@clarencedyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-CR-422-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS MOVANT CARL FERRER'S ATTORNEYS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1  Pursuant to LRCivP 83.3(b), attorneys Nanci Clarence and Shaneeda Jaffer
2  hereby move to withdraw as attorneys of record for movant Carl Ferrer in this matter.
3  This motion is made on the grounds, as confirmed by the accompanying Declaration of
4  Carl Ferrer (Exhibit A), that Mr. Ferrer has decided he does not wish to be represented
5  by said attorneys. Mr. Ferrer is also currently represented in this matter by Jonathan
6  Baum of Boersch & Illovsky LLP, so he will not be without representation and this
7  withdrawal will not result in any delay or disruption of the proceedings.

Dated:  Dec. 3, 2021                    Respectfully submitted,

CLARENCE DYER & COHEN LLP

By  /s/ *Nanci Clarence*
    Nanci Clarence
    Shaneeda Jaffer

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that on this day of Dec. 3, 2021, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Abbie Chin*
Abbie Chin

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | CASE NO. 2:18-CR-422-PHX-DJH<br><br>**DECLARATION OF CARL FERRER** |

I, Carl Ferrer, declare as follows:

1. I am a movant in the above-entitled matter.
2. I am currently represented in this matter by attorneys Nanci Clarence, Shaneeda Jaffer and Jonathan Baum.
3. I have decided I no longer wish to be represented by Nanci Clarence and Shaneeda Jaffer.
4. I join and concur in their motion to withdraw as my attorneys.
5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this 3rd day of December, 2021, in Denton County, Texas.

By _____
　　Carl Ferrer