IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>              Defendants. | CASE NO. 2:18-CR-422-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS MOVANT CARL FERRER'S ATTORNEYS** |

Upon the motion of Nanci Clarence and Shaneeda Jaffer, with the consent of movant Carl Ferrer and good cause appearing, it is hereby ordered that the motion to withdraw is granted and that Ms. Clarence and Ms. Jaffer are terminated as attorneys of record for Mr. Ferrer in this matter.

Dated: Dec. __, 2021

By _____
HON. DIANE J. HUMETEWA
UNITED STATES DISTRICT JUDGE