# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-CR-00422 |
| Michael Lacey, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/20/2022

/s/ Austin M. Berry
*Attorney's signature*

Austin M. Berry, TX 24062615
*Printed name and bar number*

Child Exploitation & Obscenity Section, Department of Justice
1301 New York Avenue, NW
11th Floor, Washington, D.C. 20005
*Address*

austin.berry2@usdoj.gov
*E-mail address*

(202) 412-4136
*Telephone number*

*FAX number*