Jonathan Baum (CA State Bar No. 303469)
STEPTOE & JOHNSON LLP
1 Market St., Suite 3900
San Francisco, CA 94105
Tel: (415) 365-6748
jbaum@steptoe.com

Attorney for Movant Carl Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:18-CR-422-PHX-DJH<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

To the CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address, and contact information (including email) for Jonathan Baum as attorney for Movant Carl Ferrer in the above-captioned case has changed. The new firm information is:

> Jonathan Baum
> STEPTOE & JOHNSPN LLP
> 1 Market St., Suite 3900
> San Francisco, CA 94105
> Tel: (415) 365-6748
> jbaum@steptoe.com

Dated:  Jan. 20, 2022                     Respectfully submitted,

STEPTOE & JOHNSON LLP


By  */s/ Jonathan Baum*
    Jonathan Baum
    Attorney for Movant Carl Ferrer

## **CERTIFICATE OF SERVICE**

I certify that on this day of Jan. 20, 2022, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Jonathan Baum*
Jonathan Baum