Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY PHONE OR VIDEOCONFERENCING AT NOVEMBER 2, 2022 STATUS CONFERENCE** |

   NOW COMES the Defendant, Michael Lacey, by his attorney of record, to ask the Court to grant leave for his lawyer to appear by phone or videoconferencing at the November 2, 2022 Status Conference as in this matter. As good cause therefore, the Defendant submits the following:

   Mr. Lacey's attorney has pre-existing in-person hearings in the Erie County, New York Supreme Court for November 3, 4, and 15, 2022. It is not possible to travel to and from the District of Arizona for the November 2, 2022 Status Conference, and also properly prepare for, and attend the all-day hearings scheduled to begin in Erie County, New York on November 3, 2022.

Additionally, counsel is scheduled to begin a murder trial on December 8, 2022, and must prepare for that trial, including interviewing and preparing witnesses, and other pretrial matters that must be done in person, in Buffalo, New York.

Finally, because the government has seized the majority of Mr. Lacey's assets, and the limited pool of assets available for trial costs was substantially depleted during the first trial in this case, assets necessary for travel and accomodations are in short supply and need to be preserved for the upcoming trial.

The Government does not object to this Motion.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED this 21st day of October, 2022,

        Paul J. Cambria, Jr.
        LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Paul J. Cambria, Jr.
       Paul J. Cambria, Jr.
       Attorneys for Michael Lacey

On October 21, 2022, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov