IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

IT IS ORDERED granting Attorney Paul J. Cambria, Jr., leave to appear by [phone/videoconferencing] at the November 2, 2022 Status Conference in this matter.

IT IS FURTHER ORDERED that Attorney Paul J. Cambria, Jr. shall [call 602-_____/log in to the Court's videoconferencing system at www._____] at 9:55 A.M. November 2, 2022.

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge