Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, vs. Michael Lacey, *et al.*, Defendants. | **MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY PHONE OR VIDEOCONFERENCING AT MARCH 20, 2023 HEARING** |

NOW COMES the Defendant, Michael Lacey, by his attorney of record, to ask the Court to grant leave for his lawyer to appear by phone or videoconferencing at the March 20, 2023 Hearing in this matter. As good cause therefore, the Defendant submits the following:

Mr. Lacey's counsel is currently on trial in Erie County, New York in *People v. Martinez*, Erie Cnty. Sup. Ct. Case No. 01686-2020, defending another client who is charged with murder. The trial begins today, March 13, 2023, and is projected to last two weeks. It is not possible to travel to and from the District of Arizona for the March 20, 2023 Hearing while on trial in Erie County, New York at the same time.

Further, because the government has seized the majority of Mr. Lacey's assets, and the limited pool of assets available for trial costs was substantially depleted during the first trial in this case, assets necessary for travel and accomodations are in short supply and need to be preserved for the upcoming trial.

The Government does not object to this Motion.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED this 13th day of March, 2023,

        Paul J. Cambria, Jr.
        LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Paul J. Cambria, Jr.
       Paul J. Cambria, Jr.
       Attorneys for Michael Lacey

On March 13, 2023, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov