Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**MICHAEL LACEY'S RESPONSE TO THE COURT'S ORDER ON CONTINUANCE AND SEVERANCE** |

Mr. Lacey submits the instant response to the Court's request for the parties' positions on severance.

On March 9, 2023, Co-Defendants James Larkin and Scott Spear moved for a continuance of the June 20, 2023 trial date on the basis that their new counsel would be ineffective if not given additional time to review the voluminous trial documents, discovery, and case history ("Motion"). (*See* Doc. 1526.) Michael Lacey did not oppose the Motion because Mr. Lacey's counsel and Mr. Larkin's prior counsel had divided responsibility for trial preparation, including witness and exhibit preparation, based on relevance to their clients. Mr. Larkin's new counsel had agreed to take responsibility for the same witnesses and exhibits as Mr. Larkin's prior counsel. When Mr. Larkin's

new counsel stated that he would be ineffective if he was not afforded additional time to prepare, that meant that Mr. Lacey's counsel, too, would be ineffective if the trial was not continued because it is not possible for Mr. Lacey's counsel to take over preparation of witnesses and exhibits that Mr. Larkin's counsel had agreed to handle since the inception of the case and to be ready by June 20, 2023.

On March 9, 2023, this Court issued an order requesting "the parties' positions on whether severing Defendants Lacey and Larkin for a separate trial has previously been considered, and whether, under the circumstances, judicial economy and the Defendants' interests would be better served by setting Defendants Lacey and Larkin for a separate trial." (Doc. 1527 at 1 (footnote omitted).)

On March 14, 2023, the government filed its response, opposing both the continuance and severance. (Doc. 1530.)

Mr. Lacey submits the instant response to the Court's request. First, Mr. Lacey and his counsel are not aware of any prior requests for or consideration of severance of Mr. Lacey and Mr. Larkin from the other Defendants.

Second, Mr. Lacey does not oppose a severance that takes into account the inability of Mr. Larkin's counsel to be ready by the current trial date because current counsel for Mr. Lacey cannot handle the investigation and preparation of witnesses and exhibits previously agreed to be handled by Mr. Larkin's counsel by June 20, 2023.

RESPECTFULLY SUBMITTED this 17th day of March, 2023,

          Paul J. Cambria, Jr.
          LIPSITZ GREEN SCIME CAMBRIA LLP

          By:   /s/ Paul J. Cambria, Jr.
                  Paul J. Cambria, Jr.
                  Attorneys for Michael Lacey

On March 17, 2023, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov