IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

IT IS ORDERED that Michael Lacey's pretrial release conditions are amended to strike the condition requiring him to wear an electronic monitoring ankle bracelet.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge