1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9  | United States of America, | No. CR-18-00422-001-PHX-DJH
10 |    Plaintiff, | **ORDER**
11 | v. |
12 | Michael Lacey, et al., |
13 |    Defendants. |
14

15    For good cause showing, **IT IS ORDERED** Defendants James Larkin, Michael
16 Lacey, Scott Spear, Jed Brunst, Andrew Padilla, and Joye Vaught's Unopposed Motion for
17 an Extension of Time to File a Reply (Doc. 1579) is **granted**.  Defendants shall file their
18 Reply to the pending Motion to Dismiss on or before May 12, 2023.

19    Dated this 2nd day of May, 2023.

20
21
22
_____
Honorable Diane J. Humetewa
23 United States District Judge
24
25
26
27
28