IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed the United States' Unopposed Motion to Extend Deadline to File Case Related Documents, and good cause appearing,

**IT IS ORDERED** granting the Unopposed Motion to Extend Deadline to File Case Related Documents.

**IT IS FURTHER ORDERED** extending the deadline for the parties' to file the case related documents to June 30, 2023.