GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>   Defendants. | CR-18-422-PHX-DJH<br><br>**AMENDED NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY – MATTHEW FROST**<br>(Doc. 422) |

The United States of America, pursuant to Rules 16(a)(1)(F) and (G) of the Federal Rules of Criminal Procedure, hereby files notice of its intent to call Matthew Frost to testify at trial in the above-captioned case.

Frost is an Information Technology Specialist – Digital Forensic Examiner (ITS-DFE) with the FBI, currently serving as a Program Coordinator for the Computer Analysis Response Team (CART) with the Digital Evidence Field Operations Unit, Operational Technology Division in Pocatello, Idaho.

Frost holds a Masters of Business Administration, with an emphasis in Computer Information Systems, and a Bachelor of Science in Economics from Idaho State University, located in Pocatello, Idaho. In 2015, Frost completed the necessary requirements to receive the Senior Examiner Certification from CART.

The United States intends to elicit fact testimony from Frost, as well as testimony that involves "technical or other specialized knowledge [that] will help the trier of fact to understand the evidence or to determine a fact in issue." Fed. R. Evid. 702(a).

To the extent Frost offers any opinions, his expected testimony can be found in Docs. 789 and 800, which are the transcripts of Frost's testimony from this matter in October 2019. *See* Rule 16(a)(1)(G)(iii) (requiring a "complete statement of all opinions that the government will elicit from the witness"). Additionally, Frost will testify about the database files containing the contents of Backpage advertisements, and how those database files can be extracted to re-create a particular advertisement to look as it would have appeared for a user of the site at the time it was published. More specifically, Frost will testify about the seizure of Backpage servers in the Netherlands, and his role in determining among all the servers where the advertisements were located, and which servers contained the data that represented the advertisements that were hosted on Backpage. Frost will further testify that the database files containing the advertisements are searchable by various pieces of the advertisement, including email addresses, phone numbers, posting IDs, referrer, or other unique terms. Frost will also testify about hash values, which are algorithms that run on data that create a unique alphanumeric number phrase for verification. Frost will testify that hash values are used to make sure that data is accurate.

Frost will testify that Backpage servers stored the advertisements in database files, and when someone requested to look at a particular ad, the web server took the data,

rendered it, and made it look presentable, and put all related pictures together. Frost will testify about the various components of a Backpage advertisement, including which components are generated by the website automatically, such as data and time of posting, and which are generated by the user, such as phone number and other content within the posting.

Frost will also testify about internet protocol (IP) addresses, namely that they are how computers talk to each. He will explain that every device on a network has an IP address, and they provide a unique way to identify each of those devices. Frost will further testify about the various fields within the Backpage server database that pertain to a particular advertisement, including photographs that a user uploaded, but were removed by moderators and noted in the database as having been removed.

Frost will also testify that the Backpage advertisements database could be searched by market, and that depending on the day and market, that could be hundreds for a single day. Frost will testify that the images in the advertisements were stored on two separate servers. Finally, Frost will further testify that the contents of an advertisement were stored in 91 columns in the database file.

Frost has not authored any publications in the previous 10 years. Frost has testified as an expert during the previous four years on one occasion, in a hearing in this matter that took place on October 3, 2019 and continued on October 25, 2019. Frost has testified on Backpage-related matters on other occasions, but was not qualified as an expert in those other cases. While not required, the United States nevertheless is providing defense with a list of the cases currently known to the United States in which Frost has testified not as an expert.

**State Court:**

*People v. Rose*, Colorado, Case # 21CR5521—Division 12, November 29, 2022

*State of New York v. Andrew Mendez*, Grand Jury presentation, May 2022

*State of Hawaii v. Marquis Green*, CR. No. 1CPC-210000292, April 2022

*State of New York v. McWright*, January 29, 2020

*Commonwealth v. Pingxia Fan*, Docket No. 1784CR00465, Boston, MA, January 12, 2020

*Commonwealth v. Timothy Hayes*, Docket No. 1784CR00464, Boston, MA, January 12, 2020

*Commonwealth v. Simon Lin*, Docket No. 1784CR00468, Boston, MA, January 12, 2020

**Federal Court:**

*United States v. Lawrence Ray*, Southern District of New York, March 18, 2022

*United States v. Rodney Kent*, Eastern District of Pennsylvania, March 3, 2022 & June 16, 2022

*United States v. Gladimir Thomas*, Eastern District of New York, May 12, 2022

*United States v. Corey Hereford*, Western District of Wisconsin, February 15, 2022

*United States v. Victor Clayton*, Eastern District of Pennsylvania, November 16, 2021.

*United States v. Justin Rivera*, Southern District of New York, June 10, 2021

*United States v. James Coney*, Western District of Wisconsin, February 23, 2021

*United States v. Carl Andrews*, Southern District of New York, March 12, 2020

*United States v. Terrell Armstead*, District of District of Columbia, February 25, 2020

*United States v. Hubert Dupigny*, Southern District of New York, January 2020

*United States v. Ryan Russell Parks*, District of Maryland, July 17, 2019

*United States v. Luidji Benjamin*, Southern District of New York, May 8, 2019

*United States v. Bogdan Nicolescu and Radu Miclaus*, Northern District of Ohio, April 1, 2019

I, Matthew Frost, have read and approve the contents of this disclosure regarding my anticipated testimony in the above-captioned case.

*[signature]*

Matthew Frost
Information Technology Specialist – Digital Forensic Examiner
Federal Bureau of Investigation

Respectfully submitted this 30th day of June, 2023.

>	GARY M. RESTAINO
>	United States Attorney
>	District of Arizona
>
>	KENNETH POLITE
>	Assistant Attorney General
>	Criminal Division, U.S. Department of Justice
>
>	*s/Austin M. Berry*
>	AUSTIN M. BERRY
>	Trial Attorney
>
>	KEVIN M. RAPP
>	MARGARET PERLMETER
>	PETER KOZINETS
>	ANDREW STONE
>	DANIEL BOYLE
>	Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Daniel Parke*
Daniel Parke
U.S. Attorney's Office