Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin McCampbell Paris (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**DEFENDANT MICHAEL LACEY'S UNOPPOSED MOTION FOR RELIEF FROM TRIAL SCHEDULE CONFLICT** |

   NOW COMES the Defendant, Michael Lacey, by his attorney of record, to ask the Court to grant a brief break during trial to accommodate an unmovable personal conflict during the period September 6, 2023 – September 8, 2023. As good cause therefore, the Defendant submits the following:

   Mr. Lacey's undersigned counsel has an unmovable personal conflict. His daughter's wedding rehearsal dinner is scheduled for September 6, 2023, and her wedding is scheduled for September 9, 2023. Both of these events will occur in Buffalo, New York. It is not possible to travel to and from the District of Arizona for these very important family milestones.

1  This request is necessary because I am Mr. Lacey's sole trial counsel. My partner, Erin
2  McCampbell Paris, is not a trial attorney, and would be unable to assume my responsibilities in my
3  absence. Further, Janey Henze Cook is conflicted from being trial counsel. (*See* Doc. 330.)
4  Under the current trial schedule, the trial is at recess September 4 and 5, with full days on
5  September 6 and 7, and a half day on September 8. The granting of this motion would result in the
6  loss of just two and a half trial days.
7  The Government does not object to this Motion.
8  The Court will find attached a proposed Order.
9  RESPECTFULLY SUBMITTED this 6th day of July, 2023,

Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Paul J. Cambria, Jr.
       Paul J. Cambria, Jr.
       Attorneys for Michael Lacey

On July 6, 2023, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov