1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

9
10

United States of America,

NO. CR-18-00422-PHX-SMB

11

Plaintiff,

**[PROPOSED] ORDER**

12

vs.

13

Michael Lacey, *et al.*,

14
15

Defendants.

16
17
18
19
20

      Upon Motion of the Defendant, with good cause appearing and with no objection

21

from the Government,

22

      IT IS ORDERED granting Defendant's request that the Court recess trial from

23

September 6, 2023 through September 8, 2023.

24

      SO ORDERED this _____ day of _____, 2023.

25
26

_____

27

United States District Judge

28