Alexandra Mijares Nash (023364)
**RUTILA, SEIBT & NASH, PLLC**
6803 E. Main Street, Suite 1116
Scottsdale, Arizona 85251
Telephone: (480) 712-0035
Email: ali@rsnlawaz.com
Attorneys for Ernest Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | No. CR-18-00422-PHX-DJH<br><br>**NOTICE OF APPEARANCE ON BEHALF OF NON-PARTY GOVERNMENT WITNESS ERNEST ALLEN** |

Alexandra Mijares Nash of the law firm Rutila, Seibt and Nash, PLLC hereby enters her appearance in this matter on behalf of non-party government witness Ernest Allen. All future correspondence, court documents and discovery in reference to this case will be accepted at the following address:

> Alexandra Mijares Nash
> Rutila, Seibt & Nash, PLLC
> 6803 E. Main Street, Suite 1116
> Scottsdale, Arizona 85251
> Telephone: (480) 447-7037
> ali@rsnlawaz.com

RESPECTFULLY SUBMITTED this 14th day of July 2023.

**RUTILA, SEIBT & NASH, PLLC**

 /s/*Alexandra Mijares Nash*
Alexandra Mijares Nash (023364)
6803 E. Main Street, Suite 1116
Scottsdale, Arizona 85251
Attorneys for Ernest Allen

**Certificate of Service**

I certify that on this 14th day of July 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ *Alexandra Mijares Nash*