# Exhibit A

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| **United States of America**, ) | |
| ) Plaintiff, ) | |
| vs. ) | CR 09-01492-PHX-ROS |
| ) | |
| **Duane Hamblin Slade, et al.**, ) | |
| ) Defendants. ) | |
| ) | Phoenix, Arizona |
| ) | January 3, 2013 |
| ) | 8:44 a.m. |
| _____ ) | |

**BEFORE:   THE HONORABLE JACK ZOUHARY, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**JURY TRIAL**
**Day 2 - A.M. SESSION**

(Pages 171-290)

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 35
Phoenix, Arizona  85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

177

CR 09-01492-PHX-ROS, January 3, 2013 A.M.

| | | |
|---|---|---|
| 1 | I don't want to rehash it.  I think we've gone around the block | 08:45:54 |
| 2 | a couple of times.  If there's something unclear, I'll be happy | |
| 3 | to clarify it.  If you have a case for me, please show it to me | |
| 4 | as well as opposing counsel.  Don't know what else to say. | |
| 5 |             MR. JONES:  Okay.  I would rather have a little while | 08:46:08 |
| 6 | longer to look at that, but I don't think it's going to come up | |
| 7 | today. | |
| 8 |             THE COURT:  I suspected. | |
| 9 |             Anything else? | |
| 10 |             MR. SEXTON:  Judge, I just want to make sure I | 08:46:20 |
| 11 | understand your style of exhibit entry.  It looks like it's | |
| 12 | fairly fast in the sense of foundation.  They have advanced | |
| 13 | notice of the exhibits and the order Weaver presenting them in. | |
| 14 | If they have an objection, they will interpose it.  I assume | |
| 15 | it's the same waive going about this in the sense of saying | 08:46:39 |
| 16 | look at this exhibit number one.  Do you recognize it?  I offer | |
| 17 | it into evidence.  They can stand up at that time. | |
| 18 |             THE COURT:  Oh, boy.  No, you were not part of the | |
| 19 | conversation I had a while ago with everyone.  We're going to | |
| 20 | make this easy.  Easy for you, easy for the Court, Court | 08:46:56 |
| 21 | personnel and most of all, easy for the jury. | |
| 22 |             If you have -- let me go back to page one.  You have | |
| 23 | had an opportunity to look at each other's exhibits for the | |
| 24 | most part.  I indicated to you that anyone could display an | |
| 25 | exhibit, even if it had not yet been admitted to the jury | 08:47:19 |

United States District Court

1  because you are going to let me know ahead of time those
2  exhibits to which you were going to have an objection. That's
3  number one.
4         Number two. If you have an objection to an exhibit
5  that you believe is upcoming, give me a heads-up. We will take
6  care of that objection outside the presence of the jury. Now,
7  I understand sometimes you may not know if you're going to
8  object because you don't know what the witness is going to say
9  and I understand that. And for those limited situations, we
10 will take care of that at sidebar. Admission of exhibits for
11 the most part, will be done by counsel and Court personnel
12 without me in the courtroom and without the jury in the
13 courtroom because you're merely going to read into the record
14 those exhibits to which there is no objection and you don't
15 need me. If there are arguments on certain exhibits, please
16 let me Christine know. We will set aside time during the
17 course of any day to handle those objections and admissions or
18 exclusions outside the presence of the jury. I want to
19 maximize the use of court time while the jury is here. I don't
20 want them to be bogged down with our administrative issues.
21 Does that help?
22         MR. SEXTON: That is helpful.
23         THE COURT: So that means you just show your own
24 exhibits to the witness and you don't need to look to opposing
25 counsel to me or ask to approach or -- just do it?

1         MR. SEXTON:  As to defense exhibits on cross, we got    08:48:56
2   some last night at midnight.  I hope to be able to review those
3   during the lunch hour and be able to let you know before the
4   lunch hour whether we need to discuss any of those.  It depends
5   on -- I'll have to talk with them.  Are you really going to put  08:49:07
6   these in or not.  So that's all I wanted to alert you to.
7         THE COURT:  I'm sympathetic to that and, again, I
8   hope we can do this efficiently without taking up the jurors'
9   times on matters that we could otherwise take up outside their
10  presence.                                                         08:49:28
11        MR. SEXTON:  Thank you for the clarifications.
12        MR. LANZA:  Your Honor, one minor administrative
13  point, somebody on our team tried to --
14        THE COURT:  It's already been taken care of.  They
15  have been allowed to come up with the camera.  I don't know       08:49:45
16  where they are but we did clear with the security.  Someone
17  from the Postal Service.
18        MR. LANZA:  Correct.  Thank you.
19        THE COURT:  It's nice to know they have a job.
20        MR. SEXTON:  Nothing more from us, Judge.                   08:50:03
21        THE COURT:  What we'll do is I'll go grab some
22  papers, come back in a couple of minutes.  If your first
23  witness is ready, I think what we'll do is swear in that
24  witness even before we bring in the jury and so that we can
25  just start fresh and jet off to a fast start.                     08:50:20