# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court, having become aware of Defendant Larkin's passing, will nonetheless expect the parties to prepare for trial to commence on the current scheduled date.

**IT IS ORDERED** that counsel shall meet and confer on one or two additional voir dire questions related to the jury panel's awareness of recent events to probe whether they have heard of anything related to the impending trial and if so, whether it will impact their ability to be a fair and/or impartial juror. The parties shall submit that question(s) to the Court by 10:00 a.m. on August 4, 2023.

Dated this 2nd day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge