Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Paul J. Cambria, Jr. *(admitted pro hac vice)*
  pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
  eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **OBJECTION TO PROPOSED STATEMENT OF THE CASE (DKT. 1656)** |
| vs. | |
| Michael Lacey, et al., | Date: August 4, 2023<br>Time: 1:00 P.M. |
| Defendants. | Crtrm.: Special Proceedings Courtroom |
| | Assigned to Hon. Diane J. Humetewa |
| | Trial Date: August 8, 2023 |

| | |
|---|---|
| 1 | Eric W. Kessler, 009158 |
| |    eric.kesslerlaw@gmail.com |
| 2 | Kessler Law Group |
| | 6720 N. Scottsdale Rd., Suite 210 |
| 3 | Scottsdale, AZ  85253 |
| | Telephone: (480) 644-0093 |
| 4 | Facsimile: (480) 644-0095 |

Eric W. Kessler, 009158
  eric.kesslerlaw@gmail.com
Kessler Law Group
6720 N. Scottsdale Rd., Suite 210
Scottsdale, AZ  85253
Telephone: (480) 644-0093
Facsimile: (480) 644-0095

Bruce S. Feder, 004832
  bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

David Eisenberg, 017218
  david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

Attorney for Defendant Andrew Padilla

Joy Malby Bertrand, 024181
  joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
PO Box 2734
Scottsdale, Arizona 85252
Telephone: (602) 374-5321
Facsimile: (480) 361-4694

Attorney for Defendant Joye Vaught

1. Defendants object to the Proposed Statement of the Case (Dkt. 1656), specifically to the phrase "various roles in the creation, operation, and management of the website Backpage.com" in the last paragraph of the Statement. The phrase assumes what the Government seeks to prove at trial regarding Defendants' alleged work with Backpage.com.

Defendants propose the following re-phrasing: "These charges arise from the Defendants' association with Backpage.com."

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: August 2, 2023         Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Gary S. Lincenberg*
            Gary S. Lincenberg
     Attorneys for Defendant John Brunst

DATED: August 2, 2023         Kessler Law Group

By:   */s/ Eric W. Kessler*
            Eric W. Kessler
     Attorney for Defendant Scott Spear

| | | |
|---|---|---|
| DATED: August 2, 2023 | | Paul J. Cambria<br>Erin McCampbell Paris<br>Lipsitz Green Scime Cambria LLP |
| | By: | */s/ Paul J. Cambria*<br>Paul J. Cambria<br>Attorneys for Defendant Michael Lacey |
| DATED: August 2, 2023 | | Feder Law Office, P.A. |
| | By: | */s/ Bruce S. Feder*<br>Bruce S. Feder<br>Attorney for Defendant Scott Spear |
| DATED: August 2, 2023 | | The Law Office of David Eisenberg, PLC |
| | By: | */s/ David Eisenberg*<br>David Eisenberg<br>Attorney for Defendant Andrew Padilla |
| DATED: August 2, 2023 | | Joy Bertrand Esq. LLC |
| | By: | */s/ Joy Malby Bertrand*<br>Joy Malby Bertrand<br>Attorney for Defendant Joye Vaught |