# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-DJH<br><br>**ORDER** |

Upon consideration of the United States' request for a *Frye/Cooper* Hearing in its Trial Brief (Doc. 1642), and finding good cause appearing,

**IT IS ORDERED** referring this matter to Magistrate Judge Deborah M. Fine for purposes of setting a *Frye/Cooper* Hearing as soon as practicable at which time the United States may make a record in the presence of Defendants as to the United States' plea offers.

The Court finds there is no excludable delay.

Dated this 4th day of August, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　United States District Judge