NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | **UNITED STATES' MOTION FOR LEAVE FOR TRIAL ATTORNEY AUSTIN M. BERRY TO APPEAR BY PHONE** |
| v. | |
| Michael Lacey, et al., | **Date: September 5, 2023** |
| Defendants. | **Time: 10:30 A.M.** |
| | **Location: Special Proceedings Courtroom** |

Undersigned counsel for the United States, Austin M. Berry, hereby moves for permission to appear by phone at the September 5, 2023 status conference currently scheduled for 10:30AM. Trial Attorney Austin M. Berry will not yet have arrived back in Phoenix in time for a hearing on September 5th. Other counsel for the United States will be present in the courtroom for this hearing.

Respectfully submitted this 3rd day of September, 2023.

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

 s/Austin M. Berry
AUSTIN M. BERRY
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

s/ Austin M. Berry
Austin M. Berry
Trial Attorney
Child Exploitation & Obscenity Section
Department of Justice