IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | CR-18-422-PHX-DJH<br><br>**ORDER** |

　　Upon Motion of the United States, with good cause appearing,

　　IT IS ORDERED that Trial Attorney Austin M. Berry is granted leave from the Court to attend the September 5, 2023 Status Conference by phone.

　　IT IS SO ORDERED.

　　DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　United States District Judge