IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

　　Upon Motion of the Defendant, with good cause appearing,

　　IT IS ORDERED granting Defendant Michael Lacey leave to appear by telephone at the September 5, 2023 Hearing in this matter.

1  IT IS FURTHER ORDERED that Michael Lacey shall call 602-_____at 10:25
2  A.M. September 5, 2023.
3  SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge

2