Jonathan M. Baum (*admitted Pro Hac Vice*)
STEPTOE & JOHNSON LLP
One Market Plaza, Steuart Tower Ste 1070
San Francisco, CA 94105
Tel: (415) 365-6700
Fax: (415) 365-6700
jbaum@steptoe.com

Tahir L. Boykins (*admitted Pro Hac Vice*)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9437
Fax: (213) 439-9599
tboykins@steptoe.com

Attorneys for Movant
CARL FERRER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. CR-18-422-PHX-DJH |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Movant Carl Ferrer files this Notice of Errata to correct a typographical error in Footnote 1 of his Motion for a Protective Order. Simultaneously with this Notice of Errata, Movant is re-filing his Motion to correct the typographical error so that it properly notes the citation to the case docket. Movant has made no other substantive changes to the Motion.

Respectfully Submitted,

Dated: October 4, 2023　　　　　　　　　　**STEPTOE & JOHNSON LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/ *Jonathan Baum*
　　　　　　　　　　　　　　　　　　　　Jonathan Baum (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Tahir L. Boykins (admitted *Pro Hac Vice*)

　　　　　　　　　　　　　　　　　　　　Attorneys for Movant Carl Ferrer

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

/s/ Debbie DeRivero
Debbie DeRivero