**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' PROPOSED VERDICT FORM** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3895846.3

**Conspiracy to Violate the Travel Act**

**18 U.S.C. § 371**
**COUNT 1**

**Count 1:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey           _____ NOT GUILTY       _____ GUILTY

    Scott Spear            _____ NOT GUILTY       _____ GUILTY

    John Brunst            _____ NOT GUILTY       _____ GUILTY

    Andrew Padilla        _____ NOT GUILTY       _____ GUILTY

    Joye Vaught            _____ NOT GUILTY       _____ GUILTY

of Conspiracy to violate the Travel Act, as charged in Count 1 of the Indictment.

DEFENDANTS' PROPOSED VERDICT FORM

**Travel Act**

**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

**Count 2:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 10, 2013, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 3:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 27, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 4:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 5:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

1    **Count 6:**

2         We, the Jury, unanimously find Defendant:

3         Michael Lacey          _____ NOT GUILTY          _____ GUILTY

4         Scott Spear            _____ NOT GUILTY          _____ GUILTY

5         John Brunst            _____ NOT GUILTY          _____ GUILTY

6         Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

7         Joye Vaught            _____ NOT GUILTY          _____ GUILTY

8

9    of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

10   February 6, 2014, by specifically intending to promote or facilitate the promotion of

11   a business enterprise involved in prostitution offenses in violation of the laws of _____.

12

13

14   **Count 7:**

15        We, the Jury, unanimously find Defendant:

16        Michael Lacey          _____ NOT GUILTY          _____ GUILTY

17        Scott Spear            _____ NOT GUILTY          _____ GUILTY

18        John Brunst            _____ NOT GUILTY          _____ GUILTY

19        Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

20        Joye Vaught            _____ NOT GUILTY          _____ GUILTY

21

22   of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

23   April 20, 2014, by specifically intending to promote or facilitate the promotion of

24   a business enterprise involved in prostitution offenses in violation of the laws of _____.

25

26

27

28

**Count 8:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
May 7, 2014, by specifically intending to promote or facilitate the promotion of a business
enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 9:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
May 31, 2014, by specifically intending to promote or facilitate the promotion of
a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 10:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 11:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 19, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

7

**Count 12:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 23, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 13:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 14:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 15:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 16:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 4, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 17:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 18:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 26, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 19:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 20:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 19, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 21:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 22:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 2, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 23:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on August 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 24:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear             _____ NOT GUILTY          _____ GUILTY

John Brunst             _____ NOT GUILTY          _____ GUILTY

Andrew Padilla          _____ NOT GUILTY          _____ GUILTY

Joye Vaught             _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on August 15, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 25:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear             _____ NOT GUILTY          _____ GUILTY

John Brunst             _____ NOT GUILTY          _____ GUILTY

Andrew Padilla          _____ NOT GUILTY          _____ GUILTY

Joye Vaught             _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on September 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 26:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 28, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 27:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 21, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 28:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
November 3, 2016, by specifically intending to promote or facilitate the promotion of
a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 29:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
November 11, 2016, by specifically intending to promote or facilitate the promotion of
a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 30:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 31:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 32:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 19, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 33:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 24, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 34:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 26, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 35:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on December 20, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 36:**

        We, the Jury, unanimously find Defendant:

    Michael Lacey        _____ NOT GUILTY        _____ GUILTY

    Scott Spear        _____ NOT GUILTY        _____ GUILTY

    John Brunst        _____ NOT GUILTY        _____ GUILTY

    Andrew Padilla        _____ NOT GUILTY        _____ GUILTY

    Joye Vaught        _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on January 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 37:**

        We, the Jury, unanimously find Defendant:

    Michael Lacey        _____ NOT GUILTY        _____ GUILTY

    Scott Spear        _____ NOT GUILTY        _____ GUILTY

    John Brunst        _____ NOT GUILTY        _____ GUILTY

    Andrew Padilla        _____ NOT GUILTY        _____ GUILTY

    Joye Vaught        _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on April 4, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 38:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 11, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 39:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 3, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

21

**Count 40:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst           _____ NOT GUILTY          _____ GUILTY

Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 41:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst           _____ NOT GUILTY          _____ GUILTY

Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 42:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 21, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 43:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 23, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 44:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

    Scott Spear            _____ NOT GUILTY          _____ GUILTY

    John Brunst            _____ NOT GUILTY          _____ GUILTY

    Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

    Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 26, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 45:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

    Scott Spear            _____ NOT GUILTY          _____ GUILTY

    John Brunst            _____ NOT GUILTY          _____ GUILTY

    Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

    Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 46:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

Andrew Padilla _____ NOT GUILTY _____ GUILTY

Joye Vaught _____ NOT GUILTY _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 47:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

Andrew Padilla _____ NOT GUILTY _____ GUILTY

Joye Vaught _____ NOT GUILTY _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**<u>Count 48:</u>**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**<u>Count 49:</u>**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 1, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 50:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 51:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

