**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 20, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 22):**

9:01 a.m. Court reconvenes. 9:03 a.m. Jury present. Megan Lundstrom examined further. Exhibit 2036a is admitted. 9:10 a.m. Cross-Examination by Mr. Eisenberg. 9:14 a.m. No additional cross-examination and no redirect. Government rests. 9:15 a.m. Jury exits courtroom. Discussion held with counsel. 9:21 a.m. Jury present. 9:27 a.m. Jury released for the day. Recess.

9:44 a.m. Court reconvenes. Argument re: Defendants' oral Rule 29 Motion heard. 11:36 a.m. Recess.

11:52 a.m. Court reconvenes. Argument re: Defendants' oral Rule 29 Motion resumes. 12:15 p.m. **IT IS ORDERED** taking the oral Motion under advisement. Discussion held re: Verdict. As to the Motion to Seek Admission of Brunst's Testimony re: State of Mind (Doc. 1879), **IT IS ORDERED** the Government shall file its Response by 10:00 a.m. on Monday, October 24th, instead. No reply is permitted. **IT IS FURTHER ORDERED** that the parties submit their proposed Final Jury Instructions by close of business on Monday, October 23rd. 12:45 p.m. Court in recess until Tuesday, October 24, 2023 at 9:00 a.m. Jurors will report at 1:00 p.m. on October 24th.

| | |
|---|---|
| **Court Reporter** Teri Veres | **Start:** 9:01 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 12:45 PM |
| | **Total:** 4hrs 11min |