# EXHIBIT 3

Front Row at the BackPage Trial 

# Subscribe

### FREE
# 0

✓ Access to some posts
✓ Occassional newslettters
✓ No advertisements

**SUBSCRIBE NOW**

### FULL TRIAL

✓ Full access to all posts
✓ Newsletters EVERY trial day
✓ 100s of case-related court documents
✓ Simple, secure card payment
✓ No advertisements
✓ One-time payment

**SUBSCRIBE NOW**

# FAQ

Why is this case important?　+

What other question?                                                                                          +

Who am I?                                                                                                      +

©2023 Front Row at the BackPage Trial. Published with Ghost & Outpost.