# Exhibit 10

| | |
|---|---|
| **From:** | Stone, Andrew (USAAZ) |
| **To:** | Ariel A. Neuman |
| **Cc:** | Gary S. Lincenberg; Gopi K. Panchapakesan; Thomas H. Bienert; Whitney Bernstein; Paul Cambria; Erin McCampbell Paris; Bruce Feder; Joy Bertrand; David Eisenberg; Rapp, Kevin (USAAZ); Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Kucera, John (USACAC) |
| **Subject:** | RE: Government Expert Disclosure |
| **Date:** | Tuesday, February 11, 2020 10:04:15 AM |
| **Attachments:** | Copy of Master Table - Printable.xlsx |

Ariel,

I've attached a spreadsheet that identifies by Bates number(s) the relevant financial records that relate to Counts 53-100 in the Superseding Indictment. To alleviate any confusion, the category titled "Location on Relativity" lists the applicable BEGDOC to be used in searching Relativity. Once you've located the correct document, you then use the listed page numbers to find the exact record at issue.

Please let me know if you have any questions.

Thanks,
Andy


Andrew C. Stone
Assistant U.S. Attorney
District of Arizona
(602) 514-7635
andrew.stone@usdoj.gov



**From:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Sent:** Friday, January 24, 2020 5:14 PM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Joy Bertrand <joy.bertrand@gmail.com>; David Eisenberg <david@deisenbergplc.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones@CRM.USDOJ.GOV>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Subject:** RE: Government Expert Disclosure

Ariel,

First, the financial records underlying SA Thai's testimony have been produced. We recently re-

produced all the financial records (see attached letter dated January 13, 2020). These financial records were produced in 2018, but we have reproduced them with the following Bates numbers: DOJ-BP-0004902872-DOJ-BP-0005068773. We did so for organizational purposes. As discussed in the letter, we are finalizing a document that will identify all the relevant financial records (by Bates number) that relate to the money laundering charges in the superseding indictment. We will produce that to you soon.

Second, I've attached 34 draft summary exhibits. The attached exhibits are flowcharts for the financial transactions that are alleged in Counts 53-100 of the superseding indictment. It is expected that as the government continues to prepare for trial, modifications may be made to these exhibits, but if changes are made we will promptly disclose them.

Finally, we will produce additional draft summary exhibits in the near future. We anticipate the following categories of exhibits:

- A flowchart outlining how Backpage proceeds flowed through various entities, e.g., Website Technologies, Camarillo, Cereus Properties, etc.
- Compensation charts that summarize Defendants' Backpage-derived compensation.
- Revenue charts based on Backpage's annual earnings and, specifically, the earnings from "adult" advertisements.

We reserve the right to prepare, disclose, and use other summary exhibits as well.

Thanks,
Andy


Andrew C. Stone
Assistant U.S. Attorney
District of Arizona
(602) 514-7635
andrew.stone@usdoj.gov


**From:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Sent:** Thursday, January 23, 2020 5:00 PM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones@CRM.USDOJ.GOV>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Joy Bertrand <joy.bertrand@gmail.com>; David Eisenberg <david@deisenbergplc.com>

**Subject:** RE: Government Expert Disclosure

Ariel,

I'll send a substantive email responding to your questions tomorrow.

Thanks,
Andy


Andrew C. Stone
Assistant U.S. Attorney
District of Arizona
(602) 514-7635
andrew.stone@usdoj.gov


**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Wednesday, January 22, 2020 10:55 PM
**To:** Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones@CRM.USDOJ.GOV>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Joy Bertrand <joy.bertrand@gmail.com>; David Eisenberg <david@deisenbergplc.com>
**Subject:** Government Expert Disclosure

Kevin,

In the government's December 14, 2018 initial expert disclosures (attached), with respect to Special Agent Thai, you state that (1) the "financial records and documents underlying" his testimony have been produced in discovery and (2) "the summary analyses will be provided through supplemental disclosures." As to the first category, can you please identify by Bates number the records to which you are referring? As to the second category, can you please point us to the summary analyses Thai intends to present at trial? If those analyses have not been produced, please identify what they will concern and let us know when you intend to produce them. Given the pending motion in limine deadline, immediate identification/production of this material is critical.

Thank you,
Ariel

**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: [aneuman@birdmarella.com](mailto:aneuman@birdmarella.com)
[vCard](#) | [Bio](#) | [LinkedIn](#)
**Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**[www.BirdMarella.com](http://www.BirdMarella.com)**