# Exhibit 11

Thomas H. Bienert, Jr., (CA State Bar No. 135311)
Whitney Z. Bernstein, (CA State Bar No. 304917)
**BIENERT KATZMAN PC**
903 Calle Amanacer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bienertkatzman.com
          wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

Additional counsel on following page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>Defendants. | No. 2:18- CV-8420 RGK (PJWx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE FOR FAILING TO STATE SUFFICIENTLY DETAILED FACTS**<br><br><u>Hearing Information</u><br>Date: August 17, 2020<br>Time: 9:00 a.m.<br>Place:   Courtroom 850<br>            255 E. Temple Street, 7th Fl.<br>            Los Angeles, CA 90012 |

Gary S. Lincenberg (CA State Bar No. 123058)
Ariel A. Neuman (CA State Bar. No. 241594)
Gopi K. Panchapakesan (CA State Bar No. 279586)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM,**
**DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst, Mary Ann Brunst,*
*and The Brunst Family Trust*

Paul J. Cambria, Jr. (CA State Bar No. 177957)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
*Attorneys for Michael Lacey*

John K. Rubiner (CA State Bar No. 155208)
**FREEMAN, MATHIS & GARY LLP**
550 S. Hope Street, Suite 2200
Los Angeles, CA 90071
Telephone: (213) 615-7000
Email: jrubiner@fmglaw.com

Bruce Feder (*admitted pro hac vice*)
**FEDER LAW OFFICE, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, AZ 85016
Telephone: (602) 257-0135
Facsimile: (602) 954-8737
Email: bf@federlawpa.com

*Attorneys for Scott Spear*

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
STATE SUFFICIENTLY DETAILED FACTS

David W. Wiechert, SBN 94607
**WIECHERT, MUNK & GOLDSTIEN, PC**
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com

Daniel J. Quigley (*admitted pro hac vice*)
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
Tel: (520) 867-4450
Email: quigley@djqplc.com

*Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC*

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO STATE SUFFICIENTLY DETAILED FACTS

**TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on August 17, 2020, at 9:00 a.m., or as soon as counsel may be heard, claimants James Larkin, Michael Lacey, Scott Spear, John Brunst, Mary Ann Brunst, The Brunst Family Trust, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC (collectively, "Claimants")[*] will bring on for hearing the following Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture ("Complaint") under Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule G(8)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions, on grounds that the Complaint fails to state sufficiently detailed facts to support a reasonable belief the government can meet its burden of proof at trial.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, and the Complaint's allegations.[†]

---

[*] Claimants John Brunst, Mary Ann Brunst, and The Brunst Family Trust will be referred to collectively as "Brunst." Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC will be referred to collectively as the "Claimant Entities."

[†] Undersigned counsel contacted counsel for the Plaintiff, Assistant United States Attorney John Kucera, who indicated that the government opposes this motion.

1
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
STATE SUFFICIENTLY DETAILED FACTS

| | | |
|---|---|---|
| DATED: July 1, 2020 | | Respectfully submitted, |
| | | Thomas H. Bienert, Jr.<br>Whitney Z. Bernstein<br>BIENERT | KATZMAN PC |
| | By: | /s/ *Thomas H. Bienert, Jr.*<br>Thomas H. Bienert, Jr.<br>Attorneys for James Larkin |

*Local Rule 5-4.3.4(a)(2)(i) Compliance:* Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.

| | | |
|---|---|---|
| DATED: July 1, 2020 | | Gary S. Lincenberg<br>Ariel A. Neuman<br>Gopi K. Panchapakesan<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| | By: | /s/ *Gary S. Lincenberg*<br>Gary S. Lincenberg<br>Attorneys for John Brunst, Mary Ann Brunst, and The Brunst Family Trust |
| DATED: July 1, 2020 | | LIPSITZ GREEN SCIME CAMBRIA LLP |
| | By: | /s/ *Paul J. Cambria, Jr.*<br>Paul J. Cambria, Jr.<br>Attorneys for Michael Lacey |

2
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
STATE SUFFICIENTLY DETAILED FACTS

| | | |
|---|---|---|
| DATED: July 1, 2020 | FREEMAN, MATHIS & GARY LLP | |
| | By: | _/s/ John K. Rubiner_ |
| | | John K. Rubiner |
| | FEDER LAW OFFICE, PA | |
| | By: | _/s/ Bruce Feder_ |
| | | Bruce Feder |
| | Attorneys for Scott Spear | |
| DATED: July 1, 2020 | DANIEL J. QUIGLEY, PLC | |
| | By: | _/s/ Daniel J. Quigley_ |
| | | Daniel J. Quigley |
| | WIECHERT, MUNK & GOLDSTEIN, PC | |
| | By: | _/s/ David W. Wiechert_ |
| | | David W. Wiechert |
| | Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC | |