# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss or to Strike Testimony, and Request for a Hearing Due to the Government's *Jencks* and *Brady* Violations (Doc. 1967). The Government has filed a Response (Doc. 1966). The Court finds cause to grant Defendants' request for a hearing on the Motion.

Accordingly,

**IT IS ORDERED** setting an Evidentiary Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing Due to the Government's *Jencks* and *Brady* Violations (Doc. 1967) for **November 14, 2023, at 2:30 p.m.** in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHERED ORDERED** that parties shall deliver one (1) original and two (2) copies of the witness and exhibit lists, using the forms located on the Court's website at http://www.azd.uscourts.gov/judges/judges-orders, to the Courtroom Deputy no later than **November 14, 2023, at 12:00 p.m.** Each party shall also submit a list of numbered

exhibits with a concise description of each exhibit.

Dated this 13th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge