# Exhibit 7

**Vendors and amounts listed in our payables as of April 6, 2018**

| Vendor | Date | Amount | Notes | Potential future liablility |
|---|---|---|---|---|
| | | | Notes | Potential future liablility |
| Asset Forfeiture Law LLC | 4/28/2018 | 8,140.00 | Check didn't clear before account was closed | |
| Cigna | 3/29/2018 | 1,048.42 | April 2018 Premium | policy would have been cancelled due to nonpayment |
| Copeland, Franco, Screws & Gil, PA | 4/30/2018 | 5,093.27 | Lawyers | Carl, do you think they will pursue |
| Davis, Wright, Tremaine | 4/20/2018 | 380,112.30 | Lawyers | Carl, do you think they will pursue |
| J. Belanger Law | 4/22/2018 | 4,351.00 | Lawyers | Carl, do you think they will pursue |
| Piccarreta Davis Keenan | 4/30/2018 | 50,947.60 | Padilla | Carl, do you think they will pursue |
| Wayne B. Giamietro LLC | 4/13/2018 | 3,984.90 | Lawyers | Carl, do you think they will pursue |
| Partners - newspaper | | 200,000.00 | account needs reconciling | Carl, do you think they will pursue |

**Other potential liabilities bills not received**

| Vendor | Type | Amount | Notes | Potential future liablility |
|---|---|---|---|---|
| Adam Atlas | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Akin Gump Strauss Hauer & Feld LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Asset Forfeiture Law LLC | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| BELL NUNNALLY | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Brian H Getz | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Browne George Ross LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| CEREUS PROPERTIES | Lawyers | unknown | various remeimbursement for legal bills | Carl, do you think they will pursue |
| Clarence Dyer & Cohen LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Copeland, Franco, Screws & Gill, PA | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| DAVIS WRIGHTTREMAINE LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Epiq eDiscovery Solutions | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| HENZE COOK MURPHY | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| J. Belanger Law PLLC | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Keker, Van Nest,& Peters LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Law Office of EG Morris | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Mason Investigative Group, Inc. | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Mitchell Stein Carey | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Perkins Coie | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Piccarreta Davis Keenan Fidel | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Scheef & Stone, L.L.P | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Schiff Hardin LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Thompson Coburn LLP | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Walters Law Group | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| WAYNE B. GIAMPIETRO LLC | Lawyers | unknown | potential work not billed | Carl, do you think they will pursue |
| Karpp Weiss | Lawyers-Joye | unknown | potential work not billed | Carl, do you think they will pursue |
| JELICO, LLC | Partner | various | March and April | Carl, do you think they will pursue |
| Memphis 2.2018 | Partner | various | March and April | Carl, do you think they will pursue |
| News and Review 1.2018 | Partner | various | March and April | Carl, do you think they will pursue |
| Nuvo 1.2018 | Partner | various | March and April | Carl, do you think they will pursue |
| Toronto 1.2018 | Partner | various | March and April | Carl, do you think they will pursue |
| Willamette 1.2018 | Partner | various | March and April | Carl, do you think they will pursue |
| CEREUS PROPERTIES | US & Foreign Debt | 180,000,000.00 | plus interest | Carl, do you think they will pursue |
| INTERNAP CORPORATION | Monthly | 1,032.30 | | |
| Oracle America, Inc. | Monthly | 5,521.88 | | |
| TeleSign Corporation | Monthly | 29,162.75 | | |
| Cyberlink ASP Technology In | Monthly | 1,600.00 | paying curent as of right now for Great Plains | contract will be cancelled when work completed |
| Opc Wa Dept. Of Revenu | taxes | various | March and April | unknown - data is unavailable |
| Wa Dept. Of Revenue | taxes | various | March and April | unknown - data is unavailable |
| Cloudflare, Inc. | Monthly | 16,500.00 | | Contract set up by Joe, we have no access |
| Iron Mountain | Monthly | 51.60 | we still have the box | |
| ProStar Services Inc. DBA Parks Coffee | Monthly | 200.00 | we still have their equipment | |
| RICOH | Monthly | 792.03 | copier lease-we have copier | Don't have the contract information to know how long the lease lasts |
| State of Texas | Sales Tax audit | 202,088.74 | Interested calculated thru 6/27/18 | |

**Ad Tech**

| | | | | |
|---|---|---|---|---|
| Foreign Corporate Taxes | | Unknown | 2015-2018 | |
| VAT Taxes | | Unknown | 2015-2018 | |

CIVIL CASES (Please see separate spreate sheet)