```
           FILED        ___ LODGED
           RECEIVED     ___ COPY

              NOV 16 2023

        CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
        BY                    DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-DJH |
|---|---|
| Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

**CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATION**

I/We have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are accurate.

DATE: 11/2/23

_____
Attorney(s) for Plaintiff

DATE: 11/07/2023

_____
Attorney(s) for Defendant Lacey

DATE: 11.2.23

_____
Attorney(s) for Defendant Spear

DATE: 11/7/23

_____
Attorney(s) for Defendant Brunst

DATE: 11/07/2023

_____
Attorney(s) for Defendant Padilla

DATE: 11/07/2023

_____
Attorney(s) for Defendant Vaught