IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Motion of the Defendants, and with good cause appearing,

IT IS ORDERED granting Defendants' request to file a joint brief in excess of the page limits.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge