# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

Before the Court is a Motion for Leave to File Brief in Excess of Page Limit (Doc. 2008), filed by Defendants Lacey, Brunst, and Spear ("Defendants") and the United States' Unopposed Motion to Extend Deadline to File Responses to Defendants' Post-Trial Motions (Doc. 2015). For good cause showing,

**IT IS ORDERED** that the Motions (Docs. 2008 & 2015) are **granted** as follows:

- Defendants may have leave to file their joint proposed Motion for a New Trial in excess of the page limit set by the Local Rules;
- The Government shall have until **December 22, 2023**, to file Responses to Defendants' Motions (Docs. 2004, 2006, 2007, 2009). Unless otherwise specifically requested by Defendants, no replies to Defendants' Supplemental Motions at Docs. 2004, 2006, or 2007 will be allowed.

Dated this 14th day of December, 2023.

Honorable Diane J. Humetewa
United States District Judge