PAUL J. CAMBRIA, JR. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

ERIN. E. MCCAMPBELL (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
emccampbell@lglaw.com

*Attorneys for Defendant Michael Lacey*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO.   CR-18-00422-PHX-SMB |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND TIME FOR FILING MICHAEL LACEY'S REPLY TO RULE 29** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Erin McCampbell Paris hereby moves for an extension of its deadline to reply in

support to Michael Lacey's  Rule 29 motion.  The current deadline is January 16, 2024.

Mrs. Paris requests that the Court extend the reply deadline by 2 days, to January 18,

2024. Mrs. Paris makes this request because I am currently home ill and unable to finish

1  preparing the Reply.  Mrs. Paris has consulted with the assigned AUSAs, who do not

2  oppose the requested extension of the response time.

3

4            RESPECTFULLY SUBMITTED this 16th day of January, 2024.

5

6                          LIPSITZ GREEN SCIME CAMBRIA LLP

7

                           By: /s/            Erin McCampbell Paris
8                               PAUL J. CAMBRIA, JR.

9                               Attorney for Defendant Michael Lacey

10

11

12

13

14

15

16

17

18

19

20

21

22

23  On January, 2019, a PDF version

24  of this document was filed with the

    Clerk of Court using the CM/ECF
25
    System for filing and for Transmittal

26  Of a Notice of Electronic Filing to the

27  Following CM/ECF registrants:

28

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov