# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Before the Court is the Government's Motion for Correction of the Court's April 23, 2024, Order and Judgments (Doc. 2079). Therein, the Government correctly identifies clerical errors regarding the Counts on which judgments for acquittal should enter for Mr. Lacey and Mr. Brunst. Specifically, the Order erroneously directed judgments of acquittal to enter for Mr. Lacey and Mr. Brunst on Counts 66–68, Counts that the Court found were sufficiently proven at trial. Accordingly,

**IT IS ORDERED** that the Motion (Doc. 2079) is **GRANTED** and the April 23, 2024, Order (Doc. 2063) is **AMENDED** as follows:

- Page 73:2–4 shall read: In conclusion, after viewing the record in the light most favorable to the Government, the Court finds there is an insufficiency of evidence to support convictions under Counts 19–51 as to Mr. Lacey and Counts 69–99 as to Messrs. Lacey, Brunst, and Spear; and

- Page 73:10–15 shall read: **IT IS ORDERED** that Defendants' Oral and Supplemental Rule 29 Motions (Docs. 2004; 2006; 2007) are **granted in part and**

**denied in part**.  The Clerk is directed to issue Judgments of Acquittal for Defendant Michael Lacey on Counts 19–51 and 69–70, 81, 83–84, 86, 88–92 and 94–99; for Defendant John Brunst on Counts 78–84, 86–93; and for Defendant Scott Spear on Counts 71–78, 85 and 93. In all other respects, the Motions are **denied.**

**IT IS FURTHER ORDERED** directing the Clerk to issue amended Judgments of Acquittal for Michael Lacey and John Brunst in accordance with this Order.

Dated this 26th day of April, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge