# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

Before the Court is Defendant Michael Lacey's Renewed Motion to Set a Status Conference (Doc. 2080). Upon review of the Renewed Motion,

**IT IS ORDERED**:

- On or before May 8, 2024, the Government and counsel for Mr. Lacey shall meet and confer regarding the issues raised in the Motion (Doc. 2080);
- The Government shall file a response to Mr. Lacey's Renewed Motion by May 10, 2024;
- A Status Conference is set for May 13, 2024, at 3:30 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa.

Dated this 2nd day of May, 2024.

Honorable Diane J. Humetewa
United States District Judge