GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | CR-18-422-PHX-DJH-1, 3, 4<br><br>**UNITED STATES' UNOPPOSED MOTION TO (1) EXTEND DEADLINE TO FILE A CONSOLIDATED RESPONSE TO ALL DEFENDANTS' OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORTS, AND (2) RESET SENTENCING FOR ALL DEFENDANTS FOR JULY 9, 2024**<br><br>**(First Request)** |

The United States respectfully moves for an extension of time to June 28, 2024 in which to file a single consolidated response to Defendants Michael Lacey, Scott Spear, and John Brunst's Objections to their Presentence Investigation Reports (PSRs). The United States anticipates that Defendants will file overlapping or similar objections that can be efficiently responded to in a single pleading. The United States also respectfully moves for a continuance of the June 17, 2024 sentencing date for Defendants Lacey and Brunst to July 9, 2024—the same date currently scheduled for Defendant Spear. Holding the sentencings on a single date would lessen the burden on victims (who would like to address the Court on a single day, rather than multiple times), give the government the opportunity to call witnesses in response to common objections, and accommodate scheduling conflicts involving the assigned Assistant U.S. Attorneys.

The United States has conferred with Defendants' counsel about these requests. Defendants do not object to a combined response to their PSR Objections. Defendants also do not object to moving the sentencing date for all three Defendants to July 9, 2024.[1]

## RELEVANT FACTS

Defendant Brunst filed Objections to his PSR on April 29, 2024. (Doc. 2087.) The Court recently granted Defendant Spear's motion to extend the time to file Objections to his PSR (Doc. 2067), setting a deadline of June 21, 2024. (Doc. 2086). Defendant Lacey's PSR will be issued on May 13, 2024, with his Objections currently due by May 28, 2024.

Defendant Lacey has filed a motion requesting a status conference to address issues involving his sentencing and retrial. (Doc. 2080.) The Court has ordered the United States to file a response by May 10 and has set a status conference for May 13. (*See* Doc. 2088.)

---

[1] If the sentencing hearing takes more than a day to complete, Defendant Brunst's counsel has asked the United States to advise the Court that Gary Lincenberg is on vacation from July 10-15, and Gopi Panchapakesan is at a conference from July 10-12 and in trial in California state court from July 26 to approximately August 16.

Defendants reserve their rights to object to any witness testimony. The parties will discuss and seek agreement on a protocol for disclosure of witnesses and their anticipated testimony.

**DISCUSSION**

<u>Consolidated Response to PSR Objections</u>. In light of the parties' recent filings, the United States respectfully seeks an extension of time to file a single consolidated response to Defendant Brunst, Spear, and Lacey's Objections to their PSRs. Having reviewed Brunst's PSR Objections (Doc. 2087), the United States anticipates that there may be overlapping objections to all three PSRs. Rather than file three separate 17-page Responses to Defendants' PSR Objections, the United States proposes that it would be more efficient to file a single combined Response, which the United States would endeavor to limit to 25 pages.[2] The United States proposes to file its consolidated response on June 28, 2024—one week after the deadline for Defendant Spear's PSR Objections. (*See* Doc. 2086.)

Alternatively, if this Court prefers separate responses, the United States respectfully requests a two-week extension to respond to Defendant Brunst's PSR Objections—extending that deadline from May 6 to May 20, 2024.

<u>Consolidated Sentencing Hearing Date</u>. The United States also respectfully requests a continuance of the sentencing date for Defendants Brunst and Lacey (currently set for June 17), and asks that this Court set the sentencing of all three Defendants on the same day—July 9, 2024. Holding the sentencings on a single date would lessen the burden on victims (who would like to address the Court on a single day, rather than multiple times), give the government the opportunity to call witnesses once in response to common objections, and avoid certain scheduling conflicts that have arisen with the assigned Assistant U.S. Attorneys regarding early-mid June 2024.

The United States has conferred with counsel for Defendants (Paul Cambria, Bruce Feder, Eric Kessler, Gary Lincenberg, Gopi Panchapakesan) about this request, and Defense counsel have informed the United States that they have no objection to extending the United States' response deadline to allow the filing of a consolidated response to their

---

[2] The United States reserves the right to seek leave to exceed 25 pages depending on the number of unique issues that Defendants raise in their respective Objections.

PSR Objections. Defendants also do not object to setting the sentencing hearing for all three of them for July 9, 2024.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

A proposed form of Order is being lodged herewith.

Respectfully submitted this 3rd day of May 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

AUSTIN BERRY
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Daniel Parke*
Daniel Parke
U.S. Attorney's Office