GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (AZ Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (AZ Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (AZ Bar No. 019856, peter.kozinets@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (NY Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (TX Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136

Attorneys for Plaintiff

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**JOINT STATUS REPORT RE: SENTENCING** |

1  Paul J. Cambria, Jr. (admitted *pro hac vice*, pcambria@lglaw.com)
   Erin McCampbell Paris (admitted *pro hac vice*, eparis@lglaw.com)
2  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
3  Buffalo, New York 14202
   Telephone: (716) 849-1333
4  Facsimile: (716) 855-1580

5  Attorneys for Defendant Michael Lacey

6  Gary S. Lincenberg (admitted *pro hac vice*, glincenberg@birdmarella.com)
   Ariel A. Neuman (admitted *pro hac vice*, aneuman@birdmarella.com)
7  Gopi K. Panchapakesan (admitted *pro hac vice*, gkp@birdmarella.com)
   BIRD, MARELLA, RHOW,
8  LINCENBERG, DROOKS & NESSIM, LLP
   1875 Century Park East, 23rd Floor
9  Los Angeles, California 90067-2561
   Telephone: (310) 201-2100
10 Facsimile: (310) 201-2110

11 Attorneys for Defendant John Brunst

12 Eric W. Kessler (AZ Bar No. 009158, eric.kesslerlaw@gmail.com)
   Kessler Law Group
13 9237 E. Via de Ventura, Suite 230
   Scottsdale, AZ  85258
14 Telephone: (480) 644-0093
   Facsimile: (480) 644-0095
15
   Bruce S. Feder (AZ Bar No. 004832, bf@federlawpa.com)
16 FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
17 Phoenix, Arizona 85016
   Telephone: (602) 257-0135
18
   Attorney for Defendant Scott Spear
19
20
21
22
23
24
25
26
27
28

3962485.1

2

JOINT STATUS REPORT

The Government and Defendants provide this notice to the Court that—subject to the approval of the United States Deputy Attorney General—the parties have settled the Government's related consolidated civil forfeiture action in the Central District of California concerning, among other things, the Defendants' personal assets. The parties provide this notice to the Court because the pending settlement will affect the Government's position at sentencing with respect to fines and forfeitures, including any forfeiture money judgments, as well as restitution.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: June 24, 2024          Respectfully submitted,

                              Bird, Marella, Rhow,
                              Lincenberg, Drooks & Nessim, LLP

                              By:    */s/ Gary S. Lincenberg*
                                         Gary S. Lincenberg
                              Attorneys for Defendant John Brunst

DATED: June 24, 2024          Paul J. Cambria
                              Erin McCampbell Paris
                              Lipsitz Green Scime Cambria LLP

                              By:    */s/ Paul J. Cambria*
                                         Paul J. Cambria
                              Attorneys for Defendant Michael Lacey

3962485.1

3

JOINT STATUS REPORT

| | |
|---|---|
| DATED: June 24, 2024 | Feder Law Office, P.A. |
| | By: _/s/ Bruce S. Feder_<br>Bruce S. Feder<br>Attorney for Defendant Scott Spear |
| DATED: June 24, 2024 | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| | By: _____<br>MARGARET PERLMETER<br>Assistant U.S. Attorney |
| | KEVIN M. RAPP<br>MARGARET PERLMETER<br>PETER S. KOZINETS<br>Assistant U.S. Attorneys |
| | DAN G. BOYLE<br>Special Assistant U.S. Attorney |
| | NICOLE M. ARGENTIERI<br>Acting Assistant Attorney General<br>Criminal Division, U.S. Department of Justice |
| | AUSTIN M. BERRY<br>U.S. Department of Justice<br>Child Exploitation and Obscenity Section |