Gary S. Lincenberg *(admitted pro hac vice)*
　glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
　aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
　gpanchapakesan@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Paul J. Cambria, Jr. *(admitted pro hac vice)*
　pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
　eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF OBJECTIONS TO SCHEDULING ORDER (DKT. 2108)** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

Eric W. Kessler, 009158
 eric.kesslerlaw@gmail.com
KESSLER LAW GROUP
6720 N. Scottsdale Rd., Suite 210
Scottsdale, AZ  85253
Telephone: (480) 644-0093
Facsimile: (480) 644-0095

Bruce S. Feder, 004832
 bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

# NOTICE OF OBJECTIONS TO SCHEDULING ORDER

Defendants hereby object to the Court's Scheduling Order regarding sentencing (Dkt. 2108).  Per the Court's Order, defense counsel and Government counsel have met and conferred on the schedule.

First, as to the August 5, 2024 deadline for Defendants to file objections to the revised Presentence Investigation Reports (PSR), under Federal Rule of Criminal Procedure 32(f)(1), Defendants are entitled to 14 days to object.  Fed. R. Crim Proc. 32(f)(1) ("Within 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report.").  As the U.S. Probation Office has until July 29th to lodge a revised PSR as to each defendant, the statutory deadline to object is **August 12, 2024**.  The Government has no objection to this response date.

Second, as to the sentencing hearing, Defendants and the Government met and conferred regarding available dates for sentencing through September.  Defendants propose September 23-24, 2024.  During the parties' meet-and-confer discussions, Government counsel proposed two days during the September 10-13 time period.  Defendants *conditionally agree* to that date range.  That date range will work for defense

counsel so long as certain of their trial conflicts are resolved (which defense counsel anticipate may happen). The following represents defense counsel's current conflicts.

| Counsel | Conflicts |
|---|---|
| Gary S. Lincenberg | Multi-party mediation in federal securities fraud matter on August 14, 2024<br><br>Vacation: August 21 to September 4, and September 26-27, 2024<br><br>Law firm partner retreat: September 19-20, 2024 |
| Gopi K. Panchapakesan | Three-week trial scheduled for August 23-September 13, 2024 (*Providence Industries, LLC vs. LuLaRoe, LLC, et al.* (Los Angeles Superior Court))<br><br>Law firm partner retreat: September 19-20, 2024 |
| Paul Cambria | Two-week murder trial from September 9-20, 2024 (*People v. Martinez* (Buffalo State Court)) |
| Bruce Feder | State court fraud trial commencing on September 30, 2024 |

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

3966991.2                                      3                         Case No. 2:18-cr-00422-PHX-DJH
NOTICE OF OBJECTIONS TO SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | DATED: July 9, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | Gary S. Lincenberg<br>Ariel A. Neuman |
| 4 | | Gopi K. Panchapakesan<br>Bird, Marella, Rhow, |
| 5 | | Lincenberg, Drooks & Nessim, LLP |
| 6 | | By:  */s/ Gary S. Lincenberg* |
| 7 | | Gary S. Lincenberg<br>Attorneys for Defendant John Brunst |
| 8 | | |
| 9 | DATED: July 9, 2024 | Paul J. Cambria |
| 10 | | Erin McCampbell Paris<br>Lipsitz Green Scime Cambria LLP |
| 11 | | |
| 12 | | By:  */s/ Paul J. Cambria*<br>Paul J. Cambria |
| 13 | | Attorneys for Defendant Michael Lacey |
| 14 | | |
| 15 | DATED: July 9, 2024 | Kessler Law Group |
| 16 | | By:  */s/ Eric W. Kessler* |
| 17 | | Eric W. Kessler<br>Attorney for Defendant Scott Spear |
| 18 | | |
| 19 | DATED: July 9, 2024 | Feder Law Office, P.A. |
| 20 | | By:  */s/ Bruce S. Feder* |
| 21 | | Bruce S. Feder<br>Attorney for Defendant Scott Spear |