DECLARATION OF TOM HENZE

I, Tom Henze, pursuant to 28 USC § 1746, declare and state as follows:

1. I have personal knowledge of the facts stated in this declaration.

2. I reside in Phoenix, Arizona.

3. I am a member of the Arizona State Bar Association (Bar Number 003262), and have maintained an active practice as a trial lawyer for fifty-one years.

4. I am presently employed by Gallagher and Kennedy P.A.

5. I have reviewed Part B, the Defendants Criminal History, set forth in the Presentence Investigation Report (PSR), filed July 29, 2024, in United States vs. Michael Lacey, CR-18-00422-PHX-DJH.

6. I have personal knowledge of the information in Paragraph 212, Page 44, of the PSR. Paragraph 212 reads:

    Other Arrests

    | Date of Arrest | Charge | Agency | Disposition |
    | --- | --- | --- | --- |
    | 10/18/2007 (Age 59) | Unlawful Grand Jury Disclosure | Maricopa County Justice Center, Phoenix, AZ; Docket No.: 2007167917-001 | Unavailable |

    The circumstances for this case are not available.

7. From August 2007 through the conclusion of the matter in November 2007, I represented New Times LLC in the Superior Court for Maricopa County in Case Number CR MISC 2007, NT (430 GJ97). That case was presided over by the Honorable Anna M. Baca, the Supervising Judge for

the Maricopa County Grand Jury. The central issue before the court involved the legality of Grand Jury subpoenas directed to the New Times LLC.

8. In the course of that representation, I came to know the following regarding the information and circumstances set forth in Paragraph 212 of the PSR:

   a. During the pendency of the case before Judge Baca Mr. Lacey was arrested by the M.C.S.O. on the evening of October 18, 2007. He was booked into the Maricopa County jail. I personally posted his bail, and he was released early in the morning of October 19, 2007.

   b. Subsequently, no complaint was ever filed in the Maricopa County Justice Court Center, nor in any other court arising out of Mr. Lacey's arrest. As such there is no case disposition. After the conclusion of the case in Judge Baca's court, in 2007, I personally went to the Justice Court and was told by the Court that they had no complaint filed and no record of any case being commenced.

   c. The Maricopa County Justice Center which keeps the records for the Justice Courts has no records of any complaint having ever been filed arising out of Mr. Lacey's arrest as set forth in Paragraph 212 of the PSR.

   d. Shortly following Mr. Lacey's arrest, the then sitting County Attorney (1) fired the special prosecutor who was presiding over the matter, (2) ended the investigation of Mr. Lacey and New Times, (3) made

a public statement where he referred to the arrest of Mr. Lacey as "very disturbing," noting that there had been "serious missteps taken" in the matter.

e. The "disposition" listed by Probation should be "no charges filed."

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 12th day of August, 2024 in Phoenix, Arizona.

*Tom Henze*

Tom Henze