FD-302 (Rev. 5-8-10)  - 1 of 3 -



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/23/2015

   Members of the Backpage.com (Backpage) legal defense team requested a meeting with the Department of Justice (DOJ) to discuss the company's efforts to assist law enforcement thus far and to explain their current financial and legal troubles. This meeting took place at The Robert F. Kennedy Department of Justice Building located at 950 Pennsylvania Avenue, Washington, DC 20530. Backpage general counsel, Liz McDougall, and attorneys Robert D. Luskin, Gerald Sachs, Robert Corn Revere, and Tom Henze were present on behalf of Backpage. Representing DOJ were Steve Grocki, Clay Porter, Jill Steinberg, Damon King, and Richard Downing.

   Prior to the start of the meeting, Jill Steinberg verbally provided a legal disclaimer to Backpage and advised the DOJ intended to listen to Backpage but would not provide an advisory opinion on any matters.

Liz McDougall provided the following information in summary:

   Prior to joining Backpage, McDougall was employed by Craigslist.org (Craigslist) and was part of their legal team during the national scrutiny Craigslist received for adult advertisements on their website. McDougall was hired by Backpage in order to improve Law Enforcement support services.

   Backpage created a team to handle subpoena compliance matters which provides information to law enforcement within a timely manner. Backpage has set an internal goal of twenty four hours as a turn around time. McDougall emphasized the rapid assistance Backpage provides to law enforcement for human trafficking victims, especially juveniles. Backpage has also set up a program to ensure if there are exigent circumstances for an investigation. They have turned around exigent circumstance requests in twenty to thirty minutes, which in one case helped rescue a child. Backpage feels this type of law enforcement assistance is unheard of by other service providers.

   When Backpage receives a request from law enforcement regarding a juvenile victim, their team also researches other websites for advertisements which may be linked to this request. Backpage provides this information as an additional piece of assistance to the requesting

**UNCLASSIFIED//FOUO**

Investigation on    10/20/2015    at    Washington, District Of Columbia, United States (In Person)

File #    31E-HQ-C1461253                                                       Date drafted    10/26/2015

by    Michael R. Goodhue

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-BP-0032361

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

31E-HQ-C1461253

Continuation of FD-302 of  Backpage.com                                          , On  10/20/2015 , Page  2 of 3

investigator. This is voluntary on Backpage's behalf and is time consuming.

McDougall believes if Backpage is forced to shut down then the next website to take their place would operate offshore. This will make things difficult for law enforcement to obtain records.

McDougall works closely with the non profit organization Children of The Night (COTN), which is a direct service provider for victims of child sex trafficking. McDougall is in regular communication with the president of this organization, Lois Lee. COTN is one of the only organizations in the country which has live operators who answer calls twenty four hours a day. COTN has reported a sharp increase in phone calls received and traffic to their website since partnering with Backpage to post advertisements on their site. Lois Lee claims COTN child sex trafficking rescues have increased from twenty to sixty.

Backpage wishes to provide useful support to law enforcement, they have tried to develop systems to protect their website, but criminals thwart these systems. Backpage is trying to maintain support and moderation of its forums at the highest level. However, since the major credit card companies have departed, resources are stretched thin and they are struggling to keep up with the demand. Backpage does not feel they will be able to continue this level of law enforcement support due to financial constraints.

Backpage recently decided to make their advertisements free and they have received ten times the amount of volume on their forums. Many of these advertisements are now embedded with links luring viewers to phishing and other websites.

Backpage has specific prohibitive disclaimers for the adult and escort sections on their forums. In addition, they have a five point disclaimer a user must click through in order to post an advertisement. The disclaimers include prohibiting sex for money and the exploitation of minors. There is also an automatic filter that blocks certain words, phrases or language from advertisements and has successfully blocked about 100,000 terms. Backpage also blocks IP addresses with historic problems as a way of keeping certain users off of their website. However, the people who post advertisements change their language constantly and use different coding which makes it difficult to moderate. The moderators try to update these terms, which they call "grey" terms.

Once the advertisement is cleared through the first round of automatic filters it goes to a live moderator, who then makes a determination if the advertisement is acceptable or not. After the first posting is reviewed by a moderator, it is sent to a second moderator for further review to ensure

**UNCLASSIFIED//FOUO**

USAO-BP-0032362

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

31E-HQ-C1461253

Continuation of FD-302 of  Backpage.com                                            , On  10/20/2015 , Page  3 of 3

   the post is acceptable. These live moderators are focused on identifying advertisements related to child sex trafficking.

   Backpage also has a user flagging system where other users who view the advertisements can click on the "report ad" button and report suspicious activity to Backpage. When the button is clicked and a report is made, it goes to a moderator for immediate review. The current challenge for Backpage is how to continue doing their job in the tough financial situation they are in.

   For United States customers, Backpage currently accepts payment in the form of "Bitcoin". For Canadian customers, Backpage accepts "Safe Pay". McDougall admitted these pay services are complex and they are having difficulties with these services. They will also accept money orders and cashiers checks as payment. They experimented with other pay services such as "Dogecoin" and "LiteCoin" but did not choose to go with them.

Robert Luskin provided the following information in summary:

   Since the departure of the major credit card companies, Backpage is no longer able to provide this credit card data to law enforcement, which was helpful information to investigators.

   Backpage does not create content or participate on it's online forums. Instead, it acts as a bulletin board for users to post their own advertisements. Backpage does not have or create promotional links, and does not allow users to post reviews for advertisements.

   Backpage is not asking for a moratorium on these types of websites.

Tom Henze provided the following information in summary:

   When MyRedBook.com (MyRedBook) was indicted, management and counsel from Backpage used the information in the indictment to reaffirm Backpage's differences from MyRedBook. Henze emphasized that Backpage is not a criminal enterprise. Backpage used the MyRedBook case as a measuring stick.

Robert Corn Revere provided the following information in summary:

   Several states across the country have tried to ban all escort advertisements from websites. This has been shot down repeatedly due to first amendment freedom of speech issues.

   With regards to the dispute between Cook County Illinois' Sheriff Dart and Backpage, an emergency hearing has been scheduled for next month and a ruling should be made at that time.

**UNCLASSIFIED//FOUO**

USAO-BP-0032363