Erin McCampbell Paris (NY 4480166, admitted *pro hac vice*)
**MAURICE WUTSCHER LLP**
450 Fountain Plz Downtown, Suite 1400
Buffalo, New York 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

*Attorney for Defendant Michael Lacey*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　Defendants. | CASE NO.   CR-18-00422-PHX-SMB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　PLEASE TAKE NOTICE THAT effective November 18, 2024, the address for Erin McCampbell Paris, counsel of record for Defendant Michael Lacey has changed. Please take note of the following change of address and change your records accordingly.

| FORMER ADDRESS: | NEW ADDRESS: |
|---|---|
| Erin McCampbell Paris (*pro hac vice*)<br>Lipistiz Green Scime Cambria LLP<br>42 Delaware Avenue<br>Buffalo, New York 14202<br>Email: emccampbell@lglaw.com<br>Telephone: (716)849-1333 | Erin McCampbell Paris (*pro hac vice*)<br>Maurice Wutscher LLP<br>450 Fountain Plz Downtown, Suite 1400<br>Buffalo, New York 14202<br>Email: eparis@mauricewutscher.com<br>Telephone: (716) 261-4703 |

RESPECTFULLY SUBMITTED this 18th day of November, 2024.

         MAURICE WUTSCHER, LLP

       By:  <u>/s Erin McCampbell Paris</u>
         ERIN MCCAMPBELL PARIS.
         Attorneys for Defendant Michael Lacey

On November 15, 2023 a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Austin Berry, Austin.Berry2@usdoj.gov