FILED

DEC 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JOHN BRUNST, AKA Jed,<br><br>　　　　Defendant - Appellant. | No. 24-5374<br>D.C. No.<br>2:18-cr-00422-DJH-4<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SCOTT SPEAR,<br><br>　　　　Defendant - Appellant. | No. 24-5375<br>D.C. No.<br>2:18-cr-00422-DJH-3<br>District of Arizona,<br>Phoenix |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MICHAEL LACEY,<br><br>　　　　Defendant - Appellant. | No. 24-5376<br>D.C. No.<br>2:18-cr-00422-DJH-1<br>District of Arizona,<br>Phoenix |
| UNITED STATES OF AMERICA, | No. 24-5748<br>D.C. No.<br>2:18-cr-00422-DJH-3 |

| | |
|---|---|
| Plaintiff - Appellant,<br><br>v.<br><br>SCOTT SPEAR,<br><br>    Defendant - Appellee. | District of Arizona, Phoenix |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JOHN BRUNST, AKA Jed,<br><br>    Defendant - Appellee. | No. 24-5750<br>D.C. No.<br>2:18-cr-00422-DJH-4<br>District of Arizona, Phoenix |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants John Brunst and Scott Spear filed a notice of intent to file publicly Exhibit BG to the reply in support of the joint motion for bail pending appeal, stating that the government does not object. *See* 9th Cir. R. 27-13(f). Therefore, the clerk will file publicly the notice (Docket Entry No. 44.1 in Appeal No. 24-5374) and Exhibit BG to the reply (Docket Entry No. 44.2 in Appeal No. 24-5374).

The unopposed motion (Docket Entry Nos. 34 & 35 in Appeal No. 24-5748; Docket Entry Nos. 30 & 31 in Appeal No. 24-5750) for voluntary dismissal of the government's cross appeals is granted. *See* Fed. R. App. P. 42(b).

Appeal Nos. 24-5748 and 24-5750 are dismissed.

Appeal Nos. 24-5374, 24-5375 and 24-5376 will proceed. The consolidated opening brief is due January 27, 2025. The consolidated answering brief is due February 26, 2025. The optional consolidated reply brief is due 21 days after service of the consolidated answering brief.

This order serves as the mandate of the court in Appeals Nos. 24-5748 and 24-5750.