Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

Erin McCampbell Paris (NY Bar No. 4480166, admitted *pro hac vice*)
MAURICE WUTSCHER, LLP
50 Fountain Plaza
Buffalo, New York 14202
Telephone:  (716) 261-4703
eparis@mauricewutscher.com

*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF COMPLIANCE WITH DISCLOSURE REQUIREMENT** |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant Michael Lacey, by and through his undersigned counsel, files the instant Notice of Compliance with Disclosure Requirement. Because replies were prohibited on the Motion to Reconsider Bail Conditions, Mr. Lacey was constrained from correcting the government's misstatement concerning his alleged lack of compliance with this Court's December 2, 2024 ruling to disclose to Pretrial Services the properties at issue as part of his conditions of release after the Ninth Circuit granted bail pending appeal. The government's claim that there had been no "clarification" concerning the properties after this Court's December 2, 2024 ruling (Doc. 2276 at 3) was false. The Court ordered Mr. Lacey to provide information about the properties to probation, as noted herein:

> THE COURT: We'll go ahead and have you, Mr. Cambria, work with Mr. Lacey and identify what those two properties are along with whatever the bond – bonder is.
>
> MR. CAMBRIA: I'm sorry, Your Honor, identifying them and then inform probation?
>
> THE COURT: Yes.

(Dec. 2, 2020 Tr. at 9.)

Mr. Lacey disclosed this information through counsel to his Pretrial Services Officer on December 3, 2024 – just one day after he was ordered to provide the disclosure to Pretrial Services.

Furthermore, we believe the documents related to the two properties are filed on the Docket under seal at Doc. Nos. 68-70. At his original bail proceeding, held on April 13, 2018, the Magistrate Judge handled the documents concerning properties, filing the Order setting conditions at Doc. No. 67, and the Redacted Bond at Doc. 71, with what we believe to be the unredacted property-related documents filed by the Court under seal at Docs. 68-70. Nonetheless, we have refiled them contemporaneous hereto in a separate, under seal pleading.

/
/
/

2

RESPECTFULLY SUBMITTED this 10th day of January, 2025,

                Paul J. Cambria, Jr.
                LIPSITZ GREEN SCIME CAMBRIA LLP

        By:    /s/ Paul J. Cambria, Jr.
                   Paul J. Cambria, Jr.
                   Attorneys for Michael Lacey

On January 10, 2025, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov

3