TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*
 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00422-PHX-DJH |
| Plaintiff, | **NOTICE OF**<br>**DISASSOCIATION OF COUNSEL** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

NOTICE is hereby given that Assistant United States Attorney Margaret Perlmeter is withdrawing as counsel of record for the United States, all other counsel for the United States remains the same.

1    Respectfully submitted this 24th day of June, 2025.

2

3                                          TIMOTHY COURCHAINE
                                           United States Attorney
4                                          District of Arizona

5                                          NICOLE M. ARGENTIERI
                                           Acting Assistant Attorney General
6                                          Criminal Division, U.S. Department of Justice

7                                           *s/ Kevin M. Rapp*
                                           KEVIN M. RAPP
8                                          MARGARET PERLMETER
                                           PETER KOZINETS
9                                          Assistant U.S. Attorneys

10                                         AUSTIN M. BERRY
                                           Trial Attorney

11

12

13

14

15

16                          **CERTIFICATE OF SERVICE**

        I hereby certify that on the 24th day of June, 2025, I electronically transmitted the

17

18  attached document to the Clerk's Office using the CM/ECF System for filing and

    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have

19

20  entered their appearance as counsel of record.

21   *s/Daniel Parke*
    U.S. Attorney's Office

22

23

24

25

26

27

28
                                          - 2 -