Gary S. Lincenberg *(admitted pro hac vice)*
   glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
   aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
   gkp@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S POSITION RE: RESTITUTION OBLIGATIONS OF DEFENDANTS FERRER AND HYER** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

4079524.1

JOHN BRUNST'S NOTICE OF JOINDER

1    Defendant John Brunst, by and through his undersigned counsel, joins Defendant
2 Spear's Position Re Restitution Obligations of Defendants Ferrer and Hyer (Dkt. 2377).
3    Mr. Brunst agrees with the statements made by Mr. Spear.  Mr. Brunst adopts the
4 positions set forth in the Position Re Restitution Obligations as if fully set forth herein.
5 Mr. Brunst further notes that the arguments made in Spear's papers, as well as the Court's
6 findings in its Restitution Order, apply equally to Backpage.com, LLC.  *See, e.g.*,
7 Dkt. 2356 at 4-8.

DATED:  September 4, 2025         Respectfully submitted,

                                            Gary S. Lincenberg
                                            Gopi K. Panchapakesan
                                            Bird, Marella, Rhow,
                                            Lincenberg, Drooks & Nessim, LLP

                                            By:     */s/ Gary S. Lincenberg*
                                                         Gary S. Lincenberg
                                            Attorneys for Defendant John Brunst