UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Michael Lacey, et al.,<br>Defendants. | 2:18-cr-00422-PHX-DJH<br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Upon motion of the Defendant, and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion for Reconsideration. The Court finds that it has jurisdiction to consider the Defendant's Motion to Modify Bail (Doc. 2405) pursuant to 18 U.S.C. § 3143(b).

**IT IS FURTHER ORDERED** granting the Defendant's Motion to Modify Bail. The property bond secured by the Union Street Property in San Francisco, California property is RELEASED. Defendant is permitted to sell, encumber, or otherwise dispose of the Union Street Property free of any obligation to this Court arising from its prior use as a surety for Defendant's release.

All other conditions of Defendant's pretrial release remain in full force and effect, including, without limitation, the $1,000,000 cash surety bond and the property bond

///

secured by Defendant’s residence in Paradise Valley, Arizona, which shall continue to serve as security for Defendant’s appearance in this matter.

DATED __________________, 2026.

______________________________________
HONORABLE DIANE J. HUMETEWA
United States District Judge

.