1

## **Conspiracy to Commit Money Laundering**

2

### **18 U.S.C. § 1956(h)**
### **COUNT 52**

3

4

**Count 52:**

5

    We, the Jury, unanimously find Defendant:

6

    Michael Lacey          _____ NOT GUILTY       _____ GUILTY

7

    Scott Spear            _____ NOT GUILTY       _____ GUILTY

8

    John Brunst            _____ NOT GUILTY       _____ GUILTY

9

10

of Conspiracy to commit Money Laundering, as charged in Count 52 of the Indictment.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Concealment Money Laundering**

**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNTS 53-62**

**Count 53:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

Scott Spear                _____ NOT GUILTY              _____ GUILTY

John Brunst                _____ NOT GUILTY              _____ GUILTY

of committing Concealment Money Laundering in connection with the May 18, 2016

transfer of $1,476,505.00 from Website Technologies to Cereus Properties.

**Count 54:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

Scott Spear                _____ NOT GUILTY              _____ GUILTY

John Brunst                _____ NOT GUILTY              _____ GUILTY

of committing Concealment Money Laundering in connection with the May 18, 2016

transfer of $264,438.00 from Website Technologies to Cereus Properties.

**Count 55:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $3,171,675.80 from Website Technologies to Cereus Properties.


**Count 56:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $432,961.87 from Website Technologies to Cereus Properties.


**Count 57:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the June 20, 2016 transfer of $842,878.00 from Website Technologies to Cereus Properties.

**Count 58:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY
    Scott Spear            _____ NOT GUILTY          _____ GUILTY
    John Brunst           _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the June 30, 2016 transfer of $3,076,147.75 from Website Technologies to Cereus Properties.


**Count 59:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY
    Scott Spear            _____ NOT GUILTY          _____ GUILTY
    John Brunst           _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $3,252,681.62 from Website Technologies to Cereus Properties.


**Count 60:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY
    Scott Spear            _____ NOT GUILTY          _____ GUILTY
    John Brunst           _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $438,818.86 from Website Technologies to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 61:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey        _____ NOT GUILTY        _____ GUILTY

   Scott Spear          _____ NOT GUILTY        _____ GUILTY

   John Brunst          _____ NOT GUILTY        _____ GUILTY

of committing Concealment Money Laundering in connection with the August 16, 2016

transfer of $804,250.00 from Website Technologies to Cereus Properties.


**Count 62:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey        _____ NOT GUILTY        _____ GUILTY

   Scott Spear          _____ NOT GUILTY        _____ GUILTY

   John Brunst          _____ NOT GUILTY        _____ GUILTY

of committing Concealment Money Laundering in connection with the August 31, 2016

transfer of $3,171,264.42 from Website Technologies to Cereus Properties.

## **International Promotional Money Laundering**

### **18 U.S.C. § 1956(a)(2)(A)**
### **COUNTS 63-68**

**Count 63:**

We, the Jury, unanimously find Defendant:

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     _____ GUILTY

John Brunst     _____ NOT GUILTY     _____ GUILTY

of committing International Promotional Money Laundering in connection with the March 4, 2014 transfer of $6,450.00 from U.S. Bank to S.B (India).

**Count 64:**

We, the Jury, unanimously find Defendant:

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     _____ GUILTY

John Brunst     _____ NOT GUILTY     _____ GUILTY

of committing International Promotional Money Laundering in connection with the August 5, 2016 transfer of $5,005,732.86 from Ad Tech B.V. to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 65:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing International Promotional Money Laundering in connection with the September 22, 2016 transfer of $2,916,955.00 from Ad Tech B.V. to Cereus Properties.


**Count 66:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing International Promotional Money Laundering in connection with the October 3, 2016 transfer of $354,050.84 from Ad Tech B.V. to Cereus Properties.


**Count 67:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing International Promotional Money Laundering in connection with the November 2, 2016 transfer of $2,726,170.00 from Ad Tech B.V. to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 68:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the November 15, 2016 transfer of $351,403.54 from Ad Tech B.V. to Cereus Properties.

35

DEFENDANTS' PROPOSED VERDICT FORM

1

## **Transactional Money Laundering**

2

### **18 U.S.C. § 1957(a)**
### **COUNTS 69-99**

3

4 **Count 69:**

5          We, the Jury, unanimously find Defendant:

6          Michael Lacey              _____ NOT GUILTY          _____ GUILTY

7          John Brunst                _____ NOT GUILTY          _____ GUILTY

8

9 of committing Transactional Money Laundering in connection with the August 21, 2013

10 transfer of $30,000.00 from Bank of America to Stewart Title.

11

12

13 **Count 70:**

14          We, the Jury, unanimously find Defendant:

15          Michael Lacey              _____ NOT GUILTY          _____ GUILTY

16          John Brunst                _____ NOT GUILTY          _____ GUILTY

17

18 of committing Transactional Money Laundering in connection with the September 13,

19 2013 transfer of $62,491.47 from BMO Harris to Stewart Title.

20

21

22 **Count 71:**

23          We, the Jury, unanimously find Defendant:

24          Scott Spear                _____ NOT GUILTY          _____ GUILTY

25

26 of committing Transactional Money Laundering in connection with the June 11, 2014

27 transfer of $300,000.00 from National Bank of Arizona to Spear Family Trust.

28

**Count 72:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the June 20, 2014 transfer of $200,000.00 from National Bank of Arizona to TD Ameritrade.

**Count 73:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the November 4, 2014 transfer of $1,000,000.00 from National Bank of Arizona to UBS Financial.

**Count 74:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the May 14, 2015 transfer of $250,000.00 from National Bank of Arizona to Lincoln National Life.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 75:**

　　We, the Jury, unanimously find Defendant:

　　Scott Spear　　　　　　_____ NOT GUILTY　　　_____ GUILTY

of committing Transactional Money Laundering in connection with the May 26, 2015
transfer of $50,000.00 from National Bank of Arizona to Industrial Property Trust.


**Count 76:**

　　We, the Jury, unanimously find Defendant:

　　Scott Spear　　　　　　_____ NOT GUILTY　　　_____ GUILTY

of committing Transactional Money Laundering in connection with the November 3, 2015
transfer of $300,000.00 from National Bank of Arizona to Ally Bank.


**Count 77:**

　　We, the Jury, unanimously find Defendant:

　　Scott Spear　　　　　　_____ NOT GUILTY　　　_____ GUILTY

of committing Transactional Money Laundering in connection with the December 1, 2015
transfer of $200,000.00 from National Bank of Arizona to Wells Fargo.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 78:**

We, the Jury, unanimously find Defendant:

Scott Spear        _____ NOT GUILTY        _____ GUILTY

John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the January 11, 2016 transfer of $133,045.00 from Cereus Properties to National Bank of Arizona.

**Count 79:**

We, the Jury, unanimously find Defendant:

John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the January 26, 2016 transfer of $101,974.00 from Cereus Properties to Wells Fargo.

**Count 80:**

We, the Jury, unanimously find Defendant:

John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the February 3, 2016 transfer of $1,507,944.00 from Cereus Properties to Charles Schwab.

**Count 81:**

     We, the Jury, unanimously find Defendant:

     Michael Lacey       _____ NOT GUILTY      _____ GUILTY

     John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the March 1, 2016 transfer of $1,692,020.00 from Cereus Properties to Bank of America.

**Count 82:**

     We, the Jury, unanimously find Defendant:

     John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the April 1, 2016 transfer of $220,944.00 from Cereus Properties to Wells Fargo.

**Count 83:**

     We, the Jury, unanimously find Defendant:

     Michael Lacey       _____ NOT GUILTY      _____ GUILTY

     John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the June 27, 2016 transfer of $397,500.00 from Arizona Bank & Trust to Fidelity Title.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 84:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY             _____ GUILTY

John Brunst               _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the July 20, 2016 transfer of $12,859,152.57 from Arizona Bank & Trust to Fidelity Title.


**Count 85:**

We, the Jury, unanimously find Defendant:

Scott Spear               _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the July 22, 2016 transfer of $50,000.00 from National Bank of Arizona to Strategic Storage Trust II.


**Count 86:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY             _____ GUILTY

John Brunst               _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the August 2, 2016 transfer of $16,243.00 from Cereus Properties to Wells Fargo.

**Count 87:**

     We, the Jury, unanimously find Defendant:

       John Brunst            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $1,206,356.00 from Cereus Properties to Charles Schwab.


**Count 88:**

     We, the Jury, unanimously find Defendant:

       Michael Lacey        _____ NOT GUILTY       _____ GUILTY

       John Brunst            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.


**Count 89:**

     We, the Jury, unanimously find Defendant:

       Michael Lacey        _____ NOT GUILTY       _____ GUILTY

       John Brunst            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 90:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

    John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016

transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.


**Count 91:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

    John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016

transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.


**Count 92:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

    John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016

transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**<u>Count 93:</u>**

We, the Jury, unanimously find Defendant:

Scott Spear               _____ NOT GUILTY          _____ GUILTY

John Brunst              _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $141,444.00 from Cereus Properties to National Bank of Arizona.


**<u>Count 94:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey            _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.


**<u>Count 95:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey            _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 96:</u>**

     We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 97:</u>**

     We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 98:</u>**

     We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 99:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017 transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

**<u>International Concealment Money Laundering</u>**

**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**<u>Count 100:</u>**

    We, the Jury, unanimously find Defendant:

    Michael Lacey        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017

transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

DATE: _____

_____
FOREPERSON

DEFENDANTS' PROPOSED VERDICT FORM